# EXHIBIT 5

| | |
|---|---|
| **From:** | [Redacted for privacy] |
| **To:** | [Redacted for privacy]; Chris Schenck; [Redacted for privacy] |
| **Subject:** | FW: Continued Business with Patent Asset Management (Rothschild) |
| **Date:** | Tuesday, March 15, 2022 3:46:46 PM |

Recent attempt to reengage from the Patent Asset Management sales guy.

I haven't looked at any attachment on LinkedIn, just this email.

**From:** [Redacted for privacy] @hotmail.com>
**Sent:** Tuesday, March 15, 2022 9:57 AM
**To:** [Redacted for privacy] @valvesoftware.com>
**Subject:** Fwd: Continued Business with Patent Asset Management (Rothschild)

Begin forwarded message:

> **From:** Daniel Falcucci <messages-noreply@linkedin.com>
> **Date:** March 15, 2022 at 8:53:49 AM PDT
> **To:** [Redacted for privacy] @hotmail.com>
> **Subject: Continued Business with Patent Asset Management (Rothschild)**

 

Good Morning [Redacted],

My name is Daniel Falcucci, and I'm the Director of Business Development at Patent Asset Management. Our company is headed by Leigh Rothschild, a prolific and well known inventor, and we focus on enforcing the rights of U.S. patent holders. In 2015, our company entered into an Agreement with Valve Corporation, titled "Global Settlement and License Agreement."

We were happy to reach an agreement then, and I'd like to propose an opportunity to enter into a new agreement with PAM. Is this something you'd be interested in discussing? Our company has acquired a number of valuable patent assets in the past few years, and I'd be glad to present a list of our current inventory for Valve's review.

Attached, please find an introductory proposal and inventory catalog. Please let me know if you or someone at Valve would like to setup a time to met and talk more.

