# EXHIBIT 6

| | |
|---|---|
| **From:** | Chris Schenck |
| **To:** | "samuel@meylerlegal.com" |
| **Subject:** | Lawsuits against Valve Corporation |
| **Attachments:** | Display Technologies.pdf |

Hello Samuel Meyler,

I'm a lawyer at Valve Corporation.  We received copies of the two lawsuits you filed against us on behalf of your related clients, Display Technologies, LLC and Social Positioning Input Systems, LLC.

If you're interested in discussing a business resolution to these cases, please let me know.  I'd be happy to jump on a call to chat, or if you have an initial demand you'd like to make that's fine too.

There are also two things I wanted to make sure you knew about:
1) The attached license agreement between Display Technologies and Valve.  If you haven't seen it already, I think you should read it.  I have a hard time seeing how Valve isn't already licensed to US Pat No 9,300,723 (the patent asserted by Display Technologies).
2) The claim chart attached to the Social Positioning Input Systems complaint is wrong – it's the one for the '723 patent.  If you'd like us to see a claim chart related to the '365 patent, you'll have to send it over.  Though to be honest after reading that patent claims I have a hard time even guessing how it would realistically apply to SteamVR tracking as asserted in the complaint.

Let me know how you'd like to proceed.

Chris Schenck
Legal Counsel
Valve Corporation