# EXHIBIT 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> THE TEACHING COMPANY, LLC <br><br> **Defendant.** | CIVIL ACTION NO. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC, a private non-governmental property, certifies that the names of all associates, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

Patent Asset Management, LLC

| | |
|---|---|
| March 17, 2023 | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| | |
| *Of Counsel:* | By: */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) |
| René A. Vazquez | Megan C. Haney (#5016) |
| Pro Hac Vice anticipated | 1200 North Broom Street |
| rvazquez@ghiplaw.com | Wilmington, DE 19806 |
| | (302) 655-4200 Telephone |
| GARTEISER HONEA, PLLC | (302) 655-4210 Fax |
| 119 W. Ferguson Street | jcp@pmhdelaw.com |
| Tyler, Texas 75702 | |
| Telephone: (903) 705-7420 | *Counsel for Plaintiff* |
| Facsimile: (903) 405-3999 | |

-1-