IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| VALVE CORPORATION, | § | |
| Plaintiff, | § | |
| | § | Case. No.: 2:23-cv-1016 |
| v. | § | **VALVE CORPORATION CORPORATE DISCLOSURE STATEMENT** |
| LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | | |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1(a)(1), Plaintiff Valve Corporation ("Valve") hereby states that it has no parent corporation, no publicly held corporation owns 10% or more of Valve stock, and there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

Dated: July 7, 2023

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
damitio@kilpatricktownsend.com

c