UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>        Defendants. | Case No. 2:23-cv-1016<br><br>**PLAINTIFF VALVE CORPORATION'S NOTICE OF APPEARANCE RE CHRISTOPHER P. DAMITIO**<br><br>Complaint Filed:    07/07/2023 |

TO:         CLERK OF THE COURT

AND TO:    ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Christopher P. Damitio of Kilpatrick Townsend & Stockton LLP hereby enters his appearance in the above-entitled proceeding on behalf of Plaintiff VALVE CORPORATION.  All further pleadings or notices of any nature whatsoever in this case may be served upon Plaintiff by delivering a copy thereof to the undersigned at the address below.

PLAINTIFF VALVE CORPORATION'S NOTICE OF APPEARANCE RE DAMITIO
Case No. 2:23-cv-1016

1

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

| | | |
|---|---|---|
| 1 | DATED: July 10, 2023 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By:  /s/ Christopher P. Damitio |
| 5 | | Dario A. Machleidt (State Bar No. 41860)<br>Kathleen R. Geyer (State Bar No. 55493) |
| 6 | | Christopher P. Damitio (State Bar No. 58633)<br>1420 Fifth Avenue, Suite 3700 |
| 7 | | Seattle, WA 98101<br>Telephone:  (206) 467-9600 |
| 8 | | dmachleidt@kilpatricktownsend.com<br>kgeyer@kilpatricktownsend.com<br>cdamitio@kilpatricktownsend.com |
| 9 | | |
| 10 | | Attorneys for Plaintiff<br>VALVE CORPORATION |

PLAINTIFF VALVE CORPORATION'S
NOTICE OF APPEARANCE RE DAMITIO
Case No. 2:23-cv-1016

2

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600