HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | Case No. 2:23-cv-1016 |
| Plaintiff, | **PLAINTIFF VALVE CORPORATION'S NOTICE OF APPEARANCE RE KATHLEEN R. GEYER** |
| v. | |
| LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER, | Complaint Filed:   07/07/2023 |
| Defendants. | |

TO:        CLERK OF THE COURT

AND TO:    ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Kathleen R. Geyer of Kilpatrick Townsend & Stockton LLP hereby enters her appearance in the above-entitled proceeding on behalf of Plaintiff VALVE CORPORATION.  All further pleadings or notices of any nature whatsoever in this case may be served upon Plaintiff by delivering a copy thereof to the undersigned at the address below.

PLAINTIFF VALVE CORPORATION'S
NOTICE OF APPEARANCE RE GEYER          1
Case No. 2:23-cv-1016

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

| | | |
|---|---|---|
| 1 | DATED: July 11, 2023 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |

By:   /s/ Kathleen R. Geyer
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

Attorneys for Plaintiff
VALVE CORPORATION

PLAINTIFF VALVE CORPORATION'S
NOTICE OF APPEARANCE RE GEYER
Case No. 2:23-cv-1016

2

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600