DARIO MACHLEIDT, (SBN 41860)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 EL CAMINO REAL, SUITE 250
SAN DIEGO, CA 92130
858-350-3868
Attorney for: VALVE CORPORATION
Atty. File No.: 1393107

USDC, WESTERN DISTRICT OF WASHINGTON

PLAINTIFF : VALVE CORPORATION
DEFENDANT : LEIGH ROTHSCHILD, ET AL.

Case No. 2:23-CV-01016
**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; VALVE CORPORATION CORPORATE DISCLOSURE STATEMENT; NOTICE OF APPEARANCE (2); NOTICE OF ELECTRONIC FILING; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF DEFICIENCY RE IMPROPER SIGNATURE

3. a. Party Served : PATENT ASSET MANAGEMENT, LLC
      AUTHORIZED AGENT FOR SERVICE: LEIGH ROTHSCHILD
   b. Person served : REAGAN ROTHSCHILD, AGENT'S SON/CO-OCCUPANT
      (AUTHORIZED TO ACCEPT)

4. Address where the party was served: 1574 NE QUAYSIDE TER
   MIAMI, FL 33138  (Residence)

5. I served the party
   b. **by substituted service.** On July 17, 2023 at 07:03 PM I left the documents listed in item 2 with or in the presence of REAGAN ROTHSCHILD, AGENT'S SON/CO-OCCUPANT (AUTHORIZED TO ACCEPT)
   (2) **(home)** a competent member or the household (at least 18 years of age) at the dwelling or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: PATENT ASSET MANAGEMENT, LLC
      AUTHORIZED AGENT FOR SERVICE: LEIGH ROTHSCHILD
      under [xx] CCP 416.40 (association or partnership)

7. **Person who served papers**
   a. JAIME SALINAS
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 407.95
   e. I am
      (3) not a registered California process server
         (i) an independent contractor
         (ii) Registration No.:
         (iii) County:

8. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Date : July 21, 2023

Signature: _____
JAIME SALINAS

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No.: 1645072-01

DARIO MACHLEIDT, (SBN 41860)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 EL CAMINO REAL, SUITE 250
SAN DIEGO, CA  92130
858-350-3868
Attorney for: VALVE CORPORATION
Atty. File No.: 1393107

USDC, WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PLAINTIFF | : VALVE CORPORATION | Case No. 2:23-CV-01016 |
| DEFENDANT | : LEIGH ROTHSCHILD, ET AL. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on    07/12/23:

SUMMONS; COMPLAINT; VALVE CORPORATION CORPORATE DISCLOSURE STATEMENT; NOTICE OF APPEARANCE (2); NOTICE OF ELECTRONIC FILING; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF DEFICIENCY RE IMPROPER SIGNATURE

After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party Served    : PATENT ASSET MANAGEMENT, LLC
                  AUTHORIZED AGENT FOR SERVICE: LEIGH ROTHSCHILD

Business        : 1801 NE 123RD STREET
                  NORTH MIAMI, FL  33181

Residence       : 1574 NE QUAYSIDE TER
                  MIAMI, FL  33138

Attempts to effect service are as follows:

07/14/23   01:19P   Attempted service at the business address; subject is no longer located here, gone 6+ months, per building management. Not on directory, either. (Addr #1)

07/17/23   07:03P   Attempted service-effected substitute service (Addr #2)

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Date :  July  21, 2023            Signature:  _____
                                              JAIME SALINAS

Jud. Coun. form, rule 2.150 CRC        **DECLARATION RE DILIGENCE**        Ref. No.: 1645072-01

DARIO MACHLEIDT, (SBN 41860)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 EL CAMINO REAL, SUITE 250
SAN DIEGO, CA  92130
858-350-3868
Attorney for:  VALVE CORPORATION
Atty. File No.:  1393107

USDC, WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLAINTIFF     :  VALVE CORPORATION | Case No. :  : 2:23-CV-01016 |
| DEFENDANT  :  LEIGH ROTHSCHILD, ET AL. | **DECLARATION OF MAILING** |

RE:   PATENT ASSET MANAGEMENT, LLC
        AUTHORIZED AGENT FOR SERVICE: LEIGH ROTHSCHILD

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California.  I am over the age of eighteen years and not a party to this action.  My business address is
**1550 HOTEL CIRCLE NORTH SUITE 440,  SAN DIEGO, CA 92108.**

On  July  19, 2023   I mailed the within documents:

   SUMMONS; COMPLAINT; VALVE CORPORATION CORPORATE DISCLOSURE
   STATEMENT; NOTICE OF APPEARANCE (2); NOTICE OF ELECTRONIC FILING;
   REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING
   A PATENT OR TRADEMARK; NOTICE OF DEFICIENCY RE IMPROPER
   SIGNATURE

On the party in said action, by mailing a true copy thereof (by First-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

   PATENT ASSET MANAGEMENT, LLC
   AUTHORIZED AGENT FOR SERVICE: LEIGH ROTHSCHILD
   1574 NE QUAYSIDE TER MIAMI, FL  33138   (Residence)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   July  27, 2023          at  SAN DIEGO, California.

Signature:  _____
                                LUCA HOXENG

**DECLARATION OF MAILING**                              Ref. No. :  1645072-01