DARIO MACHLEIDT, (SBN 41860)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 EL CAMINO REAL, SUITE 250
SAN DIEGO, CA  92130
858-350-3868
Attorney for: VALVE CORPORATION
Atty. File No.: 1393107

USDC, WESTERN DISTRICT OF WASHINGTON

PLAINTIFF      : VALVE CORPORATION
DEFENDANT    : LEIGH ROTHSCHILD, ET AL.

Case No. : 2:23-CV-01016
**PROOF OF SERVICE OF SUMMONS**

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the  SUMMONS; COMPLAINT; VALVE CORPORATION CORPORATE DISCLOSURE
       STATEMENT; NOTICE OF APPEARANCE (2); NOTICE OF ELECTRONIC FILING;
       REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING
       A PATENT OR TRADEMARK; NOTICE OF DEFICIENCY RE IMPROPER
       SIGNATURE

3.   a.  Party Served    :  DISPLAY TECHNOLOGIES, LLC
                                AUTHORIZED AGENT FOR SERVICE: INCORPORATEMAX
       b.  Person Served  :  JAMES CAMPBELL (AGENT)
                                (AUTHORIZED AGENT FOR SERVICE)

4.   Address where the party was served: 25700 INTERSTATE 45 N        #4119
                                THE WOODLANDS, TX  77386   (Business)

5.   I served the party
       a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to
            receive service of process for the party  (1) on  July 20, 2023  (2) at: 01:21 PM

6.   The "Notice to the person served" (on the summons) was completed as follows:
       c.   on behalf of: DISPLAY TECHNOLOGIES, LLC
                   AUTHORIZED AGENT FOR SERVICE: INCORPORATEMAX
            under  [xx]  CCP 416.40  (association or partnership)

7.   **Person who served papers**
       a.  ANDY GARZA
       b.  KNOX ATTORNEY SERVICE
            1550 HOTEL CIRCLE NORTH SUITE 440
            SAN DIEGO, CA 92108
       c.  619-233-9700

       d.   Fee For Service : $ 113.15
       e.   I am
              (3)  not a registered California process server
                 (i)    an independent contractor
                 (ii)   Registration No.: 152
                 (iii)  County: San Diego

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  July 25, 2023

Signature: _____
                                ANDY GARZA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No. : 1645084-01