DARIO MACHLEIDT, (SBN 41860)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 EL CAMINO REAL, SUITE 250
SAN DIEGO, CA 92130
858-350-3868
Attorney for: VALVE CORPORATION
Atty. File No.: 1393107

USDC, WESTERN DISTRICT OF WASHINGTON

PLAINTIFF : VALVE CORPORATION
DEFENDANT : LEIGH ROTHSCHILD, ET AL.

Case No. : 2:23-CV-01016
**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; VALVE CORPORATION CORPORATE DISCLOSURE STATEMENT; NOTICE OF APPEARANCE (2); NOTICE OF ELECTRONIC FILING; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF DEFICIENCY RE IMPROPER SIGNATURE

3. a. Party Served : ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC
      AUTHORIZED AGENT FOR SERVICE: INCORPORATEMAX
   b. Person Served : JAMES CAMPBELL (AGENT)
      (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served: 25700 INTERSTATE 45 N    #4119
   THE WOODLANDS, TX 77386   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 20, 2023 (2) at: 01:21 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC
      AUTHORIZED AGENT FOR SERVICE: INCORPORATEMAX
      under [xx] CCP 416.40 (association or partnership)

7. **Person who served papers**
   a. ANDY GARZA
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 242.45
   e. I am
      (3) not a registered California process server
      (i) an independent contractor
      (ii) Registration No.: 152
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : July 25, 2023

Signature: _____
ANDY GARZA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No.: 1645083-01