HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016<br><br>**PLAINTIFF VALVE CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER**<br><br>Complaint Filed:    07/07/2023 |

Plaintiff Valve Corporation ("Valve") files this Unopposed Motion for Extension of Time for Defendants Display Technologies, LLC, Leigh M. Rothschild, Patent Asset Management LLC, and Rothschild Broadcast Distribution Systems, LLC (collectively, the "Rothschild Defendants") to Respond to Complaint.

Valve filed its Complaint on July 7, 2023 (Dkt. 1) against the Rothschild Defendants, Samuel Meyler, and Meyler Legal, PLLC (collectively, Samuel Meyler, and Meyler Legal, PLLC are the "Meyler Defendants"). The deadline for Leigh Rothschild and Patent Asset Management to respond to the complaint was Monday, August 7th. The deadline for Rothschild Broadcast Display Systems LLC and Display Technologies LLC to respond to the complaint is Thursday, August 10th. The Meyler Defendants have until Monday, September 18th, to respond, which is 60

PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME AND ORDER                1
Case No. 2:23-cv-1016

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

days from the date that Valve sent them a request for waiver of service.

The Rothschild Defendants have requested an extension to respond to the Complaint up to and including Monday, September 18th, which would make all responses due on the same day. Valve does not oppose this request.

Accordingly, Valve respectfully requests that the Court grant this motion and enter an order extending the deadline for the Rothschild Defendants to answer or otherwise respond to the Complaint to September 18, 2023.

DATED: August 8, 2023

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ *Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

Attorneys for Plaintiff
VALVE CORPORATION

**SO ORDERED**, this 9th day of August, 2023.

Jamal N. Whitehead
United States District Judge

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND ORDER
Case No. 2:23-cv-1016

2

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600