**Honorable Jamal N. Whitehead**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. **2:23-cv-01016**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>**October 13, 2023**<br><br>**ORAL ARGUMENT REQUESTED** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Now pending before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint. Having reviewed the motion and all related briefing, the Court finds good cause exists to grant the motion.

Accordingly, it is: ORDERED THIS ____ day of ____, 2023 that Defendants' Motion to Dismiss is GRANTED, and this matter is hereby dismissed.

_____
HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE