Matthew Cunanan, WSBA #42530
DC Law Group
12055 15th Ave NE, Seattle, WA 98125
Tel:  206.494.0400
matthew@dclglawyers.com

Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                Plaintiff,

v.

LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,

                Defendants.

Case No.  2:23-cv-01016  JNW

**NOTICE OF APPEARANCE**

Defendants LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC and SAMUEL MEYLER file this Notice of Appearance, and hereby notifies the Court that Matthew Cunanan and DC Law Group have entered his appearance as counsel for the Defendants named above.  In connection with this notice, all future pleadings and other papers filed under Fed. R. Civ. P. 5 should also be served on him at the address above, or via email through the Court's CM/ECF email notification system.  This appearance of counsel is without waiver by said defendant of any defenses available to them, including any defenses based upon improper or deficient service of process, lack of personal jurisdiction, improper or inconvenient forum, or any other defenses.

      DATED:  September 20, 2023.

_/s/ Matthew Cunanan_____
Matthew Cunanan, WSBA #42530
Attorney for Defendants *Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC & Samuel Meyler*

Notice of Appearance  - 1

**DC LAW GROUP**

12055 15th Ave NE  |  Seattle, WA 98125
Tel:206-494-0400 Fax: 855-494-0400