Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　　　Defendants. | Case No. **2:23-cv-01016**<br><br>**DEFENDANTS' STATEMENT UNDER FED. R. CIV. P. 7.1(a)** |

DEFENDANTS' STATEMENT UNDER
FED. R. CIV. P. 7.1– Page **1** of **3**
Case No. 2:23-cv-01016

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

Pursuant to Fed. R. Civ. Proc. 7.1, Defendants Rothschild Broadcast Distribution Systems, LLC and Display Technologies, LLC are each 100% owned by Patent Asset Management, LLC.

Defendant Patent Asset Management, LLC states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Defendant Meyler Legal, PLLC states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated:  September 29, 2023                     Respectfully submitted,


By: /s/ Matthew J. Cunanan
　　Matthew J. Cunanan (#42530)
　　DC LAW GROUP
　　12055 15th Ave NE, Suite B
　　Seattle, WA 98125
　　Tel: (206) 494-0400
　　Fax: (855) 494-0400
　　Email: matthew@dclglawyers.com

　　Donald R. McPhail (motion for *phv* to be filed)
　　1940 Duke Street
　　Alexandria, Virginia 22314
　　Tel: (703) 412-1432
　　Fax: (703) 413-2220
　　Email: dmcphail@oblon.com

　　*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

DEFENDANTS' STATEMENT UNDER
FED. R. CIV. P. 7.1– Page **2** of **3**
Case No. 2:23-cv-01016

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Rhondalyn E. Dulic

DEFENDANTS' STATEMENT UNDER
FED. R. CIV. P. 7.1– Page **3** of **3**
Case No. 2:23-cv-01016

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400