# EXHIBIT 7

HON. THOMAS S. ZILLY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>VALVE CORPORATION,<br><br>          Defendant. | No.: 2:22-cv-01365-TSZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Valve Corporation ("Defendant" and/or "Valve") without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

DATED: October 13, 2022.

MEYLER LEGAL, PLLC


 /S/ SAMUEL M. MEYLER
SAMUEL M. MEYLER, WSBA #39471
1700 Westlake Ave. N., Ste. 200
Seattle, WA 98109

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1
(Case No. 2:22-cv-01365)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

|   |   |
|---|---|
| 1 | Tel: 206-876-7770 |
| 2 | Fax: 206-876-7771 |
|   | E-mail: samuel@meylerlegal.com |
| 3 | *Counsel for Plaintiff Display Technologies, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

    /S/ SAMUEL M. MEYLER
SAMUEL M. MEYLER, WSBA #39471

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2
(Case No. 2:22-cv-01365)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771