# EXHIBIT 9

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4380437

| SUBMISSION TYPE: | CORRECTIVE ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Corrective Assignment to correct the ASSIGNEE ADDRESS previously recorded on Reel 035074 Frame 0541. Assignor(s) hereby confirms the CORRECTIVE ASSIGNMENT. |
| RESUBMIT DOCUMENT ID: | 504329707 |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ARIEL INVENTIONS LLC | 02/25/2015 |

## RECEIVING PARTY DATA

| Name: | ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC |
|---|---|
| Street Address: | 1400 PRESTON ROAD |
| City: | PLANO |
| State/Country: | TEXAS |
| Postal Code: | 75093 |

## PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 8856221 |
| Patent Number: | 8307089 |

## CORRESPONDENCE DATA

Fax Number:  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Email: | patent@ferraiuoli.com |
|---|---|
| Correspondent Name: | FERRAIUOLI LLC |
| Address Line 1: | 221 PONCE DE LEON AVE. 5TH FL |
| Address Line 4: | SAN JUAN, PUERTO RICO 00917 |

| ATTORNEY DOCKET NUMBER: | 2400.1 |
|---|---|
| NAME OF SUBMITTER: | RAFAEL RODRIGUEZ |
| SIGNATURE: | /Rafael Rodriguez/ |
| DATE SIGNED: | 04/24/2017 |

Total Attachments: 7  
source=Ariel-RBDS Patent Assignment Cover Sheet#page2.tif  
source=Ariel-RBDS Patent Assignment Cover Sheet#page3.tif  
source=Ariel-RBDS Patent Assignment Cover Sheet#page4.tif

source=Ariel-RBDS Patent Assignment Cover Sheet#page5.tif
source=Ariel_RBDS_Assignment-signed_Final#page1.tif
source=Ariel_RBDS_Assignment-signed_Final#page2.tif
source=Ariel_RBDS_Assignment-signed_Final#page3.tif

503201962    03/03/2015

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT3248577

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ARIEL INVENTIONS, LLC | 02/25/2015 |

### RECEIVING PARTY DATA

| Name: | ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC |
|---|---|
| Street Address: | 401 EAST LAS OLAS BLVD., SUITE #1400 |
| City: | FORT LAUDERDALE |
| State/Country: | FLORIDA |
| Postal Code: | 33301 |

### PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 8856221 |
| Patent Number: | 8307089 |

### CORRESPONDENCE DATA

**Fax Number:** (310)203-0567

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 310-203-8080  
**Email:** patentdocket@jmbm.com  
**Correspondent Name:** JEFFER MANGELS BUTLER & MITCHELL LLP  
**Address Line 1:** 1900 AVENUE OF THE STARS, 7TH FLOOR  
**Address Line 4:** LOS ANGELES, CALIFORNIA 90067

| ATTORNEY DOCKET NUMBER: | 74855-0001 |
|---|---|
| NAME OF SUBMITTER: | BRENNAN C. SWAIN |
| SIGNATURE: | /Brennan C. Swain/ |
| DATE SIGNED: | 03/03/2015 |

**Total Attachments:** 3  
source=74855-0001 Patent Assignment - Rothschild Broadcast -signed#page1.tif  
source=74855-0001 Patent Assignment - Rothschild Broadcast -signed#page2.tif  
source=74855-0001 Patent Assignment - Rothschild Broadcast -signed#page3.tif

503201962

PATENT  
REEL: 035074 FRAME: 0541

PATENT  
REEL: 042109 FRAME: 0971

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Ariel Inventions LLC , a Florida corporation limited liability company having an address at 401 East Las Olas Blvd Suite #1400 Fort Lauderdale, Fla. ("**Assignor**"), does hereby sell, assign, transfer, and convey unto Rothschild Broadcast Distribution Systems, LLC, a Florida limited liability company, having an address at 401 East Las Olas Blvd Suite #1400 Fort Lauderdale, Fla. , ("**Assignee**"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "**Patent Rights**"):

(a)   the patent applications and patent listed in the table below (the "**Patent**");

| Patent or Application No. | Country | Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 8,856,221 | US | October 14, 2012 | System and Method for Storing Broadcast content in a cloud-based computing environment<br><br>Leigh M. Rothschild |
| 8,307,089 | US | November 21, 2011 | System and Method for Storing Broadcast content in a cloud-based computing environment<br><br>Leigh M. Rothschild |

(b)   all patents and patent applications (i) to which the Patent directly or indirectly claims priority, (ii) for which the Patent directly or indirectly forms a basis for priority, and/or (iii) that were co-owned applications that directly or indirectly incorporate by reference, or were incorporated by reference into, the Patent;

(c)   all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item in any of the foregoing categories (a) and (b);

1

(d) all inventions, invention disclosures, and discoveries described in any item in any of the foregoing categories (a) through (c) and all other rights arising out of such inventions, invention disclosures, and discoveries;

(e) all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any item in any of the foregoing categories (a) through (d), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(f) all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, the Patent and/or any item in any of the foregoing categories (b) through (e), including, without limitation, all causes of action and other enforcement rights for

(i) past, present, and future damages,
(ii) injunctive relief, and
(iii) any other remedies of any kind for past, present, and future infringement; and

(g) all rights to collect royalties and other payments under or on account of the Patent and/or any item in any of the foregoing categories (a) through (f).

Assignor represents, warrants and covenants that:

(1) Assignor has the full power and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into the Letter Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2) Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. Assignor has obtained and properly recorded previously executed assignments for the Patent Rights as necessary to fully perfect its rights and title therein in accordance with governing law and regulations in each respective jurisdiction. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or

2

other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights. Such assistance will include providing, and obtaining from the respective inventors, prompt production of pertinent facts and documents, giving of testimony, execution of petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assistance reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.
IN WITNESS WHEREOF this Assignment of Patent Rights is executed at  Miami, Florida on  February 25, 2015                          .

ASSIGNOR:

By: _____  for Ariel Inventions, LLC.

3

ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Ariel Inventions LLC , a Florida corporation limited liability company having an address at 401 East Las Olas Blvd Suite #1400 Fort Lauderdale, Fla. ("**Assignor**"), does hereby sell, assign, transfer, and convey unto Rothschild Broadcast Distribution Systems, LLC, a ~~Florida~~ Texas limited liability company, having an address at ~~401 East Las Olas Blvd Suite #1400 Fort Lauderdale, Fla.~~ 1400 Preston Road, Suite 400, Plano, TX 75093, ("Assignee"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "**Patent Rights**"):

(a)   the patent applications and patent listed in the table below (the "Patent");

| Patent or Application No. | Country | Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 8,856,221 | US | October 14, 2012 | System and Method for Storing Broadcast content in a cloud-based computing environment<br><br>Leigh M. Rothschild |
| 8,307,089 | US | November 21, 2011 | System and Method for Storing Broadcast content in a cloud-based computing environment<br><br>Leigh M. Rothschild |

(b)   all patents and patent applications (i) to which the Patent directly or indirectly claims priority, (ii) for which the Patent directly or indirectly forms a basis for priority, and/or (iii) that were co-owned applications that directly or indirectly incorporate by reference, or were incorporated by reference into, the Patent;

(c) all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item in any of the foregoing categories (a) and (b);

*lmr*         022517         1

(d) all inventions, invention disclosures, and discoveries described in any item in any of the foregoing categories (a) through (c) and all other rights arising out of such inventions, invention disclosures, and discoveries;

(e) all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any item in any of the foregoing categories (a) through (d), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(f) all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, the Patent and/or any item in any of the foregoing categories (b) through (e), including, without limitation, all causes of action and other enforcement rights for

(i) past, present, and future damages, (ii) injunctive relief, and (iii) any other remedies of any kind for past, present, and future infringement; and

(g) all rights to collect royalties and other payments under or on account of the Patent and/or any item in any of the foregoing categories (a) through (f).

Assignor represents, warrants and covenants that:

(1) Assignor has the full power and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into the Letter Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2) Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. Assignor has obtained and properly recorded previously executed assignments for the Patent Rights as necessary to fully perfect its rights and title therein in accordance with governing law and regulations in each respective jurisdiction. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

2

*lmr*   022517

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights. Such assistance will include providing, and obtaining from the respective inventors, prompt production of pertinent facts and documents, giving of testimony, execution of petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assistance reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at <u>Miami, Florida</u> on <u>February 25, 2015</u>.

ASSIGNOR:

By: _____ for Ariel Inventions, LLC