HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF CHRISTOPHER P. DAMITIO IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBIT 6 TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   07/07/2023<br><br>JURY TRIAL DEMANDED |

I, Christopher P. Damitio, declare as follows:

1.   I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am an associate in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above referenced action.

2.   I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.   On Saturday, October 7, I became aware that Exhibit 6 to Valve's First Amended Complaint included the confidential amount that Valve paid to settle a previous litigation.

4.   On Tuesday, October 10, I called the Office of CM/ECF filings for the Western District of Washington (Monday, October 9, was a holiday). I requested that the office modify the

DEC. OF DAMITIO ISO MOTION TO SEAL EXHIBIT 6
TO FIRST AMENED COMPLAINT                                    1
Case No. 2:23-cv-1016

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

1  docket to place Exhibit 6 under seal. I was informed that they had done so.

2      5.    On Wednesday, October 11, I emailed counsel for Defendants, informed them of Valve's intention to file a motion to maintain Exhibit 6 under seal, and asked if they opposed the motion. Counsel for Defendants indicated that they did not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Octoer 13, 2023 at Seattle, Washington.

*/s/ Christopher P. Damitio*
Christopher P. Damitio

DEC. OF DAMITIO ISO MOTION TO SEAL EXHIBIT 6
TO FIRST AMENED COMPLAINT
Case No. 2:23-cv-1016

2

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600