HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | Case No. 2:23-cv-1016 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBIT 6 TO THE FIRST AMENDED COMPLAINT** |
| v. | |
| LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER, | Complaint Filed:    07/07/2023 |
| | JURY TRIAL DEMANDED |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBIT 6 TO THE FIRST AMENDED COMPLAINT**

Now pending before the Court is Plaintiff's Unopposed Motion to Seal Exhibit 6 to the First Amended Complaint. Having reviewed the motion and all relating briefing, the Court finds good cause exists to grant the motion.

Accordingly, it is ORDERED this ____ day of October 2023 that Plaintiff's Motion to Seal Exhibit 6 to the First Amended complaint is GRANTED.

PROPOSED ORDER GRANTING MOTION TO SEAL
EXHIBIT 6 TO FIRST AMENED COMPLAINT         1
Case No. 2:23-cv-1016

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

| | | |
|---|---|---|
| 1 | DATED: October 13, 2023 | Presented by, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By:  /s/ *Dario A. Machleidt* |
| 5 | | Dario A. Machleidt (State Bar No. 41860) |
| | | Kathleen R. Geyer (State Bar No. 55493) |
| 6 | | Christopher P. Damitio (State Bar No. 58633) |
| 7 | | 1420 Fifth Avenue, Suite 3700 |
| | | Seattle, WA 98101 |
| | | Telephone:  (206) 467-9600 |
| 8 | | dmachleidt@kilpatricktownsend.com |
| | | kgeyer@kilpatricktownsend.com |
| 9 | | cdamitio@kilpatricktownsend.com |
| 10 | | *Attorneys for Plaintiff* |
| | | *VALVE CORPORATION* |

Dated this ___ day of October, 2023.

_____
HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION TO SEAL
EXHIBIT 6 TO FIRST AMENED COMPLAINT
Case No. 2:23-cv-1016

2

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600