Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. **2:23-cv-01016**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER**<br><br>NOTE ON MOTION CALENDAR:<br>**November 17, 2023** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER

Now pending before the Court is Defendants' Motion to Transfer this action to the U.S. District Court for the Eastern District of Texas. Having reviewed the motion and all related briefing, the Court finds good cause exists to grant the motion.

Accordingly, it is: ORDERED that Defendants' Motion to Transfer is GRANTED, and this matter is hereby transferred to the U.S. District Court for the Eastern District of Texas.

Dated this ___ day of November, 2023.

_____
HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO TRANSFER – Page **1** of **2**
Case No. 2:23-cv-01016

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

Presented by:   /s/ Matthew J. Cunanan
Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

Donald R. McPhail (motion for *phv* admission
   filed Sept. 29, 2023)
OBLON, MCCLELLAND, MAIER
   & NEUSTADT, LLP
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 412-1432
Fax: (703) 413-2220
Email: dmcphail@oblon.com

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO TRANSFER – Page **2** of **2**
Case No. 2:23-cv-01016

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400