HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>                Defendants. | Case No. 2:23-cv-1016<br><br>**RE-NOTE OF DEFENDANTS' MOTION TO DISMISS (DKT. 27)**<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, DECEMBER 8, 2023**<br><br>Complaint Filed:    07/07/2023 |

TO:            CLERK OF THE COURT;

AND TO:    ALL PARTIES and their COUNSEL OF RECORD

Please take notice that Defendants' Motion to Dismiss (Dkt. 27) previously noted for consideration on Friday, December 1, 2023 has been re-noted to Friday December 8, 2023. Plaintiff states that the parties have conferred and agreed to the re-noted date.

PLAINTIFF'S RE-NOTE OF DEFENDANTS' MOTION TO DISMISS (Dkt. 27)
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

| | |
|---|---|
| 1 | DATED: November 21, 2023 |

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:  /s/ *Kathleen R. Geyer*
     Dario A. Machleidt (State Bar No. 41860)
     Kathleen R. Geyer (State Bar No. 55493)
     Christopher P. Damitio (State Bar No. 58633)
     1420 Fifth Avenue, Suite 3700
     Seattle, WA 98101
     Telephone:  (206) 467-9600
     dmachleidt@kilpatricktownsend.com
     kgeyer@kilpatricktownsend.com
     cdamitio@kilpatricktownsend.com

Attorneys for Plaintiff
VALVE CORPORATION

PLAINTIFF'S RE-NOTE OF DEFENDANTS' MOTION TO DISMISS (Dkt. 27)
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600