HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>            Defendants. | Case No. 2:23-cv-1016<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:    07/07/2023 |

Plaintiff Valve Corporation ("Valve") and Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler (collectively "Defendants") jointly submit this Stipulation Regarding Valve's Second Amended Complaint:

WHEREAS, on July 7, 2023, Valve filed the complaint in the above captioned action ("Action"), against Defendants;

WHEREAS, on September 18, 2023, Defendants filed a motion to dismiss Valve's complaint (Dkt. 18);

WHEREAS, on October 6, 2023, Valve filed its First Amended Complaint and served it on Defendants via ECF (Dkt. 23) (the "FAC");

STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S SECOND AMENDED COMPLAINT
Case No. 2:23-cv-1016

1

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

WHEREAS, Defendants on October 20, 2023, moved to dismiss the FAC pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. 27);

WHEREAS, Defendants' motion to dismiss the FAC was originally noted for consideration on December 1, 2023, but by agreement of the parties was renoted for consideration on December 8, 2023 (Dkt. 32);

WHEREAS, in the interest of judicial economy and efficiency, Valve seeks to amend the FAC to dismiss Count V (Conspiracy to Commit Violations of Washington's Unfair Business Practices and Bad Faith Assertions of Patent Infringement);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Valve may amend the Amended Complaint "with the opposing party's written consent";

WHEREAS, Defendants have reviewed a copy of Valve's Second Amended Complaint (the "SAC") and, without conceding the SAC has merit and while reserving all rights, consents to its filing, provided that because the proposed SAC does not change the allegations and claims asserted in the FAC, but merely dismisses one of the Counts, the parties' briefing already filed in connection with Defendants' motion to dismiss the FAC will apply to the allegations and claims in the SAC that remain unchanged from the FAC;

WHEREAS, the parties will complete all briefing regarding Defendants' motion to dismiss Valve's complaint and the motion will be ripe for the Court's consideration on December 8, 2023, the date of noting;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rules 10(g) and 15, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. Valve shall file its SAC within one day of the Court's issuance of this Order;
2. The parties' briefing on Defendants' Motion to Dismiss (Dkt. 27 and any subsequent briefing), shall apply to the allegations and claims in the SAC.

STIPULATION AND [PROPOSED] ORDER RE
PLAINTIFF'S SECOND AMENDED COMPLAINT   2
Case No. 2:23-cv-1016

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

| | | |
|---|---|---|
| 1 | DATED: December 4, 2023 | Respectfully submitted, |

By: /s/ *Kathleen R. Geyer*
KILPATRICK TOWNSEND & STOCKTON LLP
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
E-mail: dmachleidt@kilpatricktownsend.com
E-mail: kgeyer@kilpatricktownsend.com
E-mail: cdamitio@kilpatricktownsend.com

Attorneys for Plaintiff
VALVE CORPORATION

DATED: December 4, 2023    Respectfully submitted,

By: /s/ *Donald R. McPhail*
Matthew J. Cunanan (State Bar No. 42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Telephone: (206) 494-0400
E-mail: matthew@dclglawyers.com

Donald R. McPhail (*phv*)
OBLON, McCLELLAND, MAIER NEUSTADT, LLP
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 412-1432
E-mail: dmcphail@oblon.com

Attorneys for Defendants
LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER

Dated this ___ day of December, 2023.

---

HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S SECOND AMENDED COMPLAINT
Case No. 2:23-cv-1016

3

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600