Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　　Defendants. | Case No. **2:23-cv-01016**<br><br>**RE-NOTE OF DEFENDANTS' MOTION TO DISMISS (DKT. 27)**<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, DECEMBER 15, 2023**<br><br>Complaint Filed: 07/07/2023 |

TO:　　　　CLERK OF THE COURT;

AND TO:　　ALL PARTIES and their COUNSEL OF RECORD

　　Please take notice that Defendants' Motion to Dismiss (Dkt. 27) previously noted for consideration on Friday, December 8, 2023 has been re-noted to Friday December 15, 2023. Defendants state that the parties have conferred and agreed to the re-noted date.

Dated:  December 8, 2023

Respectfully submitted,

By: /s/ Matthew J. Cunanan
    Matthew J. Cunanan (#42530)
    DC LAW GROUP
    12055 15th Ave NE, Suite B
    Seattle, WA 98125
    Tel: (206) 494-0400
    Fax: (855) 494-0400
    Email: matthew@dclglawyers.com

    Donald R. McPhail (admitted *phv*)
    OBLON, MCCLELLAND, MAIER
      & NEUSTADT, LLP
    1940 Duke Street
    Alexandria, Virginia 22314
    Tel: (703) 412-1432
    Fax: (703) 413-2220
    Email: dmcphail@oblon.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

DEFENDANTS' RE-NOTE OF DEFENDANTS' MOTION
TO DISMISS (DKT. 27)  – Page **2**
Case No. 2:23-cv-01016

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400