UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | CASE NO. 23-cv-1016 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This matter comes before the Court on the parties' Stipulated Protective Order and Agreement Regarding Discovery of Electronically Stored Information. Dkt. Nos. 43, 44.

Under LCR 26(c)(2), parties that use this district's model protective order, and wish to depart from that order, "must provide the court with a redlined version

**MINUTE** ORDER - 1

identifying departures from the model." The parties' Stipulated Protective Order departs from the district's model protective order, but the parties have not included a redlined version of their proposed protective order showing how it departs from the model. The Court directs the parties to file a redlined version of their Stipulated Protective Order as required under LCR 26(c)(2).

Additionally, under LCR 7(b)(1), all motions must be accompanied by a proposed order, which must also be submitted to chambers as "an editable version . . . in a format compatible with Microsoft Word."[1] The parties have not provided the Court with copies of their proposed orders in Word format. The Court directs the parties to submit the proposed orders as a Word files to WhiteheadOrders@wawd.uscourts.gov.

Dated this 2nd day of May, 2024.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

---

[1] The Local Civil Rules were updated on April 26, 2024, adding this requirement to LCR 7(b)(1). Still, under the former LCRs, the parties were required to provide the Court with proposed orders in Word format under LCR 10(e)(8).

**MINUTE** ORDER - 2