HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-1016<br><br>**PARTIES' SUPPLEMENTAL JOINT STATUS REPORT**<br><br>Complaint Filed:    07/07/2023 |

Plaintiff Valve Corporation ("Plaintiff") and Defendants Leigh Rothschild; Rothschild Broadcast Distribution Systems, LLC; Display Technologies, LLC; Patent Asset Management, LLC; Meyler Legal, PLLC; and Samuel Meyler (collectively, "Defendants") (Plaintiff and Defendants collectively referred to as "the Parties") previously submitted a Joint Status Report and Proposed Schedule on November 2, 2023 (Dkt. 28). As of today, the Court has not yet entered a Scheduling Order.

Since the Parties' original submission, this Court has denied Defendants' Motion to Transfer (Dkt. 47) and Motion to Dismiss (Dkt. 56). Because of the passage of time and to assist the Court, the Parties hereby submit this Supplemental Status Report, attaching the Parties' updated proposals for a Scheduling Order. Ex. A.

SUPPLEMENTAL JOINT STATUS REPORT
Case No. 2:23-cv-1016

1

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1    For the Court's convenience, the Parties also attach the previously filed Joint Status Report
2 (Ex. B), and the Parties' prior proposals for discovery limitations (Ex. C). The Parties have not
3 amended their previous Responses provided in their Joint Status Report or their proposal for
4 discovery limitations.

5

6 DATED: October 15, 2024        Respectfully submitted,

7                                By: /s/ *Dario A. Machleidt*
                                 KILPATRICK TOWNSEND & STOCKTON LLP
8                                Dario A. Machleidt (State Bar No. 41860)
9                                Kathleen R. Geyer (State Bar No. 55493)
                                 Christopher P. Damitio (State Bar No. 58633)
10                               1420 Fifth Avenue, Suite 3700
                                 Seattle, WA 98101
11                               Telephone: (206) 467-9600
                                 E-mail: dmachleidt@kilpatricktownsend.com
12                               E-mail: kgeyer@kilpatricktownsend.com
                                 E-mail: cdamitio@kilpatricktownsend.com
13
                                 Attorneys for Plaintiff
14                               VALVE CORPORATION

15 DATED: October 15, 2024        Respectfully submitted,

16
                                 By: /s/ *Donald R. McPhail*
17                               Matthew J. Cunanan (State Bar No. 42530)
                                 DC LAW GROUP
18                               12055 15th Ave NE, Suite B
                                 Seattle, WA 98125
19                               Telephone: (206) 494-0400
                                 E-mail: matthew@dclglawyers.com
20
                                 Donald R. McPhail (*phv*)
21                               Merchant & Gould
                                 1900 Duke Street, Suite 600
22                               Alexandria, Virginia 22314
                                 Telephone: (703) 412-1432
23                               E-mail: dmcphail@merchantgould.com

24                               Attorneys for Defendants
                                 LEIGH ROTHSCHILD, ROTHSCHILD
25                               BROADCAST DISTRIBUTION SYSTEMS, LLC,
                                 DISPLAY TECHNOLOGIES, LLC, PATENT
26                               ASSET MANAGEMENT, LLC, MEYLER
                                 LEGAL, PLLC, AND SAMUEL MEYLER
27

28