# **EXHIBIT A**

# Exhibit A
# Parties' Supplemental Scheduling Proposals

| Event | Plaintiff's Proposed Deadline | Defendants' Proposed Deadline | Authority |
|---|---|---|---|
| Defendant's Infringement Contentions | No later than 15 days after a Rule 16 scheduling conference or entry of a Scheduling Order | Same as Plaintiff | LPR 120 |
| Plaintiff's preliminary invalidity and non-infringement contentions | No later than 45 days after a Rule 16 scheduling conference or entry of a Scheduling Order | Same as Plaintiff | LPR 121 |
| Exchange of proposed terms and claim elements for construction | 20 days after service of Plaintiff's preliminary invalidity contentions | Same as Plaintiff | LPR 130(a) |
| Exchange of preliminary claim constructions and extrinsic evidence | 30 days after exchange of proposed terms and claim elements for construction. | Same as Plaintiff | LPR 131(a) |
| Joint claim construction and prehearing statement | 45 days after service of preliminary claim constructions | Same as Plaintiff | LPR 132 |
| Completion of claim construction discovery | 50 days after service of joint claim construction statement | Same as Plaintiff | LPR 133 |
| Opening claim construction brief | 5 days after completion of claim construction discovery | Same as Plaintiff | LPR 134(a) |
| Responsive claim construction briefs | 15 days after filing of the parties' opening claim construction briefs | Same as Plaintiff | LPR 134(c) |
| Claim construction hearing | At the convenience of the Court | Same as Plaintiff | |
| Deadline to join additional parties | January 6, 2025 | Same as Plaintiff | |
| Document Production substantially complete | April 25, 2025 | Same as Plaintiff | |
| Fact discovery cut-off | June 25, 2025 | Same as Plaintiff | |

| | | | |
|---|---|---|---|
| Opening expert reports | July 25, 2025 | 21 days after service by the Court of its Claim Construction Ruling | |
| Production of opinion(s) of counsel and service of privilege log by party defendant against a claim of willful infringement | 30 days after service by the Court of its Claim Construction Ruling | 30 days after service by the Court of its Claim Construction Ruling | LPR 140 |
| Rebuttal expert reports | August 25, 2025 | 21 days after service of Opening expert reports | |
| Expert discovery cut-off | September 25, 2025 | 21 days after service of Rebuttal expert reports | |
| Opening case dispositive and Daubert motions | October 16, 2025 | 21 days after Expert discovery cut-off | |
| Responsive case dispositive and Daubert motions | November 6, 2025 | 21 days after service of Opening case dispositive and Daubert motions | |
| Reply case dispositive and Daubert motions | November 20, 2025 | 14 days after service of Responsive case dispositive and Daubert motions | |
| Parties to file joint proposed final pretrial order | 5:00 p.m. four business days before the final pre-trial conference | Same as Plaintiff | |
| Final pretrial conference | To be determined by the Court | Same as Plaintiff | |
| Trial | To be determined by the Court | Same as Plaintiff | |