Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORTION, </br> </br>  Plaintiff, </br> </br> v. </br> </br> LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL PLLC, AND SAMUEL MEYLER </br> </br> Defendants. | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** </br> </br> Case No.: 2:23-cv-01016 </br> </br> Complaint Filed: July 7, 2023 |

Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, P LLC and Samuel Meyler, Esq. file this Unopposed Motion for Extension of Time for Defendants to Answer Plaintiff's Second Amended Complaint. Plaintiff Valve Corporation filed its Second Amended Complaint on January 16, 2024 (Dkt. 38). Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint on January 30, 2024 (Dkt. 40) and this Court denied that motion on September 26, 2024 (Dkt. 56) making the deadline for Defendants to respond to Plaintiff's Second Amended Complaint October 10, 2024, pursuant to Fed. R. Civ. P. 12(a)(4)(A). Accordingly, Defendants respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendants to answer Plaintiff's Second Amended Complaint to October 17, 2024.

Undersigned counsel for Defendants emailed counsel for Valve on October 8, 2024, regarding Defendants' requested extension of time and counsel for Valve responded on October

DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME
Case No. 2:23-cv-01016
Page **1** of **3**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

9, 2024, that Valve did not oppose Defendants' requested extension.

Dated: October 17, 2024                    Respectfully submitted,

                                                                  By: /s/ Donald R. McPhail
Donald R. McPhail (admitted *phv*)
1900 Duke Street
Alexandria, Virginia 22314
Tel: (703) 518-4516
Fax: (612) 332-9081
Email: dmcphail@merchantgould.com

Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

     **SO ORDERED**, this ___ day of October, 2024.

                                                         _____
HON. JAMAL N. WHITEHEAD
United States District Judge

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
Case No. 2:23-cv-01016
Page **2** of **3**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400