# EXHIBIT A



US008671195B2

(12) **United States Patent**
**Rothschild**

(10) **Patent No.: US 8,671,195 B2**
(45) **Date of Patent: Mar. 11, 2014**

(54) **DIGITAL MEDIA COMMUNICATION PROTOCOL**

(76) Inventor: **Leigh Rothschild**, Sunny Isles, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1522 days.

(21) Appl. No.: **11/999,570**

(22) Filed: **Dec. 7, 2007**

(65) **Prior Publication Data**

US 2009/0150554 A1 Jun. 11, 2009

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 15/173* (2006.01)

(52) **U.S. Cl.**
USPC .......... **709/225**; 709/229

(58) **Field of Classification Search**
USPC .......... 709/225, 229
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,672,572 | A | 6/1987 | Alsberg | |
| 5,555,407 | A | 9/1996 | Cloutier et al. | |
| 5,694,546 | A | 12/1997 | Reisman | |
| 5,805,442 | A | 9/1998 | Crater et al. | |
| 5,857,187 | A | 1/1999 | Uenoyama et al. | |
| 5,892,825 | A | 4/1999 | Mages et al. | |
| 5,915,093 | A | 6/1999 | Berlin et al. | |
| 5,922,045 | A | 7/1999 | Hanson | |
| 5,937,158 | A | 8/1999 | Uranaka | |
| 5,996,000 | A | 11/1999 | Shuster | |
| 6,101,534 | A | 8/2000 | Rothschild | |
| 6,145,088 | A | 11/2000 | Stevens | |
| 6,594,692 | B1 | 7/2003 | Reisman | |
| 7,631,084 | B2 * | 12/2009 | Thomas et al. | 709/227 |
| 7,711,783 | B1 * | 5/2010 | Violleau et al. | 709/206 |
| 8,264,352 | B2 | 9/2012 | Holley et al. | |
| 2004/0128375 | A1 * | 7/2004 | Rockwell | 709/223 |
| 2005/0120381 | A1 | 6/2005 | Yamaguchi | |
| 2005/0165795 | A1 | 7/2005 | Myka et al. | |
| 2006/0146765 | A1 | 7/2006 | Van de Sluis et al. | |
| 2006/0174206 | A1 | 8/2006 | Jung et al. | |
| 2008/0120369 | A1 * | 5/2008 | Gustavsson | 709/204 |
| 2011/0202993 | A1 | 8/2011 | Rothschild | |
| 2012/0254360 | A1 | 10/2012 | Rothschild | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1550968 | A1 | 7/2005 |
| WO | 2008059325 | A | 5/2008 |

OTHER PUBLICATIONS

U.S. District Court—S.D. of Florida, Civil Docket for Case No. 06-CV-21359, *Rothschild Trust* v. *Citrix Systems, Inc., et al.* (Printed Dec. 17, 2008 / Miami, FL).
Complaint [Case No. 06-CV-21359 / Entered May 31, 2006 / Miami, FL].
Defendants' Answer to Complaint [Case No. 06-CV-21359 / Entered Jun. 16, 2006 / Miami, FL].
Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions [Case No. 06-CV-21359 / Entered Sep. 11, 2006 / Miami, FL].

(Continued)

*Primary Examiner* — Larry Donaghue

(57) **ABSTRACT**

A digital media communication protocol structured to selectively transmit one or more digital media files between a media terminal and a media node via a communication link on an interactive computer network. The communication link is initiated by the media terminal, wherein the media terminal is disposed in an accessible relation to the interactive computer network. The digital media communication protocol, and in particular, the communication link, is further structured to bypass at least one security measure, such as, for example, a password, security key, and/or firewall.

**23 Claims, 4 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

Plaintiff's Unopposed Motion for Enlargement of Time to File Joint Claim Construction and Prehearing Statement [Case No. 06-CV-21359 / Entered Dec. 18, 2006 / Miami, FL].
Rothschild Trust's Prehearing Statement [Case No. 06-CV-21359 / Entered Jan. 26, 2007 / Miami, FL].
Rothschild Trust Holdings, LLC's Claim Construction Brief [Case No. 06-CV-21359 / Entered Feb. 26, 2007 / Miami, FL].
Notice of Conventional Filing [Case No. 06-CV-21359 / Entered Feb. 28, 2007 / Miami, FL].
Citrix Systems Inc.'s and Citrix Online, LLC's Opposition to Rothschild Trust Holdings, LLC's Claim Construction Brief [Case No. 06-CV-21359 /Entered Apr. 2, 2007 / Miami, FL].
Rothschild Trust Holdings, LLC's Claim Construction Opposition Brief [Case No. 06-CV-21359 / Entered Apr. 2, 2007 / Miami, FL].
Notice of Filing in Conventional Form Exhibits A through E of Rothschild Trust Holdings, LLC's Claim Construction . . . [Case No. 06-CV-21359 / Entered Apr. 6, 2007 / Miami, FL].
Citrix Systems Inc.'s & Citrix Online, LLC's Motion to Strike Untimely Claim Constructions and Evidence . . . [Case No. 06-CV-21359 / Entered Apr. 10, 2007 / Miam, FL].
Order on Claims Construction [Case No. 06-CV-21359 / Entered Jun. 5, 2007 / Miami, FL].
Plaintiff Rothschild Trust Holdings, LLC's Motion for Extension of Time to Permit Completion of Discovery [Case No. 06-CV-21359 / Entered Dec. 14, 2007 / Miami, FL].
Citrix's Motion for Summary Judgement That it Does Not Infringe the '534 Patent [Case No. 06-CV-21359 / Entered Jan. 10, 2008 / Miami, FL].
Local Rule 7.5(C) Statement of Material Facts in Support of Citrix's Motion for Summary Judgement That it Does Not . . . [Case No. 06-CV-21359 / Entered Jan. 10, 2008 / Miami, FL].
Memorandum of Law in Support of Citrix's Motion for Summary Judgement That it Does Not Infringe the '534 Patent [Case No. 06-CV-21359 / Entered Jan. 10, 2008 / Miami, FL].
Notice of Filing Declaration of Michael G. Strapp in Support of Citrix's Motion for Summary Judgement That it Does . . . [Case No. 06-CV-21359 / Entered Jan. 10, 2008 / Miami, FL].
U.S. District Court—S.D. Of Florida, Civil Docket for Case No. 1:06-CV-22921, *Rothschild Trust Holdings, LLC* v. *Orb Networks, Inc.* (Printed Dec. 17, 2008 / Miami, FL).
Complaint [Case No. 06-CV-22921 / Entered Dec. 7, 2006 / Miami, FL].
U.S. District Court—N.D. of CA (SF), Civil Docket for Case No. 3:07-cv-00400, *Orb Networks, Inc.* v. *Rothschild Trust Holdings, LLC* (Printed Dec. 17, 2008 / Miami, FL).
Complaint [Case No. 07-CV-00400 / Filed Jan. 22, 2007 / Miami, FL].
Takahashi, Dean. "A New Medium—The Bridge Solution: CD-Roms help give the illusion that the PC has no limits . . . " The Wall Street Journal. Dow Jones & Co. Mar. 20, 1997.
Ladd, Eric. "The Document Tags." Oct. 23, 2006. <http://www.sunsite.serc.iisc.ernet.in/virlib/html/platinum/ch4.htm>.
Creative Wonders/Electronic Arts. "ABC News Links—from CD-ROM Access." Aug. 17, 2007. <http://www.cdaccess.com/html/pc/abcnews.htm>.
Krushenisky, Cindy. "Reference Resources That Make the Best Reports Even Better." Smart Computing. Aug. 17, 2007. <http://www.smartcomputing.com>.
Iqbal, M.S. & Poon, F.S.F, "A Simplified & an Efficient Packet Level Internet Access Control Scheme." Ethertech Conslt Ltd., U.K. 1992.
Heylighen, Francis, "World Wide Web: a distributed hypermedia paradigm for global networking." SHARE Europe Spring Conference, pp. 355-368. Brussels, Belgium. Apr. 1994.
Citrix Winview for Networks Installation Guide. Citrix Systems, Inc. 1990. Version WV.2.3.emj.
Reisman, Richard R. "Raising a Bumper Crop of CD-ROM hybrids." Mass High Tech. Mass Tech Times, Inc. Boston, MA: Sep. 2, 1996. vol. 14, No. 29, p. 17.
Britton, Mike & Van Cleve, Suzanne. "Discover Desktop Conferencing with Netmeeting 2.0." IDG Books Worldwide, Inc. 1997.
"Sony Ericcson MMV-200," [online] Sony Ericcson, 115 pg.,Aug. 2005 [retrieved Oct. 2, 2013], retrieved from the Internet: <http://web.archive.org/web/20070306041635/http://www.sonyericsson.com/downloads/MMV200_UG_R2a_Multilingual1.pdf>, pp. 1-18.
Muller, N. J. "Bluetooth Demystified," Chapter 8, pp. 289-308, Tata McGraw-Hill Education, 2001.

* cited by examiner


26
24
20
22
60
41
43
70
41
42
31
60
70
40
30
44
41
26
70
24
21
10
22
60
20
50
40'

FIGURE 1




FIGURE 2




FIGURE 3


100
Media Node
Disposed Within
Wireless Range
102
Media Terminal
Detects
Media Node
104
Media Terminal
Initiates
Communication Link
With Media Node
106
Establish
Communication Link
108
Transmit Digital
Media File
Between
Media Node and
Media Terminal
110

FIGURE 4

# DIGITAL MEDIA COMMUNICATION PROTOCOL

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present specification is generally directed to a digital media communication protocol structured to facilitate transferring and/or transmitting one or more digital media files to and/or from a media terminal and a media node via at least one interactive computer network.

2. Background

As technology continues to develop and play a significant role in today's society, a vast majority of portable devices, including cellular telephones, portable MP3 players, handheld or portable game consoles, Personal Digital Assistants ("PDA"), etc. are equipped with memory devices, such as hard drives and/or removable flash or memory cards, which are capable of holding or storing large amounts of data and or digital media files including digital photographs, videos, audio/music files, etc. Accordingly, with the advent of such devices having these capabilities, individuals or users are more inclined to carry around their media files, such as, for example, digital photo albums, family videos, and/or favorite music tracks.

The drawback to the above noted portable media devices, however, is that many of the devices include relatively small display screens, some of which display poor quality photos and/or videos. In addition, the speakers associated with the corresponding portable device(s) are typically rather small and produce minimal or poor sound therefrom.

In addition, the individuals or users of the media devices may desire to share the digital media files and/or transfer, display, or play the files on a computer or other media device equipped with a larger or better quality screen, or having higher quality speakers than that disposed on the portable device(s). In addition, some media devices may have better editing software, or have access to the World Wide Web to further distribute the digital media files.

Accordingly, it would be advantageous if the digital media communication protocol of the present specification is structured to facilitate transferring or transmitting one or more digital media files between two or more media devices, such as a media terminal and/or a media node, via at least one interactive computer network. In particular, it would be beneficial if the digital media communication protocol includes a communication link structured to bypass at least one or more security measures, such as a password and/or firewall, employed by the interactive computer network, the corresponding networking devices, and/or the particular media devices themselves.

In addition, once the communication link is established it would be particularly beneficial if the various media devices, including the media terminal(s) and/or media node(s), are structured to display, save, edit, manipulate, and/or transfer the one or more digital media files.

## SUMMARY

The present specification is directed to a digital media communication protocol having at least one media terminal and at least one media node. In particular, the media terminal of at least one embodiment includes a computer, including but not limited to a desktop computer, mobile or laptop computer, PDA, cellular telephone, etc., and is disposed in an accessible relation to one or more interactive computer networks. In at least one embodiment, the media node includes, but is in no



way limited to, a portable device such as, for example, a mobile computer, PDA, cellular telephone, handheld game console, portable MP3 player, etc. In yet another embodiment, however, the media node includes a desktop computer or other like device. Furthermore, the interactive computer network of the present specification may include any one or more computer networks, including home, office, private, and/or limited networks, as well as access to the World Wide Web, for example, via the Internet.

In addition, at least one embodiment of the present system includes a wireless range structured to permit authorized access to the one or more interactive computer networks. Moreover, the media node(s) is disposable within the wireless range, wherein the media node is detectable by the media terminal disposed in accessible relation to the interactive computer network. The present specification further includes a communication link initiated by the media terminal and structured to dispose the media terminal and the media node in a communicative relation with one another via the interactive computer network.

Once the communication link is established, the media terminal and the media node are structured to transmit at least one digital media file therebetween via the communication link. In particular, the media terminal and/or media node is structured to display, save, edit, manipulate, and/or transfer or send the digital media file.

These and other objects, features and advantages of the present system will become more clear when the drawings as well as the detailed description are taken into consideration.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a fuller understanding of the nature of the present system, reference should be had to the following detailed description taken in connection with the accompanying drawings in which:

FIG. **1** is a schematic representation of one embodiment of the digital media communication protocol in accordance with the present specification.

FIG. **2** is a schematic representation of another embodiment of the digital media communication protocol in accordance with the present specification.

FIG. **3** is a schematic representation of yet another embodiment of the digital media communication protocol in accordance with the present specification.

FIG. **4** is a partial flow chart of at least one illustrative implementation of the digital media communication protocol of the present specification.

Like reference numerals refer to like parts throughout the several views of the drawings.

## DETAILED DESCRIPTION

As shown in the accompanying drawings, the present specification relates to a digital media communication protocol, generally indicated as **10**. As illustrated in FIGS. **1** through **3**, at least one embodiment of the present protocol or system **10** includes one or more media terminals **20** and one or more media nodes **30**. In particular, the media terminal(s) **20** of at least one embodiment is disposed in an accessible relation to at least one interactive computer network **40** and may include, for example, a computer processing device **22**, an input device **24**, and a display device **26**. Accordingly, as shown in FIG. **1**, the media terminal(s) **20** of the various embodiments described herein may include a desktop computer, however, any device structured to facilitate the practice of the present system in the intended fashion may be utilized,

including but in no way limited to a laptop or notebook computer, PDA, video game console, mobile telephone, etc.

The media node(s) **30** of at least one embodiment of the present system **10** generally includes a portable device such as a cellular or mobile telephone, PDA, portable mp3 player, laptop or notebook computer, or any other digital media device structured to facilitate the practice of the present system in the intended manner. In at least one embodiment, however, the media node **30** is not limited to a portable device, and may include a more stationary device or structure such as, for example, a desktop computer.

Furthermore, the various embodiments of the present specification include at least one interactive computer network **40**, **40'**. In particular, as illustrated in FIG. **1**, at least one embodiment includes one or more home, office, private, limited, or closed interactive computer networks **40** at least partially defined by one or more networking devices **42**, including but not limited to a router, access point, and/or switch. Accordingly, the interactive computer network **40** may include a Local Area Network ("LAN"), Wide Area Network ("WAN"), Private Area Network ("PAN"), peer-to-peer network, Bluetooth network, etc. As best shown in FIGS. **2** and **3**, it is also contemplated that, especially wherein the interactive computer network **40** is a Bluetooth or peer-to-peer network, the media terminal(s) **20** and/or the media node(s) **30** can function as the networking device(s) **42**, at least to the extent of defining the interactive computer network **40**. Additionally, and referring again to FIG. **1**, at least one interactive computer network **40'** of at least one embodiment includes access to the World Wide Web, for example via the Internet. Such access to the World Wide Web **40'** may be facilitated in any manner, including but not limited to, via a cable or DSL modem **44**, as shown in FIG. **1**, or via one or more satellites **46** and/or one or more towers or base stations **48**, as illustrated in FIG. **2**.

In addition, and still referring to FIGS. **1** through **3**, at least one embodiment of the present system **10** includes a wireless range **50** structured to permit access to the one or more interactive computer networks **40**. In particular, as shown in FIG. **1**, the wireless range **50** may be at least partially defined by networking devices **42**, such as a wireless router, access point, switch, etc. In yet another embodiment, as shown in FIGS. **2** and **3**, however, the wireless range **50** may be partially defined by the media terminal **20** and/or media node **30**, such as, for example, wherein the interactive computer network **40** includes a Bluetooth or peer-to-peer network.

In addition, and as an attempt to minimize or eliminate unauthorized access or security breaches to the interactive computer network **40**, the interactive computer network **40** and/or the various networking device(s) **42** may include one or more networking device security measures **41** including a firewall, and/or passwords/keys such as, for example, Wi-Fi Protected Access ("WPA") keys, and/or Wireless Application Protocol ("WAP") keys. Accordingly, only authorized individuals or computers may generally have access to the interactive computer network **40** through the firewall, via use of the password(s)/key(s), and/or any other networking device security measure(s) **41**.

The present system **10** further includes at least one digital media file **60** initially disposed or saved on at least one of the media terminal(s) **20** or media node(s) **30**. Specifically, the digital media file(s) **60** may be disposed on the media terminal(s) **20**, the media node(s) **30**, or both. However, it should be apparent that for purposes of the present system **10**, the digital media file **60** need not necessarily be created or originated on either the media terminal(s) **20** or the media node(s) **30**. In particular, the digital media file(s) **60** may include virtually any electronic file or data such as a digital photograph, video, audio, animation, text, or any other electronic document or object.



Moreover, in at least one embodiment of the present system **10**, the media node(s) **30** is disposable within the wireless range **50**, wherein the media node **30** is detectable by the media terminal **20**. In particular, as stated above, in at least one embodiment, the media node **30** includes a portable device, such as a mobile or cellular phone, PDA, laptop, etc. Accordingly, the media node **30** may be disposed within, i.e., enter, the confines of the wireless range **50**, for example, when a user or individual carries the media node **30** therein. In addition, for purposes of the present system **10**, the media node **30** may be disposed within the wireless range **50** when the device is powered on, activated, or otherwise configured into a discoverable and/or detectable state while simultaneously being physically disposed within the confines of the wireless range **50**, and as such, the media node **30** need not necessarily be portable or easily movable. For instance, while physically disposed within the confines of the wireless range **50**, the media node(s) **30** may be powered on or otherwise have wireless or Bluetooth capabilities activated.

Furthermore, the media terminal(s) **20** disposed in accessible relation to the interactive computer network **40** are structured to detect the media node(s) **30** as the media node(s) **30** is disposed within the confines of or is otherwise detectable within the wireless range **50**. Particularly, in at least one embodiment, each media node **30** includes a node identifier structured to distinguish one media node **30** within the wireless range **50** from another. For example, the node identifier may include a device name, model/serial number, Media Access Control ("MAC") address, or Internet Protocol ("IP") address. Accordingly, as the media node **30** enters or is otherwise disposed within the wireless range **50**, the media terminal **20** is structured to detect and/or identify the media node **30**, for example, by the corresponding node identifier.

In addition, at least one embodiment of the present system **10** includes a terminal program disposed in an accessible relation to the media terminal **20**. In particular, the terminal program of at least one embodiment is a computer software program structured to facilitate the practice of the present system **10** in the intended fashion, at least from the media terminal **20** side of the system **10**. The terminal program, of at least one embodiment, may be disposed on the media terminal **20**, such as, for example, on a hard drive, or other memory device associated with the media terminal **20**. In yet another embodiment, however, the terminal program may be accessible via the at least one interactive network **40**, **40'**, such as, for example, via the World Wide Web. For example, in the embodiment wherein the terminal program is accessible via the World Wide Web, a user may direct a web browser disposed in the media terminal **20** to a particular web site, which then runs or executes the terminal program and/or downloads the terminal program to the media terminal **20**.

Either way, the terminal program may include at least one script which is structured to consistently or periodically monitor the wireless range **50** associated with the interactive computer network **40** for the existence of media nodes **30**. When a media node **30** is disposed within the wireless range **50**, the terminal program may be structured or configured to automatically alert a user at the media terminal **20** of the existence or detection of the media node **20**. In particular, the terminal program may deploy a pop-up display, play an audio alarm or tone, etc. On the other hand, the terminal program may be structured or configured to alert or notify the user of any detected media nodes **30** only upon the user's specific instructions. For example, the media terminal **20**, and in par-

ticular the terminal program thereof, may be structured to list or display the media nodes **30** currently disposed within the wireless range **50** upon the user clicking on or otherwise manipulating a corresponding option of the terminal program.

At least one embodiment of the present system **10** further includes a communication link **70** structured to dispose the media terminal(s) **20** and the media node(s) **30** in a communicative relation with one another via the interactive computer network **40**. In particular, the communication link **70** of the various embodiments of the present system **10** is initiated or requested by the media terminal **20**. As stated above, the media terminal **20** is structured to detect the media node(s) **30** disposed within the wireless range **50**. As also stated above, the media node **30** may, but need not, however, be configured to have access to the interactive computer network **40**. For example, the interactive computer network **40** and/or the corresponding networking device(s) **42** may be equipped with one or more security measures **41**, including a WEP key or other password. The media node **30** may, but need not have access to the WEP key or other security measure **41** so as to access the corresponding interactive computer network **40**. Even so, the media terminal **20** is structured to initiate a communication link **70** with the one or more detected media nodes **30** disposed within the wireless range **50**, for example, by sending and/or transmitting a request to the corresponding media node(s) **30** to establish a communication link **70** therewith via the interactive computer network **40**. As illustrated in FIG. **1**, the media terminal **20** need not be disposed within the wireless range **50** in order to detect the media nodes **30** or to initiate a communication link **70** therewith. In at least one embodiment of the present system **10**, the media terminal **20** does, however, need to be disposed in an accessible relation with the interactive computer network **40**, for example, wirelessly or via a direct cable **43**.

More in particular, the communication link **70** of at least one embodiment of the present specification is structured to bypass one or more media terminal security measures **21**, media node security measures **31**, and/or networking device security measures **41**. Moreover, the security measures **21**, **31**, **41** may includes passwords, keys, firewalls, etc. structured to minimize or eliminate unauthorized access to the corresponding media terminal **20**, media node **30**, networking device(s) **42**, and/or interactive computer network **40**, **40'**. Referring again to FIG. **1**, in the embodiment wherein the interactive computer network **40** and the wireless range **50** are at least partially defined by networking device(s) **42**, such as a router, access point, or switch, once established, the communication link **70** is structured to be disposed between the media terminal **20** and the media node **30**, and through the corresponding networking device(s) **42**. Particularly, in at least one implementation of the present system **10**, because the media terminal **20** is disposed in an accessible relation to the interactive computer network **40**, and because the communication link **70** is initiated by the media terminal **20**, the communication link **70** can be established regardless of whether the corresponding media node **30** independently has access to the interactive computer network **40**. In addition, the initiation of the communication link **70** by the media terminal **20**, such as through a request to establish a communication link **70**, at least partially allows the communication link **70** to bypass the firewall or other media terminal security measure(s) **21**.

Moreover, the media terminal **20** of at least one embodiment of the present system **10** may be structured or configured to automatically initiate a communication link **70** with the detected media nodes **30**. However, more practically, a user in control of the media terminal **20** may direct the media terminal **20** to initiate the communication link **70** with one or more selected media node(s) **30**, for example, via the terminal program. Similarly, the media node **30** may be structured or configured to automatically accept or decline creation of the communication link **70** initiated by the media terminal **20**. However, in at least one embodiment of the present system **10**, the media node(s) **30** may be structured or configured for a user in control of the media node **30** to selectively accept or decline the creation or establishment of a communication link **70** initiated by the corresponding media terminal **20**. As such, in at least one embodiment, the media node **30** includes one or more node programs structured to facilitate the practice of the present system **10** in the intended fashion, at least from the media node **30** side of the system **10**.

Once the communication link **70** is initiated, accepted, and/or ultimately established between the media terminal **20** and the media node **30**, the digital media file(s) **60** may be selectively transmitted therebetween. In particular, if the digital media file **60** is initially disposed on the media node **30**, the media node **30** and the media terminal **20** may cooperatively communicate via the communication link **70** such that the digital media file **60** may be transmitted from the media node **30** to the media terminal **20**. In addition, the converse is also true. Particularly, if the digital media file **60** is disposed on the media terminal **20**, the media node **30** and the media terminal **20** may cooperatively communicate via the communication link **70** such that the digital media file **60** may be transmitted from the media terminal **20** to the media node **30**. Furthermore, in at least one embodiment of the present system **10**, the device on which the digital media file **60** is initially disposed, such as the media node **30** or the media terminal **20**, is structured to "push" the digital media file **60** to the receiving device **20**, **30** via the communication link **70**. Similarly, in at least one embodiment, once the communication link **70** is established, the receiving device **20**, **30** is structured to "pull" the digital media file **60** from the transmitting device **30**, **20** via the communication link **70**.

For illustrative purposes only, the communication link **70**, the terminal program, and/or the node program may be structured to include a selective set of parameters which define or limit the permissions associated with the communication link **70**. In particular, in at least one embodiment, the selective set of parameters may include the option of transmitting the digital media file **60** via the communication link **70** merely for purposes of displaying and/or playing the digital media file **60**, saving the digital media file **60**, manipulating or otherwise editing the digital media file **60**, etc. In the various embodiments of the present system **10**, it is contemplated that these parameters may be selected from either the media terminal **20** or the media node **30**, at various times. For instance, the parameters may be selected by the media terminal **20**, or a user in control thereof, when the communication link **70** is initiated, or by either the media terminal **20** or the media node **30** when the communication link **70** is accepted or created.

Furthermore, it is contemplated that the protocol **10** of the present system includes a plurality of versions of the terminal program and/or the node program, stated and described above. For instance, at least one embodiment includes at least one limited version of the terminal and/or node programs and at least one full version of the programs. It is contemplated that the limited versions of the terminal and/or node programs are distributed at no cost or at least a lower cost than the corresponding full versions, and as such, provide limited functionality. Of course, the terminal and/or node programs,

whether the limited and/or full versions, may come pre-installed with the corresponding media terminal **20** or media node **30**.

Moreover, for illustrative purposes only, FIG. **4** shows one implementation of the system **10** in accordance with the present specification, generally indicated as **100**. In particular, and as above, in at least one embodiment, the media node **30** may include a portable device, such as for example, a cellular telephone, PDA, or mobile computer. For purposes of the illustrative implementation of FIG. **4**, the interactive computer network **40** includes a wireless range **50** located in one or more offices or rooms, wherein the media terminal **20** is also disposed within one of the offices or rooms in accessible relation to the interactive computer network **40**.

Furthermore, the digital media file **60** of the present illustrative implementation of FIG. **4** may be disposed on the media node **30**, whereas the user in control of the media node **30** desires to display the digital media file **60** on the display device **26** of the media terminal **20**. As shown in FIG. **4**, the media node **30** may be disposed within the wireless range **102**. For example, the user in control of, and/or having possession of, the media node **30** may walk into the office which is disposed within the wireless range **50**. As stated above, once the media node **30** is disposed within the wireless range **50**, as shown at **104**, the media terminal **20** is structured to detect the media node **20**. The media terminal **20** may then initiate a communication link **70** between the media terminal **20** and the media node **30** via the interactive computer network **40**, as shown at **106**, for instance, by sending a request thereto. The media node **30** may then accept the request by the media terminal **20**, which establishes the communication link **70**, as illustrated at **108** in FIG. **4**. Once the communication link **70** is established, the digital media file **60** may be transmitted, i.e., "pushed" or "pulled", between the media node **30** and the media terminal **20**, as shown at **110**.

More in particular, because the digital media file **60**, for purposes of the illustrative implementation shown in FIG. **4**, is initially disposed on the media node **30**, the digital media file **60** may be transmitted, i.e., "pushed" or "pulled", to the media terminal **20** from the media node **30** via the communication link **70**. In particular, the media terminal **20** may display the digital media file **60**, save the digital media file **60**, and/or manipulate or edit the digital media file **60**. In addition, the media terminal **20**, in at least one embodiment, may be structured to transmit the digital media file **60** and/or the edited media file back to the media node **30** via the communication link **70**.

Since many modifications, variations and changes in detail can be made to the system as present herein, it is intended that all matters in the foregoing description and shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense. Thus, the scope of the present system should be determined by the appended claims and their legal equivalents.

Now that the invention has been described,

What is claimed is:

**1**. A digital media communication protocol, comprising:

at least one media terminal disposed in an accessible relation to at least one interactive computer network,

a wireless range structured to permit authorized access to said at least one interactive computer network,

at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal,

at least one digital media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range,

a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network,

said communication link being initiated by said at least one media terminal,

said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication link, and

said communication link is structured to bypass at least one media terminal security measure.

**2**. The digital media communication protocol recited in claim **1** wherein

said digital media file is initially disposed on said at least one media node.

**3**. The digital media communication protocol recited in claim **2** wherein

said at least one media terminal is structured to display said at least one digital media file.

**4**. The digital media communication protocol recited in claim **2** wherein

said at least one media terminal is structured to store said at least one digital media file.

**5**. The digital media communication protocol recited in claim **2** wherein

said media terminal is structured to manipulate said at least one digital media file.

**6**. The digital media communication protocol recited in claim **1** wherein

said digital media file is initially disposed on said at least one media terminal.

**7**. The digital media communication protocol recited in claim **6** wherein

said at least one media terminal is structured to transmit said at least one digital media file to said at least one media node via said communication link.

**8**. The digital media communication protocol recited in claim **6** wherein

said at least one media node is structured to display said digital media file.

**9**. The digital media communication protocol recited in claim **6** wherein

said at least one media node is structured to store said at least one digital media file.

**10**. The digital media communication protocol recited in claim **6** wherein

said at least one media node is structured to manipulate said at least one digital media file.

**11**. The digital media communication protocol recited in claim **1** wherein

said at least one media node includes a portable device.

**12**. The digital media communication protocol recited in claim **1** wherein

said at least one media terminal security measure includes a firewall.

**13**. The digital media communication protocol recited in claim **1** wherein

said communication link is structured to bypass at least one networking device security measure.

**14**. The digital media communication protocol recited in claim **1** further comprising

at least one terminal program disposed in accessible relation to said at least one media terminal and structured to

facilitate transmission of said at least one digital media file via said communication link.

**15**. The digital media communication protocol recited in claim **14** wherein

said terminal program is disposed on said at least one media terminal.

**16**. The digital media communication protocol recited in claim **14** wherein said terminal program is accessed via said at least one interactive computer network.

**17**. A digital media communication protocol, comprising:

at least one media terminal and at least one media node disposed in an accessible relation with at least one interactive computer network,

at least one digital media file initially disposed on at least one of said media terminal or said media node, said at least one media terminal structured to detect said at least one media node,

a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said interactive computer network,

said communication link being initiated by said at least one media terminal,

said at least one media node and said at least one media terminal structured to transmit said at least one digital media file therebetween via said communication link, wherein

said communication link is structured to bypass at least one media terminal security measure.

**18**. The digital media communication protocol recited in claim **17** further comprising

a wireless range structured to permit authorized access to said at least one interactive computer network.

**19**. The digital media communication protocol recited in claim **18** wherein

said at least one media node is disposable within said wireless range and detectable by said at least one media terminal.

**20**. The digital media communication protocol recited in claim **17** further comprising

a selective set of parameters associated with said communicative relation between said at least one media terminal and said at least one media node.

**21**. A digital media communication protocol, comprising:

at least one media terminal disposed in an accessible relation to at least one interactive computer network,

a wireless range structured to permit authorized access to said at least one interactive computer network,

at least one media node disposed within said wireless range, said media node including a portable device being detectable by said at least one media terminal,

at least one digital media file disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal structured to detect said at least one media node,

a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said interactive computer network,

said communication link being initiated by said at least one media terminal,

said at least one digital media file structured to be selectively transmitted between said at least one media node and said at least one media terminal, wherein

said communication link is structured to bypass at least one media terminal security measure.

**22**. The digital media communication protocol recited in claim **21** wherein

said communication link is structured to bypass at least one wireless range security measure.

**23**. A digital media communication protocol, comprising:

at least one media terminal disposed in an accessible relation to at least one interactive computer network,

a wireless range structured to permit authorized access to said at least one interactive computer network,

at least one media node disposed within said wireless range, wherein said at least one media node is detectable by said at least one media terminal,

at least one digital media file disposed on said at least one media node, said at least one media terminal being structured to detect said at least one media node,

a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network,

said communication link being initiated by said at least one media terminal and structured to bypass at least one media terminal security measure,

said media node structured to transmit said at least one digital media file to said media terminal via said communication link.

* * * * *