HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF KATHLEEN R. GEYER IN SUPPORT OF PLAINTIFF VALVE CORPORATION'S MOTION TO STRIKE**<br><br>NOTE ON MOTION CALENDAR:<br>**January 10, 2025**<br><br>Complaint Filed:　　07/07/2023<br><br>ORAL ARGUMENT REQUESTED |

GEYER DECL. ISO VALVE'S MOTION TO STRIKE
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Kathleen R. Geyer, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am an associate in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the September 20, 2024 motion hearing before this Court.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Vave v. Rothschild, et al. – follow up re: amending counterclaims."

5. Attached hereto as **Exhibit 3** is a true and correct copy of email from myself to counsel for Defendants dated November 19, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of email chain between counsel for Defendants and counsel for Valve with the subject "Valve v. Rothschild, et al. – Meet and Confer re Motions to Dismiss and Strike Defendants' Amended Answer & Counterclaims."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2024 at Seattle, Washington.

*/s/ Kathleen R. Geyer*
Kathleen R. Geyer

GEYER DECL. ISO VALVE'S MOTION TO STRIKE
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600