HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-1016<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF VALVE CORPORATION'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>**January 24, 2025**<br><br>Complaint Filed:    07/07/2023<br><br>ORAL ARGUMENT REQUESTED |

[PROPOSED] ORDER GRANTING VALVE'S
MOTION TO DISMISS
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  Now pending before the Court is Plaintiff Valve Corporation's Motion to Dismiss
2  Counterclaims. Have reviewed the motion and all related briefing, the Court finds good cause to
3  grant the motion.
4  Accordingly, it is ORDERED that Plaintiff's Motion to Dismiss is GRANTED and
5  Defendants' Defamation Counterclaim is hereby dismissed.

9  DATED:                         , 2025
10                                          HON. JAMAL N. WHITEHEAD
                                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING VALVE'S
MOTION TO DISMISS
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600