HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-1016-JNW<br><br>**NOTICE OF MOTION RENOTED: PLAINTIFF'S MOTION TO DISMISS (DKT. 67)**<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, JANUARY 31, 2025**<br><br>Complaint Filed:   07/07/2023 |

RE-NOTE OF DEFENDANTS' MOTION TO DISMISS (DKT. 67)
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

TO: CLERK OF THE COURT;

AND TO: ALL PARTIES and their COUNSEL OF RECORD

Pursuant to LCR 7(l), please take notice that Plaintiff's Motion to Dismiss (Dkt. 67), previously noted for consideration on Friday, January 24, 2025 has been re-noted to Friday, January 31, 2025. The Parties have agreed that Defendants' opposition to Plaintiff's Motion to Dismiss shall be filed no later than Tuesday, January 21, 2025, and Plaintiff's reply shall be filed no later than Friday, January 31, 2025. The Parties have conferred and agreed to the dates above.

DATED: January 6, 2025            Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

Attorneys for Plaintiff
VALVE CORPORATION

RE-NOTE OF DEFENDANTS' MOTION TO DISMISS (DKT. 67)
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ *Dario A. Machleidt*
Dario A. Machleidt

79096780V.1
RE-NOTE OF DEFENDANTS' MOTION TO
DISMISS (DKT. 67)    - 2 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600