Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSEST MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No.  **2:23-cv-01016**<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>**FRIDAY JANUARY 31, 2025** |

After further review of the applicable law and relevant facts, Defendants Leigh Rothschild; Rothschild Broadcast Distribution Systems, LLC; Display Technologies, LLC; Patent Asset Management, LLC; Meyler Legal, PLLC; and Samuel Meyler (collectively, "Defendants") agree to withdraw their counterclaim against Plaintiff Valve Corporation for business defamation without prejudice. As discovery is ongoing, Defendants reserve the right to amend their Answer to assert a counterclaim for business defamation should the law and facts make doing so proper.

I certify that this document contains 75 words, in compliance with the Local Civil Rules.

Dated:  January 21, 2025                Respectfully submitted,


By: /s/ Donald McPhail
Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

Eric R. Chad (admitted phv)
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
Email: echad@merchantgould.com

Donald R. McPhail (admitted *phv*)
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 412-1432
Fax: (703) 413-2220
Email: dmcphail@oblon.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I filed this document through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Shannon Maney

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO DISMISS – Page **3** of **3**
Case No. 2:23-cv-01016

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400