HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-1016<br><br>**JOINT NOTICE TO WITHDRAW PENDING MOTION TO DISMISS (DKT. 67)**<br><br>Complaint Filed:    07/07/2023 |

Pursuant to LCR 7(l), Plaintiff Valve Corporation ("Valve") and Defendants Leigh Rothschild; Rothschild Broadcast Distribution Systems, LLC; Display Technologies, LLC ("DT"); Patent Asset Management, LLC; Meyler Legal, PLLC; and Samuel Meyler (collectively, "Defendants") (Plaintiff and Defendants collectively referred to as "the Parties") hereby file this Joint Notice to Withdraw Valve's Pending Motion to Dismiss (Dkt. 67).

On January 16, 2024, Valve filed its Second Amended Complaint against Defendants. Dkt. 38. Among other claims, Valve alleges that Defendants violated RCW 19.86 Washington Unfair Business Practices and RCW 19.350 Bad Faith Assertions of Patent Infringement (also referred to as the Washington Patent Troll Prevention Act). Dkt. 38 at § VIII; RCW 19.350.900.

JOINT NOTICE TO WITHDRAW PENDING MOTION
Case No. 2:23-cv-1016

1

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1    On October 17, 2024, Defendants filed their Answer and Counterclaims, including a counterclaim brought by DT for business defamation. Dkt. 59, ¶¶ 33-36.

Pursuant to the Court's Chamber Procedures § 5.6, the Parties met and conferred on October 29 regarding Valve's intended motion to dismiss and motion to strike. The Parties further conferred via email on October 31 and November 11. Dkt. 67-2.

On November 15, 2024, Defendants filed an Amended Answer and Counterclaims, and DT did not amend or withdraw its counterclaim for business defamation. Dkt. 63, ¶ 30.

Pursuant to the Court's Chamber Procedures § 5.6, the Parties further conferred via email, including regarding Valve's intention to move to dismiss DT's counterclaim for business defamation. Dkt. 67-3. DT did not amend or withdraw its counterclaim.

On December 20, 2024, Valve filed its Motion to Dismiss DT's business defamation counterclaim. Dkt. 67.

On January 21, 2025, instead of responding to Valve's motion, DT agreed to withdraw its business defamation counterclaim against Valve without prejudice. Dkt. 70.

To withdraw DT's business defamation counterclaim, Defendants are required to amend their Amended Answer and Counterclaims.

To avoid unnecessarily prolonging the pleading stage and mooting Valve's co-pending Motion to Strike (Dkt. 66), the Parties agree that within seven (7) days of the Court's order on Valve's Motion to Strike (Dkt. 66), Defendants will amend their Amended Answer to Plaintiff's Second Amended Complaint to remove DT's business defamation counterclaim and make any additional changes required by the Court's order, if any.

In light of this agreement, Valve hereby withdraws its pending Motion to Dismiss (Dkt. 67), noted for consideration on January 31, 2025 (Dkt. 69). Valve's withdrawal is without prejudice if DT fails to remove its business defamation counterclaim or if DT reasserts any claim for business defamation in the future.

JOINT NOTICE TO WITHDRAW PENDING MOTION
Case No. 2:23-cv-1016

2

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

| | | |
|---|---|---|
| 1 | DATED: January 30, 2025 | Respectfully submitted, |

By: /s/ *Dario A. Machleidt*
KILPATRICK TOWNSEND & STOCKTON LLP
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
E-mail: dmachleidt@kilpatricktownsend.com
E-mail: kgeyer@kilpatricktownsend.com
E-mail: cdamitio@kilpatricktownsend.com

Attorneys for Plaintiff
VALVE CORPORATION

DATED: January 30, 2025      Respectfully submitted,

By: /s/ *Donald R. McPhail*
Matthew J. Cunanan (State Bar No. 42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Telephone: (206) 494-0400
E-mail: matthew@dclglawyers.com

Donald R. McPhail (*phv*)
Merchant & Gould
1900 Duke Street, Suite 600
Alexandria, Virginia 22314
Telephone: (703) 412-1432
E-mail: dmcphail@merchantgould.com

Attorneys for Defendants
LEIGH ROTHSCHILD, ROTHSCHILD
BROADCAST DISTRIBUTION SYSTEMS, LLC,
DISPLAY TECHNOLOGIES, LLC, PATENT
ASSET MANAGEMENT, LLC, MEYLER
LEGAL, PLLC, AND SAMUEL MEYLER

JOINT NOTICE TO WITHDRAW PENDING MOTION
Case No. 2:23-cv-1016

3

Kilpatrick Townsend & Stockton LLP,
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600