HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>                    Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE CORPORATION'S MOTION TO COMPEL**<br><br>NOTE ON MOTION CALENDAR: **March 28, 2025**<br><br>Complaint Filed:      07/07/2023<br><br>ORAL ARGUMENT REQUESTED |

MACHLEIDT DECL. ISO VALVE'S
MOTION TO COMPEL
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and am admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as **Joint Exhibit A** are excerpts of Defendant Leigh Rothschild's Responses and Objections to Valve's First Set of Requests For Production.

4. Attached hereto as **Joint Exhibit B** are excerpts of Defendant Patent Asset Management, LLC's Responses and Objections to Valve's First Set of Requests For Production.

5. Attached hereto as **Joint Exhibit C** are excerpts of Defendant Rothschild Broadcast Distribution System, LLC's Responses and Objections to Valve's First Set of Requests For Production.

6. Attached hereto as **Joint Exhibit D** are excerpts of Defendant Display Technologies, LLC's Responses and Objections to Valve's First Set of Requests For Production.

7. Attached hereto as **Exhibit 1** is a true and correct copy of an email from counsel for Valve to counsel for Defendants with the subject "Valve v. Rothschild, et al. – Defendants' Failure to Serve ESI Disclosures Under Section C.2.a.i," dated July 25, 2024.

8. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild, et al. - Letter Regarding Defendants' Discovery Deficiencies," with a date range between October 16 and November 11, 2024.

9. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild, et al. - Letter Regarding Defendants' Discovery Deficiencies," with a date range between October 16 and November 19, 2024.

10. Attached hereto as **Exhibit 4** is a true and accurate copy of Defendant Leigh Rothschild's First Supplemental Responses to Valve's First Set of Interrogatories.

MACHLEIDT DECL. ISO VALVE'S
MOTION TO COMPEL                    - 1 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

11.    Attached hereto as **Exhibit 5** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild, et al. - Letter Regarding Defendants' Discovery Deficiencies," with a date range between October 16 and October 31, 2024.

12.    Attached hereto as **Exhibit 6** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild et al. - Rule 45 Subpoenas," with a date range between December 16 and December 20, 2024.

13.    Attached hereto as **Exhibit 7** is a true and correct copy of an email from counsel for Defendants to counsel for Valve with the subject "Valve v. Rothschild - Meet and Confer," dated December 30, 2024.

14.    Attached hereto as **Exhibit 8** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated January 10, 2024, and bearing the subject line "*Valve Corp. v. Leigh Rothschild et al*., No. 2:23-cv-1016-JNW (W.D. Wash.): Response to Defendants' proposed privilege waiver."

15.    Attached hereto as **Exhibit 9** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated October 16, 2024.

16.    Attached hereto as **Exhibit 10** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild - letter regarding Defendants' proposed search terms," with a date range between January 10 and January 29, 2025.

17.    Attached hereto as **Exhibit 11** is a true and correct copy of correspondence sent by counsel for Defendants to counsel for Valve, dated February 2, 2025.

18.    Attached hereto as **Exhibit 12** is a true and correct copy of Defendants' Disclosure of Proposed ESI Search Terms, served on July 29, 2024.

19.    Attached hereto as **Exhibit 13** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated August 16, 2024.

20.    Attached hereto as **Exhibit 14** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild, et al. –

MACHLEIDT DECL. ISO VALVE'S
MOTION TO COMPEL          - 2 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

Defendants' Discovery Deficiencies," with a date range between October 7 and October 8, 2025.

21.    Attached hereto as **Exhibit 15** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated December 20, 2024.

22.    Attached hereto as **Exhibit 16** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated January 10, 2024, and bearing the subject line "*Valve Corp. v. Leigh Rothschild et al*., No. 2:23-cv-1016-JNW (W.D. Wash.): Response to Defendants' search term proposal."

23.    Attached hereto as **Exhibit 17** is a true and correct copy of a subpoena send by Valve to Discord Incorporated, served on January 24, 2025.

24.    Attached hereto as **Exhibit 18** is a true and correct copy of an excerpted and redacted version of the Settlement and License Agreement between Discord Incorporated and Display Technologies, LLC, produced by Discord Incorporated and bearing Bates numbers DISCORD-VALVE-0001-20.

25.    Attached hereto as **Exhibit 19** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve Corp. v. Rothschild," dated February 25, 2025.

26.    Attached hereto as **Exhibit 20** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve Corp. v. Rothschild," with a date range between February 25 and March 4, 2025.

27.    Attached hereto as **Exhibit 21** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve Corp. v. Rothschild," with a date range between February 25 and March 4, 2025.

28.    Attached hereto as **Exhibit 22** is a true and correct copy of Valve's First Set of Requests for Production to Defendant Display Technologies, produced by the Meyler Defendants and bearing the Bates numbers ROTHSCHILD0000314-22.

29.    Attached hereto as **Exhibit 23** is a true and correct copy of the complaint filed in the case *Display Technologies, LLC v. Display Industries, LLC*, No. 11-cv-6390 (S.D.N.Y.), produced by the Rothschild Defendants and bearing the Bates numbers

MACHLEIDT DECL. ISO VALVE'S
MOTION TO COMPEL                    - 3 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

ROTHSCHILD000015435-55.

30.　　Attached hereto as **Exhibit 24** is a true and correct copy of SML Avvocati P.C.'s Responses and Objections to Valve's Subpoena, served on January 10, 2025.

31.　　Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of the deposition of Leigh Rothschild, taken in another matter on May 8, 2019.

32.　　Of the almost 4,000 total documents produced by all Defendants as of March 12, 2025, over 3,700 are public court filings downloaded days before being produced to Valve.

33.　　Of the documents produced by Meyler Legal PLLC, a total of 99 of them are also public filings or discovery requests from this case, including several documents listing the originating author as an employee of Kilpatrick Townsend & Stockton from when the documents were served by Valve's counsel on Defendants (such as the above-referenced Ex. 22).

34.　　Defendants' production also includes 52 public court filings from the case "*Display Technologies, LLC v. Display Industries, LLC*." *See, e.g.*, Ex. 23 (ROTHSCHILD0015435).


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2025 at Seattle, Washington.


*/s/ Dario A. Machleidt*　　　　　
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S
MOTION TO COMPEL
CASE NO. 2:23-CV-1016

- 4 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600