# EXHIBIT 5

| | |
|---|---|
| **From:** | Machleidt, Dario |
| **To:** | Donald McPhail |
| **Cc:** | Damitio, Chris; Geyer, Kate; matthew@dclglawyers.com; Eric W. Schweibenz |
| **Subject:** | RE: Valve v. Rothschild, et al. - Letter Regarding Defendants" Discovery Deficiencies |
| **Date:** | Thursday, October 31, 2024 1:09:51 PM |
| **Attachments:** | image001.png |

Dear Don,

This email summarizes our discussion regarding the discovery deficiencies Valve raised in its October 16 letter.

On the meet and confer, Defendants confirmed that, by November 8, they will: (1) supplement their responses to Interrogatory Nos. 1 and 2; (2) begin producing physical documents responsive to Valve's discovery requests; and (3) respond to Valve's discovery deficiency letters.

Defendants also agreed that they would run the search terms Defendants previously suggested and provide hit counts to assist Valve in crafting additional search terms. In addition, please clarify whether any of the custodians or systems (Mr. Falcucci, Mr. Rothschild, and Mr. Meyler) have different search capabilities with respect to Boolean searches and any limitations to those capabilities.

Finally, Defendants confirmed that they are not currently withholding any responsive documents on the basis of privilege and, going forward, intend to waive all privilege objections. To the extent that Defendants choose not to waive privilege over certain documents, they agreed to notify Valve to work through any issues.

Please let us know if you disagree with our recollection of any of the above discovery-related issues the parties discussed this week.

Thank you.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Wednesday, October 16, 2024 5:10 PM
**To:** Donald McPhail <dmcphail@merchantgould.com>; Eric W. Schweibenz <eschweibenz@merchantgould.com>; matthew@dclglawyers.com
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>; Damitio, Chris <CDamitio@ktslaw.com>
**Subject:** Valve v. Rothschild, et al. - Letter Regarding Defendants' Discovery Deficiencies

Counsel:

Please see the attached correspondence.



Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard