# EXHIBIT 12

Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORTION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL PLLC, AND SAMUEL MEYLER<br><br>    Defendants. | Case No.: 2:23-cv-01016<br><br>**DEFENDANTS' DISCLOSURE OF PROPOSED ESI SEARCH TERMS** |

Pursuant to Section C(2)(a)(i) of the Agreement Regarding Discovery of Electronically Stored Information and Order (Dkt. No. 51), Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal PLLC, and Samuel Meyler identify the following search terms that they propose to use in searching the email of each of the custodians identified in Defendants' Initial ESI Disclosures, *viz.*, Leigh Rothschild; Daniel Falcucci; Christina Arias; and Samuel Meyler.

(1) 8,856,221 or '221
(2) 9,402,664 or '664
(3) 8,617,160 or '160
(4) 8,671,195 or '195
(5) Kizza Johnson
(6) Jay
(7) Display Technologies or DT

DEFENDANT'S DISCLOSURE OF
PROPOSED ESI SEARCH TERMS
Case No. 2:23-cv-01016
Page **1** of 3

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

(8) Rothschild Broadcast Distribution Systems

(9) 9,300,723 or '723; and

(10) Global Settlement and License Agreement.

Respectfully submitted,

By: /s/ Donald R. McPhail
Donald R. McPhail (admitted *phv*)
1900 Duke Street
Alexandria, Virginia 22314
Tel: (703) 518-4516
Fax: (612) 332-9081
Email: dmcphail@merchantgould.com

Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

DEFENDANT'S DISCLOSURE OF
PROPOSED ESI SEARCH TERMS
Case No. 2:23-cv-01016
Page **2** of **3**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400