# EXHIBIT 14

| | |
|---|---|
| **From:** | Donald McPhail |
| **To:** | Machleidt, Dario; Eric W. Schweibenz; matthew@dclglawyers.com |
| **Cc:** | Damitio, Chris; Geyer, Kate |
| **Subject:** | RE: Valve v. Rothschild, et al. - Defendants" Discovery Deficiencies |
| **Date:** | Tuesday, October 8, 2024 1:14:24 PM |

**CAUTION: External Email**

Hi Dario,

Thanks for your email below. My proposal was that we meet and confer and decide which, if any, of the terms we originally proposed Valve wants us to search. To the extent that is less than 10, we will allow Valve to propose alternative terms to make up the difference as well as propose the additional 10 terms it is entitled to under the Court's order. Does this work for you?

In addition, please let me know if you would agree to a one-week (7 days) extension for Defendants to answer Valve's Second Amended Complaint.

Thanks,
Don

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Monday, October 7, 2024 2:00 PM
**To:** Donald McPhail <dmcphail@merchantgould.com>; Eric W. Schweibenz <eschweibenz@merchantgould.com>; matthew@dclglawyers.com
**Cc:** Damitio, Chris <CDamitio@ktslaw.com>; Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild, et al. - Defendants' Discovery Deficiencies

**CAUTION - External.**

Don,

It was good meeting you in person the other week. Before the hearing, you mentioned having a call to discuss search terms. I believe this was your proposal: (a) Valve provides Defendants with terms it wants run in addition to those Defendants already proposed (which we believe are inadequate); and (b) Valve still gets its additional 10 terms.

Was this your proposal? If not, please let us know what you had in mind, and we'll see if the parties can reach agreement. Thank you.

Sincerely,

**Dario Machleidt**
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Friday, August 16, 2024 2:52 PM
**To:** Donald McPhail <dmcphail@merchantgould.com>; Eric W. Schweibenz <eschweibenz@merchantgould.com>; matthew@dclglawyers.com
**Cc:** Damitio, Chris <CDamitio@ktslaw.com>; Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** Valve v. Rothschild, et al. - Defendants' Discovery Deficiencies

Counsel,

Please see attached.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

'

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

'