# EXHIBIT 25

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CONSTANCE KAZANJIAN,
    Plaintiff,

vs.                                  CASE NO: 2017-8246-CA-01

LEIGH ROTHSCHILD, ROTHSCHILD
TRUST HOLDINGS, LLC, et al,
    Defendants,
_____/

## NOTICE OF FILING TRANSCRIPT OF DEPOSITION OF

## LEIGH ROTHSCHILD

COMES NOW, the Plaintiff, CONSTANCE KAZANJIAN, by and through undersigned counsel, and hereby files this Notice of Filing Transcript of Deposition of Leigh Rothschild.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida E-Filing Portal to all counsel and interested parties on this 10th day of November 2022.

                                                  **HOFFMAN, LARIN & AGNETTI, P.A.**
                                                909 North Miami Beach Blvd., Suite 201
                                                Miami, Florida 33162
                                                Telephone: (305) 653-5555
                                                Email: pleadings@hlalaw.com

                                                /s/ *John B Agnetti*
                                                John B Agnetti, Esquire
                                                Florida Bar No. 359841

```
         IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
         CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
                    CASE NO.:  2017-8246-CA-01

CONSTANCE KAZANJIAN,

              Plaintiff,

vs.

LEIGH ROTHSCHILD, ROTHSCHILD
TRUST HOLDINGS, LLC, et al,

              Defendants.
_____




                          DEPOSITION
                              OF
                        LEIGH ROTHSCHILD


                         May 8, 2019
                   1:50 p.m. - 4:34 p.m.

                 909 North Miami Beach Boulevard
                    North Miami Beach, Florida



Taken before Dorothy Hutchison, Stenographic Reporter
and Notary Public, in and for the State of Florida at
Large, pursuant to Notice of Taking Deposition filed in
the above cause.
```

RothschildDEP_0002

VALVE_00004462

```
 1
    APPEARANCES:
 2

 3  On behalf of the Plaintiff:

 4        HOFFMAN, LARIN & AGNETTI, P.A.
          BY: JOHN B. AGNETTI, ESQUIRE
 5        909 North Miami Beach Boulevard, Suite 201
          North Miami Beach, Florida 33162
 6        (305) 653-5555
          john@hlalaw.com
 7

 8  On behalf of the Defendants:

 9        ROSENFELD STEIN BATTA, PA
          BY:  ALLAN STEIN, ESQUIRE
10        21490 West Dixie Highway
          Aventura, Florida 33180-1144
11        (305)895-6680
          allan@rslawpa.com
12

13

14
                     I N D E X
15

16                                                   PAGE:

17  DIRECT EXAMINATION BY MR. AGNETTI                  3

18

19              E X H I B I T  I N D E X

20  PLAINTIFF'S:                                     PAGE:

21  EXB. A - Binder of documents                       3
    EXB. A-1 - Complaint                              19
22  EXB. A-2 - 2011 agreement                         24
    EXB. A-3 - Email chain                            52
23  EXB. A-4 - Proposed fee arrangement 6/1/16        67
    EXB. A-5 - Email, 12/16/16, re, compensation      72
24  EXB. A-6 - Pending litigation list                79

25
```

```
 1
 2                  P R O C E E D I N G S
 3   Thereupon:
 4          (Thereupon, the document referred to
 5     was marked as Plaintiff's Exhibit A for
 6   identification.)
 7                  LEIGH ROTHSCHILD,
 8   being by the undersigned Notary Public first duly sworn,
 9   was examined and testified as follows:
10          THE COURT REPORTER:  Would you raise your right
11     hand, please.  Do you solemnly swear or affirm that
12     the testimony you are about to give will be the
13     truth and nothing but the truth?
14          THE WITNESS:  I do.
15                  DIRECT EXAMINATION
16   BY MR. AGNETTI:
17      Q    Could you state your name and address for the
18   record?
19      A    Certainly.  Leigh, middle name Mitchell, last
20   name Rothschild, R-o-t-h-s-c-h-i-l-d, residing at 1574
21   Northeast Quayside Terrace, Miami, Florida.  Zip code of
22   33138.
23      Q    Mr. Rothschild, I assume you've given your
24   deposition before.
25      A    Yes, sir.
```

```
 1  clients," Symbology Innovations, LLC, that is your
 2  company, right?
 3      A    Is that a company that I own?  Yes, sir.
 4      Q    And that's what you call Inventaur's clients?
 5      A    Yes, sir.
 6      Q    So all of Inventaur's clients are companies
 7  that you own or control?
 8      A    Yes, sir.
 9      Q    Okay.  So you would have knowledge of those
10  quote-unquote clients, correct?  And I understand if you
11  can't answer this and you don't know.  Who would know in
12  your company?
13      A    No one in my company would know.  The attorneys
14  who are litigating these cases would have information on
15  the status of the cases.
16      Q    Well, would you get updates from the attorneys
17  that are hired as to the status of the litigation?
18      A    No, sir.  Adam would get that information when
19  he was with the company.
20      Q    And who gets it now?  Did you hire a
21  replacement to Adam?
22      A    Yes, sir.
23      Q    And who is that?
24      A    Catherine Delcin.
25      Q    Can you spell her last name?
```

RothschildDEP_0081

VALVE_00004541