**Honorable Jamal N. Whitehead**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORTION, | ) |
| | ) **DECLARATION OF DONALD MCPHAIL** |
| Plaintiff, | ) **IN OPPOSITION TO VALVE** |
| v. | ) **CORPORATION'S MOTION TO** |
| | ) **COMPEL** |
| LEIGH ROTHSCHILD, ROTHSCHILD | ) |
| BROADCAST DISTRIBUTION | ) NOTE ON MOTION CALENDAR: |
| SYSTEMS, LLC, DISPLAY | ) March 28, 2025 |
| TECHNOLOGIES, LLC, PATENT ASSET | ) |
| MANAGEMENT, LLC, MEYLER LEGAL | ) Complaint filed: July 7, 2023 |
| PLLC, AND SAMUEL MEYLER | ) |
| | ) |
| Defendants. | ) Case No.: 2:23-cv-01016 |
| | ) |

I, Donald McPhail, declare as follows:

1. I am attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Defendants Leigh Rothschild; Rothschild Broadcast Distribution Systems, LLC; Display Technologies, LLC; Patent Asset Management, LLC; Meyler Legal PLLC; and Samuel Meyler (collectively, the "Defendants"). I make this declaration on my own information, knowledge, and belief, based on a reasonable investigation, in support of, the Rothschild Defendants' Opposition to Valve Corporation's Motion to Compel.[1]

2. Attached hereto as **Exhibit 26** is a true and correct copy of an email chain between counsel for Defendants to counsel for Valve Corporation, with a date range of October 16, 2024 through November 26, 2024.

3. Attached hereto as **Exhibit 27** is a true and correct copy of an email chain

---

[1] The Rothschild Defendants refers to a subset of the Defendants and includes Defendants Leigh Rothschild; Rothschild Broadcast Distribution Systems, LLC; Display Technologies, LLC; and Patent Asset Management, LLC.

MCPHAIL DECLARATION IN OPPOSITION
TO VALVE CORPORATION'S
MOTION TO COMPEL
Case No. 2:23-cv-01016
Page **1** of **4**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

between counsel for Defendants and counsel for Valve Corporation, with a date range of December 30, 2024 through January 9, 2025.

4. Attached hereto as **Exhibit 28** is a true and correct copy of an email chain between counsel for Defendants and counsel for Valve Corporation, with a date range of February 4, 2025 though February 27, 2025.

5. Attached hereto as **Exhibit 29** is a true and correct copy of an email chain between counsel for Defendants and counsel for Valve Corporation, with a date range of March 11, 2025 through March 19, 2025.

6. Attached hereto as **Exhibit 30** is a true and correct copy of a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued by Valve Corporation to Kizzia Johnson PLLC, dated December 19, 2024.

7. Attached hereto as **Exhibit 31** is a true and correct copy of an email chain between counsel for Defendants and counsel for Valve Corporation, with a date range of December 30, 2024 through January 8, 2025.

8. Attached hereto as **Exhibit 32** is a true and correct copy of an email chain between counsel for Defendants and counsel for Valve Corporation, with a date range of February 12, 2025 through February 17, 2025.

9. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from Defendant Patent Asset Management, LLC's Objections and Responses to Plaintiff's First Set of Requests for Production.

10. To date, the Rothschild Defendants have produced over 4,000 documents, of which over 3,750 were produced by the Rothschild Defendants (including public filings). The Defendants have made the following productions:

MCPHAIL DECLARATION IN OPPOSITION
TO VALVE CORPORATION'S
MOTION TO COMPEL
Case No. 2:23-cv-01016
Page **2** of **4**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

| Date of Production | Number of Documents | Bates Numbers | Custodians |
|---|---|---|---|
| 2/12/2025 | 481 | ROTHSCHILD1-6513 | Meyler Legal PLLC; Public |
| 2/17/2025 | 1128 | ROTHSCHILD6514-15434 | Public |
| 2/25/2025 | 561 | ROTHSCHILD15435-18436 | Daniel Falcucci[2] |
| 2/27/2025 | 1753 | ROTHSCHILD18437-29445 | Public |
| 3/07/2025 | 46 | ROTHSCHILD29446-30193 | Daniel Falcucci |
| 3/19/2025 | 27 | ROTHSCHILD30194-30620 | Daniel Falcucci |
| 3/24/2025 | 120 | ROTHSCHILD30621-31682 | Meyler Legal PLLC; Daniel Falcucci; Leigh Rothschild; Christina Arias; and Public |

These productions include public filings of patent lawsuits brought by Defendants Display Technologies, LLC and Rothschild Broadcast Distribution Systems, LLC involving the asserted patents; communications between Mr. Meyler and opposing counsel; communications between Mr. Meyler and counsel for Valve Corporation; patent assignments; settlement and license agreements; management agreements of Defendants Display Technologies, LLC and Rothschild Broadcast Distribution Systems, LLC; and operations agreements of Defendants Display Technologies, LLC; Rothschild Broadcast Distribution Systems, LLC; and Patent Asset Management, LLC.

11. The Rothschild Defendants' March 7, 2025 production included approximately

---

[2] While Mr. Falcucci is identified as the custodian of these documents, this set of documents is public documents.

MCPHAIL DECLARATION IN OPPOSITION
TO VALVE CORPORATION'S
MOTION TO COMPEL
Case No. 2:23-cv-01016
Page **3** of **4**

DC LAW GROUP
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

40 agreements.

12. I attended a meet and confer with counsel for Valve in late October of 2024. During that meet and confer, the parties discussed Defendants' collection of ESI, and I explained that the Defendants collection of ESI would be done when the parties had reached agreement on search terms and that Defendants would not be engaging in the piecemeal collection of ESI. I also noted that the nature of the case was likely to implicate privilege issues and that the Rothschild Defendants may need to produce privileged documents.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: March 24, 2025         By: /s/ Donald R. McPhail
                                        Donald R. McPhail

MCPHAIL DECLARATION IN OPPOSITION
TO VALVE CORPORATION'S
MOTION TO COMPEL
Case No. 2:23-cv-01016
Page **4** of **4**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400