# Exhibit 32

**Roylyn J. Wright**

| | |
|---|---|
| **From:** | Geyer, Kate <KGeyer@ktslaw.com> |
| **Sent:** | Monday, February 17, 2025 5:39 PM |
| **To:** | Paige Stradley; Damitio, Chris; Eric R. Chad; Eric W. Schweibenz; Donald McPhail; Shannon Maney; RothschildMGTeam; matthew@dclglawyers.com |
| **Cc:** | Machleidt, Dario |
| **Subject:** | RE: Valve v. Rothschild - 2:23-1016-JNW - Tomorrow's meet and confer |

**CAUTION - External.**

Paige –

We disagree that third-party discovery will occur after party discovery is substantially complete, **regardless of the particular date that occurs**. The Court has entered a scheduling order that Defendants must comply with, and Defendants cannot use their own failure to timely engage in discovery, as we have documented in numerous communications, to push off third party discovery indefinitely. Valve will complete all third-party discovery by June 25, 2025 as required by the Court. Dkt. 61 at 2. Valve will agree that discovery from the subpoenaed law firms will occur after April 25, 2025, when Defendants' document production must be substantially complete. *Id.* Valve will expect those parties to meet and confer prior to April 25, 2025 to resolve any remaining objections to the subpoenas. If necessary, Valve reserves all rights to seek Court intervention to ensure that Defendants meet their obligations under the scheduling order such that third party discovery can be timely completed.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

**From:** Paige Stradley <PStradley@MerchantGould.com>
**Sent:** Wednesday, February 12, 2025 2:56 PM
**To:** Damitio, Chris <CDamitio@ktslaw.com>; Eric R. Chad <EChad@merchantgould.com>; Eric W. Schweibenz <eschweibenz@merchantgould.com>; Donald McPhail <dmcphail@merchantgould.com>; Shannon Maney <SManey@MerchantGould.com>; RothschildMGTeam <RothschildMGTeam@MerchantGould.com>; matthew@dclglawyers.com
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>; Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild - 2:23-1016-JNW - Tomorrow's meet and confer

Chris,

That is fine with us. Just to make sure the parties are on the same page, however, our understanding is that the parties will address third-party discovery after party discovery is substantially complete, regardless of the particular date that occurs. Please let us know if Valve disagrees with this understanding.

After you've reviewed, please let us know when you'd like to talk next week. Best,
Paige

**Paige Stradley**
she/her/hers
Partner

1

Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 336-4671
**Fax** (612) 332-9081
**merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Note: This email message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via email to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Operating as Merchant & Gould, LLP, in California.
Please consider the environment before printing this email. Thank you.

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Wednesday, February 12, 2025 3:28 PM
**To:** Paige Stradley <PStradley@MerchantGould.com>; Eric R. Chad <EChad@merchantgould.com>; Eric W. Schweibenz <eschweibenz@merchantgould.com>; Donald McPhail <dmcphail@merchantgould.com>; Shannon Maney <SManey@MerchantGould.com>; RothschildMGTeam <RothschildMGTeam@MerchantGould.com>; matthew@dclglawyers.com
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>; Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** Valve v. Rothschild - 2:23-1016-JNW - Tomorrow's meet and confer

**CAUTION - External.**

Counsel,

Valve intends to cancel tomorrow's meet and confer. We will follow up next week once we have had a chance to review Defendants' document production.

Many thanks,
Chris



Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

'

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.
'