HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>        Defendants. | Case No. 2:23-cv-1016<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF VALVE CORPORATION'S MOTION TO COMPEL**<br><br>NOTE ON MOTION CALENDAR:<br>**March 28, 2025**<br><br>Complaint Filed:    07/07/2023<br><br>ORAL ARGUMENT REQUESTED |

[PROPOSED] ORDER GRANTING VALVE'S
MOTION TO COMPEL
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1   Now pending before the Court is Plaintiff Valve Corporation's Motion to Compel. Having
2   reviewed the Parties' LCR 37 Joint Submission, and all exhibits thereto, the Court finds good
3   cause to grant the motion.

4   Accordingly, it is so ORDERED that within seven days of the issuance of this Order,
5   Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display
6   Technologies, LLC, and Patent Asset Management, LLC, shall produce documents,
7   communications, and things responsive to Valve's Requests for Production listed in Joint
8   Exhibits A-D, including:

- All proposed and executed licenses to, assignments of, or other grant of rights to the '221 Patent or '723 Patent
- Documents sufficient to show all revenue, costs, and profits resulting from any license to, assignments of, or any other grant of rights to the '221 Patent or the '723 Patent
- Documents sufficient to show all revenue, profits, or income received by Leigh Rothschild from the corporate Defendants and their related companies
- Documents related to instances which Defendants have been subject to any penalties or sanctions, including those under 35 U.S.C. § 285, 28 U.S.C. § 1927, Federal Rule of Civil Procedure 11, or the court's inherent authority
- Documents relating to Defendants record-keeping policies and document management systems
- Documents relating to Defendants' analysis prior to sending the June 2023 Demand Letter to Valve
- Corporate organizational charts
- Documents showing persons with any ownership, control, or financial interest in Defendants PAM, RBDS, and Display Technologies
- Contracts between Rothschild and all corporate Defendants
- Contracts between Defendants' and any legal or non-legal entity related to enforcement of patents

[PROPOSED] ORDER GRANTING VALVE'S
MOTION TO COMPEL                         - 1 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

- Documents showing all employees, contractors, or agents of corporate Defendants and their roles
- Demand letters sent by Defendants relating to the '221 Patent or '723 Patent

DATED:                         , 2025

HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING VALVE'S
MOTION TO COMPEL
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600