UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | CASE NO. 23-cv-1016<br><br>ORDER ON LCR 37 JOINT SUBMISSION |

This matter comes before the Court on the parties' LCR 37 Joint Submission. Dkt. No. 75. The Court commends the parties for utilizing the joint submission procedure, which provided for an efficient presentation of this discovery dispute.

Plaintiff Valve Corporation moves to compel the Rothschild Defendants to complete document production within seven days. The record suggests that the Rothschild Defendants have engaged in a pattern of delays in responding to Valve's discovery requests served in July 2024. Such dilatory conduct in discovery is

ORDER ON LCR 37 JOINT SUBMISSION - 1

disfavored to say the least. The Court is also skeptical of "rolling production" practices when used to extend the time for responding to discovery requests unnecessarily, yet the Court acknowledges that in cases involving substantial document review, especially when privilege issues arise, rolling production may be appropriate when done transparently, diligently, and in good faith.

But given the date, and the scheduling order's April 25, 2025, deadline for substantial completion of document production, the practical effect of granting this motion would be negligible given that the seven-day compliance period requested would align with the existing deadline. Valve's motion, filed on March 28, 2025, would have been more appropriately brought months earlier.

Thus, the Court DENIES Valve's motion. Under the existing case schedule, the Rothschild Defendants must substantially complete document production by April 25, 2025. Dkt. No. 61. Failure to comply with the Court's order may result in sanctions, including, but not limited to, monetary penalties, adverse inferences, or other appropriate relief.

Dated this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge