Honorable Jamal N. Whitehead

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

VALVE CORPORTION,                              )   Case No.: 2:23-cv-01016
                                               )
      Plaintiff,                           )
                                               )   **[PROPOSED] ORDER GRANTING**
                                               )   **MOTION FOR LEAVE TO WITHDRAW**
      v.                                   )   **AS COUNSEL FOR DEFENDANTS**
                                               )
                                               )   Complaint Filed:  07/07/2023
LEIGH ROTHSCHILD, ROTHSCHILD                   )
BROADCAST DISTRIBUTION                         )
SYSTEMS, LLC, DISPLAY                           )
TECHNOLOGIES, LLC, PATENT ASSET                )
MANAGEMENT, LLC, MEYLER LEGAL                  )
PLLC, AND SAMUEL MEYLER                        )
                                               )
      Defendants.                          )
_____ )

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE**

**TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

     Now pending before the Court is Merchant & Gould P.C.'s Motion for Leave to

Withdraw as Counsel for Defendants. Having reviewed the motion and all related briefing, the

Court finds good cause exists to grant the motion.

     Accordingly, it is ORDERED on this ___ day of May, 2025, that Donald R. McPhail and

Eric R. Chad of Merchant & Gould P.C. are removed as counsel of record for this matter as to

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
Case No. 2:23-cv-01016
Page **1**

Merchant & Gould P.C.
150 S. 5th St., Suite 2200
Minneapolis, MN 55402
(612) 332-5300

1 Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems LLC, Display

2 Technologies LLC, Patent Asset Management LLC, Meyler Legal PLLC, and Samuel Meyler.

3 All pending deadlines in this litigation are stayed for forty-five days.

4

5

6 Dated this __ day of May, 2025

7                                            **HON. JAMAL N. WHITEHEAD**

8                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
Case No. 2:23-cv-01016
Page **2**

Merchant & Gould P.C.
150 S. 5th St., Suite 2200
Minneapolis, MN 55402
(612) 332-5300

Dated: May 13, 2025                    Presented by,

                                       By: _/s/ Donald R. McPhail_____
                                       Donald R. McPhail (admitted *pro hac vice*)
                                       1900 Duke Street
                                       Alexandria, Virginia 22314
                                       Tel: (703) 518-4516
                                       Fax: (612) 332-9081
                                       Email: dmcphail@merchantgould.com

                                       Eric R. Chad (admitted *pro hac vice*)
                                       150 South Fifth Street, Suite 2200
                                       Minneapolis, Minnesota 55402
                                       Tel: (612) 332-5300
                                       Fax: (612) 332-9081
                                       Email: echad@merchantgould.com

                                       *Attorneys for Defendants Leigh Rothschild,*
                                       *Rothschild Broadcast Distribution Systems,*
                                       *LLC, Display Technologies, LLC, Patent Asset*
                                       *Management, LLC, Meyler Legal, PLLC, and*
                                       *Samuel Meyler*

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
Case No. 2:23-cv-01016
Page **3**

Merchant & Gould P.C.
150 S. 5th St., Suite 2200
Minneapolis, MN 55402
(612) 332-5300