**HON. JAMAL N. WHITEHEAD**

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>       Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE'S MOTION TO COMPEL REGARDING REQUEST FOR PRODUCTION NOS. 34, 35, AND 37; INTERROGATORY NO. 5; AND ESI SEARCH TERMS**<br><br>NOTE ON MOTION CALENDAR:<br>**June 6, 2025**<br><br>Complaint Filed:     07/07/2023 |

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of Washington and am admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2.    I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of a correspondence sent by counsel for Valve to counsel for Defendants, dated May 9, 2025, and bearing the subject line "*Valve v. Corp. v. Leigh Rothschild et al.*, No. 2:23-cv-1016 (W.D. Wash.) – Defendants' counterclaim of infringement of U.S. Patent No. 8,856,221."

4.    Attached hereto as **Exhibit 2** is a true and correct copy of a Bloomberg Law article dated October 10, 2024 titled "Starbucks Levels Fraud Claim in New Tactic to Fight Patent Suit" by Michael Shapiro, and available at https://news.bloomberglaw.com/ip-law/starbucks-levels-fraud-claim-in-new-tactic-to-fight-patent-suit.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Starbucks Corporation's Amended Answer, Affirmative Defenses, and Counterclaims in Response to Plaintiff's Complaint in *Analytical Technologies, LLC v. Starbucks Corporation v. counterclaim def. Leigh Rothschild*, No. 2:24-cv-004455-JRG-RSP (Lead Case) (E.D. Tex.).

6.    Attached hereto as **Exhibit 4** is a true and accurate copy of the Declaration of Rothschild Connected Devices Innovations, LLC dated July 10, 2018 in *Rothschild Connected Devices Innovations, LLC v. Guardian Protection Services, Inc.*, No. 2:15-cv-01431-JRG-RSP (Lead Case) (E.D. Tex.).

7.    Attached hereto as **Exhibit 5** is a true and correct copy of Rothschild Connected Devices Innovations, LLC's Response to ADS Security, LP's Motion for Order to Show Cause in *Rothschild Connected Devices Innovations, LLC v. Guardian Protection Services, Inc.*, No. 2:15-cv-01431-JRG-RSP (Lead Case) (E.D. Tex.).

8.    Attached hereto as **Exhibit 6** is a true and correct copy of Docket Navigator party profile for Rothschild Broadcast Distribution Systems, LLC captured on May 12, 2025.

MACHLEIDT DECL. ISO
VALVE'S MOT. TO COMPEL          - 1 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

9. Attached hereto as **Exhibit 7** is a true and correct copy of a chart showing corresponding document requests for, and objections/responses from, Defendants Leigh Rothschild ("Rothschild), Patent Asset Management, LLC ("PAM"), Rothschild Broadcast Distribution Systems, LLC ("RBDS"), and Display Technologies, LLC ("DT" or "Display Technologies").

10. Attached hereto as **Exhibit 8** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated May 8, 2025, and bearing the subject line "*Valve Corp. v. Leigh Rothschild et al*., No. 2:23-cv-1016-JNW (W.D. Wash.): April 30 Meet and Confer."

11. Attached hereto as **Exhibit 9** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild – Gmail," with a date range between March 28, 2025 and April 15, 2025.

12. Attached hereto as **Exhibit 10** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated January 22, 2025, and bearing the subject line: "*Valve Corp. v. Leigh Rothschild et al*., No. 2:23-cv-1016-JNW (W.D. Wash.): Additional responses to Defendants' search term proposal."

13. Attached hereto as **Exhibit 11** is a true and correct copy an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild: Defendants' Missed ESI Disclosure Deadline," with a date range between March 24, 2025 and March 26, 2025.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a chart showing corresponding document requests for, and objections/responses from, Rothschild, PAM, RBDS, Display Technologies, Samuel Meyler, and Meyler Legal PLLC.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a chart showing corresponding document requests for, and objections/responses from, Rothschild, PAM, RBDS, Display Technologies, Samuel Meyler, and Meyler Legal PLLC.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild," with a date range between March 11, 2025 and March 19, 2025.

MACHLEIDT DECL. ISO
VALVE'S MOT. TO COMPEL
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1    17.    Attached hereto as **Exhibit 15** is a true and correct copy of the excerpts of

2    Defendant Rothschild Broadcast Distribution Systems, LLC's Responses and Objections to

3    Plaintiff's Second Set of Interrogatories, served on April 4, 2025.

4    18.    Attached hereto as **Exhibit 16** is a true and correct copy of an email chain between

5    counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild, 2:23-1016-

6    JNW: LCR 37 Joint Submission - Valve's Opening Portion," with a date range between May 14,

7    2025 and May 15, 2025.

8        I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.

10       Executed on May 16, 2025 at San Diego, California.

11

12                                          */s/ Dario A. Machleidt*
                                          Dario A. Machleidt

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MACHLEIDT DECL. ISO
VALVE'S MOT. TO COMPEL                    - 3 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600