# EXHIBIT 10



**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

Suite 3700, 1420 Fifth Avenue
Seattle, WA 98101

January 22, 2025

direct dial 206 224 2857
direct fax 206 299 3458
dmachleidt@ktslaw.com

*Via Email*

Donald McPhail
Eric R. Chad
Paige S. Stradley
Merchant & Gould
150 S 5th St Unit 2200,
Minneapolis, MN 55402

    Re:   *Valve Corp. v. Leigh Rothschild et al*., No. 2:23-cv-1016 (W.D. Wash.): Additional
response to Defendants' search term proposal

Counsel:

    We have not received a response on numerous outstanding items from Valve's
January 10, 2025 letter despite requesting such information by January 15. Please provide times
this week or early next week you are available to meet and confer regarding:

- Hit counts for search terms run against Christina Arias and Leigh Rothschild
- Hit counts from Mr. Falcucci's SharePoint for the remaining search terms not included in your January 3 and January 9 emails
- Hit counts for the revised search terms provided in Valve's January 10 letter
- Confirmation whether Defendants do not refer to patents by just the last three digits (e.g., 221 or '221) in the ordinary course of business
- Confirmation whether Defendants have searched all Outlook archives
- Date certain when Defendants will begin producing documents on the agreed-upon search terms

    To accommodate the syntax requirements of search terms in Outlook and File Explorer,
Valve proposes the below modifications to the remaining two search terms:

- Infringe OR infringes OR infringement OR infringing OR infringer OR demand OR threat OR assert OR target OR campaign OR enforce OR sue OR lawsuit

- Settlement OR license OR agreement

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  CHICAGO  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  PHOENIX  RALEIGH
SAN DIEGO  SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

Page 2

By January 27, please confirm whether Defendants agree to search for documents responsive to these hit counts or, if not, identify any objections or modifications.

Sincerely,

Dario A. Machleidt