# EXHIBIT 11

# Geyer, Kate

| | |
|---|---|
| **From:** | Paige Stradley <PStradley@MerchantGould.com> |
| **Sent:** | Wednesday, March 26, 2025 2:50 PM |
| **To:** | Geyer, Kate; RothschildMGTeam |
| **Cc:** | Machleidt, Dario; Damitio, Chris |
| **Subject:** | RE: Valve v. Rothschild: Defendants' Missed ESI Disclosure Deadline |

**CAUTION: External Email**

Kate,

We disagree with Valve's interpretation of the ESI Agreement (Dkt. 51) as requiring serial disclosures of search terms for each set of document requests. Regardless, for those categories of documents that Defendants agree to produce responsive to Valve's second set of document requests, Defendants will be gathering the categories of requested documents through the use of the search terms that the parties have already agreed upon in addition to doing a targeted collection of documents responsive to Valve's requests (i.e., collection without the use of search terms).

Thank you,
Paige

**Paige Stradley**
she/her/hers
Partner
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 336-4671
**Fax** (612) 332-9081
**merchantgould.com**

PROUDLY CELEBRATING 125 YEARS OF INNOVATION AND CLIENT SUCCESS
GUARDIANS OF GREAT IDEAS®

Note: This email message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via email to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Operating as Merchant & Gould, LLP, in California.
Please consider the environment before printing this email. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Monday, March 24, 2025 9:24 PM
**To:** RothschildMGTeam <RothschildMGTeam@MerchantGould.com>
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>; Damitio, Chris <CDamitio@ktslaw.com>
**Subject:** Valve v. Rothschild: Defendants' Missed ESI Disclosure Deadline

**CAUTION - External.**

Counsel:

1

Defendants have yet again missed their Court-ordered deadline to provide ESI search methodology disclosures in response to Valve's second set of discovery, including additional search terms for custodial sources. The ESI Order makes it clear that Defendants must disclose their search methodology, *including search terms*, 14 days after receiving discovery requests. Dkt. 51, Section C.2.a.i. Valve served its second set of discovery on March 4, 2025. Defendants' ESI disclosures were due March 18. This is the second time that Defendants have missed this same deadline, despite the fact that we already warned you about this numerous times in the past. Defendants' discovery failures have extended far beyond negligence and now appear to be in bad faith.



Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.