HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF VALVE CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>NOTE ON MOTION CALENDAR:<br>**June 13, 2025**<br><br>Complaint Filed:　　07/07/2023<br><br>ORAL ARGUMENT REQUESTED |

[PROPOSED] ORDER GRANTING VALVE'S
MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  Now pending before the Court is Plaintiff Valve Corporation's Motion for Judgment on the
2  Pleadings. Having reviewed the motion and all related briefing, the Court finds good cause to
3  grant the motion.
4  Accordingly, it is ORDERED that Plaintiff's Motion is GRANTED and judgment is
5  entered in favor of Valve as to Valve's Fourth Affirmative Defense (Licensing and/or
6  Authorization) to RBDS's counterclaim of patent infringement (Dkt. 85, ¶¶ 4-17). Judgment is
7  additionally entered in favor of Valve as to RBDS's Counterclaim of patent infringement (Dkt. 80,
8  ¶¶ 1-21).

12 DATED: _____, 2025   _____
13                                 HON. JAMAL N. WHITEHEAD
                                   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING VALVE'S
MOTION FOR JUDGMENT ON THE PLEADINGS    - 1 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600