HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF PLAINTIFF VALVE CORPORATION'S OPPOSITION TO MERCHANT & GOULD'S MOTION FOR LEAVE TO WITHDRAW**<br><br>NOTE ON MOTION CALENDAR:<br>**June 3, 2025**<br><br>Complaint Filed:    07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S
OPP. TO MOT. TO WITHDRAW
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and am admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email Don McPhail sent to Valve's counsel on April 4, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the case docket for the case captioned *American Pacific Mortgage Corp. et al. v. Everett Financial Inc. et al.*, No. 2:21-cv-01088 (W.D. Wash.).

5. Attached hereto as **Exhibit 3** is a true and correct copy of a letter I sent to Defense counsel on May 27, 2025.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain among the parties relating to discovery disputes. The most recent email in the chain comes form me and is dated May 22, 2025.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email chain among the parties relating to discovery disputes. The most recent email in the chain comes form Eric Chad and is dated May 21, 2025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a letter I sent to Defense counsel on May 11, 2025.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a Docket Navigator printout associating nine Analytical Technologies, LLC cases (where PAM is the parent company) with Mr. McPhail.

10. When Defendants' productions are filtered to exclude public information and are limited to documents obtained from Defendants' custodians, their production totals 787 documents consisting of 9,352 total pages.

MACHLEIDT DECL. ISO VALVE'S
OPP. TO MOT. TO WITHDRAW
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

11. Attached hereto as **Exhibit 8** is a true and correct copy of Symbology Innovations, LLC v. Valve Corp., No. 2:23-CV-00419-JRG, 2025 WL 364075 (E.D. Tex. Jan. 31, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2025 at Seattle, Washington.

*/s/ Dario A. Machleidt*
Dario A. Machleidt

79656041V.1

MACHLEIDT DECL. ISO VALVE'S
OPP. TO MOT. TO WITHDRAW
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600