# EXHIBIT 1

**Machleidt, Dario**

| | |
|---|---|
| **From:** | Donald McPhail <dmcphail@merchantgould.com> |
| **Sent:** | Thursday, April 4, 2024 9:02 PM |
| **To:** | Geyer, Kate; Damitio, Chris; Machleidt, Dario |
| **Cc:** | matthew@dclglawyers.com; Eric W. Schweibenz; Alexander B. Englehart |
| **Subject:** | RE: Valve Corp. v. Rothschild et. al, Case No. 2:23-cv-1016 (W.D. Wash. July 7, 2023) - Draft ESI Order and PO |

Hi Kate,

These both look fine to me, thanks. Also, please note my new contact information:

Donald McPhail
Merchant & Gould P.C.
1900 Duke Street
Suite 600
Alexandria, VA 22314
USA

Telephone (703) 518-4516
Fax (612) 332-9081
dmcphail@merchantgould.com

With best regards,
Don

---

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Wednesday, April 3, 2024 4:53 PM
**To:** Donald R. McPhail <DMcPhail@oblon.com>; Diana S. Bowen <DBowen@oblon.com>; Damitio, Chris <CDamitio@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** matthew@dclglawyers.com
**Subject:** RE: Valve Corp. v. Rothschild et. al, Case No. 2:23-cv-1016 (W.D. Wash. July 7, 2023) - Draft ESI Order and PO

Hi Don –

Attached please fine the revisions to the stipulated ESI order which captures the changes we previously discussed. Please let us know if we can prepare for filing with these changes or if you have any additional edits.

There are no changes to the protective order, but have included for your final review as well.

Thank you,

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

1