# EXHIBIT 2

To order copies of any documents listed below, contact Court Express
courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

## This docket is current through 04/28/2025

Today's Date: 5/28/2025
Source: U.S. District Court, Western District of Washington (Seattle)

| | |
|---|---|
| **Court:** | U.S. District Court, Western District of Washington (Seattle) |
| **Case Title:** | American Pacific Mortgage Corporation et al v. Everett Financial Inc et al |
| **Case:** | 2:21-CV-01088 |
| **Judge:** | District Judge Tiffany M. Cartwright |
| **Date Filed:** | 08/13/2021 |
| **Case Status:** | JURYDEMAND, PROTO |

## SYNOPSIS INFORMATION

| | |
|---|---|
| **Allegations:** | Defendant intentionally made misappropriation of trade secrets and to return of all APM property and information to plaintiff's, resulted in damages. |
| **Damages:** | $750,000.00 in actual, consequential, special, liquidated, exemplary, special and punitive damages, injunctive relief, fees and costs. |
| **COMPLAINT (MANUALLY RETRIEVED)** | Original Image of this Document (PDF) |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 2:21CV01088 |
| **Jury Demand:** | Plaintiff |
| **Nature of Suit:** | Intellectual Property Rights: Defend Trade Secrets Act of 2016 (DTSA) (880) |
| **Key Nature of Suit:** | Intellectual Property; Trade Secrets (260.20) |
| **Jurisdiction:** | Diversity |
| **Cause:** | 18 USC 1836(b) - Civil Action to Protect Trade Secrets |

## PARTICIPANT INFORMATION

### American Pacific Mortgage Corporation

| | |
|---|---|
| **Party Description:** | a California corporation |
| **Type:** | Plaintiff |
| **Attorney:** | Chad Samuel Hummel |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCKOOL SMITH PC (CA) |
| **Firm Address:** | ONE CALIFORNIA PLAZA |
| | 300 SOUTH GRAND AVE |
| | STE 2900 |
| | LOS ANGELES, CA 90071 |
| **Firm Phone:** | 213-694-1200 |
| **Email Address:** | chummel@mckoolsmith.com |
| **Attorney:** | Makenna Miller |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCKOOL SMITH PC (CA) |
| **Firm Address:** | ONE CALIFORNIA PLAZA |
| | 300 SOUTH GRAND AVE |
| | STE 2900 |
| | LOS ANGELES, CA 90071 |
| **Firm Phone:** | 213-694-1154 |

| 68 | 11/02/2023 | MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES by District Judge Tiffany M. Cartwright. The Court grants parties' request for two phase discovery. *10 DAY* Jury Trial is set for 1/13/2025 at 09:00 AM in Courtroom C before District Judge Tiffany M. Cartwright. Joinder of Parties due by 1/31/2024, Amended Pleadings due by 2/12/2024, Fact Discovery completed by 5/15/2024, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 6/17/2024, Rebuttal Expert Disclosure/Reports due by 7/17/2024, Discovery Motions due by 7/17/2024, Expert Discovery completed by 8/16/2024, Dispositive motions due by 9/16/2024, Motions in Limine due by 12/9/2024, Pretrial Order due by 12/23/2024, Voir dire/jury instructions/trial briefs due by 12/23/2024, Agreed Neutral Statement of the Case due by 12/23/2024, Deposition Designations due by 12/23/2024, Pretrial Conference set for 12/31/2024 at 01:30 PM in Courtroom C before District Judge Tiffany M. Cartwright. (MET) (Entered: 11/02/2023) | View | Add to request |
| 67 | 10/31/2023 | JOINT STATUS REPORT signed by all parties. Estimated Trial Days: 7 to 10. (David, Rabindra) (Entered: 10/31/2023) | View | Add to request |
| 66 | 10/27/2023 | ORDER denying Defendants' 43 Motion for Attorney Fees. Signed by District Judge Tiffany M. Cartwright. (MW) (Entered: 10/27/2023) | View | Add to request |
| 65 | 10/27/2023 | Supplemental BRIEF re 43 MOTION for Attorney Fees by All Defendants (Lyons, Marina) (Entered: 10/27/2023) | View | Add to request |
| 64 | 10/27/2023 | Supplemental BRIEF re 44 Brief in Response to the Court's Inquiry Regarding Defendants' Request for Attorney's Fees by Plaintiffs American Pacific Mortgage Corporation, Element Mortgage (David, Rabindra) (Entered: 10/27/2023) | View | Add to request |
| 63 | 10/25/2023 | MINUTE ORDER. The parties' joint motion to withdraw as attorney for Defendant Luke Welling ("Defendant") 62 does not contain the signature of Defendant or his new counsel as is required for | Send Runner to Court | |

| 3 | 08/16/2021 | NOTICE of Appearance by attorney Maren Calvert on behalf of Plaintiffs American Pacific Mortgage Corporation, Element Mortgage. (Calvert, Maren) (Entered: 08/16/2021) | View | Add to request |
| 2 | 08/16/2021 | Notice of Filing Deficiency re 1 Complaint,. ***Action Required*** Improper Signature - Secondary Attorney(s). See attached letter for more information and instructions. (CDA)ad hoc attorneys T Calvert and M Calvert (Entered: 08/16/2021) | View | Add to request |
| | 08/16/2021 | Judge Ricardo S. Martinez added. (CDA) (Entered: 08/16/2021) | Send Runner to Court | |
| | 08/16/2021 | NOTICE Pursuant to Fed.R.Civ.P 7.1, Plaintiff(s) must file a Corporate Disclosure Statement by 8/23/2021. (CDA) (Entered: 08/16/2021) | Send Runner to Court | |
| 1 | 08/13/2021 | COMPLAINT against All Defendants with JURY DEMAND (Receipt # AWAWDC-7208437) Attorney Matthew N Miller added to party American Pacific Mortgage Corporation(pty:pla), filed by American Pacific Mortgage Corporation. (Attachments: # 1 Civil Cover Sheet)(Miller, Matthew) (Entered: 08/13/2021) | View | Add to request |

To order copies of any documents listed above, contact Court Express
courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.