# EXHIBIT 7

## Cases Filters

**‹ HIDE**

### Firms

Oblon McClelland Maier & Neustadt ⊗

### Case Numbers

From Accusations Involving Selected Parties

**EDIT FILTERS**

### Related Filters

▸ Case Termination Date
▸ Case Filing Date
▸ Case Status
▸ Courts
▸ Document Filing Date
▸ Judges
▸ Patents
▸ Patent Types
▸ Determinations
▸ Remedies
▸ Case Outcome
▸ CAFC Case Outcome

☑ Open filter drawer by default

---

FILTERS   OPTIONS   VIEW   PRINT        Cases with Oblon Mc

## Cases

Cases Representing Patentees
Cases Representing Patent Challengers
All Cases

| ☐ | ⤢ | Case | Cas |
|---|---|------|-----|
| ☐ | ⊕ | Analytical Technologies, LLC v. Chick-Fil-A, Inc <br> 2-24-cv-00185 (EDTX) | Ma |
| ☐ | ⊕ | Analytical Technologies, LLC v. Toast, Inc. <br> 1-24-cv-00174 (WDTX) | Feb |
| ☐ | ⊕ | Analytical Technologies, LLC v. Jack In The Box Inc. <br> 2-24-cv-00052 (EDTX) | Jar |
| ☐ | ⊕ | Analytical Technologies, LLC v. Dickey's Barbecue Restaurants, Inc. <br> 2-24-cv-00054 (EDTX) | Jar |
| ☐ | ⊕ | Analytical Technologies, LLC v. Zaxby's Franchising LLC <br> 2-24-cv-00056 (EDTX) | Jar |
| ☐ | ⊕ | Analytical Technologies, LLC v. McDonald's Corporation <br> 2-23-cv-00405 (EDTX) | Sep |
| ☐ | ⊕ | Analytical Technologies, LLC v. Yum! Brands, Inc. <br> 2-23-cv-00401 (EDTX) | Sep |
| ☐ | ⊕ | Analytical Technologies, LLC v. Inspire Brands, Inc. <br> 2-23-cv-00402 (EDTX) | Sep |
| ☐ | ⊕ | Analytical Technologies, LLC v. Restaurant Brands International, Inc. | Jur |



Clelland Maier & Neustadt                                          9 Results

| se Filing... ▼ | Case Terminat... | Case Sta... | Case Out... |
|---|---|---|---|
| r. 15, 2024 | Oct. 09, 2024 | Terminated | Settled/Voluntarily Dismissed |
| o. 20, 2024 | Jun. 12, 2024 | Terminated | Settled/Voluntarily Dismissed |
| a. 26, 2024 | Nov. 18, 2024 | Terminated | Settled/Voluntarily Dismissed |
| a. 26, 2024 | May. 30, 2024 | Terminated | Settled/Voluntarily Dismissed |
| a. 26, 2024 | Nov. 18, 2024 | Terminated | Settled/Voluntarily Dismissed |
| o. 07, 2023 | Mar. 11, 2024 | Terminated | Settled/Voluntarily Dismissed |
| o. 01, 2023 | Feb. 07, 2024 | Terminated | Settled/Voluntarily Dismissed |
| o. 01, 2023 | Feb. 07, 2024 | Terminated | Settled/Voluntarily Dismissed |
| a. 20, 2023 | Apr. 26. 2024 | Terminated | Settled/Voluntarily Dismissed |