Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORTION, | [PROPOSED] ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS |
| Plaintiff, | |
| v. | |
| LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL PLLC, AND SAMUEL MEYLER | Complaint filed: July 7, 2023 |
| Defendants. | Case No.: 2:23-cv-01016 |

## [PROPOSED] ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Now pending before the Court is the Motion for Leave to Withdraw as Counsel for Defendants filed by Merchant & Gould P.C. ("Counsel"). Having reviewed the motion, the Defendants' Declaration, and all related briefing, the Court finds that good cause does not exist to grant the motion, as the Defendants would suffer significant prejudice if counsel is allowed to withdraw at this stage of the litigation.

Accordingly, it is hereby ORDERED that the Motion for Leave to Withdraw as Counsel is DENIED, unless and until Defendants have secured substitute counsel that is capable of diligently handling this matter.

It is further ORDERED that Counsel shall remain on the case and continue representing the Defendants until substitute counsel has been secured and the transition has been completed.

1 | Dated this ____ day of _____, 2025

_____
**Hon. JAMAL N. WHITEHEAD**
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING MOTION TO WITHDRAW
CASE NO.: 2:23-CV-01016
PAGE 2