Matthew Cunanan, WSBA #42530
matthew@dclglawyers.com

**Hon. Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　　　　　　　　Defendants. | Case No.  2:23-cv-01016-JNW<br><br>DECLARATION OF MATTHEW CUNANAN |

I, Matthew Cunanan, declare the following:

　　1.　　My name is Matthew Cunanan. I am local counsel for defendants in the above referenced case. I am competent to testify as to the matters set forth in this declaration and I make this declaration based upon my own personal knowledge.

　　2.　　On September 18, 2023, I was engaged by defendants for the limited purpose of serving as local counsel in this matter.

　　3.　　I have not acted as lead counsel or participated in any of the decision-making process for this litigation, as all decisions have been made exclusively by Don McPhail and his law firm.

　　4.　　Since engagement, I have only been paid a flat rate of $500.00 in this matter.

DECLARATION OF MATTHEW CUNANAN- 1

DC LAW GROUP
12055 15th Ave NE  |  Seattle, WA 98125
Tel:206-494-0400 Fax: 855-494-0400

5. In the interest of preserving client confidences and respecting the attorney-client privilege, I have not attached to this Declaration communications and documents relating to relationship between Defendants, lead counsel and myself.

6. If the Court believes review of these materials would be helpful, I can provide them for in camera review.

7. As such, I still intend to file for withdrawal in the event that lead counsel Don McPhail & Merchant Gould's Motion for Leave to Withdraw as Counsel for Defendants is granted.

DATED: June 2, 2025 at Burien, WA.

*s/ Matthew Cunanan*
Matthew Cunanan, WSBA #42530
Attorney for Defendants *Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC & Samuel Meyler*
matthew@dclglawyers.com

DECLARATION OF MATTHEW CUNANAN- 2

DC LAW GROUP
12055 15th Ave NE | Seattle, WA 98125
Tel:206-494-0400 Fax: 855-494-0400