THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　　　　Defendants. | No. 2:23-cv-01016-JNW<br><br>**NOTICE OF APPEARANCE FOR PLAINTIFF VALVE CORPORATION**<br><br>*(Clerk's Action Required)* |

TO:　　　　Clerk of the Court;

AND TO:　　ALL COUNSEL OF RECORD.

　　PLEASE TAKE NOTICE that the undersigned herewith appear as additional attorneys for Plaintiff Valve Corporation and request that any and all further pleadings or notices of any nature whatsoever, except original process, be served upon the undersigned at the address below stated.

NOTICE OF APPEARANCE– Page 1
No. 2:23-cv-01016-JNW

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2      DATED this 15th day of July, 2025.

3                                               *s/ Blake Marks-Dias*
                                                Blake Marks-Dias, WSBA No. 28169
4
                                                *s/ Colin George*
                                                Colin George, WSBA No. 45131
5
                                                CORR CRONIN LLP
6                                               1015 Second Avenue, Floor 10
                                                Seattle, WA  98104
7                                               (206) 625-8600 Phone
                                                (206) 625-0900 Fax
8                                               bmarksdias@corrcronin.com
                                                cgeorge@corrcronin.com
9
                                                *Attorneys for Valve Corporation*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

NOTICE OF APPEARANCE– Page 2
No. 2:23-cv-01016-JNW