

# United States District Court
# Western District of Washington

Valve Corporation

Plaintiff(s)

V.

Leigh Rothschild et al

Defendant(s)

Case Number: 2:23-cv-01016

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Joseph J. Zito hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants: Leigh Rothschild;   Rothschild Broadcast Distribution Systems LLC;   Display Technologies LLC; Patent Asset Management LLC;   Meyler Legal PLLC;   and   Samuel Meyler

The particular need for my appearance and participation is:
Substituting in for current counsel that will be withdrawing shortly, and taking over as lead counsel for Defendants.

I, Joseph J. Zito understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 16, 2025

Signature of Applicant: s/ Joseph J. Zito

**Pro Hac Vice Attorney**

Applicant's Name: Joseph J. Zito

Law Firm Name: DNL ZITO

Street Address 1: 1250 Connecticut Avenue, NW

Address Line 2: Suite 700

City: Washington  State: DC  Zip: 20036

Phone Number w/ Area Code: 202-466-3500  Bar #: 410913  State: DC

Primary E-mail Address: jzito@dnlzito.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: litigation@dnlzito.com

*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Joseph J. Zito is unable to be present upon any date assigned by the court.

Date: July 16, 2025  Signature of Local Counsel: s/ Matthew Cunanan

Local Counsel's Name: Matthew Cunanan

Law Firm Name: DC LAW GROUP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 126 SW 148th Street

Address Line 2: Suite C100-201

City: Burien  State: WA  Zip: 98166

Phone Number w/ Area Code: 206-494-0400  Bar #: 42530

---

U.S. District Court – Pro Hac Vice Application
Revised October 29, 2024                                   Page 3 of 4



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

 I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed  July 16, 2025        Signature  s/ Joseph J. Zito
*(Pro Hac Vice applicant name)*