# Exhibit A

**Exhibit A**[1]

**Amended Scheduling Order**

| Event | Current Schedule (Dkt. 61) | Valve's Proposal | Defendants' Proposal |
|---|---|---|---|
| **Jury trial (3 to 4 days)** | **January 26, 2026** | No change (January 26, 2026) | agreed |
| **Supplementation of document production** | n/a | n/a | July 31, 2025<br><br>The Parties can serve limited additional discovery for good cause shown |
| **Fact discovery cut-off** | June 25, 2025 | August 22, 2025 | September 5, 2025 |
| **Opening Expert Reports** | August 1, 2025 | September 15, 2025 | agreed |
| **Production of opinions of counsel and service of privilege log by party defending against claim of willful infringement** | August 11, 2025 | No change (August 11, 2025) | agreed |
| **Rebuttal expert reports** | August 22, 2025 | September 29, 2025 | agreed |
| **Expert discovery cut-off** | September 12, 2025 | October 13, 2025 | agreed |
| **Opening case dispositive and *Daubert* motions** | October 3, 2025 | October 27, 2025 | agreed |
| **Responsive case dispositive and *Daubert* motions** | October 24, 2025 | November 10, 2025 | agreed |

---

[1] Absent leave of Court and for good cause shown, the parties may not serve any further written discovery (consisting of interrogatories, requests for admission, and requests for production). *See* 6/3/2025 Hr'g Tr., 13:1-4 ("[MS. GEYER] I want to confirm that with a 45-day stay, that's not reopening a fact discovery period or allowing new discovery to be served. THE COURT: That's correct.").

| | | | |
|---|---|---|---|
| **Reply case dispositive and *Daubert* motions** | November 7, 2025 | November 21, 2025 | agreed |
| **Settlement conference per LCR 39.2(c)(2) held no later than** | November 24, 2025 | No change (November 24, 2025) | agreed |
| **Motions in limine must be filed by** | December 29, 2025 | No change (December 29, 2025) | No change |
| **Parties to file joint proposed pretrial order** | January 5, 2026 | No change (January 5, 2026) | agreed |
| **Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due** | January 12, 2026 | No change (January 12, 2026) | agreed Secondary Motions in Limine as to exhibits and witnesses if not earlier raised |
| **Pretrial Conference at 1:30 PM on** | January 19, 2026 | No change (January 19, 2026) | agreed |

IT IS SO ORDERED.

DATED: _____, 2025

_____
HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT JUDGE