# EXHIBIT A

## In the Matter Of:

*Hearing on SSB 5059 BEfore Sen. Law & Jus.Comm*

---

## *TESTIMONY OF SEN. DAVID FROCKT*

## *January 20, 2015*

---



1

1          VIDEO TRANSCRIPTION

2

3

4     HEARING ON SSB 5059 BEFORE THE SEN. LAW &

5    JUS. COMM, (TESTIMONY OF SEN. DAVID FROCKT)

6       (JAN. 20, 2015), RECORDING BY TVW,

7     WASHINGTON STATE'S PUBLIC AFFAIRS NETWORK

8

9

10

11             JANUARY 20, 2015

12

13

14

15

16

17

18

19

20

21   The video proceedings were stenographically

22              transcribed by:

23             Erica Field, FPR

24

25

1    Thereupon,

2    the following proceedings were had:

3        MR. CHAIRMAN:  January 20, 2015.

4    Our first item up on the agenda is

5    Senate Bill 5059.  Senator Frockt is

6    the prime sponsor.  If he arrives here

7    in a little bit, of course we'll allow

8    him to testify.

9        Go ahead, Mr. Ford.

10        MR. FORD:  Good morning.  My

11    name is Tim Ford, counsel for the

12    committee.  Senate Bill 5059 is about

13    bad faith assertions of patent

14    infringement.

15        Patent law is based in the U.S.

16    Constitution and federal law under

17    Article 1, Section 8, Clause 8 of the

18    United States Constitution.

19        A patent is an intellectual

20    property right granted by government

21    to an inventor to exclude others from

22    making, using, offering for sale, or

23    selling an invention.  Generally, the

24    term of a new patent is 20 years from

25    the date on which the application for

3

```
 1   the patent was filed with the U.S.

 2   Patent and Trademark Office.

 3        There's no legal requirement for

 4   a patented invention to actually be

 5   developed.  A patent right may be

 6   sold, assigned, or licensed.

 7        Senate Bill 5059 creates the

 8   Patent Troll Prevention Act as a new

 9   chapter in Title 19.  A person may not

10   make assertions of patent infringement

11   in bad faith.  An assertion of patent

12   infringement is when a person sends a

13   demand threatening a target with

14   litigation while asserting that the

15   target infringed a patent or that the

16   target should obtain a license in

17   order to avoid litigation.

18        In a lawsuit, a court may

19   consider certain nonexclusive factors

20   as evidence of good faith or bad

21   faith.  Bad faith factors include

22   whether a demand does not include

23   specific information such as a patent

24   number, the name and address of the

25   patent owner, and facts relating to
```

4

1   specific areas and how the target --

2   and how the target is infringing on

3   the patent or failing to provide that

4   information.

5       A violation is an unfair or

6   deceptive act under the Consumer

7   Protection Act, and the attorney

8   general is authorized to bring an

9   action under the Consumer Protection

10  Act in the name of the state or on

11  behalf of the person residing in the

12  state.

13      MR. CHAIRMAN:  All right.  Any

14  questions for Mr. Ford?

15      Mr. Ford, there's a relatively

16  recent court case, isn't there,

17  dealing with these issues that is

18  favorable to the intent and spirit of

19  the legislation?

20      MR. FORD:  There has been some

21  recent litigation.  Other states have

22  adopted a few of those statutes and

23  state law.  And I don't believe the

24  U.S. Supreme Court has ruled, but I

25  will check on that for you.

Case 2:22-cv-02056-MJP   Document 31   Filed 02/08/24   Page 7 of 32   Page ID
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm    Testimony of Sen. David Frockt
January 20, 2015

5

 1      MR. CHAIRMAN:  If there was some

 2  federal legislation, I would

 3  appreciate if you would get that

 4  legislation and distribute it to

 5  members of the committee.

 6      MR. FORD:  Very well.

 7      MR. CHAIRMAN:  We do have

 8  Senator Frockt here as a prime sponsor

 9  representing the -- come on up,

10  Senator Frockt -- representing the

11  46th District and especially the very

12  vibrant neighborhood of Hawthorn

13  Hills.

14      MR. FROCKT:  Thank you,

15  Mr. Chairman.  I know that's where you

16  grew up.  So thank you for the kind

17  words.

18      Okay.  Well it's 8:00 in the

19  morning.  This is early.  Haven't had

20  my coffee yet, but I'm here, and thank

21  you very much for hearing the bill.

22      When the attorney general came

23  to me and asked me -- and I want to

24  also speak up for Senator Fain, who

25  cannot join us this morning.  He's

1     cosponsoring the bill as number two --

2     a couple of other members have signed

3     the bill -- of the committee.

4          When he came to me and talked to

5     me about the problem and I started

6     looking at the problem of patent

7     trolling essentially and sort of the

8     problems they have had at the federal

9     level, the first question I asked is

10    are we preempted in some way, and the

11    answer is there's some capacity for us

12    to enforce under our consumer

13    protection laws.

14         And so I think this is a very

15    good effort that he's put forward

16    here.  And in particular, I think that

17    the fact that attorney general will

18    kind of serve as a gatekeeper for

19    enforcement of these actions is

20    important and will prevent sort of a

21    reverse abuse from happening.  I think

22    that's very important.

23         We know that 55 percent of the

24    targets of these kinds of activity are

25    small businesses, and we know

1    apparently, according to the data from

2    some of the organizations that are

3    tracking this, 18 percent of them give

4    into demand without actually fighting

5    the alleged enforcement of the patent.

6         And I think back to my time as

7    litigator -- I'm not really practicing

8    right now -- but in a situation, if I

9    were defending a company that really

10   was not doing anything wrong and just

11   participating in their normal business

12   activities using a piece of technology

13   or product or what have you, it would

14   be very expensive for that business to

15   go and hire a lawyer and have that

16   lawyer go and perhaps be able to get

17   the case dismissed quickly but still

18   to file a Rule 11 challenge to the

19   litigation, to file a 12(B)(6) motion

20   to dismiss right off the top would

21   cost that small business a lot of

22   money.

23        So I think this is a good effort

24   at deterrence, and I think it give the

25   state a legitimate enforcement tool

8

1    the try to stop these kinds of

2    activity.

3         I did get one comment from --

4    and some of you -- Mr. Chairman you

5    may have received the letter as

6    well -- from a party called

7    Intellectual Ventures, and they had

8    some concerns about universities and

9    whether or not they should somehow be

10   exempt from enforcement under this

11   through their patent management and

12   intellectual property management

13   offices.  So I would obviously defer

14   to the committee to take a look at

15   that and examine that question.

16        MR. FORD:  Thank you very much,

17   Senator Frockt.  We did have a hearing

18   on this in the Spokane Valley in

19   October, and the attorney general made

20   a presentation.  At that time, we did

21   have an attorney from a large patent

22   law firm in Spokane with some

23   concerns.

24        So, obviously, there's a

25   balancing act here.  And, of course,

9

```
 1   his concern was the legitimate

 2   exercise of his best legal advice and

 3   sending out some cease and desist

 4   letters, I guess you would call them,

 5   to the companies who were infringing

 6   on his clients' patents.

 7        So the legitimate use of that

 8   letter -- he was afraid this

 9   legislation might put a damper on the

10   legitimate use, so we have got a

11   balance here.  And I'm sure some of

12   the other speakers will talk to that.

13        There definitely have been

14   abuses.  We had some testimony from

15   the home builders in southwest

16   Washington about problems they have

17   with some of these letters going out.

18        MR. FROCKT:  Well, thank you

19   very much for hearing the bill this

20   morning, and I look forward to the

21   discussion as the bill moves through

22   the process.  Thank you.

23        MR. CHAIRMAN:  All right.  Thank

24   you.  We will call up Mark Allen and

25   John Nelson.
```

Case 2:23-cv-00090-RAJ   Document 29-1   Filed 04/28/25   Page 12 of 32   Page ID
#:490
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm          Testimony of Sen. David Frockt
                                                         January 20, 2015

10

```
 1        MR ALLEN:  Good morning, Mr.
 2   Chairman, members of the committee.
 3   For the record, Mark Allen
 4   representing the Washington State
 5   Association of Broadcasters.  Our
 6   local radio stations throughout the
 7   State of Washington have been targets
 8   of a company that claims that it has a
 9   patent for putting music on a hard
10   drive, which is where most radio
11   station music resides anymore.  When I
12   was a disk jockey, there were 45
13   records and you had to put them on a
14   turntable and play them.  Now it's
15   just press a button.
16        A number of these -- this
17   company has actually -- is involved in
18   federal litigation right now with a
19   number of the large radio broadcasting
20   companies, but they have also targeted
21   a number of our small radio stations
22   throughout the State of Washington
23   claiming that they have a patent on
24   the process for putting this music on
25   the hard drive and getting it out on
```

11

 1    the air.

 2         I will be very brief.  These are

 3    small stations.  As Senator Frockt

 4    said, they are very small businesses.

 5    They really can't afford to mount a

 6    large defense of these of these,

 7    although I'm not sure that any of them

 8    at this point have knuckled under and

 9    met the demands for payment for a

10    license fee.

11         The federal litigation has been

12    stayed while the patent office reviews

13    these patents, and so at that point

14    there was little pressure on the local

15    stations to settle.

16         But once that federal litigation

17    moves forward, and it is starting to

18    do that now, they may again be

19    targeted.  One of the stations told me

20    that they had even had two threatening

21    phone calls.

22         So this is a problem for our

23    small radio stations throughout the

24    State of Washington, and we are in

25    support of the bill and appreciate the

Case 2:23-cv-00932-JHC   Document 291-21   Filed 04/28/25   Page 14 of 32 Page ID #:411
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm                    Testimony of Sen. David Frockt
                                                                          January 20, 2015

12

```
 1    committee's consideration.

 2          With that, I will conclude my

 3    testimony and be happy to answer any

 4    questions.

 5          MR. CHAIRMAN:  Any questions for

 6    Mr. Allen?

 7          Thanks very much for your

 8    testimony this morning.

 9          Mr. Nelson.

10          MR. NELSON:  Good morning,

11    Mr. Chair, members of the committee.

12    My name is John Nelson.  I'm a

13    consumer protection attorney for the

14    Office of the Attorney General for the

15    State of Washington.  And, obviously,

16    I'm here today in support of the

17    Patent Troll Prevention Act.

18          What I would like to do

19    initially is just provide an overview

20    of the problem and then ultimately

21    what the bill seeks to do.

22          We have already heard today that

23    patent trolls primarily target small

24    businesses, and that's noteworthy

25    because they target individuals and
```

1  businesses who don't have general

2  counsel or built in either, you know,

3  stable of attorneys or alternatively

4  large coffers of money to use to

5  defend these cases.

6      And to give some context of the

7  overall cost of defending these cases,

8  recent studies indicate that about

9  $29 billion a year goes into defending

10  these types of cases, which is a

11  noteworthy sum of money.  And what

12  they do --

13      MR. CHAIRMAN:  Let me ask you a

14  question right there, Mr. Nelson.  Are

15  you insinuating that all the cases are

16  one-sided, that every time a patent

17  attorney sends out a letter that

18  they're doing it fraudulently?  You

19  kind of make it sound like that when

20  you say $29 billion all spent.  I

21  assume some of that money was spent

22  legitimately.

23      MR. NELSON:  That's correct.

24  And the 29 billion is an estimate of

25  defense where I guess the study

Case 2:23-cv-00932-JHC Document 291-21 Filed 04/28/25 Page 16 of 32 Page ID
#:4013
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm                    Testimony of Sen. David Frockt
                                                                                 January 20, 2015

14

```
 1   indicates that they're baseless claims

 2   to be more specific.  So -- and to

 3   answer your question directly, yes

 4   there are -- what this bill seeks to

 5   do is not in any way inhibit the

 6   protection of intellectual property

 7   whatsoever.

 8        And one of the noteworthy things

 9   about the bill is that is specifically

10   lays out what is operating in good

11   faith.  We don't simply say here's

12   what bad faith is.  We say, hey, we

13   support the time and capital required

14   to come up with many of these patents

15   and inventions, and here's what, you

16   know, we think is a good faith effort

17   to defend those.

18        And to put this in perspective

19   as to how this affects the State of

20   Washington, for instance, between

21   September 2012 and May of 2013, one

22   large entity sent demand letters to

23   16,000 small businesses across the

24   country, including 331 small

25   businesses here in Washington.  And
```

Case 2:22-cv-01009-RAJ   Document 29-1   Filed 02/08/25   Page 17 of 32   Page ID
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm                    Testimony of Sen. David Frockt
January 20, 2015

15

1   the real issue of course is they do so

2   with a lack of due diligence.  They

3   are blindly sending out letters, and

4   many of them use nothing more than

5   purchased business data.

6       For instance, they say I would

7   like to know every small business in

8   King County that employs between 20

9   and a hundred individuals who may use

10   a copier.  And the use of copying

11   mechanisms and procedures obviously

12   has been a real problem and a target

13   for these individuals.

14       But as I mentioned before, this

15   bill is intended to do four things.

16   First, it would prohibit

17   patent-holding firms from sending out

18   demand letters in bad faith.

19   Specifically, it would require the

20   person or entity asserting the claim

21   to have acted in good faith prior to

22   sending a demand letter.

23       Second, it would create a set of

24   factors for courts to use utilize in

25   determining what constitutes bad faith

1    in the course of patent enforcement

2    actions.

3        Third, it would create a set of

4    factors for courts to utilize in

5    determining what constitutes good

6    faith in the course of patent

7    enforcement actions thereby protecting

8    legitimate patent infringement

9    actions.  And again, I want to harp on

10   that point.  That's a built-in

11   protection.

12       And finally, it would create

13   public awareness about patent trolls

14   and in the process inoculate small

15   business owners against these tactics.

16       And I would close by addressing

17   one of the questions regarding recent

18   litigation regarding patent troll

19   matters.  There are about 17 or 18

20   states that have statutes addressing

21   patent trolling.  And the most

22   noteworthy one right now, for purposes

23   of litigation, involves the state of

24   Vermont where an entity attempted to

25   remove the action to federal court,

 1  and twice federal court as kicked it

 2  back to state court, which is a very

 3  good indicator about our ability

 4  specifically to address what are

 5  unfair and deceptive, you know,

 6  language within a demand letter.

 7        Thank you.  I urge your support,

 8  and I'm here for any questions.

 9        MR. CHAIRMAN:  Senator Peterson

10  has a question for you.

11        MR. PETERSON:  Thank you very

12  much, Mr. Chair.

13        I'm wondering whether you could

14  speak to the testimony of the previous

15  speaker about letters, so a situation

16  in which there's an active dispute in

17  federal court, so apparently an actual

18  patent and some basis for that

19  continuing.

20        How do you see this bill

21  affecting that kind of a situation?

22        MR ALLEN:  Sure.  One noteworthy

23  part about this proposed legislation

24  is that it does not involve a private

25  cause of action.

Case 2:23-cv-00091-RAJ-RM   Document 59-1   Filed 04/28/25   Page 20 of 32   Page ID #:4717
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm                Testimony of Sen. David Frockt
                                                                          January 20, 2015

18

```
 1        First and foremost, the attorney
 2   general would be the gatekeeper.
 3        Secondly, those factors that we
 4   proposed in the bill which outline
 5   good faith really protect those
 6   companies.  And, really, what the
 7   state would be asking these businesses
 8   to do is, first off, verify that the
 9   patent exists, reference it with a
10   number, specifically tie it to a
11   business practice of that small
12   business and then, you know, provide
13   reasonable deadlines and other things.
14        Instead, what happens is they
15   send the letter out, they say you're
16   violating this patent.  If you don't
17   contact us within ten days or five
18   days, we are going to file suit
19   against you.
20        So, really, it shouldn't effect
21   the honest protection of patents
22   because when those letters come out,
23   there will have been a good faith, you
24   know, sort of due diligence done to
25   protect that patent and show that
```

1   business owner we're legitimate.  You

2   can either enter into a license

3   agreement with us or you can defend

4   the litigation in court.

5         MR. CHAIRMAN:  Thank you both

6   very much.

7         We'll next call up Nathan Gordon

8   and Jessica Fortescue.

9         MR. GORDON:  Good morning,

10  Mr. Chair.  Good morning, committee.

11  Thank you for the opportunity to

12  testify this morning.  My name is

13  Nathan Gordon here representing the

14  Washington Association of Realtors,

15  and I want to thank Senator Frockt and

16  Senator Fain and the attorney general

17  as well for putting forward this

18  consumer protection bill.

19        The reason the Realtors are here

20  testifying about this bill is, as you

21  can imagine, many of my folks scan

22  documents.  And so what we are seeing,

23  both in Washington and across the

24  country, is Realtors who are using

25  scanners.  They're using them in the

1    way that scanner was intended to be

2    used.  They're getting letters because

3    some small part inside the scanner,

4    the patent on that small part as

5    expired, and some outside company has

6    bought up the rights to that patent.

7         And now they're getter a letter

8    saying you are using this in violation

9    of our patent, and you need to

10   basically write us a $250 check or

11   else we are going to pull you into a

12   lawsuit.  And that's happening all

13   across the country for different

14   things.

15        I know talking to the builders

16   who may be here to testify, same thing

17   is happening to them with fans.  And

18   so this is an important problem that I

19   think needs some resolution here in

20   the state.

21        We were a big part of the

22   federal group that worked with

23   Congress to try to get a resolution.

24   We were disappointed but not surprised

25   that they couldn't get the ball across

                                                                          21

 1   the line, and we would ask that you do

 2   that here for us today.  Thank you.

 3        MR. CHAIRMAN:  All right.  Any

 4   questions?

 5        Go ahead, Ms. Fortescue.

 6        MS. FORTESCUE:  Chair Patent,

 7   members of the committee thank you for

 8   the opportunity to speak before you

 9   this morning.  For the record, my name

10   is Jessica Fortescue, and I'm here on

11   behalf of the Washington Bankers

12   Association, which represents

13   commercial banks operating in every

14   county across the state ranging in

15   size from large, multistate financial

16   institutions to smaller family-owned

17   and community-based banks.

18        I'm also here this morning on

19   behalf of the United Financial Lobby,

20   which is a group of stakeholders that

21   come together to represent the broad

22   interests of the financial district in

23   Washington State.

24        We come before you today the

25   express our strong support of Senate

1  Bill 5059, which will create a means

2  of addressing and hopefully in the

3  long term preventing bad faith patent

4  infringement claims.

5       We greatly appreciate the

6  attorney general's leadership on this

7  measure as well as the legislative

8  sponsors, and we believe this is the

9  proactive approach that Washington

10  State should also take, along with a

11  number of other states that have

12  passed this measure in the last couple

13  of years.

14       In banks, for example, one area

15  that we have seen this activity is in

16  cash or ATM machines where a

17  nonpracticing entity purchases an

18  overly broad tech or software patent

19  and then turns around and makes an

20  assertion of bad faith -- or makes an

21  assertion of patent infringement for

22  smaller banks, for example, if they

23  use or continue using the ATM

24  machines.

25       So we believe that the risks of

Case 2:22-cv-01019-JHC   Document 251-1   Filed 04/28/25   Page 25 of 32 Page ID #:492
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm          Testimony of Sen. David Frockt
January 20, 2015

23

1   these abusive patent infringement

2   claims impacts nearly every industry,

3   and, in particular, there are serious

4   concerns for banks of every size

5   across the State of Washington.

6        And we thank you for your

7   support of this measure, and I'm happy

8   to se any questions.

9        MR. CHAIRMAN:  Thank you both

10  very much.  And there does not appear

11  to be any questions.

12       Next call up, Mark Johnson.

13       And while he's coming up, I note

14  for the record that Michael Temple has

15  signed in on behalf Washington State

16  Association for Justice, not wishing

17  to testify but indicating concerns

18  with the bill.  And, Mr. Temple, I see

19  you back there.  If you could get the

20  committee staff what those concerns

21  are, and we would appreciate it.

22       (End of excerpt of proceedings.)

23

24

25

24

```
 1                    CERTIFICATE

 2

 3

 4

 5   THE STATE OF FLORIDA )

 6   COUNTY OF PINELLAS   )

 7

 8

 9      I, ERICA FIELD, stenographic court

10   reporter, do hereby certify that I was

11   authorized to and did listen to and

12   stenographically transcribed the foregoing

13   video-recorded proceedings and that the

14   transcript is a true record to the best of my

15   ability.

16

17      Signed this 1st day of April, 2022.

18

19

20

21   _____

22   Erica Field, FPR

23

24

25
```

**$**

**$250** 20:10
**$29** 13:9,20

**1**

**1** 2:17
**11** 7:18
**12(B)(6)** 7:19
**16,000** 14:23
**17** 16:19
**18** 7:3 16:19
**19** 3:9

**2**

**20** 2:3,24 15:8
**2012** 14:21
**2013** 14:21
**2015** 2:3
**29** 13:24

**3**

**331** 14:24

**4**

**45** 10:12
**46th** 5:11

**5**

**5059** 2:5,12 3:7 22:1
**55** 6:23

**8**

**8** 2:17
**8:00** 5:18

**A**

**ability** 17:3

**abuse** 6:21
**abuses** 9:14
**abusive** 23:1
**act** 3:8 4:6,7,10 8:25 12:17
**acted** 15:21
**action** 4:9 16:25 17:25
**actions** 6:19 16:2,7,9
**active** 17:16
**activities** 7:12
**activity** 6:24 8:2 22:15
**actual** 17:17
**address** 3:24 17:4
**addressing** 16:16,20 22:2
**adopted** 4:22
**advice** 9:2
**affecting** 17:21
**affects** 14:19
**afford** 11:5
**afraid** 9:8
**agenda** 2:4
**agreement** 19:3
**ahead** 2:9 21:5
**air** 11:1
**alleged** 7:5
**Allen** 9:24 10:1,3 12:6 17:22
**alternatively** 13:3
**anymore** 10:11
**apparently** 7:1 17:17
**application** 2:25
**approach** 22:9
**area** 22:14
**areas** 4:1
**arrives** 2:6
**Article** 2:17
**asserting** 3:14 15:20
**assertion** 3:11 22:20,21
**assertions** 2:13 3:10
**assigned** 3:6

**Association** 10:5 19:14 21:12 23:16
**assume** 13:21
**ATM** 22:16,23
**attempted** 16:24
**attorney** 4:7 5:22 6:17 8:19,21
12:13,14 13:17 18:1 19:16 22:6
**attorneys** 13:3
**authorized** 4:8
**avoid** 3:17
**awareness** 16:13

**B**

**back** 7:6 17:2 23:19
**bad** 2:13 3:11,20,21 14:12 15:18,25
22:3,20
**balance** 9:11
**balancing** 8:25
**ball** 20:25
**Bankers** 21:11
**banks** 21:13,17 22:14,22 23:4
**based** 2:15
**baseless** 14:1
**basically** 20:10
**basis** 17:18
**behalf** 4:11 21:11,19 23:15
**big** 20:21
**bill** 2:5,12 3:7 5:21 6:1,3 9:19,21
11:25 12:21 14:4,9 15:15 17:20 18:4
19:18,20 22:1 23:18
**billion** 13:9,20,24
**bit** 2:7
**blindly** 15:3
**bought** 20:6
**bring** 4:8
**broad** 21:21 22:18
**Broadcasters** 10:5
**broadcasting** 10:19
**builders** 9:15 20:15
**built** 13:2
**built-in** 16:10

| | | |
|---|---|---|
| **business** 7:11,14,21 15:5,7 16:15 18:11,12 19:1 | **conclude** 12:2 | **demands** 11:9 |
| **businesses** 6:25 11:4 12:24 13:1 14:23,25 18:7 | **Congress** 20:23 | **desist** 9:3 |
| **button** 10:15 | **consideration** 12:1 | **determining** 15:25 16:5 |
| | **constitutes** 15:25 16:5 | **deterrence** 7:24 |
| **C** | **Constitution** 2:16,18 | **developed** 3:5 |
| | **consumer** 4:6,9 6:12 12:13 19:18 | **diligence** 15:2 18:24 |
| **call** 9:4,24 19:7 23:12 | **contact** 18:17 | **directly** 14:3 |
| **called** 8:6 | **context** 13:6 | **disappointed** 20:24 |
| **calls** 11:21 | **continue** 22:23 | **discussion** 9:21 |
| **capacity** 6:11 | **continuing** 17:19 | **disk** 10:12 |
| **capital** 14:13 | **copier** 15:10 | **dismiss** 7:20 |
| **case** 4:16 7:17 | **copying** 15:10 | **dismissed** 7:17 |
| **cases** 13:5,7,10,15 | **correct** 13:23 | **dispute** 17:16 |
| **cash** 22:16 | **cosponsoring** 6:1 | **distribute** 5:4 |
| **cease** 9:3 | **cost** 7:21 13:7 | **district** 5:11 21:22 |
| **Chair** 12:11 17:12 19:10 21:6 | **counsel** 2:11 13:2 | **documents** 19:22 |
| **Chairman** 2:3 4:13 5:1,7,15 8:4 9:23 10:2 12:5 13:13 17:9 19:5 21:3 23:9 | **country** 14:24 19:24 20:13 | **drive** 10:10,25 |
| **challenge** 7:18 | **county** 15:8 21:14 | **due** 15:2 18:24 |
| **chapter** 3:9 | **couple** 6:2 22:12 | |
| **check** 4:25 20:10 | **court** 3:18 4:16,24 16:25 17:1,2,17 19:4 | **E** |
| **claim** 15:20 | **courts** 15:24 16:4 | |
| **claiming** 10:23 | **create** 15:23 16:3,12 22:1 | **early** 5:19 |
| **claims** 10:8 14:1 22:4 23:2 | **creates** 3:7 | **effect** 18:20 |
| **Clause** 2:17 | | **effort** 6:15 7:23 14:16 |
| **clients'** 9:6 | **D** | **employs** 15:8 |
| **close** 16:16 | | **end** 23:22 |
| **coffee** 5:20 | **damper** 9:9 | **enforce** 6:12 |
| **coffers** 13:4 | **data** 7:1 15:5 | **enforcement** 6:19 7:5,25 8:10 16:1, 7 |
| **comment** 8:3 | **date** 2:25 | **enter** 19:2 |
| **commercial** 21:13 | **days** 18:17,18 | **entity** 14:22 15:20 16:24 22:17 |
| **committee** 2:12 5:5 6:3 8:14 10:2 12:11 19:10 21:7 23:20 | **deadlines** 18:13 | **essentially** 6:7 |
| **committee's** 12:1 | **dealing** 4:17 | **estimate** 13:24 |
| **community-based** 21:17 | **deceptive** 4:6 17:5 | **evidence** 3:20 |
| **companies** 9:5 10:20 18:6 | **defend** 13:5 14:17 19:3 | **examine** 8:15 |
| **company** 7:9 10:8,17 20:5 | **defending** 7:9 13:7,9 | **excerpt** 23:22 |
| **concern** 9:1 | **defense** 11:6 13:25 | **exclude** 2:21 |
| **concerns** 8:8,23 23:4,17,20 | **defer** 8:13 | **exempt** 8:10 |
| | **demand** 3:13,22 7:4 14:22 15:18,22 17:6 | **exercise** 9:2 |
| | | **exists** 18:9 |

**expensive** 7:14

**expired** 20:5

**express** 21:25

---

### F

**fact** 6:17

**factors** 3:19,21 15:24 16:4 18:3

**facts** 3:25

**failing** 4:3

**Fain** 5:24 19:16

**faith** 2:13 3:11,20,21 14:11,12,16
    15:18,21,25 16:6 18:5,23 22:3,20

**family-owned** 21:16

**fans** 20:17

**favorable** 4:18

**federal** 2:16 5:2 6:8 10:18 11:11,16
    16:25 17:1,17 20:22

**fee** 11:10

**fighting** 7:4

**file** 7:18,19 18:18

**filed** 3:1

**finally** 16:12

**financial** 21:15,19,22

**firm** 8:22

**firms** 15:17

**folks** 19:21

**Ford** 2:9,10,11 4:14,15,20 5:6 8:16

**foremost** 18:1

**Fortescue** 19:8 21:5,6,10

**forward** 6:15 9:20 11:17 19:17

**fraudulently** 13:18

**Frockt** 2:5 5:8,10,14 8:17 9:18 11:3
    19:15

---

### G

**gatekeeper** 6:18 18:2

**general** 4:8 5:22 6:17 8:19 12:14
    13:1 18:2 19:16

**general's** 22:6

**Generally** 2:23

**getter** 20:7

**give** 7:3,24 13:6

**good** 2:10 3:20 6:15 7:23 10:1 12:10
    14:10,16 15:21 16:5 17:3 18:5,23
    19:9,10

**Gordon** 19:7,9,13

**government** 2:20

**granted** 2:20

**greatly** 22:5

**grew** 5:16

**group** 20:22 21:20

**guess** 9:4 13:25

---

### H

**happening** 6:21 20:12,17

**happy** 12:3 23:7

**hard** 10:9,25

**harp** 16:9

**Hawthorn** 5:12

**heard** 12:22

**hearing** 5:21 8:17 9:19

**hey** 14:12

**Hills** 5:13

**hire** 7:15

**home** 9:15

**honest** 18:21

**hundred** 15:9

---

### I

**imagine** 19:21

**impacts** 23:2

**important** 6:20,22 20:18

**include** 3:21,22

**including** 14:24

**indicating** 23:17

**indicator** 17:3

**individuals** 12:25 15:9,13

**industry** 23:2

**information** 3:23 4:4

**infringed** 3:15

**infringement** 2:14 3:10,12 16:8
    22:4,21 23:1

**infringing** 4:2 9:5

**inhibit** 14:5

**initially** 12:19

**inoculate** 16:14

**inside** 20:3

**insinuating** 13:15

**instance** 14:20 15:6

**institutions** 21:16

**intellectual** 2:19 8:7,12 14:6

**intended** 15:15 20:1

**intent** 4:18

**interests** 21:22

**invention** 2:23 3:4

**inventions** 14:15

**inventor** 2:21

**involve** 17:24

**involved** 10:17

**involves** 16:23

**issue** 15:1

**issues** 4:17

**item** 2:4

---

### J

**January** 2:3

**Jessica** 19:8 21:10

**jockey** 10:12

**John** 9:25 12:12

**Johnson** 23:12

**join** 5:25

**Justice** 23:16

---

### K

**kicked** 17:1

**kind** 5:16 6:18 13:19 17:21

**kinds** 6:24 8:1

**King** 15:8

**knuckled** 11:8

**L**

**lack** 15:2
**language** 17:6
**large** 8:21 10:19 11:6 13:4 14:22 21:15
**law** 2:15,16 4:23 8:22
**laws** 6:13
**lawsuit** 3:18 20:12
**lawyer** 7:15,16
**lays** 14:10
**leadership** 22:6
**legal** 3:3 9:2
**legislation** 4:19 5:2,4 9:9 17:23
**legislative** 22:7
**legitimate** 7:25 9:1,7,10 16:8 19:1
**legitimately** 13:22
**letter** 8:5 9:8 13:17 15:22 17:6 18:15 20:7
**letters** 9:4,17 14:22 15:3,18 17:15 18:22 20:2
**level** 6:9
**license** 3:16 11:10 19:2
**licensed** 3:6
**litigation** 3:14,17 4:21 7:19 10:18 11:11,16 16:18,23 19:4
**litigator** 7:7
**Lobby** 21:19
**local** 10:6 11:14
**long** 22:3
**lot** 7:21

**M**

**machines** 22:16,24
**made** 8:19
**make** 3:10 13:19
**makes** 22:19,20
**making** 2:22
**management** 8:11,12

**Mark** 9:24 10:3 23:12
**matters** 16:19
**means** 22:1
**measure** 22:7,12 23:7
**mechanisms** 15:11
**members** 5:5 6:2 10:2 12:11 21:7
**mentioned** 15:14
**met** 11:9
**Michael** 23:14
**money** 7:22 13:4,11,21
**morning** 2:10 5:19,25 9:20 10:1 12:8,10 19:9,10,12 21:9,18
**motion** 7:19
**mount** 11:5
**moves** 9:21 11:17
**multistate** 21:15
**music** 10:9,11,24

**N**

**Nathan** 19:7,13
**neighborhood** 5:12
**Nelson** 9:25 12:9,10,12 13:14,23
**nonexclusive** 3:19
**nonpracticing** 22:17
**normal** 7:11
**note** 23:13
**noteworthy** 12:24 13:11 14:8 16:22 17:22
**number** 3:24 6:1 10:16,19,21 18:10 22:11

**O**

**obtain** 3:16
**October** 8:19
**offering** 2:22
**office** 3:2 11:12 12:14
**offices** 8:13
**one-sided** 13:16
**operating** 14:10 21:13

**opportunity** 19:11 21:8
**order** 3:17
**organizations** 7:2
**outline** 18:4
**overly** 22:18
**overview** 12:19
**owner** 3:25 19:1
**owners** 16:15

**P**

**part** 17:23 20:3,4,21
**participating** 7:11
**party** 8:6
**passed** 22:12
**patent** 2:13,15,19,24 3:1,2,5,8,10,11, 15,23,25 4:3 6:6 7:5 8:11,21 10:9,23 11:12 12:17,23 13:16 16:1,6,8,13,18, 21 17:18 18:9,16,25 20:4,6,9 21:6 22:3,18,21 23:1
**patent-holding** 15:17
**patented** 3:4
**patents** 9:6 11:13 14:14 18:21
**payment** 11:9
**percent** 6:23 7:3
**person** 3:9,12 4:11 15:20
**perspective** 14:18
**Peterson** 17:9,11
**phone** 11:21
**piece** 7:12
**play** 10:14
**point** 11:8,13 16:10
**practice** 18:11
**practicing** 7:7
**preempted** 6:10
**presentation** 8:20
**press** 10:15
**pressure** 11:14
**prevent** 6:20
**preventing** 22:3
**Prevention** 3:8 12:17

Case 1:15-cv-00039-SMM Document 21 Filed 02/08/2215 Page 31 of 32 David Frockt
January 20, 2015
Hearing on SSB 5059 Before Senate Law & Justice Committee 2015 Hearing 31 of 32 Senate of Senator David Frockt
#:458

**previous** 17:14

**primarily** 12:23

**prime** 2:6 5:8

**prior** 15:21

**private** 17:24

**proactive** 22:9

**problem** 6:5,6 11:22 12:20 15:12 20:18

**problems** 6:8 9:16

**procedures** 15:11

**proceedings** 2:2 23:22

**process** 9:22 10:24 16:14

**product** 7:13

**prohibit** 15:16

**property** 2:20 8:12 14:6

**proposed** 17:23 18:4

**protect** 18:5,25

**protecting** 16:7

**protection** 4:7,9 6:13 12:13 14:6 16:11 18:21 19:18

**provide** 4:3 12:19 18:12

**public** 16:13

**pull** 20:11

**purchased** 15:5

**purchases** 22:17

**purposes** 16:22

**put** 6:15 9:9 10:13 14:18

**putting** 10:9,24 19:17

---

### Q

**question** 6:9 8:15 13:14 14:3 17:10

**questions** 4:14 12:4,5 16:17 17:8 21:4 23:8,11

**quickly** 7:17

---

### R

**radio** 10:6,10,19,21 11:23

**ranging** 21:14

**real** 15:1,12

---

**Realtors** 19:14,19,24

**reason** 19:19

**reasonable** 18:13

**received** 8:5

**recent** 4:16,21 13:8 16:17

**record** 10:3 21:9 23:14

**records** 10:13

**reference** 18:9

**relating** 3:25

**remove** 16:25

**represent** 21:21

**representing** 5:9,10 10:4 19:13

**represents** 21:12

**require** 15:19

**required** 14:13

**requirement** 3:3

**resides** 10:11

**residing** 4:11

**resolution** 20:19,23

**reverse** 6:21

**reviews** 11:12

**rights** 20:6

**risks** 22:25

**Rule** 7:18

**ruled** 4:24

---

### S

**sale** 2:22

**scan** 19:21

**scanner** 20:1,3

**scanners** 19:25

**Section** 2:17

**seeks** 12:21 14:4

**selling** 2:23

**Senate** 2:5,12 3:7 21:25

**Senator** 2:5 5:8,10,24 8:17 11:3 17:9 19:15,16

**send** 18:15

**sending** 9:3 15:3,17,22

---

**sends** 3:12 13:17

**September** 14:21

**serve** 6:18

**set** 15:23 16:3

**settle** 11:15

**show** 18:25

**signed** 6:2 23:15

**simply** 14:11

**situation** 7:8 17:15,21

**size** 21:15 23:4

**small** 6:25 7:21 10:21 11:3,4,23 12:23 14:23,24 15:7 16:14 18:11 20:3,4

**smaller** 21:16 22:22

**software** 22:18

**sold** 3:6

**sort** 6:7,20 18:24

**sound** 13:19

**southwest** 9:15

**speak** 5:24 17:14 21:8

**speaker** 17:15

**speakers** 9:12

**specific** 3:23 4:1 14:2

**specifically** 14:9 15:19 17:4 18:10

**spent** 13:20,21

**spirit** 4:18

**Spokane** 8:18,22

**sponsor** 2:6 5:8

**sponsors** 22:8

**stable** 13:3

**staff** 23:20

**stakeholders** 21:20

**started** 6:5

**starting** 11:17

**state** 4:10,12,23 7:25 10:4,7,22 11:24 12:15 14:19 16:23 17:2 18:7 20:20 21:14,23 22:10 23:5,15

**states** 2:18 4:21 16:20 22:11

**station** 10:11

**stations** 10:6,21 11:3,15,19,23

---

**statutes**  4:22 16:20

**stayed**  11:12

**stop**  8:1

**strong**  21:25

**studies**  13:8

**study**  13:25

**suit**  18:18

**sum**  13:11

**support**  11:25 12:16 14:13 17:7 21:25 23:7

**Supreme**  4:24

**surprised**  20:24

---

**T**

**tactics**  16:15

**talk**  9:12

**talked**  6:4

**talking**  20:15

**target**  3:13,15,16 4:1,2 12:23,25 15:12

**targeted**  10:20 11:19

**targets**  6:24 10:7

**tech**  22:18

**technology**  7:12

**Temple**  23:14,18

**ten**  18:17

**term**  2:24 22:3

**testify**  2:8 19:12 20:16 23:17

**testifying**  19:20

**testimony**  9:14 12:3,8 17:14

**thing**  20:16

**things**  14:8 15:15 18:13 20:14

**threatening**  3:13 11:20

**tie**  18:10

**Tim**  2:11

**time**  7:6 8:20 13:16 14:13

**Title**  3:9

**today**  12:16,22 21:2,24

**told**  11:19

**tool**  7:25

**top**  7:20

**tracking**  7:3

**Trademark**  3:2

**troll**  3:8 12:17 16:18

**trolling**  6:7 16:21

**trolls**  12:23 16:13

**turns**  22:19

**turntable**  10:14

**types**  13:10

---

**U**

**U.S.**  2:15 3:1 4:24

**ultimately**  12:20

**unfair**  4:5 17:5

**United**  2:18 21:19

**universities**  8:8

**urge**  17:7

**utilize**  15:24 16:4

---

**V**

**Valley**  8:18

**Ventures**  8:7

**verify**  18:8

**Vermont**  16:24

**vibrant**  5:12

**violating**  18:16

**violation**  4:5 20:8

---

**W**

**Washington**  9:16 10:4,7,22 11:24 12:15 14:20,25 19:14,23 21:11,23 22:9 23:5,15

**whatsoever**  14:7

**wishing**  23:16

**wondering**  17:13

**words**  5:17

**worked**  20:22

**write**  20:10

**wrong**  7:10

---

**Y**

**year**  13:9

**years**  2:24 22:13