**Honorable Jamal N. Whitehead**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>　　　　Plaintiff,<br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-01016<br><br>**PROPOSED ORDER** |

The Court, having considered the pleadings and all other argument on Defendants' Motion for Partial Summary Judgement to Dismiss Count IV of the Second Amended Complaint, hereby has determined that Plaintiff lacks standing to bring an action under Washington State's Patent Troll Prevention Act RCW 19.86 (the "PTPA") and under the Consumer Protection Act WRC 19.35 (the "WCPA"). Dkt. No. 38 at 14-17.

WHEREFORE:

Count IV of the Second Amended Complaint is hereby dismissed with prejudice.

SO ORDERED This _____ day of _____, 20__

_____
**United States District Judge**