HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF LCR 37 JOINT SUBMISSION**<br><br>NOTE ON MOTION CALENDAR:<br>**August 12, 2025**<br><br>Complaint Filed:　07/07/2023<br><br>ORAL ARGUMENT REQUESTED |

MACHLEIDT DECL. ISO LCR 37
JOINT SUBMISSION
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and am admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint filed in *Symbology Innovations, LLC v. Valve Corp.*, No. 2:23-cv-00419-JRG-RSP on September 15, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the complaint filed in *Social Positioning Input Systems, LLC v. Valve Corp.*, No. 2:23-cv-00422-JRG-RSP on September 18, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the complaint filed in *Quantum Tech. Innovations, LLC v. Valve Corp.*, No. 2:23-cv-00425-JRG-RSP on September 18, 2023.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of a letter from Christopher Schenck, Legal Counsel for Valve Corporation, to Samual M. Meyler bearing Bates number ROTHSCHILD0000171–193.

7. Attached hereto as **Exhibit 5** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated April 25, 2024, and bearing the subject line "*Social Positioning Input Sys., LLC v. Valve Corp., Gearbox Software L.L.C.*, No. 2:23-cv-422-JRG-RSP (E.D. Tex. Sept. 18, 2023)."

8. Attached hereto as **Exhibit 6** is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants with the subject "Valve v. Rothschild et al. – Rule 45 Subpoenas."

9. Attached hereto as **Exhibit 7** is a true and correct copy of correspondence sent by counsel for Valve to counsel for Defendants, dated January 16, 2025.

MACHLEIDT DECL. ISO LCR 37
JOINT SUBMISSION
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on August 12, 2025 at Seattle, Washington.

*/s/ Dario A. Machleidt*
Dario A. Machleidt

MACHLEIDT DECL. ISO LCR 37
JOINT SUBMISSION                    - 2 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600