HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016<br><br>**VALVE'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL REQUEST FOR PRODUCTION NOS. 34, 35, AND 37; INTERROGATORY NO. 5; AND ESI SEARCH TERMS**<br><br>NOTE ON MOTION CALENDAR:<br>**August 19, 2025 (*See* Dkt. 106 at 2)**<br><br>Complaint Filed:  07/07/2023 |

VALVE REPLY ISO MOTION TO COMPEL
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1         Pursuant to the Court's Order, Defendants' opposition to Valve's Motion to Compel (Dkt.
2   83) was due on August 12, fourteen days after the Court's Order. Dkt. 106 at 2. Defendants did
3   not file any opposition.[1] "Except for motions for summary judgment, if a party fails to file papers
4   in opposition to a motion, such failure may be considered by the court as an admission that the
5   motion has merit." LCR 7(b)(2). Valve therefore respectfully asks that the Court find Defendants'
6   failure to file an opposition to be an admission that Valve's motion to compel and reasonable
7   expenses and fees in bringing that motion have merit, and grant the relief requested by Valve. *See*
8   *Tilden-Coil Constructors, Inc. v. Landmark Am. Ins. Co.*, No. C09-1574JLR, 2010 WL 11565904,
9   at *2 (W.D. Wash. Nov. 3, 2010) (granting motion to compel when plaintiff "met its burden to
10  show it is entitled to discovery" and in light of defendant's "non-opposition"); *Haley v. Allstate*
11  *Ins. Co.*, No. C09-1494 RSM, 2010 WL 4052935, at *3 (W.D. Wash. Oct. 13, 2010) (exercising
12  "discretion to construe Plaintiff's failure to respond to Defendant's request to strike as an
13  admission that the request has merit" and granting motion), on reconsideration in irrelevant part,
14  No. C09-1494 RSM, 2010 WL 5224132 (W.D. Wash. Dec. 14, 2010).

---

[1] The Court set the same briefing schedule for both of Valve's pending motions. Defendants filed an opposition only to Valve's Motion for Judgement on the Pleadings. *See* Dkt. 112.

VALVE REPLY ISO MOTION TO COMPEL
CASE NO. 2:23-CV-1016                             - 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

| | | |
|---|---|---|
| 1 | DATED: August 15, 2025 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By: /s/ *Dario A. Machleidt* |
| 5 | | Dario A. Machleidt (State Bar No. 41860)<br>Kathleen R. Geyer (State Bar No. 55493) |
| 6 | | Christopher P. Damitio (State Bar No. 58633)<br>1420 Fifth Avenue, Suite 3700 |
| 7 | | Seattle, WA 98101<br>Telephone: (206) 467-9600 |
| 8 | | dmachleidt@kilpatricktownsend.com<br>kgeyer@kilpatricktownsend.com |
| 9 | | cdamitio@kilpatricktownsend.com |
| 10 | | David A. Reed (*pro hac vice*)<br>100 Peachtree Street NE, Suite 2800 |
| 11 | | Atlanta, GA 30309<br>Telephone: (404) 745-2548 |
| 12 | | dreed@ktslaw.com |
| 13 | | Attorneys for Plaintiff<br>VALVE CORPORATION |
| 14 | | I certify that this memorandum contains 242 words, in compliance with the Local Civil Rules. |

VALVE REPLY ISO MOTION TO COMPEL
CASE NO. 2:23-CV-1016
- 2 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                          */s/ Dario A. Machleidt*
                                          Dario A. Machleidt

VALVE REPLY ISO MOTION TO COMPEL
CASE NO. 2:23-CV-1016     - 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600