HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>        Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING COUNT IV OF THE SECOND AMENDED COMPLAINT FOR LACK OF STANDING**<br><br>NOTE ON MOTION CALENDAR:<br>September 12, 2025<br><br>Complaint Filed:    07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S OPP. TO DEFS' MOT. FOR PARTIAL MSJ
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am an associate in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Senate Bill Report on SB 5059, as available on the Washington State Legislature website as of August 28, 2025, at https://app.leg.wa.gov/committeeschedules/Home/Document/96679.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Bill Analysis of Senate Substitute Bill 5059, as available on the Washington State Legislature website as of August 28, 2025, at https://app.leg.wa.gov/committeeschedules/Home/Document/157042.

5. Attached hereto as Exhibit 3 is a true and correct copy of a court filing titled "Defendants' Motion to Dismiss or, in the Alternative, to Transfer," filed in Case 2:23-cv-1945-JLR on February 9, 2024, in the Western District of Washington, as available on PACER.

6. Attached hereto as Exhibit 4 is a true and correct copy of a court filing titled "Memorandum of Points and Authorities in Support of MediaPointe's Motion to Dismiss and Strike Complaint," filed in Case 2:22-cv-1009-MCS-MRW on April 20, 2022, in the Central District of California, as available on PACER.

7. Attached hereto as Exhibit 5 is a true and correct copy of a court filing labeled "Exhibit B," filed as attachment 2 to Docket No. 20 in Case 2:23-cv-1945-JLR on February 9, 2024, in the Western District of Washington, as available on PACER.

8. Attached hereto as Exhibit 6 is a true and correct copy of a court filing labeled "Exhibit 1," filed as attachment 1 to Docket No. 25 in Case 2:22-cv-1009-MCS-MRW on April 20, 2022, in the Central District of California, as available on PACER.

MACHLEIDT DECL. ISO VALVE'S OPP. TO DEFS' MOT. FOR PARTIAL MSJ
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed on August 29, 2025 at Seattle, Washington.

*/s/ Dario A. Machleidt*
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S OPP. TO
DEFS' MOT. FOR PARTIAL MSJ                       - 2 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                              */s/ Dario A. Machleidt*
                                              Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S OPP. TO DEFS' MOT. FOR PARTIAL MSJ
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600