# EXHIBIT 5

EXHIBIT B

**In the Matter Of:**

*Hearing on SSB 5059 BEfore Sen. Law & Jus.Comm*

---

*TESTIMONY OF SEN. DAVID FROCKT*

*January 20, 2015*

---



1

1              VIDEO TRANSCRIPTION

2

3

4    HEARING ON SSB 5059 BEFORE THE SEN. LAW &

5   JUS. COMM, (TESTIMONY OF SEN. DAVID FROCKT)

6       (JAN. 20, 2015), RECORDING BY TVW,

7    WASHINGTON STATE'S PUBLIC AFFAIRS NETWORK

8

9

10

11              JANUARY 20, 2015

12

13

14

15

16

17

18

19

20

21   The video proceedings were stenographically

22              transcribed by:

23              Erica Field, FPR

24

25

Case 2:20-cv-02209-MJP-BAT Document 12-5 Filed 06/02/2025 Page 5 of 33 Page ID #:431
Hearing on SSB 5059 BEfore Sen. Law & Jus.Comm                    Testimony of Sen. David Frockt
                                                                              January 20, 2015

2

1    Thereupon,

2    the following proceedings were had:

3              MR. CHAIRMAN:  January 20, 2015.

4        Our first item up on the agenda is

5        Senate Bill 5059.  Senator Frockt is

6        the prime sponsor.  If he arrives here

7        in a little bit, of course we'll allow

8        him to testify.

9              Go ahead, Mr. Ford.

10             MR. FORD:  Good morning.  My

11       name is Tim Ford, counsel for the

12       committee.  Senate Bill 5059 is about

13       bad faith assertions of patent

14       infringement.

15             Patent law is based in the U.S.

16       Constitution and federal law under

17       Article 1, Section 8, Clause 8 of the

18       United States Constitution.

19             A patent is an intellectual

20       property right granted by government

21       to an inventor to exclude others from

22       making, using, offering for sale, or

23       selling an invention.  Generally, the

24       term of a new patent is 20 years from

25       the date on which the application for

Case 2:23-cv-01209-WLH-JAW Document 12-5 Filed 04/28/2025 Page 6 of 33 Page ID #:432
Hearing on SSB 5059 BEfore Sen. Law & Jus.Comm
Testimony of Sen. David Frockt
January 20, 2015

3

1  the patent was filed with the U.S.

2  Patent and Trademark Office.

3      There's no legal requirement for

4  a patented invention to actually be

5  developed.  A patent right may be

6  sold, assigned, or licensed.

7      Senate Bill 5059 creates the

8  Patent Troll Prevention Act as a new

9  chapter in Title 19.  A person may not

10 make assertions of patent infringement

11 in bad faith.  An assertion of patent

12 infringement is when a person sends a

13 demand threatening a target with

14 litigation while asserting that the

15 target infringed a patent or that the

16 target should obtain a license in

17 order to avoid litigation.

18     In a lawsuit, a court may

19 consider certain nonexclusive factors

20 as evidence of good faith or bad

21 faith.  Bad faith factors include

22 whether a demand does not include

23 specific information such as a patent

24 number, the name and address of the

25 patent owner, and facts relating to

4

```
1    specific areas and how the target --

2    and how the target is infringing on

3    the patent or failing to provide that

4    information.

5         A violation is an unfair or

6    deceptive act under the Consumer

7    Protection Act, and the attorney

8    general is authorized to bring an

9    action under the Consumer Protection

10   Act in the name of the state or on

11   behalf of the person residing in the

12   state.

13        MR. CHAIRMAN:  All right.  Any

14   questions for Mr. Ford?

15        Mr. Ford, there's a relatively

16   recent court case, isn't there,

17   dealing with these issues that is

18   favorable to the intent and spirit of

19   the legislation?

20        MR. FORD:  There has been some

21   recent litigation.  Other states have

22   adopted a few of those statutes and

23   state law.  And I don't believe the

24   U.S. Supreme Court has ruled, but I

25   will check on that for you.
```

Case 2:23-cv-02209-JLR Document 13-25 Filed 02/02/24 Page 8 of 33 Page ID #:431

Hearing on SSB 5059 BEfore Sen. Law & Justice Comm.                    Testimony of Sen. David Frockt
                                                                                    January 20, 2015

5

1       MR. CHAIRMAN:  If there was some

2   federal legislation, I would

3   appreciate if you would get that

4   legislation and distribute it to

5   members of the committee.

6       MR. FORD:  Very well.

7       MR. CHAIRMAN:  We do have

8   Senator Frockt here as a prime sponsor

9   representing the -- come on up,

10  Senator Frockt -- representing the

11  46th District and especially the very

12  vibrant neighborhood of Hawthorn

13  Hills.

14      MR. FROCKT:  Thank you,

15  Mr. Chairman.  I know that's where you

16  grew up.  So thank you for the kind

17  words.

18      Okay.  Well it's 8:00 in the

19  morning.  This is early.  Haven't had

20  my coffee yet, but I'm here, and thank

21  you very much for hearing the bill.

22      When the attorney general came

23  to me and asked me -- and I want to

24  also speak up for Senator Fain, who

25  cannot join us this morning.  He's

Case 2:23-cv-00932-JHC  Document 232-25  Filed 02/22/24  Page 9 of 33  Page ID
Hearing on SSB 5059 BEfore Sen. Law & Justice Comm    Testimony of Sen. David Frockt
#:4355
January 20, 2015

6

1    cosponsoring the bill as number two --

2    a couple of other members have signed

3    the bill -- of the committee.

4         When he came to me and talked to

5    me about the problem and I started

6    looking at the problem of patent

7    trolling essentially and sort of the

8    problems they have had at the federal

9    level, the first question I asked is

10   are we preempted in some way, and the

11   answer is there's some capacity for us

12   to enforce under our consumer

13   protection laws.

14        And so I think this is a very

15   good effort that he's put forward

16   here.  And in particular, I think that

17   the fact that attorney general will

18   kind of serve as a gatekeeper for

19   enforcement of these actions is

20   important and will prevent sort of a

21   reverse abuse from happening.  I think

22   that's very important.

23        We know that 55 percent of the

24   targets of these kinds of activity are

25   small businesses, and we know

1    apparently, according to the data from

2    some of the organizations that are

3    tracking this, 18 percent of them give

4    into demand without actually fighting

5    the alleged enforcement of the patent.

6         And I think back to my time as

7    litigator -- I'm not really practicing

8    right now -- but in a situation, if I

9    were defending a company that really

10   was not doing anything wrong and just

11   participating in their normal business

12   activities using a piece of technology

13   or product or what have you, it would

14   be very expensive for that business to

15   go and hire a lawyer and have that

16   lawyer go and perhaps be able to get

17   the case dismissed quickly but still

18   to file a Rule 11 challenge to the

19   litigation, to file a 12(B)(6) motion

20   to dismiss right off the top would

21   cost that small business a lot of

22   money.

23        So I think this is a good effort

24   at deterrence, and I think it give the

25   state a legitimate enforcement tool

Case 2:23-cv-00904-BJR   Document 252-5   Filed 04/28/25   Page 11 of 33   Page ID
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm                    Testimony of Sen. David Frockt
January 20, 2015

8

1    the try to stop these kinds of

2    activity.

3        I did get one comment from --

4    and some of you -- Mr. Chairman you

5    may have received the letter as

6    well -- from a party called

7    Intellectual Ventures, and they had

8    some concerns about universities and

9    whether or not they should somehow be

10   exempt from enforcement under this

11   through their patent management and

12   intellectual property management

13   offices.  So I would obviously defer

14   to the committee to take a look at

15   that and examine that question.

16       MR. FORD:  Thank you very much,

17   Senator Frockt.  We did have a hearing

18   on this in the Spokane Valley in

19   October, and the attorney general made

20   a presentation.  At that time, we did

21   have an attorney from a large patent

22   law firm in Spokane with some

23   concerns.

24       So, obviously, there's a

25   balancing act here.  And, of course,

Hearing on SSB 5059 BEfore Sen. Law & Justice Comm.
Testimony of Sen. David Frockt
January 20, 2015

9

1  his concern was the legitimate

2  exercise of his best legal advice and

3  sending out some cease and desist

4  letters, I guess you would call them,

5  to the companies who were infringing

6  on his clients' patents.

7      So the legitimate use of that

8  letter -- he was afraid this

9  legislation might put a damper on the

10  legitimate use, so we have got a

11  balance here.  And I'm sure some of

12  the other speakers will talk to that.

13      There definitely have been

14  abuses.  We had some testimony from

15  the home builders in southwest

16  Washington about problems they have

17  with some of these letters going out.

18      MR. FROCKT:  Well, thank you

19  very much for hearing the bill this

20  morning, and I look forward to the

21  discussion as the bill moves through

22  the process.  Thank you.

23      MR. CHAIRMAN:  All right.  Thank

24  you.  We will call up Mark Allen and

25  John Nelson.

10

```
 1        MR ALLEN:  Good morning, Mr.

 2   Chairman, members of the committee.

 3   For the record, Mark Allen

 4   representing the Washington State

 5   Association of Broadcasters.  Our

 6   local radio stations throughout the

 7   State of Washington have been targets

 8   of a company that claims that it has a

 9   patent for putting music on a hard

10   drive, which is where most radio

11   station music resides anymore.  When I

12   was a disk jockey, there were 45

13   records and you had to put them on a

14   turntable and play them.  Now it's

15   just press a button.

16        A number of these -- this

17   company has actually -- is involved in

18   federal litigation right now with a

19   number of the large radio broadcasting

20   companies, but they have also targeted

21   a number of our small radio stations

22   throughout the State of Washington

23   claiming that they have a patent on

24   the process for putting this music on

25   the hard drive and getting it out on
```

11

1  the air.

2      I will be very brief.  These are

3  small stations.  As Senator Frockt

4  said, they are very small businesses.

5  They really can't afford to mount a

6  large defense of these of these,

7  although I'm not sure that any of them

8  at this point have knuckled under and

9  met the demands for payment for a

10  license fee.

11      The federal litigation has been

12  stayed while the patent office reviews

13  these patents, and so at that point

14  there was little pressure on the local

15  stations to settle.

16      But once that federal litigation

17  moves forward, and it is starting to

18  do that now, they may again be

19  targeted.  One of the stations told me

20  that they had even had two threatening

21  phone calls.

22      So this is a problem for our

23  small radio stations throughout the

24  State of Washington, and we are in

25  support of the bill and appreciate the

1    committee's consideration.

2        With that, I will conclude my

3    testimony and be happy to answer any

4    questions.

5        MR. CHAIRMAN:  Any questions for

6    Mr. Allen?

7        Thanks very much for your

8    testimony this morning.

9        Mr. Nelson.

10       MR. NELSON:  Good morning,

11   Mr. Chair, members of the committee.

12   My name is John Nelson.  I'm a

13   consumer protection attorney for the

14   Office of the Attorney General for the

15   State of Washington.  And, obviously,

16   I'm here today in support of the

17   Patent Troll Prevention Act.

18       What I would like to do

19   initially is just provide an overview

20   of the problem and then ultimately

21   what the bill seeks to do.

22       We have already heard today that

23   patent trolls primarily target small

24   businesses, and that's noteworthy

25   because they target individuals and

13

1   businesses who don't have general

2   counsel or built in either, you know,

3   stable of attorneys or alternatively

4   large coffers of money to use to

5   defend these cases.

6          And to give some context of the

7   overall cost of defending these cases,

8   recent studies indicate that about

9   $29 billion a year goes into defending

10  these types of cases, which is a

11  noteworthy sum of money.  And what

12  they do --

13         MR. CHAIRMAN:  Let me ask you a

14  question right there, Mr. Nelson.  Are

15  you insinuating that all the cases are

16  one-sided, that every time a patent

17  attorney sends out a letter that

18  they're doing it fraudulently?  You

19  kind of make it sound like that when

20  you say $29 billion all spent.  I

21  assume some of that money was spent

22  legitimately.

23         MR. NELSON:  That's correct.

24  And the 29 billion is an estimate of

25  defense where I guess the study

14

1  indicates that they're baseless claims

2  to be more specific.  So -- and to

3  answer your question directly, yes

4  there are -- what this bill seeks to

5  do is not in any way inhibit the

6  protection of intellectual property

7  whatsoever.

8       And one of the noteworthy things

9  about the bill is that is specifically

10  lays out what is operating in good

11  faith.  We don't simply say here's

12  what bad faith is.  We say, hey, we

13  support the time and capital required

14  to come up with many of these patents

15  and inventions, and here's what, you

16  know, we think is a good faith effort

17  to defend those.

18       And to put this in perspective

19  as to how this affects the State of

20  Washington, for instance, between

21  September 2012 and May of 2013, one

22  large entity sent demand letters to

23  16,000 small businesses across the

24  country, including 331 small

25  businesses here in Washington.  And

15

1  the real issue of course is they do so

2  with a lack of due diligence.  They

3  are blindly sending out letters, and

4  many of them use nothing more than

5  purchased business data.

6       For instance, they say I would

7  like to know every small business in

8  King County that employs between 20

9  and a hundred individuals who may use

10  a copier.  And the use of copying

11  mechanisms and procedures obviously

12  has been a real problem and a target

13  for these individuals.

14       But as I mentioned before, this

15  bill is intended to do four things.

16  First, it would prohibit

17  patent-holding firms from sending out

18  demand letters in bad faith.

19  Specifically, it would require the

20  person or entity asserting the claim

21  to have acted in good faith prior to

22  sending a demand letter.

23       Second, it would create a set of

24  factors for courts to use utilize in

25  determining what constitutes bad faith

Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.
Testimony of Sen. David Frockt
January 20, 2015

16

1    in the course of patent enforcement

2    actions.

3        Third, it would create a set of

4    factors for courts to utilize in

5    determining what constitutes good

6    faith in the course of patent

7    enforcement actions thereby protecting

8    legitimate patent infringement

9    actions.  And again, I want to harp on

10   that point.  That's a built-in

11   protection.

12       And finally, it would create

13   public awareness about patent trolls

14   and in the process inoculate small

15   business owners against these tactics.

16       And I would close by addressing

17   one of the questions regarding recent

18   litigation regarding patent troll

19   matters.  There are about 17 or 18

20   states that have statutes addressing

21   patent trolling.  And the most

22   noteworthy one right now, for purposes

23   of litigation, involves the state of

24   Vermont where an entity attempted to

25   remove the action to federal court,

Case 2:23-cv-02000-JHS-JAW Document 253-25 Filed 04/28/2025 Page 20 of 33 Page ID
#: 4???
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm                Testimony of Sen. David Frockt
January 20, 2015

17

1   and twice federal court as kicked it

2   back to state court, which is a very

3   good indicator about our ability

4   specifically to address what are

5   unfair and deceptive, you know,

6   language within a demand letter.

7        Thank you.  I urge your support,

8   and I'm here for any questions.

9        MR. CHAIRMAN:  Senator Peterson

10  has a question for you.

11       MR. PETERSON:  Thank you very

12  much, Mr. Chair.

13       I'm wondering whether you could

14  speak to the testimony of the previous

15  speaker about letters, so a situation

16  in which there's an active dispute in

17  federal court, so apparently an actual

18  patent and some basis for that

19  continuing.

20       How do you see this bill

21  affecting that kind of a situation?

22       MR ALLEN:  Sure.  One noteworthy

23  part about this proposed legislation

24  is that it does not involve a private

25  cause of action.

1      First and foremost, the attorney

2   general would be the gatekeeper.

3      Secondly, those factors that we

4   proposed in the bill which outline

5   good faith really protect those

6   companies.  And, really, what the

7   state would be asking these businesses

8   to do is, first off, verify that the

9   patent exists, reference it with a

10  number, specifically tie it to a

11  business practice of that small

12  business and then, you know, provide

13  reasonable deadlines and other things.

14      Instead, what happens is they

15  send the letter out, they say you're

16  violating this patent.  If you don't

17  contact us within ten days or five

18  days, we are going to file suit

19  against you.

20      So, really, it shouldn't effect

21  the honest protection of patents

22  because when those letters come out,

23  there will have been a good faith, you

24  know, sort of due diligence done to

25  protect that patent and show that

Case 2:23-cv-00901-MJP   Document 29-25   Filed 02/20/24   Page 22 of 33   Page ID #:447

Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                    Testimony of Sen. David Frockt
                                                                             January 20, 2015

19

1   business owner we're legitimate.  You

2   can either enter into a license

3   agreement with us or you can defend

4   the litigation in court.

5       MR. CHAIRMAN:  Thank you both

6   very much.

7       We'll next call up Nathan Gordon

8   and Jessica Fortescue.

9       MR. GORDON:  Good morning,

10  Mr. Chair.  Good morning, committee.

11  Thank you for the opportunity to

12  testify this morning.  My name is

13  Nathan Gordon here representing the

14  Washington Association of Realtors,

15  and I want to thank Senator Frockt and

16  Senator Fain and the attorney general

17  as well for putting forward this

18  consumer protection bill.

19      The reason the Realtors are here

20  testifying about this bill is, as you

21  can imagine, many of my folks scan

22  documents.  And so what we are seeing,

23  both in Washington and across the

24  country, is Realtors who are using

25  scanners.  They're using them in the

Case 2:23-cv-01016-JNW Document 25 Filed 02/28/25 Page 23 of 33 Page ID #:410
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm
Testimony of Sen. David Frockt
January 20, 2015

20

1  way that scanner was intended to be

2  used.  They're getting letters because

3  some small part inside the scanner,

4  the patent on that small part as

5  expired, and some outside company has

6  bought up the rights to that patent.

7       And now they're getter a letter

8  saying you are using this in violation

9  of our patent, and you need to

10 basically write us a $250 check or

11 else we are going to pull you into a

12 lawsuit.  And that's happening all

13 across the country for different

14 things.

15      I know talking to the builders

16 who may be here to testify, same thing

17 is happening to them with fans.  And

18 so this is an important problem that I

19 think needs some resolution here in

20 the state.

21      We were a big part of the

22 federal group that worked with

23 Congress to try to get a resolution.

24 We were disappointed but not surprised

25 that they couldn't get the ball across

```
 1    the line, and we would ask that you do
 2    that here for us today.  Thank you.
 3         MR. CHAIRMAN:  All right.  Any
 4    questions?
 5         Go ahead, Ms. Fortescue.
 6         MS. FORTESCUE:  Chair Patent,
 7    members of the committee thank you for
 8    the opportunity to speak before you
 9    this morning.  For the record, my name
10    is Jessica Fortescue, and I'm here on
11    behalf of the Washington Bankers
12    Association, which represents
13    commercial banks operating in every
14    county across the state ranging in
15    size from large, multistate financial
16    institutions to smaller family-owned
17    and community-based banks.
18         I'm also here this morning on
19    behalf of the United Financial Lobby,
20    which is a group of stakeholders that
21    come together to represent the broad
22    interests of the financial district in
23    Washington State.
24         We come before you today the
25    express our strong support of Senate
```

22

```
 1   Bill 5059, which will create a means

 2   of addressing and hopefully in the

 3   long term preventing bad faith patent

 4   infringement claims.

 5        We greatly appreciate the

 6   attorney general's leadership on this

 7   measure as well as the legislative

 8   sponsors, and we believe this is the

 9   proactive approach that Washington

10   State should also take, along with a

11   number of other states that have

12   passed this measure in the last couple

13   of years.

14        In banks, for example, one area

15   that we have seen this activity is in

16   cash or ATM machines where a

17   nonpracticing entity purchases an

18   overly broad tech or software patent

19   and then turns around and makes an

20   assertion of bad faith -- or makes an

21   assertion of patent infringement for

22   smaller banks, for example, if they

23   use or continue using the ATM

24   machines.

25        So we believe that the risks of
```

Case 2:23-cv-01932-RAJ   Document 25   Filed 04/26/24   Page 26 of 33   Page ID #:492

Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                    Testimony of Sen. David Frockt
                                                                    January 20, 2015

23

1    these abusive patent infringement

2    claims impacts nearly every industry,

3    and, in particular, there are serious

4    concerns for banks of every size

5    across the State of Washington.

6          And we thank you for your

7    support of this measure, and I'm happy

8    to se any questions.

9          MR. CHAIRMAN:  Thank you both

10   very much.  And there does not appear

11   to be any questions.

12         Next call up, Mark Johnson.

13         And while he's coming up, I note

14   for the record that Michael Temple has

15   signed in on behalf Washington State

16   Association for Justice, not wishing

17   to testify but indicating concerns

18   with the bill.  And, Mr. Temple, I see

19   you back there.  If you could get the

20   committee staff what those concerns

21   are, and we would appreciate it.

22         (End of excerpt of proceedings.)

23

24

25

24

```
 1                    CERTIFICATE

 2

 3

 4

 5   THE STATE OF FLORIDA )

 6   COUNTY OF PINELLAS   )

 7

 8

 9       I, ERICA FIELD, stenographic court

10   reporter, do hereby certify that I was

11   authorized to and did listen to and

12   stenographically transcribed the foregoing

13   video-recorded proceedings and that the

14   transcript is a true record to the best of my

15   ability.

16

17       Signed this 1st day of April, 2022.

18

19

20

21   _____

22   Erica Field, FPR

23

24

25
```

**$**

**$250** 20:10
**$29** 13:9,20

**1**

**1** 2:17
**11** 7:18
**12(B)(6)** 7:19
**16,000** 14:23
**17** 16:19
**18** 7:3 16:19
**19** 3:9

**2**

**20** 2:3,24 15:8
**2012** 14:21
**2013** 14:21
**2015** 2:3
**29** 13:24

**3**

**331** 14:24

**4**

**45** 10:12
**46th** 5:11

**5**

**5059** 2:5,12 3:7 22:1
**55** 6:23

**8**

**8** 2:17
**8:00** 5:18

**A**

**ability** 17:3

**abuse** 6:21
**abuses** 9:14
**abusive** 23:1
**act** 3:8 4:6,7,10 8:25 12:17
**acted** 15:21
**action** 4:9 16:25 17:25
**actions** 6:19 16:2,7,9
**active** 17:16
**activities** 7:12
**activity** 6:24 8:2 22:15
**actual** 17:17
**address** 3:24 17:4
**addressing** 16:16,20 22:2
**adopted** 4:22
**advice** 9:2
**affecting** 17:21
**affects** 14:19
**afford** 11:5
**afraid** 9:8
**agenda** 2:4
**agreement** 19:3
**ahead** 2:9 21:5
**air** 11:1
**alleged** 7:5
**Allen** 9:24 10:1,3 12:6 17:22
**alternatively** 13:3
**anymore** 10:11
**apparently** 7:1 17:17
**application** 2:25
**approach** 22:9
**area** 22:14
**areas** 4:1
**arrives** 2:6
**Article** 2:17
**asserting** 3:14 15:20
**assertion** 3:11 22:20,21
**assertions** 2:13 3:10
**assigned** 3:6

**Association** 10:5 19:14 21:12 23:16
**assume** 13:21
**ATM** 22:16,23
**attempted** 16:24
**attorney** 4:7 5:22 6:17 8:19,21
  12:13,14 13:17 18:1 19:16 22:6
**attorneys** 13:3
**authorized** 4:8
**avoid** 3:17
**awareness** 16:13

**B**

**back** 7:6 17:2 23:19
**bad** 2:13 3:11,20,21 14:12 15:18,25
  22:3,20
**balance** 9:11
**balancing** 8:25
**ball** 20:25
**Bankers** 21:11
**banks** 21:13,17 22:14,22 23:4
**based** 2:15
**baseless** 14:1
**basically** 20:10
**basis** 17:18
**behalf** 4:11 21:11,19 23:15
**big** 20:21
**bill** 2:5,12 3:7 5:21 6:1,3 9:19,21
  11:25 12:21 14:4,9 15:15 17:20 18:4
  19:18,20 22:1 23:18
**billion** 13:9,20,24
**bit** 2:7
**blindly** 15:3
**bought** 20:6
**bring** 4:8
**broad** 21:21 22:18
**Broadcasters** 10:5
**broadcasting** 10:19
**builders** 9:15 20:15
**built** 13:2
**built-in** 16:10

**business** 7:11,14,21 15:5,7 16:15 18:11,12 19:1

**businesses** 6:25 11:4 12:24 13:1 14:23,25 18:7

**button** 10:15

---

## C

**call** 9:4,24 19:7 23:12

**called** 8:6

**calls** 11:21

**capacity** 6:11

**capital** 14:13

**case** 4:16 7:17

**cases** 13:5,7,10,15

**cash** 22:16

**cease** 9:3

**Chair** 12:11 17:12 19:10 21:6

**Chairman** 2:3 4:13 5:1,7,15 8:4 9:23 10:2 12:5 13:13 17:9 19:5 21:3 23:9

**challenge** 7:18

**chapter** 3:9

**check** 4:25 20:10

**claim** 15:20

**claiming** 10:23

**claims** 10:8 14:1 22:4 23:2

**Clause** 2:17

**clients'** 9:6

**close** 16:16

**coffee** 5:20

**coffers** 13:4

**comment** 8:3

**commercial** 21:13

**committee** 2:12 5:5 6:3 8:14 10:2 12:11 19:10 21:7 23:20

**committee's** 12:1

**community-based** 21:17

**companies** 9:5 10:20 18:6

**company** 7:9 10:8,17 20:5

**concern** 9:1

**concerns** 8:8,23 23:4,17,20

**conclude** 12:2

**Congress** 20:23

**consideration** 12:1

**constitutes** 15:25 16:5

**Constitution** 2:16,18

**consumer** 4:6,9 6:12 12:13 19:18

**contact** 18:17

**context** 13:6

**continue** 22:23

**continuing** 17:19

**copier** 15:10

**copying** 15:10

**correct** 13:23

**cosponsoring** 6:1

**cost** 7:21 13:7

**counsel** 2:11 13:2

**country** 14:24 19:24 20:13

**county** 15:8 21:14

**couple** 6:2 22:12

**court** 3:18 4:16,24 16:25 17:1,2,17 19:4

**courts** 15:24 16:4

**create** 15:23 16:3,12 22:1

**creates** 3:7

---

## D

**damper** 9:9

**data** 7:1 15:5

**date** 2:25

**days** 18:17,18

**deadlines** 18:13

**dealing** 4:17

**deceptive** 4:6 17:5

**defend** 13:5 14:17 19:3

**defending** 7:9 13:7,9

**defense** 11:6 13:25

**defer** 8:13

**demand** 3:13,22 7:4 14:22 15:18,22 17:6

**demands** 11:9

**desist** 9:3

**determining** 15:25 16:5

**deterrence** 7:24

**developed** 3:5

**diligence** 15:2 18:24

**directly** 14:3

**disappointed** 20:24

**discussion** 9:21

**disk** 10:12

**dismiss** 7:20

**dismissed** 7:17

**dispute** 17:16

**distribute** 5:4

**district** 5:11 21:22

**documents** 19:22

**drive** 10:10,25

**due** 15:2 18:24

---

## E

**early** 5:19

**effect** 18:20

**effort** 6:15 7:23 14:16

**employs** 15:8

**end** 23:22

**enforce** 6:12

**enforcement** 6:19 7:5,25 8:10 16:1, 7

**enter** 19:2

**entity** 14:22 15:20 16:24 22:17

**essentially** 6:7

**estimate** 13:24

**evidence** 3:20

**examine** 8:15

**excerpt** 23:22

**exclude** 2:21

**exempt** 8:10

**exercise** 9:2

**exists** 18:9

Case 1:14-cv-80009-BB Document 23-25 Entered on FLSD Docket 02/02/2015 Page 30 of 33

Hearing on SSR Motion for Preliminary Injunction 325325 Blue Comp v. Ford Motor, Title 02/02/2015 Page 30 of 33 by David Frockt
January 20, 2015

**expensive** 7:14

**expired** 20:5

**express** 21:25

---

**F**

**fact** 6:17

**factors** 3:19,21 15:24 16:4 18:3

**facts** 3:25

**failing** 4:3

**Fain** 5:24 19:16

**faith** 2:13 3:11,20,21 14:11,12,16 15:18,21,25 16:6 18:5,23 22:3,20

**family-owned** 21:16

**fans** 20:17

**favorable** 4:18

**federal** 2:16 5:2 6:8 10:18 11:11,16 16:25 17:1,17 20:22

**fee** 11:10

**fighting** 7:4

**file** 7:18,19 18:18

**filed** 3:1

**finally** 16:12

**financial** 21:15,19,22

**firm** 8:22

**firms** 15:17

**folks** 19:21

**Ford** 2:9,10,11 4:14,15,20 5:6 8:16

**foremost** 18:1

**Fortescue** 19:8 21:5,6,10

**forward** 6:15 9:20 11:17 19:17

**fraudulently** 13:18

**Frockt** 2:5 5:8,10,14 8:17 9:18 11:3 19:15

---

**G**

**gatekeeper** 6:18 18:2

**general** 4:8 5:22 6:17 8:19 12:14 13:1 18:2 19:16

**general's** 22:6

**Generally** 2:23

**getter** 20:7

**give** 7:3,24 13:6

**good** 2:10 3:20 6:15 7:23 10:1 12:10 14:10,16 15:21 16:5 17:3 18:5,23 19:9,10

**Gordon** 19:7,9,13

**government** 2:20

**granted** 2:20

**greatly** 22:5

**grew** 5:16

**group** 20:22 21:20

**guess** 9:4 13:25

---

**H**

**happening** 6:21 20:12,17

**happy** 12:3 23:7

**hard** 10:9,25

**harp** 16:9

**Hawthorn** 5:12

**heard** 12:22

**hearing** 5:21 8:17 9:19

**hey** 14:12

**Hills** 5:13

**hire** 7:15

**home** 9:15

**honest** 18:21

**hundred** 15:9

---

**I**

**imagine** 19:21

**impacts** 23:2

**important** 6:20,22 20:18

**include** 3:21,22

**including** 14:24

**indicating** 23:17

**indicator** 17:3

**individuals** 12:25 15:9,13

**industry** 23:2

**information** 3:23 4:4

**infringed** 3:15

**infringement** 2:14 3:10,12 16:8 22:4,21 23:1

**infringing** 4:2 9:5

**inhibit** 14:5

**initially** 12:19

**inoculate** 16:14

**inside** 20:3

**insinuating** 13:15

**instance** 14:20 15:6

**institutions** 21:16

**intellectual** 2:19 8:7,12 14:6

**intended** 15:15 20:1

**intent** 4:18

**interests** 21:22

**invention** 2:23 3:4

**inventions** 14:15

**inventor** 2:21

**involve** 17:24

**involved** 10:17

**involves** 16:23

**issue** 15:1

**issues** 4:17

**item** 2:4

---

**J**

**January** 2:3

**Jessica** 19:8 21:10

**jockey** 10:12

**John** 9:25 12:12

**Johnson** 23:12

**join** 5:25

**Justice** 23:16

---

**K**

**kicked** 17:1

**kind** 5:16 6:18 13:19 17:21

**kinds** 6:24 8:1

**King** 15:8

**knuckled**  11:8

---

**L**

**lack**  15:2

**language**  17:6

**large**  8:21 10:19 11:6 13:4 14:22
21:15

**law**  2:15,16 4:23 8:22

**laws**  6:13

**lawsuit**  3:18 20:12

**lawyer**  7:15,16

**lays**  14:10

**leadership**  22:6

**legal**  3:3 9:2

**legislation**  4:19 5:2,4 9:9 17:23

**legislative**  22:7

**legitimate**  7:25 9:1,7,10 16:8 19:1

**legitimately**  13:22

**letter**  8:5 9:8 13:17 15:22 17:6 18:15
20:7

**letters**  9:4,17 14:22 15:3,18 17:15
18:22 20:2

**level**  6:9

**license**  3:16 11:10 19:2

**licensed**  3:6

**litigation**  3:14,17 4:21 7:19 10:18
11:11,16 16:18,23 19:4

**litigator**  7:7

**Lobby**  21:19

**local**  10:6 11:14

**long**  22:3

**lot**  7:21

---

**M**

**machines**  22:16,24

**made**  8:19

**make**  3:10 13:19

**makes**  22:19,20

**making**  2:22

**management**  8:11,12

**Mark**  9:24 10:3 23:12

**matters**  16:19

**means**  22:1

**measure**  22:7,12 23:7

**mechanisms**  15:11

**members**  5:5 6:2 10:2 12:11 21:7

**mentioned**  15:14

**met**  11:9

**Michael**  23:14

**money**  7:22 13:4,11,21

**morning**  2:10 5:19,25 9:20 10:1
12:8,10 19:9,10,12 21:9,18

**motion**  7:19

**mount**  11:5

**moves**  9:21 11:17

**multistate**  21:15

**music**  10:9,11,24

---

**N**

**Nathan**  19:7,13

**neighborhood**  5:12

**Nelson**  9:25 12:9,10,12 13:14,23

**nonexclusive**  3:19

**nonpracticing**  22:17

**normal**  7:11

**note**  23:13

**noteworthy**  12:24 13:11 14:8 16:22
17:22

**number**  3:24 6:1 10:16,19,21 18:10
22:11

---

**O**

**obtain**  3:16

**October**  8:19

**offering**  2:22

**office**  3:2 11:12 12:14

**offices**  8:13

**one-sided**  13:16

**operating**  14:10 21:13

**opportunity**  19:11 21:8

**order**  3:17

**organizations**  7:2

**outline**  18:4

**overly**  22:18

**overview**  12:19

**owner**  3:25 19:1

**owners**  16:15

---

**P**

**part**  17:23 20:3,4,21

**participating**  7:11

**party**  8:6

**passed**  22:12

**patent**  2:13,15,19,24 3:1,2,5,8,10,11,
15,23,25 4:3 6:6 7:5 8:11,21 10:9,23
11:12 12:17,23 13:16 16:1,6,8,13,18,
21 17:18 18:9,16,25 20:4,6,9 21:6
22:3,18,21 23:1

**patent-holding**  15:17

**patented**  3:4

**patents**  9:6 11:13 14:14 18:21

**payment**  11:9

**percent**  6:23 7:3

**person**  3:9,12 4:11 15:20

**perspective**  14:18

**Peterson**  17:9,11

**phone**  11:21

**piece**  7:12

**play**  10:14

**point**  11:8,13 16:10

**practice**  18:11

**practicing**  7:7

**preempted**  6:10

**presentation**  8:20

**press**  10:15

**pressure**  11:14

**prevent**  6:20

**preventing**  22:3

**Prevention**  3:8 12:17

**previous** 17:14

**primarily** 12:23

**prime** 2:6 5:8

**prior** 15:21

**private** 17:24

**proactive** 22:9

**problem** 6:5,6 11:22 12:20 15:12 20:18

**problems** 6:8 9:16

**procedures** 15:11

**proceedings** 2:2 23:22

**process** 9:22 10:24 16:14

**product** 7:13

**prohibit** 15:16

**property** 2:20 8:12 14:6

**proposed** 17:23 18:4

**protect** 18:5,25

**protecting** 16:7

**protection** 4:7,9 6:13 12:13 14:6 16:11 18:21 19:18

**provide** 4:3 12:19 18:12

**public** 16:13

**pull** 20:11

**purchased** 15:5

**purchases** 22:17

**purposes** 16:22

**put** 6:15 9:9 10:13 14:18

**putting** 10:9,24 19:17

**Q**

**question** 6:9 8:15 13:14 14:3 17:10

**questions** 4:14 12:4,5 16:17 17:8 21:4 23:8,11

**quickly** 7:17

**R**

**radio** 10:6,10,19,21 11:23

**ranging** 21:14

**real** 15:1,12

**Realtors** 19:14,19,24

**reason** 19:19

**reasonable** 18:13

**received** 8:5

**recent** 4:16,21 13:8 16:17

**record** 10:3 21:9 23:14

**records** 10:13

**reference** 18:9

**relating** 3:25

**remove** 16:25

**represent** 21:21

**representing** 5:9,10 10:4 19:13

**represents** 21:12

**require** 15:19

**required** 14:13

**requirement** 3:3

**resides** 10:11

**residing** 4:11

**resolution** 20:19,23

**reverse** 6:21

**reviews** 11:12

**rights** 20:6

**risks** 22:25

**Rule** 7:18

**ruled** 4:24

**S**

**sale** 2:22

**scan** 19:21

**scanner** 20:1,3

**scanners** 19:25

**Section** 2:17

**seeks** 12:21 14:4

**selling** 2:23

**Senate** 2:5,12 3:7 21:25

**Senator** 2:5 5:8,10,24 8:17 11:3 17:9 19:15,16

**send** 18:15

**sending** 9:3 15:3,17,22

**sends** 3:12 13:17

**September** 14:21

**serve** 6:18

**set** 15:23 16:3

**settle** 11:15

**show** 18:25

**signed** 6:2 23:15

**simply** 14:11

**situation** 7:8 17:15,21

**size** 21:15 23:4

**small** 6:25 7:21 10:21 11:3,4,23 12:23 14:23,24 15:7 16:14 18:11 20:3,4

**smaller** 21:16 22:22

**software** 22:18

**sold** 3:6

**sort** 6:7,20 18:24

**sound** 13:19

**southwest** 9:15

**speak** 5:24 17:14 21:8

**speaker** 17:15

**speakers** 9:12

**specific** 3:23 4:1 14:2

**specifically** 14:9 15:19 17:4 18:10

**spent** 13:20,21

**spirit** 4:18

**Spokane** 8:18,22

**sponsor** 2:6 5:8

**sponsors** 22:8

**stable** 13:3

**staff** 23:20

**stakeholders** 21:20

**started** 6:5

**starting** 11:17

**state** 4:10,12,23 7:25 10:4,7,22 11:24 12:15 14:19 16:23 17:2 18:7 20:20 21:14,23 22:10 23:5,15

**states** 2:18 4:21 16:20 22:11

**station** 10:11

**stations** 10:6,21 11:3,15,19,23

**statutes** 4:22 16:20

**stayed** 11:12

**stop** 8:1

**strong** 21:25

**studies** 13:8

**study** 13:25

**suit** 18:18

**sum** 13:11

**support** 11:25 12:16 14:13 17:7 21:25 23:7

**Supreme** 4:24

**surprised** 20:24

---
T
---

**tactics** 16:15

**talk** 9:12

**talked** 6:4

**talking** 20:15

**target** 3:13,15,16 4:1,2 12:23,25 15:12

**targeted** 10:20 11:19

**targets** 6:24 10:7

**tech** 22:18

**technology** 7:12

**Temple** 23:14,18

**ten** 18:17

**term** 2:24 22:3

**testify** 2:8 19:12 20:16 23:17

**testifying** 19:20

**testimony** 9:14 12:3,8 17:14

**thing** 20:16

**things** 14:8 15:15 18:13 20:14

**threatening** 3:13 11:20

**tie** 18:10

**Tim** 2:11

**time** 7:6 8:20 13:16 14:13

**Title** 3:9

**today** 12:16,22 21:2,24

**told** 11:19

**tool** 7:25

**top** 7:20

**tracking** 7:3

**Trademark** 3:2

**troll** 3:8 12:17 16:18

**trolling** 6:7 16:21

**trolls** 12:23 16:13

**turns** 22:19

**turntable** 10:14

**types** 13:10

---
U
---

**U.S.** 2:15 3:1 4:24

**ultimately** 12:20

**unfair** 4:5 17:5

**United** 2:18 21:19

**universities** 8:8

**urge** 17:7

**utilize** 15:24 16:4

---
V
---

**Valley** 8:18

**Ventures** 8:7

**verify** 18:8

**Vermont** 16:24

**vibrant** 5:12

**violating** 18:16

**violation** 4:5 20:8

---
W
---

**Washington** 9:16 10:4,7,22 11:24 12:15 14:20,25 19:14,23 21:11,23 22:9 23:5,15

**whatsoever** 14:7

**wishing** 23:16

**wondering** 17:13

**words** 5:17

**worked** 20:22

**write** 20:10

**wrong** 7:10

---
Y
---

**year** 13:9

**years** 2:24 22:13