# EXHIBIT 6

Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Meng Xi (280099)
mxi@susmangodfrey.com
Thomas V. DelRosario (236264)
tdelrosario@susmangodfrey.com
Justin Kenney (pro hac vice)
jkenney@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>MEDIAPOINTE, INC., AMHC, INC., AND STEVEN E. VILLORIA<br><br>        Defendants. | Civil No. 2:22-CV-1009-MCS (MRx)<br><br>Assigned for All Purposes to the Hon. Mark C. Scarsi<br><br>**DECLARATION OF JUSTIN KENNEY IN SUPPORT OF MEDIAPOINTE'S MOTION TO DISMISS AND STRIKE COMPLAINT**<br><br>Filed concurrently with a notice of motion and motion to strike, a request for judicial notice, and a proposed order.<br><br>Hearing Date:  June 27, 2022<br>Hearing Time:  9:00 a.m.<br>Location:  Courtroom 7C |

I, Justin Kenney, declare under penalty of perjury as follows:

1.     I am an attorney in the Houston office of the law firm Susman Godfrey L.L.P.  My office is located at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.

2.     I represent Defendants MediaPointe, Inc., AMHC, Inc., and Stephen E. Villoria (together, "MediaPointe") in this matter.

3.     I submit this declaration in support of MediaPointe's motion to dismiss and strike Microsoft Corp.'s complaint.

4.     Attached as Exhibit 1 is a certified transcript of testimony given at the January 20, 2015 hearing on SSB 5059 before the Law and Justice Committee of the Washington State Senate.  It was transcribed on April 1, 2022 from a video recording prepared by TVW, Washington State's Public Affairs Network, which is available at https://www.tvw.org/watch/?eventID=2015011178.   This exhibit is the subject of MediaPointe's concurrently filed request for judicial notice.

5.     On April 6, 2022, MediaPointe sent Microsoft a letter providing notice that it intended to move pursuant to the California anti-SLAPP Act and Rule 12(f) of the Federal Rules of Civil Procedure to strike Microsoft's claim under the Patent Troll Prevention Act.

6.     On April 12, 2022, MediaPointe sent Microsoft email correspondence providing notice that it intended to also move to dismiss Microsoft's complaint pursuant to Rules 12 (b)(1) and (6) of the Federal Rules of Civil Procedure for lack of jurisdiction and failure to state a claim.

7.     Counsel conferred by telephone on April 13, 2022 and discussed the substance of these motions.  They were not able to resolve this dispute.

////

///

///

1

8.       On April 18, 2022, Microsoft responded to MediaPointe's April 6, 2022 letter and informed MediaPointe that it would not be withdrawing its claim under the Patent Troll Prevention Act.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of April 2022, in Houston, Texas.


_____*/s/ Justin Kenney*_____
                              Justin Kenney

# EXHIBIT 1

# In the Matter Of:

*Hearing on SSB 5059 BEfore Sen. Law & Jus.Comm*

---

*TESTIMONY OF SEN. DAVID FROCKT*

*January 20, 2015*

---



1

1        VIDEO TRANSCRIPTION

2

3

4   HEARING ON SSB 5059 BEFORE THE SEN. LAW &

5   JUS. COMM, (TESTIMONY OF SEN. DAVID FROCKT)

6      (JAN. 20, 2015), RECORDING BY TVW,

7   WASHINGTON STATE'S PUBLIC AFFAIRS NETWORK

8

9

10

11              JANUARY 20, 2015

12

13

14

15

16

17

18

19

20

21   The video proceedings were stenographically

22              transcribed by:

23              Erica Field, FPR

24

25

2

```
 1    Thereupon,

 2    the following proceedings were had:

 3              MR. CHAIRMAN:  January 20, 2015.

 4         Our first item up on the agenda is

 5         Senate Bill 5059.  Senator Frockt is

 6         the prime sponsor.  If he arrives here

 7         in a little bit, of course we'll allow

 8         him to testify.

 9              Go ahead, Mr. Ford.

10              MR. FORD:  Good morning.  My

11         name is Tim Ford, counsel for the

12         committee.  Senate Bill 5059 is about

13         bad faith assertions of patent

14         infringement.

15              Patent law is based in the U.S.

16         Constitution and federal law under

17         Article 1, Section 8, Clause 8 of the

18         United States Constitution.

19              A patent is an intellectual

20         property right granted by government

21         to an inventor to exclude others from

22         making, using, offering for sale, or

23         selling an invention.  Generally, the

24         term of a new patent is 20 years from

25         the date on which the application for
```

Case 2:18-cv-03090-JLR-MLP   Document 28-16   Filed 04/22/25   Page 9 of 36   Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm
Testimony of Sen. David Frockt
January 20, 2015

3

1 | the patent was filed with the U.S.

2 | Patent and Trademark Office.

3 |     There's no legal requirement for

4 | a patented invention to actually be

5 | developed.  A patent right may be

6 | sold, assigned, or licensed.

7 |     Senate Bill 5059 creates the

8 | Patent Troll Prevention Act as a new

9 | chapter in Title 19.  A person may not

10 | make assertions of patent infringement

11 | in bad faith.  An assertion of patent

12 | infringement is when a person sends a

13 | demand threatening a target with

14 | litigation while asserting that the

15 | target infringed a patent or that the

16 | target should obtain a license in

17 | order to avoid litigation.

18 |     In a lawsuit, a court may

19 | consider certain nonexclusive factors

20 | as evidence of good faith or bad

21 | faith.  Bad faith factors include

22 | whether a demand does not include

23 | specific information such as a patent

24 | number, the name and address of the

25 | patent owner, and facts relating to

4

1   specific areas and how the target --

2   and how the target is infringing on

3   the patent or failing to provide that

4   information.

5       A violation is an unfair or

6   deceptive act under the Consumer

7   Protection Act, and the attorney

8   general is authorized to bring an

9   action under the Consumer Protection

10   Act in the name of the state or on

11   behalf of the person residing in the

12   state.

13       MR. CHAIRMAN:  All right.  Any

14   questions for Mr. Ford?

15       Mr. Ford, there's a relatively

16   recent court case, isn't there,

17   dealing with these issues that is

18   favorable to the intent and spirit of

19   the legislation?

20       MR. FORD:  There has been some

21   recent litigation.  Other states have

22   adopted a few of those statutes and

23   state law.  And I don't believe the

24   U.S. Supreme Court has ruled, but I

25   will check on that for you.

5

1         MR. CHAIRMAN:  If there was some

2    federal legislation, I would

3    appreciate if you would get that

4    legislation and distribute it to

5    members of the committee.

6         MR. FORD:  Very well.

7         MR. CHAIRMAN:  We do have

8    Senator Frockt here as a prime sponsor

9    representing the -- come on up,

10   Senator Frockt -- representing the

11   46th District and especially the very

12   vibrant neighborhood of Hawthorn

13   Hills.

14        MR. FROCKT:  Thank you,

15   Mr. Chairman.  I know that's where you

16   grew up.  So thank you for the kind

17   words.

18        Okay.  Well it's 8:00 in the

19   morning.  This is early.  Haven't had

20   my coffee yet, but I'm here, and thank

21   you very much for hearing the bill.

22        When the attorney general came

23   to me and asked me -- and I want to

24   also speak up for Senator Fain, who

25   cannot join us this morning.  He's

 1   cosponsoring the bill as number two --

 2   a couple of other members have signed

 3   the bill -- of the committee.

 4        When he came to me and talked to

 5   me about the problem and I started

 6   looking at the problem of patent

 7   trolling essentially and sort of the

 8   problems they have had at the federal

 9   level, the first question I asked is

10   are we preempted in some way, and the

11   answer is there's some capacity for us

12   to enforce under our consumer

13   protection laws.

14        And so I think this is a very

15   good effort that he's put forward

16   here.  And in particular, I think that

17   the fact that attorney general will

18   kind of serve as a gatekeeper for

19   enforcement of these actions is

20   important and will prevent sort of a

21   reverse abuse from happening.  I think

22   that's very important.

23        We know that 55 percent of the

24   targets of these kinds of activity are

25   small businesses, and we know

Case 2:23-cv-01016-JNW   Document 25-16   Filed 08/29/25   Page 13 of 36 Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.          Testimony of Sen. David Frockt
January 20, 2015

7

1    apparently, according to the data from

2    some of the organizations that are

3    tracking this, 18 percent of them give

4    into demand without actually fighting

5    the alleged enforcement of the patent.

6          And I think back to my time as

7    litigator -- I'm not really practicing

8    right now -- but in a situation, if I

9    were defending a company that really

10   was not doing anything wrong and just

11   participating in their normal business

12   activities using a piece of technology

13   or product or what have you, it would

14   be very expensive for that business to

15   go and hire a lawyer and have that

16   lawyer go and perhaps be able to get

17   the case dismissed quickly but still

18   to file a Rule 11 challenge to the

19   litigation, to file a 12(B)(6) motion

20   to dismiss right off the top would

21   cost that small business a lot of

22   money.

23         So I think this is a good effort

24   at deterrence, and I think it give the

25   state a legitimate enforcement tool

Case 2:23-cv-00901-MJP-JRW   Document 25316   Filed 04/29/25   Page 14 of 36   Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm          Testimony of Sen. David Frockt
January 20, 2015

8

 1   the try to stop these kinds of

 2   activity.

 3        I did get one comment from --

 4   and some of you -- Mr. Chairman you

 5   may have received the letter as

 6   well -- from a party called

 7   Intellectual Ventures, and they had

 8   some concerns about universities and

 9   whether or not they should somehow be

10   exempt from enforcement under this

11   through their patent management and

12   intellectual property management

13   offices.  So I would obviously defer

14   to the committee to take a look at

15   that and examine that question.

16        MR. FORD:  Thank you very much,

17   Senator Frockt.  We did have a hearing

18   on this in the Spokane Valley in

19   October, and the attorney general made

20   a presentation.  At that time, we did

21   have an attorney from a large patent

22   law firm in Spokane with some

23   concerns.

24        So, obviously, there's a

25   balancing act here.  And, of course,

Case 2:23-cv-01016-JNW   Document 25-16   Filed 04/29/25   Page 15 of 36 Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm          Testimony of Sen. David Frockt
January 20, 2015

9

1   his concern was the legitimate

2   exercise of his best legal advice and

3   sending out some cease and desist

4   letters, I guess you would call them,

5   to the companies who were infringing

6   on his clients' patents.

7        So the legitimate use of that

8   letter -- he was afraid this

9   legislation might put a damper on the

10  legitimate use, so we have got a

11  balance here.  And I'm sure some of

12  the other speakers will talk to that.

13       There definitely have been

14  abuses.  We had some testimony from

15  the home builders in southwest

16  Washington about problems they have

17  with some of these letters going out.

18       MR. FROCKT:  Well, thank you

19  very much for hearing the bill this

20  morning, and I look forward to the

21  discussion as the bill moves through

22  the process.  Thank you.

23       MR. CHAIRMAN:  All right.  Thank

24  you.  We will call up Mark Allen and

25  John Nelson.

Case 2:23-cv-01016-JNW-MLP Document 25-16 Filed 04/29/25 Page 16 of 36 Page
ID #:490

Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.
Testimony of Sen. David Frockt
January 20, 2015

10

1       MR ALLEN:  Good morning, Mr.

2   Chairman, members of the committee.

3   For the record, Mark Allen

4   representing the Washington State

5   Association of Broadcasters.  Our

6   local radio stations throughout the

7   State of Washington have been targets

8   of a company that claims that it has a

9   patent for putting music on a hard

10  drive, which is where most radio

11  station music resides anymore.  When I

12  was a disk jockey, there were 45

13  records and you had to put them on a

14  turntable and play them.  Now it's

15  just press a button.

16      A number of these -- this

17  company has actually -- is involved in

18  federal litigation right now with a

19  number of the large radio broadcasting

20  companies, but they have also targeted

21  a number of our small radio stations

22  throughout the State of Washington

23  claiming that they have a patent on

24  the process for putting this music on

25  the hard drive and getting it out on

Case 2:23-cv-00901-MJP-VRW    Document 25-16    Filed 04/29/25    Page 17 of 36  Page
ID #:470
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm                     Testimony of Sen. David Frockt
January 20, 2015

1   the air.

2       I will be very brief.  These are

3   small stations.  As Senator Frockt

4   said, they are very small businesses.

5   They really can't afford to mount a

6   large defense of these of these,

7   although I'm not sure that any of them

8   at this point have knuckled under and

9   met the demands for payment for a

10  license fee.

11      The federal litigation has been

12  stayed while the patent office reviews

13  these patents, and so at that point

14  there was little pressure on the local

15  stations to settle.

16      But once that federal litigation

17  moves forward, and it is starting to

18  do that now, they may again be

19  targeted.  One of the stations told me

20  that they had even had two threatening

21  phone calls.

22      So this is a problem for our

23  small radio stations throughout the

24  State of Washington, and we are in

25  support of the bill and appreciate the

12

1    committee's consideration.

2          With that, I will conclude my

3    testimony and be happy to answer any

4    questions.

5          MR. CHAIRMAN:  Any questions for

6    Mr. Allen?

7          Thanks very much for your

8    testimony this morning.

9          Mr. Nelson.

10          MR. NELSON:  Good morning,

11    Mr. Chair, members of the committee.

12    My name is John Nelson.  I'm a

13    consumer protection attorney for the

14    Office of the Attorney General for the

15    State of Washington.  And, obviously,

16    I'm here today in support of the

17    Patent Troll Prevention Act.

18          What I would like to do

19    initially is just provide an overview

20    of the problem and then ultimately

21    what the bill seeks to do.

22          We have already heard today that

23    patent trolls primarily target small

24    businesses, and that's noteworthy

25    because they target individuals and

13

```
 1  businesses who don't have general

 2  counsel or built in either, you know,

 3  stable of attorneys or alternatively

 4  large coffers of money to use to

 5  defend these cases.

 6       And to give some context of the

 7  overall cost of defending these cases,

 8  recent studies indicate that about

 9  $29 billion a year goes into defending

10  these types of cases, which is a

11  noteworthy sum of money.  And what

12  they do --

13       MR. CHAIRMAN:  Let me ask you a

14  question right there, Mr. Nelson.  Are

15  you insinuating that all the cases are

16  one-sided, that every time a patent

17  attorney sends out a letter that

18  they're doing it fraudulently?  You

19  kind of make it sound like that when

20  you say $29 billion all spent.  I

21  assume some of that money was spent

22  legitimately.

23       MR. NELSON:  That's correct.

24  And the 29 billion is an estimate of

25  defense where I guess the study
```

Case 2:23-cv-00900-MJP Document 25316 Filed 04/29/25 Page 20 of 36 Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                    Testimony of Sen. David Frockt
January 20, 2015

14

1   indicates that they're baseless claims

2   to be more specific.  So -- and to

3   answer your question directly, yes

4   there are -- what this bill seeks to

5   do is not in any way inhibit the

6   protection of intellectual property

7   whatsoever.

8          And one of the noteworthy things

9   about the bill is that is specifically

10  lays out what is operating in good

11  faith.  We don't simply say here's

12  what bad faith is.  We say, hey, we

13  support the time and capital required

14  to come up with many of these patents

15  and inventions, and here's what, you

16  know, we think is a good faith effort

17  to defend those.

18         And to put this in perspective

19  as to how this affects the State of

20  Washington, for instance, between

21  September 2012 and May of 2013, one

22  large entity sent demand letters to

23  16,000 small businesses across the

24  country, including 331 small

25  businesses here in Washington.  And

1   the real issue of course is they do so

2   with a lack of due diligence.  They

3   are blindly sending out letters, and

4   many of them use nothing more than

5   purchased business data.

6          For instance, they say I would

7   like to know every small business in

8   King County that employs between 20

9   and a hundred individuals who may use

10  a copier.  And the use of copying

11  mechanisms and procedures obviously

12  has been a real problem and a target

13  for these individuals.

14         But as I mentioned before, this

15  bill is intended to do four things.

16  First, it would prohibit

17  patent-holding firms from sending out

18  demand letters in bad faith.

19  Specifically, it would require the

20  person or entity asserting the claim

21  to have acted in good faith prior to

22  sending a demand letter.

23         Second, it would create a set of

24  factors for courts to use utilize in

25  determining what constitutes bad faith

Case 2:23-cv-00091-MJP   Document 25-16   Filed 04/29/25   Page 22 of 36   Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                    Testimony of Sen. David Frockt
January 20, 2015

16

1   in the course of patent enforcement

2   actions.

3        Third, it would create a set of

4   factors for courts to utilize in

5   determining what constitutes good

6   faith in the course of patent

7   enforcement actions thereby protecting

8   legitimate patent infringement

9   actions.  And again, I want to harp on

10  that point.  That's a built-in

11  protection.

12       And finally, it would create

13  public awareness about patent trolls

14  and in the process inoculate small

15  business owners against these tactics.

16       And I would close by addressing

17  one of the questions regarding recent

18  litigation regarding patent troll

19  matters.  There are about 17 or 18

20  states that have statutes addressing

21  patent trolling.  And the most

22  noteworthy one right now, for purposes

23  of litigation, involves the state of

24  Vermont where an entity attempted to

25  remove the action to federal court,

17

1  and twice federal court as kicked it

2  back to state court, which is a very

3  good indicator about our ability

4  specifically to address what are

5  unfair and deceptive, you know,

6  language within a demand letter.

7        Thank you.  I urge your support,

8  and I'm here for any questions.

9        MR. CHAIRMAN:  Senator Peterson

10  has a question for you.

11        MR. PETERSON:  Thank you very

12  much, Mr. Chair.

13        I'm wondering whether you could

14  speak to the testimony of the previous

15  speaker about letters, so a situation

16  in which there's an active dispute in

17  federal court, so apparently an actual

18  patent and some basis for that

19  continuing.

20        How do you see this bill

21  affecting that kind of a situation?

22        MR ALLEN:  Sure.  One noteworthy

23  part about this proposed legislation

24  is that it does not involve a private

25  cause of action.

18

1    First and foremost, the attorney

2  general would be the gatekeeper.

3    Secondly, those factors that we

4  proposed in the bill which outline

5  good faith really protect those

6  companies.  And, really, what the

7  state would be asking these businesses

8  to do is, first off, verify that the

9  patent exists, reference it with a

10  number, specifically tie it to a

11  business practice of that small

12  business and then, you know, provide

13  reasonable deadlines and other things.

14    Instead, what happens is they

15  send the letter out, they say you're

16  violating this patent.  If you don't

17  contact us within ten days or five

18  days, we are going to file suit

19  against you.

20    So, really, it shouldn't effect

21  the honest protection of patents

22  because when those letters come out,

23  there will have been a good faith, you

24  know, sort of due diligence done to

25  protect that patent and show that

Case 2:23-cv-00001-MJP   Document 25316   Filed 04/29/25   Page 25 of 36  Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                    Testimony of Sen. David Frockt
January 20, 2015

19

```
 1   business owner we're legitimate.  You

 2   can either enter into a license

 3   agreement with us or you can defend

 4   the litigation in court.

 5        MR. CHAIRMAN:  Thank you both

 6   very much.

 7        We'll next call up Nathan Gordon

 8   and Jessica Fortescue.

 9        MR. GORDON:  Good morning,

10   Mr. Chair.  Good morning, committee.

11   Thank you for the opportunity to

12   testify this morning.  My name is

13   Nathan Gordon here representing the

14   Washington Association of Realtors,

15   and I want to thank Senator Frockt and

16   Senator Fain and the attorney general

17   as well for putting forward this

18   consumer protection bill.

19        The reason the Realtors are here

20   testifying about this bill is, as you

21   can imagine, many of my folks scan

22   documents.  And so what we are seeing,

23   both in Washington and across the

24   country, is Realtors who are using

25   scanners.  They're using them in the
```

Case 2:23-cv-00901-MJW    Document 25-16    Filed 04/29/25    Page 26 of 36   Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                     Testimony of Sen. David Frockt
                                                                         January 20, 2015

20

1  way that scanner was intended to be

2  used.  They're getting letters because

3  some small part inside the scanner,

4  the patent on that small part as

5  expired, and some outside company has

6  bought up the rights to that patent.

7      And now they're getter a letter

8  saying you are using this in violation

9  of our patent, and you need to

10 basically write us a $250 check or

11 else we are going to pull you into a

12 lawsuit.  And that's happening all

13 across the country for different

14 things.

15     I know talking to the builders

16 who may be here to testify, same thing

17 is happening to them with fans.  And

18 so this is an important problem that I

19 think needs some resolution here in

20 the state.

21     We were a big part of the

22 federal group that worked with

23 Congress to try to get a resolution.

24 We were disappointed but not surprised

25 that they couldn't get the ball across

Case 2:23-cv-00099-MCS-JRW   Document 25316   Filed 04/29/25   Page 27 of 36   Page
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm   Testimony of Sen. David Frockt
January 20, 2015

21

1    the line, and we would ask that you do

2    that here for us today.  Thank you.

3         MR. CHAIRMAN:  All right.  Any

4    questions?

5         Go ahead, Ms. Fortescue.

6         MS. FORTESCUE:  Chair Patent,

7    members of the committee thank you for

8    the opportunity to speak before you

9    this morning.  For the record, my name

10   is Jessica Fortescue, and I'm here on

11   behalf of the Washington Bankers

12   Association, which represents

13   commercial banks operating in every

14   county across the state ranging in

15   size from large, multistate financial

16   institutions to smaller family-owned

17   and community-based banks.

18        I'm also here this morning on

19   behalf of the United Financial Lobby,

20   which is a group of stakeholders that

21   come together to represent the broad

22   interests of the financial district in

23   Washington State.

24        We come before you today the

25   express our strong support of Senate

22

1    Bill 5059, which will create a means

2    of addressing and hopefully in the

3    long term preventing bad faith patent

4    infringement claims.

5         We greatly appreciate the

6    attorney general's leadership on this

7    measure as well as the legislative

8    sponsors, and we believe this is the

9    proactive approach that Washington

10   State should also take, along with a

11   number of other states that have

12   passed this measure in the last couple

13   of years.

14        In banks, for example, one area

15   that we have seen this activity is in

16   cash or ATM machines where a

17   nonpracticing entity purchases an

18   overly broad tech or software patent

19   and then turns around and makes an

20   assertion of bad faith -- or makes an

21   assertion of patent infringement for

22   smaller banks, for example, if they

23   use or continue using the ATM

24   machines.

25        So we believe that the risks of

Case 2:23-cv-00901-MJP Document 25-16 Filed 04/29/25 Page 29 of 36 Page

Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                    Testimony of Sen. David Frockt
January 20, 2015

23

1    these abusive patent infringement

2    claims impacts nearly every industry,

3    and, in particular, there are serious

4    concerns for banks of every size

5    across the State of Washington.

6          And we thank you for your

7    support of this measure, and I'm happy

8    to se any questions.

9          MR. CHAIRMAN:  Thank you both

10   very much.  And there does not appear

11   to be any questions.

12         Next call up, Mark Johnson.

13         And while he's coming up, I note

14   for the record that Michael Temple has

15   signed in on behalf Washington State

16   Association for Justice, not wishing

17   to testify but indicating concerns

18   with the bill.  And, Mr. Temple, I see

19   you back there.  If you could get the

20   committee staff what those concerns

21   are, and we would appreciate it.

22         (End of excerpt of proceedings.)

23

24

25

Case 2:23-cv-00901-MS-JRW   Document 25-16   Filed 04/22/25   Page 30 of 36 Page
ID #:493
Hearing on SSB 5059 BEfore Sen. Law & Jus. Comm.                    Testimony of Sen. David Frockt
                                                                        January 20, 2015

24

| 1 | CERTIFICATE |
|---|---|

2

3

4

5 THE STATE OF FLORIDA )

6 COUNTY OF PINELLAS   )

7

8

9    I, ERICA FIELD, stenographic court

10 reporter, do hereby certify that I was

11 authorized to and did listen to and

12 stenographically transcribed the foregoing

13 video-recorded proceedings and that the

14 transcript is a true record to the best of my

15 ability.

16

17    Signed this 1st day of April, 2022.

18

19

20

21   _____

22   Erica Field, FPR

23

24

25

Case 1:20-cv-03590-RGA-SRW Law Doc. Comm. 125316   Filed 04/28/2025   Testimony of Sen. David Frockt   Page 31 of 36 PageID #:454

January 20, 2015

**$**

**$250** 20:10
**$29** 13:9,20

**1**

**1** 2:17
**11** 7:18
**12(B)(6)** 7:19
**16,000** 14:23
**17** 16:19
**18** 7:3 16:19
**19** 3:9

**2**

**20** 2:3,24 15:8
**2012** 14:21
**2013** 14:21
**2015** 2:3
**29** 13:24

**3**

**331** 14:24

**4**

**45** 10:12
**46th** 5:11

**5**

**5059** 2:5,12 3:7 22:1
**55** 6:23

**8**

**8** 2:17
**8:00** 5:18

**A**

**ability** 17:3

**abuse** 6:21
**abuses** 9:14
**abusive** 23:1
**act** 3:8 4:6,7,10 8:25 12:17
**acted** 15:21
**action** 4:9 16:25 17:25
**actions** 6:19 16:2,7,9
**active** 17:16
**activities** 7:12
**activity** 6:24 8:2 22:15
**actual** 17:17
**address** 3:24 17:4
**addressing** 16:16,20 22:2
**adopted** 4:22
**advice** 9:2
**affecting** 17:21
**affects** 14:19
**afford** 11:5
**afraid** 9:8
**agenda** 2:4
**agreement** 19:3
**ahead** 2:9 21:5
**air** 11:1
**alleged** 7:5
**Allen** 9:24 10:1,3 12:6 17:22
**alternatively** 13:3
**anymore** 10:11
**apparently** 7:1 17:17
**application** 2:25
**approach** 22:9
**area** 22:14
**areas** 4:1
**arrives** 2:6
**Article** 2:17
**asserting** 3:14 15:20
**assertion** 3:11 22:20,21
**assertions** 2:13 3:10
**assigned** 3:6

**Association** 10:5 19:14 21:12 23:16
**assume** 13:21
**ATM** 22:16,23
**attempted** 16:24
**attorney** 4:7 5:22 6:17 8:19,21
  12:13,14 13:17 18:1 19:16 22:6
**attorneys** 13:3
**authorized** 4:8
**avoid** 3:17
**awareness** 16:13

**B**

**back** 7:6 17:2 23:19
**bad** 2:13 3:11,20,21 14:12 15:18,25
  22:3,20
**balance** 9:11
**balancing** 8:25
**ball** 20:25
**Bankers** 21:11
**banks** 21:13,17 22:14,22 23:4
**based** 2:15
**baseless** 14:1
**basically** 20:10
**basis** 17:18
**behalf** 4:11 21:11,19 23:15
**big** 20:21
**bill** 2:5,12 3:7 5:21 6:1,3 9:19,21
  11:25 12:21 14:4,9 15:15 17:20 18:4
  19:18,20 22:1 23:18
**billion** 13:9,20,24
**bit** 2:7
**blindly** 15:3
**bought** 20:6
**bring** 4:8
**broad** 21:21 22:18
**Broadcasters** 10:5
**broadcasting** 10:19
**builders** 9:15 20:15
**built** 13:2
**built-in** 16:10

**business** 7:11,14,21 15:5,7 16:15 18:11,12 19:1

**businesses** 6:25 11:4 12:24 13:1 14:23,25 18:7

**button** 10:15

## C

**call** 9:4,24 19:7 23:12

**called** 8:6

**calls** 11:21

**capacity** 6:11

**capital** 14:13

**case** 4:16 7:17

**cases** 13:5,7,10,15

**cash** 22:16

**cease** 9:3

**Chair** 12:11 17:12 19:10 21:6

**Chairman** 2:3 4:13 5:1,7,15 8:4 9:23 10:2 12:5 13:13 17:9 19:5 21:3 23:9

**challenge** 7:18

**chapter** 3:9

**check** 4:25 20:10

**claim** 15:20

**claiming** 10:23

**claims** 10:8 14:1 22:4 23:2

**Clause** 2:17

**clients'** 9:6

**close** 16:16

**coffee** 5:20

**coffers** 13:4

**comment** 8:3

**commercial** 21:13

**committee** 2:12 5:5 6:3 8:14 10:2 12:11 19:10 21:7 23:20

**committee's** 12:1

**community-based** 21:17

**companies** 9:5 10:20 18:6

**company** 7:9 10:8,17 20:5

**concern** 9:1

**concerns** 8:8,23 23:4,17,20

**conclude** 12:2

**Congress** 20:23

**consideration** 12:1

**constitutes** 15:25 16:5

**Constitution** 2:16,18

**consumer** 4:6,9 6:12 12:13 19:18

**contact** 18:17

**context** 13:6

**continue** 22:23

**continuing** 17:19

**copier** 15:10

**copying** 15:10

**correct** 13:23

**cosponsoring** 6:1

**cost** 7:21 13:7

**counsel** 2:11 13:2

**country** 14:24 19:24 20:13

**county** 15:8 21:14

**couple** 6:2 22:12

**court** 3:18 4:16,24 16:25 17:1,2,17 19:4

**courts** 15:24 16:4

**create** 15:23 16:3,12 22:1

**creates** 3:7

## D

**damper** 9:9

**data** 7:1 15:5

**date** 2:25

**days** 18:17,18

**deadlines** 18:13

**dealing** 4:17

**deceptive** 4:6 17:5

**defend** 13:5 14:17 19:3

**defending** 7:9 13:7,9

**defense** 11:6 13:25

**defer** 8:13

**demand** 3:13,22 7:4 14:22 15:18,22 17:6

**demands** 11:9

**desist** 9:3

**determining** 15:25 16:5

**deterrence** 7:24

**developed** 3:5

**diligence** 15:2 18:24

**directly** 14:3

**disappointed** 20:24

**discussion** 9:21

**disk** 10:12

**dismiss** 7:20

**dismissed** 7:17

**dispute** 17:16

**distribute** 5:4

**district** 5:11 21:22

**documents** 19:22

**drive** 10:10,25

**due** 15:2 18:24

## E

**early** 5:19

**effect** 18:20

**effort** 6:15 7:23 14:16

**employs** 15:8

**end** 23:22

**enforce** 6:12

**enforcement** 6:19 7:5,25 8:10 16:1, 7

**enter** 19:2

**entity** 14:22 15:20 16:24 22:17

**essentially** 6:7

**estimate** 13:24

**evidence** 3:20

**examine** 8:15

**excerpt** 23:22

**exclude** 2:21

**exempt** 8:10

**exercise** 9:2

**exists** 18:9

**expensive** 7:14

**expired** 20:5

**express** 21:25

---

**F**

**fact** 6:17

**factors** 3:19,21 15:24 16:4 18:3

**facts** 3:25

**failing** 4:3

**Fain** 5:24 19:16

**faith** 2:13 3:11,20,21 14:11,12,16
15:18,21,25 16:6 18:5,23 22:3,20

**family-owned** 21:16

**fans** 20:17

**favorable** 4:18

**federal** 2:16 5:2 6:8 10:18 11:11,16
16:25 17:1,17 20:22

**fee** 11:10

**fighting** 7:4

**file** 7:18,19 18:18

**filed** 3:1

**finally** 16:12

**financial** 21:15,19,22

**firm** 8:22

**firms** 15:17

**folks** 19:21

**Ford** 2:9,10,11 4:14,15,20 5:6 8:16

**foremost** 18:1

**Fortescue** 19:8 21:5,6,10

**forward** 6:15 9:20 11:17 19:17

**fraudulently** 13:18

**Frockt** 2:5 5:8,10,14 8:17 9:18 11:3
19:15

---

**G**

**gatekeeper** 6:18 18:2

**general** 4:8 5:22 6:17 8:19 12:14
13:1 18:2 19:16

**general's** 22:6

**Generally** 2:23

**getter** 20:7

**give** 7:3,24 13:6

**good** 2:10 3:20 6:15 7:23 10:1 12:10
14:10,16 15:21 16:5 17:3 18:5,23
19:9,10

**Gordon** 19:7,9,13

**government** 2:20

**granted** 2:20

**greatly** 22:5

**grew** 5:16

**group** 20:22 21:20

**guess** 9:4 13:25

---

**H**

**happening** 6:21 20:12,17

**happy** 12:3 23:7

**hard** 10:9,25

**harp** 16:9

**Hawthorn** 5:12

**heard** 12:22

**hearing** 5:21 8:17 9:19

**hey** 14:12

**Hills** 5:13

**hire** 7:15

**home** 9:15

**honest** 18:21

**hundred** 15:9

---

**I**

**imagine** 19:21

**impacts** 23:2

**important** 6:20,22 20:18

**include** 3:21,22

**including** 14:24

**indicating** 23:17

**indicator** 17:3

**individuals** 12:25 15:9,13

**industry** 23:2

**information** 3:23 4:4

**infringed** 3:15

**infringement** 2:14 3:10,12 16:8
22:4,21 23:1

**infringing** 4:2 9:5

**inhibit** 14:5

**initially** 12:19

**inoculate** 16:14

**inside** 20:3

**insinuating** 13:15

**instance** 14:20 15:6

**institutions** 21:16

**intellectual** 2:19 8:7,12 14:6

**intended** 15:15 20:1

**intent** 4:18

**interests** 21:22

**invention** 2:23 3:4

**inventions** 14:15

**inventor** 2:21

**involve** 17:24

**involved** 10:17

**involves** 16:23

**issue** 15:1

**issues** 4:17

**item** 2:4

---

**J**

**January** 2:3

**Jessica** 19:8 21:10

**jockey** 10:12

**John** 9:25 12:12

**Johnson** 23:12

**join** 5:25

**Justice** 23:16

---

**K**

**kicked** 17:1

**kind** 5:16 6:18 13:19 17:21

**kinds** 6:24 8:1

**King** 15:8

**knuckled** 11:8

---

## L

**lack** 15:2

**language** 17:6

**large** 8:21 10:19 11:6 13:4 14:22 21:15

**law** 2:15,16 4:23 8:22

**laws** 6:13

**lawsuit** 3:18 20:12

**lawyer** 7:15,16

**lays** 14:10

**leadership** 22:6

**legal** 3:3 9:2

**legislation** 4:19 5:2,4 9:9 17:23

**legislative** 22:7

**legitimate** 7:25 9:1,7,10 16:8 19:1

**legitimately** 13:22

**letter** 8:5 9:8 13:17 15:22 17:6 18:15 20:7

**letters** 9:4,17 14:22 15:3,18 17:15 18:22 20:2

**level** 6:9

**license** 3:16 11:10 19:2

**licensed** 3:6

**litigation** 3:14,17 4:21 7:19 10:18 11:11,16 16:18,23 19:4

**litigator** 7:7

**Lobby** 21:19

**local** 10:6 11:14

**long** 22:3

**lot** 7:21

---

## M

**machines** 22:16,24

**made** 8:19

**make** 3:10 13:19

**makes** 22:19,20

**making** 2:22

**management** 8:11,12

**Mark** 9:24 10:3 23:12

**matters** 16:19

**means** 22:1

**measure** 22:7,12 23:7

**mechanisms** 15:11

**members** 5:5 6:2 10:2 12:11 21:7

**mentioned** 15:14

**met** 11:9

**Michael** 23:14

**money** 7:22 13:4,11,21

**morning** 2:10 5:19,25 9:20 10:1 12:8,10 19:9,10,12 21:9,18

**motion** 7:19

**mount** 11:5

**moves** 9:21 11:17

**multistate** 21:15

**music** 10:9,11,24

---

## N

**Nathan** 19:7,13

**neighborhood** 5:12

**Nelson** 9:25 12:9,10,12 13:14,23

**nonexclusive** 3:19

**nonpracticing** 22:17

**normal** 7:11

**note** 23:13

**noteworthy** 12:24 13:11 14:8 16:22 17:22

**number** 3:24 6:1 10:16,19,21 18:10 22:11

---

## O

**obtain** 3:16

**October** 8:19

**offering** 2:22

**office** 3:2 11:12 12:14

**offices** 8:13

**one-sided** 13:16

**operating** 14:10 21:13

**opportunity** 19:11 21:8

**order** 3:17

**organizations** 7:2

**outline** 18:4

**overly** 22:18

**overview** 12:19

**owner** 3:25 19:1

**owners** 16:15

---

## P

**part** 17:23 20:3,4,21

**participating** 7:11

**party** 8:6

**passed** 22:12

**patent** 2:13,15,19,24 3:1,2,5,8,10,11, 15,23,25 4:3 6:6 7:5 8:11,21 10:9,23 11:12 12:17,23 13:16 16:1,6,8,13,18, 21 17:18 18:9,16,25 20:4,6,9 21:6 22:3,18,21 23:1

**patent-holding** 15:17

**patented** 3:4

**patents** 9:6 11:13 14:14 18:21

**payment** 11:9

**percent** 6:23 7:3

**person** 3:9,12 4:11 15:20

**perspective** 14:18

**Peterson** 17:9,11

**phone** 11:21

**piece** 7:12

**play** 10:14

**point** 11:8,13 16:10

**practice** 18:11

**practicing** 7:7

**preempted** 6:10

**presentation** 8:20

**press** 10:15

**pressure** 11:14

**prevent** 6:20

**preventing** 22:3

**Prevention** 3:8 12:17

Case 2:25-cv-00127-JCC   Document 25-16   Filed 02/21/25   Page 35 of 36
Hearing on SB 5069 Before Senate Law & Justice Comm.                Testimony of Sen. David Frockt
ID #:458                                                                          January 20, 2015

**previous** 17:14

**primarily** 12:23

**prime** 2:6 5:8

**prior** 15:21

**private** 17:24

**proactive** 22:9

**problem** 6:5,6 11:22 12:20 15:12 20:18

**problems** 6:8 9:16

**procedures** 15:11

**proceedings** 2:2 23:22

**process** 9:22 10:24 16:14

**product** 7:13

**prohibit** 15:16

**property** 2:20 8:12 14:6

**proposed** 17:23 18:4

**protect** 18:5,25

**protecting** 16:7

**protection** 4:7,9 6:13 12:13 14:6 16:11 18:21 19:18

**provide** 4:3 12:19 18:12

**public** 16:13

**pull** 20:11

**purchased** 15:5

**purchases** 22:17

**purposes** 16:22

**put** 6:15 9:9 10:13 14:18

**putting** 10:9,24 19:17

---

### Q

**question** 6:9 8:15 13:14 14:3 17:10

**questions** 4:14 12:4,5 16:17 17:8 21:4 23:8,11

**quickly** 7:17

---

### R

**radio** 10:6,10,19,21 11:23

**ranging** 21:14

**real** 15:1,12

**Realtors** 19:14,19,24

**reason** 19:19

**reasonable** 18:13

**received** 8:5

**recent** 4:16,21 13:8 16:17

**record** 10:3 21:9 23:14

**records** 10:13

**reference** 18:9

**relating** 3:25

**remove** 16:25

**represent** 21:21

**representing** 5:9,10 10:4 19:13

**represents** 21:12

**require** 15:19

**required** 14:13

**requirement** 3:3

**resides** 10:11

**residing** 4:11

**resolution** 20:19,23

**reverse** 6:21

**reviews** 11:12

**rights** 20:6

**risks** 22:25

**Rule** 7:18

**ruled** 4:24

---

### S

**sale** 2:22

**scan** 19:21

**scanner** 20:1,3

**scanners** 19:25

**Section** 2:17

**seeks** 12:21 14:4

**selling** 2:23

**Senate** 2:5,12 3:7 21:25

**Senator** 2:5 5:8,10,24 8:17 11:3 17:9 19:15,16

**send** 18:15

**sending** 9:3 15:3,17,22

**sends** 3:12 13:17

**September** 14:21

**serve** 6:18

**set** 15:23 16:3

**settle** 11:15

**show** 18:25

**signed** 6:2 23:15

**simply** 14:11

**situation** 7:8 17:15,21

**size** 21:15 23:4

**small** 6:25 7:21 10:21 11:3,4,23 12:23 14:23,24 15:7 16:14 18:11 20:3,4

**smaller** 21:16 22:22

**software** 22:18

**sold** 3:6

**sort** 6:7,20 18:24

**sound** 13:19

**southwest** 9:15

**speak** 5:24 17:14 21:8

**speaker** 17:15

**speakers** 9:12

**specific** 3:23 4:1 14:2

**specifically** 14:9 15:19 17:4 18:10

**spent** 13:20,21

**spirit** 4:18

**Spokane** 8:18,22

**sponsor** 2:6 5:8

**sponsors** 22:8

**stable** 13:3

**staff** 23:20

**stakeholders** 21:20

**started** 6:5

**starting** 11:17

**state** 4:10,12,23 7:25 10:4,7,22 11:24 12:15 14:19 16:23 17:2 18:7 20:20 21:14,23 22:10 23:5,15

**states** 2:18 4:21 16:20 22:11

**station** 10:11

**stations** 10:6,21 11:3,15,19,23

---

Hearing on SB 5059 Before Senate Law & Justice Comm. · Testimony of Sen. David Frockt
Case 2:13-cv-05059-RBL Document 25-16 Filed 04/29/25 Page 36 of 36
ID #:459
January 20, 2015

**statutes** 4:22 16:20

**stayed** 11:12

**stop** 8:1

**strong** 21:25

**studies** 13:8

**study** 13:25

**suit** 18:18

**sum** 13:11

**support** 11:25 12:16 14:13 17:7 21:25 23:7

**Supreme** 4:24

**surprised** 20:24

### T

**tactics** 16:15

**talk** 9:12

**talked** 6:4

**talking** 20:15

**target** 3:13,15,16 4:1,2 12:23,25 15:12

**targeted** 10:20 11:19

**targets** 6:24 10:7

**tech** 22:18

**technology** 7:12

**Temple** 23:14,18

**ten** 18:17

**term** 2:24 22:3

**testify** 2:8 19:12 20:16 23:17

**testifying** 19:20

**testimony** 9:14 12:3,8 17:14

**thing** 20:16

**things** 14:8 15:15 18:13 20:14

**threatening** 3:13 11:20

**tie** 18:10

**Tim** 2:11

**time** 7:6 8:20 13:16 14:13

**Title** 3:9

**today** 12:16,22 21:2,24

**told** 11:19

**tool** 7:25

**top** 7:20

**tracking** 7:3

**Trademark** 3:2

**troll** 3:8 12:17 16:18

**trolling** 6:7 16:21

**trolls** 12:23 16:13

**turns** 22:19

**turntable** 10:14

**types** 13:10

### U

**U.S.** 2:15 3:1 4:24

**ultimately** 12:20

**unfair** 4:5 17:5

**United** 2:18 21:19

**universities** 8:8

**urge** 17:7

**utilize** 15:24 16:4

### V

**Valley** 8:18

**Ventures** 8:7

**verify** 18:8

**Vermont** 16:24

**vibrant** 5:12

**violating** 18:16

**violation** 4:5 20:8

### W

**Washington** 9:16 10:4,7,22 11:24 12:15 14:20,25 19:14,23 21:11,23 22:9 23:5,15

**whatsoever** 14:7

**wishing** 23:16

**wondering** 17:13

**words** 5:17

**worked** 20:22

**write** 20:10

**wrong** 7:10

### Y

**year** 13:9

**years** 2:24 22:13