**Honorable Jamal N. Whitehead**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-01016<br><br>**DEFENDANTS' MOTION FOR LEAVE TO DISMISS COUNTERCLAIM**<br><br>NOTE ON MOTION CALENDAR:<br>October 17, 2025 |

DEFENDANTS' MOTION FOR LEAVE TO DISMISS COUNTERCLAIM
Page **1** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

1  Defendants respectfully move for leave to dismiss Defendants' Counterclaim Count 1
2  under FRCP 41(c).

3  On May 8, 2025, Defendants filed Counterclaim Count 1 alleging infringement of U.S.
4  Patent No. 8,856,221 by Plaintiff Valve Corporation (Dkt. No. 80, pp. 32-36). In view of certain
5  evidence produced during discovery regarding the operation of the accused devices, which was
6  previously unknown to Defendants, Defendants hereby move for leave to dismiss Counterclaim
7  Count 1 <u>with prejudice</u>.

8  Further, such a dismissal would also remove the case or controversy requirement for Count
9  I (Declaratory Judgment of Invalidity) and Count II (Declaratory Judgment of Unenforceability)
10 of Plaintiff's Second Amended Complaint. *See* Dkt. No. 38, pp. 11-12. Accordingly, if the Court
11 dismisses Defendants' Counterclaim Count 1, Defendants intend to move for dismissal of Counts
12 I and II of Plaintiff's Second Amended Complaint, as moot and for lack of standing.

13 Counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff
14 indicated they would oppose the present Motion.

16 Dated: October 3, 2025           Respectfully submitted,

17                                  By: <u>/s/ *Joseph J. Zito*</u>
                                        Joseph J. Zito
18                                      DNL ZITO
                                        1250 Connecticut Avenue, NW, Suite 700
19                                      Washington, DC 20036
                                        Tel: (202) 466-3500
20                                      Email: jzito@dnlzito.com

21                                      René A. Vazquez (*pro hac vice*)
                                        DNL ZITO
22                                      1250 Connecticut Avenue, NW, Suite 700
                                        Washington, DC 20036

DEFENDANTS' MOTION FOR LEAVE TO DISMISS COUNTERCLAIM
Page **2** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

Tel: (703) 989-2244
Email: rvazquez@dnlzito.com

*/s/ Matthew J. Cunanan*
Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

DEFENDANTS' MOTION FOR LEAVE TO DISMISS COUNTERCLAIM
Page **3** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I filed the present DEFENDANTS' MOTION FOR LEAVE TO DISMISS COUNTERCLAIM through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

*/s/ Joseph J. Zito*

DEFENDANTS' MOTION FOR LEAVE TO DISMISS COUNTERCLAIM
Page **4** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500