**Honorable Jamal N. Whitehead**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>  Plaintiff,<br>   v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-01016<br><br>**PROPOSED ORDER** |

The Court, having considered the pleadings and all other argument on Defendants' Motion for Leave to Dismiss Counterclaim Count 1 with pejudice, hereby GRANTS the motion.

WHEREFORE:

Defendants' Counterclaim Count 1 is hereby dismissed with prejudice.

SO ORDERED This _____ day of _____, 2025

_____
**United States District Judge**