UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-1016-JNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>**October 8, 2025**<br><br>Complaint Filed:       07/07/2023 |

PLEASE TAKE NOTICE that Plaintiff Valve Corporation ("Plaintiff") and Defendants Leigh Rothschild; Rothschild Broadcast Distribution Systems, LLC; Display Technologies, LLC; Patent Asset Management, LLC; Meyler Legal, PLLC, and Samuel Meyler ("Defendants") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, the Parties anticipate filing motions for summary judgment including at least one overlapping issue;

WHEREAS, the current deadline to file dispositive motions for summary judgment is October 27, 2025;

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE
Case No. 2:23-cv-1016

1

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  WHEREAS, Defendants previously filed a motion for summary judgment limited to Valve's Count IV (Dkt. 111);

WHEREAS, Defendants request leave from LCR 7(e)(3), which prohibits contemporaneous Summary Judgement briefing, so that Defendants be permitted to file an additional briefing on summary judgment in accordance with the Court's Scheduling Order (Dkt. 106) limited to Valve's Count III (as to all Defendants), and on Valve's Count IV (as to only the Meyler Defendants, Meyler Legal, PLLC and Samuel Meyler); Valve does not oppose this request;

WHEREAS, the Parties agree that the proposed word counts on the cross-motions below should be reduced by the number of words used by the Parties in the briefing on Defendants' pending motion for summary judgment (Dkts. 111, 121, 125) to comply with the total word limits in Section 5.8 of this Court's Chamber Procedures;

WHEREAS, the Parties have met and conferred regarding a briefing schedule for their cross-motions for summary judgment pursuant to Section 5.8 of the Court's Chambers Procedures.

THEREFORE, the Parties hereby stipulate to and respectfully request that the Court enter the following briefing schedule and page limits for their cross-motions for summary judgment:

| Deadline | Brief | Word Limit |
| --- | --- | --- |
| October 27, 2025 | **PLAINTIFF'S MOTION** for summary judgment | 8,400 |
| November 17, 2025 | **DEFENDANTS' COMBINED ADDITIONAL MOTION** for summary judgment and **OPPOSITION** to Plaintiff's motion for summary judgment | 8,136 |
| December 8, 2025 | **PLAINTIFF'S COMBINED REPLY** in support of Plaintiff's motion for summary judgment and **OPPOSITION** to Defendants' additional motion for summary judgment | 7,058 |
| December 15, 2025 | **DEFENDANTS' REPLY** in support of Defendants' additional motion for summary judgment | 2,644 |

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING CROSS-MOTIONS FOR SUMMARY
JUDGMENT BRIEFING SCHEDULE
Case No. 2:23-cv-1016

2

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  **IT IS SO STIPULATED.**

2

3  DATED: October 9, 2025              Respectfully submitted,

4                                       KILPATRICK TOWNSEND & STOCKTON LLP

5                                       By:  */s/ Dario A. Machleidt*
                                              Dario A. Machleidt (State Bar No. 41860)
6                                             Kathleen R. Geyer (State Bar No. 55493)
                                              Christopher P. Damitio (State Bar No. 58633)
7                                             1420 Fifth Avenue, Suite 3700
                                              Seattle, WA 98101
8                                             Telephone:  (206) 467-9600
                                              dmachleidt@kilpatricktownsend.com
9                                             kgeyer@kilpatricktownsend.com
                                              cdamitio@kilpatricktownsend.com
10
                                              David A. Reed (*pro hac vice*)
11                                            1100 Peachtree Street NE, Suite 2800
                                              Atlanta, GA 30309
12                                            Telephone:  (404) 745-2548
                                              dreed@ktslaw.com
13
                                              Kengyeh K. Chu (*pro hac vice*)
14                                            4208 Six Forks Rd., Suite 1400
                                              Raleigh, NC 27609
15                                            Telephone:  (919) 420-1733
                                              kchu@ktslaw.com
16
                                              Attorneys for Plaintiff
17                                            VALVE CORPORATION

18

19

20

21

22

23

24

25

26

27

28  JOINT STIPULATION AND [~~PROPOSED~~] ORDER                            Kilpatrick Townsend & Stockton LLP
    REGARDING CROSS-MOTIONS FOR SUMMARY                                   1420 Fifth Avenue, Suite 3700
    JUDGMENT BRIEFING SCHEDULE                    3                       Seattle, WA 98101
    Case No. 2:23-cv-1016                                                 (206) 467-9600

| | | |
|---|---|---|
| 1 | DATED: October 9, 2025 | Respectfully submitted, |
| 2 | | By: */s/ Joseph J. Zito* |
| | | Joseph J. Zito |
| 3 | | DNL ZITO |
| | | 1250 Connecticut Avenue, NW, Suite 700 |
| 4 | | Washington, DC 20036 |
| | | Tel: (202) 466-3500 |
| 5 | | Email: jzito@dnlzito.com |
| 6 | | René A. Vazquez (*pro hac vice*) |
| | | DNL ZITO |
| 7 | | 1250 Connecticut Avenue, NW, Suite 700 |
| | | Washington, DC 20036 |
| 8 | | Tel: (703) 989-2244 |
| | | Email: rvazquez@dnlzito.com |
| 9 | | |
| | | */s/ Matthew J. Cunanan* |
| 10 | | Matthew J. Cunanan (#42530) |
| | | DC LAW GROUP |
| 11 | | 12055 15th Ave NE, Suite B |
| | | Seattle, WA 98125 |
| 12 | | Tel: (206) 494-0400 |
| | | Fax: (855) 494-0400 |
| 13 | | Email: matthew@dclglawyers.com |

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE
Case No. 2:23-cv-1016

4

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation Regarding Cross-Motions for Summary Judgment Briefing Schedule, and good cause appearing, the following schedule is hereby ORDERED:

| Deadline | Brief | Word Limit |
|---|---|---|
| October 27, 2025 | **PLAINTIFF'S MOTION** for summary judgment | 8,400 |
| November 17, 2025 | **DEFENDANTS' COMBINED ADDITIONAL MOTION** for summary judgment and **OPPOSITION** to Plaintiff's motion for summary judgment | 8,136 |
| December 8, 2025 | **PLAINTIFF'S COMBINED REPLY** in support of Plaintiff's motion for summary judgment and **OPPOSITION** to Defendants' additional motion for summary judgment | 7,058 |
| December 15, 2025 | **DEFENDANTS' REPLY** in support of Defendants' additional motion for summary judgment | 2,644 |

**IT IS SO STIPULATED.**

Dated: October 21, 2025

Jamal N. Whitehead
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT BRIEFING SCHEDULE
Case No. 2:23-cv-1016

5

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600