HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE CORPORATION'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO DISMISS COUNTERCLAIM OF INFRINGEMENT**<br><br>NOTE ON MOTION CALENDAR:<br>October 31, 2025<br><br>Complaint Filed:　　07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S OPP.
TO DEFS' MOT. TO DISMISS
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. The above-named defendants did not disclose any expert witnesses under the Protective Order. The defendants also did not serve affirmative/opening or responsive/rebuttal expert reports.

4. Attached hereto as Exhibit 1 is a true and correct copy of an email chain between counsel for Plaintiff and counsel for Defendants between August 19, 2025 and September 19, 2025.

5. Attached hereto as Exhibit 2 is a true and correct copy of an October 3, 2025 letter and enclosures from Dario Machleidt to counsel at DNL Zito re Valve's recovery of attorneys' fees and costs due to defendants' prosecution of a knowingly frivolous infringement counterclaim.

6. Attached hereto as Exhibit 3 is a true and correct copy of an Infringement Chart for U.S. Patent No. 8,856,221.

7. Attached hereto as Exhibit 4 is a true and correct copy of the Amended Complaint for Patent Infringement for *Display Technologies, LLC v. Valve Corporation*, U.S. District Court, Eastern District of Texas, Case No. 2:15-cv-999.

8. Attached hereto as Exhibit 5 is a true and correct copy of the Order of Dismissal in *Display Technologies, LLC v. Nvidia Corporation*, U.S. District Court, Eastern District of Texas, Case No. 2:15-cv-998.

9. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint in *Rothschild Broadcast Distribution Systems, LLC v. Plex, Inc.*, U.S. District Court, Eastern District of Texas, Case No. 2:16-cv-404.

10. Attached hereto as Exhibit 7 is a true and correct copy of an Order (of Dismissal of All Claims) in *Rothschild Broadcast Distribution Systems, LLC v. AT&T Services, Inc.*, U.S. District

MACHLEIDT DECL. ISO VALVE'S OPP.
TO DEFS' MOT. TO DISMISS
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

Court, Eastern District of Texas, Case No. 2:16-cv-385 and *Rothschild Broadcast Distribution Systems, LLC v. Plex, Inc.*, U.S. District Court, Eastern District of Texas, Case No. 2:16-cv-404.

11. Attached hereto as Exhibit 8 is a true and correct copy of the Unopposed Motion to Stay All Deadlines and Notice of Settlement in *Rothschild Broadcast Distribution Systems, LLC v. AT&T Services, Inc.*, U.S. District Court, Eastern District of Texas, Case No. 2:16-cv-385 and *Rothschild Broadcast Distribution Systems, LLC v. Plex, Inc.*, U.S. District Court, Eastern District of Texas, Case No. 2:16-cv-404.

12. Attached hereto as Exhibit 9 is a true and correct copy of the Complaint filed in *Rothschild Broadcast Distribution Systems, LLC v. Plex, Inc.*, U.S. District Court, Northern District of California, Case No. 5:23-cv-4773.

13. Attached hereto as Exhibit 10 is a screen shot of the Docket Navigator search results for U.S. Patent No. 8,856,221 showing Cases by Year as of October 24, 2025.

14. Attached hereto as Exhibit 11 is a true and correct copy of the Complaint (excluding exhibits) filed in *Rothschild Broadcast Distribution Systems, LLC v. Tencent America LLC*, U.S. District Court, Southern District of New York, Case No. 1:25-cv-08340, filed on October 8, 2025.

15. Attached hereto as Exhibit 12 is a true and correct copy of the Complaint (excluding exhibits) filed in *Rothschild Broadcast Distribution Systems, LLC v. Snowflake, Inc.*, U.S. District Court, District of Massachusetts, Case No. 25-cv-12935, filed on October 7, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 24, 2025 at Seattle, Washington.

*/s/ Dario A. Machleidt*
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S OPP.
TO DEFS' MOT. TO DISMISS
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                                       */s/ Dario A. Machleidt*
                                                       Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S OPP.
TO DEFS' MOT. TO DISMISS
CASE NO. 2:23-CV-1016
- 3 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600