# EXHIBIT 1

# Machleidt, Dario

| | |
|---|---|
| **From:** | Geyer, Kate |
| **Sent:** | Friday, September 19, 2025 9:48 AM |
| **To:** | Rene Vazquez |
| **Cc:** | Machleidt, Dario; Litigation Folder; Joseph Zito |
| **Subject:** | RE: Valve v. Rothschild et al. |

Hi Rene –

Valve will not agree to each side bearing its own fees and costs nor will Valve agree to dismiss any of its claims.

Please tell us what Mr. Sherman said that led to Defendants' changed position.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Rene Vazquez <rvazquez@dnlzito.com>
**Sent:** Friday, September 19, 2025 9:30 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>; Litigation Folder <litigation@dnlzito.com>; Joseph Zito <jzito@dnlzito.com>
**Subject:** Re: Valve v. Rothschild et al.

**CAUTION: External Email**

Hi Kate,

You indicated that you cannot agree to the proposed stipulation "as currently written." What changes would you propose for it to be acceptable?

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

1

On Sep 19, 2025, at 11:51 AM, Geyer, Kate <KGeyer@ktslaw.com> wrote:

Hi Rene –

We cannot agree to your stipulation as currently written. If Defendants intend to move forward with a motion to dismiss, I believe we need to meet and confer under Judge Whitehead's Chamber Rules, and we can be available any time today to discuss.

In addition, we'd like more details about what in Mr. Sherman's deposition lead to Defendants' changed position. Mr. Sherman's testimony is consistent with the publicly available information about Steam Cloud and positions in our non-infringement contentions served early in this case.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Rene Vazquez <rvazquez@dnlzito.com>
**Sent:** Wednesday, September 17, 2025 2:53 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>; Litigation Folder <litigation@dnlzito.com>; Joseph Zito <jzito@dnlzito.com>
**Subject:** Re: Valve v. Rothschild et al.

Hi Kate,

The evidence produced is our deposition of Valve employee Taylor Sherman.

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

> On Sep 17, 2025, at 5:31 PM, Geyer, Kate <KGeyer@ktslaw.com> wrote:
>
> Hi Rene –

2

While we consider your proposal, can you please let us know what "evidence produced during discovery" you referred to in your September 15 email?

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Rene Vazquez <rvazquez@dnlzito.com>
**Sent:** Wednesday, September 17, 2025 12:31 PM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Litigation Folder <litigation@dnlzito.com>; Joseph Zito <jzito@dnlzito.com>; Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** Re: Valve v. Rothschild et al.

Dario,

If we do not hear from you by COB Friday regarding our proposed Joint Stipulation of Dismissal of RBDS' Counterclaim, we will presume that you oppose and will proceed with an opposed motion to dismiss RBDS' counterclaim with prejudice and dismissal of Counts I and II of the Second Amended Complaint.

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

> On Sep 16, 2025, at 1:08 PM, Rene Vazquez <rvazquez@dnlzito.com> wrote:
>
> Hi Dario,
>
> Following up on my email below.

3

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

> On Sep 15, 2025, at 2:22 PM, Rene Vazquez <rvazquez@dnlzito.com> wrote:
>
> Hi Dario,
>
> In view of the evidence produced during discovery, RBDS would like to dismiss, with prejudice, the Counterclaim against Valve Corporation for infringement of the '221 Patent. Such a dismissal would also remove the case or controversy requirement for Count I (Declaratory Judgment of Invalidity) and Count II (Declaratory Judgment of Unenforceability) of the Second Amended Complaint, and thus those counts would be dismissed without prejudice.
>
> To this end, attached is a draft Joint Stipulation Dismissal of RBDS' Counterclaim and Stipulated Dismissal of Counts I and II of the Second Amended Complaint for your review.
>
> Please let us know if your client will agree to the proposed dismissals and, if so, if the draft Joint stipulation is acceptable.
>
> —René
>
> René A. Vazquez
> **DNL Zito**

4

1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com
<Stipulated dismissal of Counterclaim.docx>

> On Sep 12, 2025, at 8:52 AM, Machleidt, Dario <dmachleidt@ktslaw.com> wrote:
>
> René,
>
> Valve rejects your clients' offer and will oppose any request to mediate. Please keep in mind the following guidance from Judge Whitehead before you ask him to order mediation:
>
>> "I mean, **I'm not going to order the parties to mediation. I'm not going to, you know, send you to a magistrate judge**. I mean, if the parties are interested in talking resolution, I encourage you all to do so. Mr. Rothschild, I mean, you are still represented by Merchant & Gould and local counsel, so I would say to perhaps work through them if you have any desires on that front. But there is nothing that would stop the parties from discussing and engaging in sort of private dispute resolution. That's not a court deadline or something that would be impacted by a stay." Motion

5

to Withdraw Hearing Tr. 13:24 – 14:8 (emphasis added).

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Rene Vazquez <rvazquez@dnlzito.com>
**Sent:** Thursday, September 11, 2025 4:25 PM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Litigation Folder <litigation@dnlzito.com>; Joseph Zito <jzito@dnlzito.com>; Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** Re: Valve v. Rothschild et al.

**Settlement Communication - Subject to FRE 408**

_____

Hi Dario,

On August 19, 2025 we emailed you (see below) a settlement proposal following a telephone discussion with you, Joe Zito and me. It is surprising and concerning that almost a month has gone by with no response whatsoever from your client, in spite of my repeated inquiries regarding the same.

If we have not received a formal response from your client by close of business tomorrow, September 12, 2025, we intend to inform the Court of our attempts to reach a settlement and will ask the Court to order the Parties to participate in mediation.

I look forward to hearing from you.

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

> On Aug 19, 2025, at 7:39 PM, Rene Vazquez <rvazquez@dnlzito.com> wrote:
>
> **Settlement Communication - Subject to FRE 408**
> _____
>
> Hi Dario,
>
> Further to our call today, our client is willing to agree in principal to a settlement that includes the following major provisions:
>
> • Mr. Rothschild will issue an apology for the lawsuit that was

7

mistakenly filed against Valve by his previous attorney (who was terminally ill at the time), as well as for the messages inadvertently sent to Valve offering Valve a license to patents that Valve already had a license to under the 2016 Global Settlement Agreement.

• Mr. Rothschild will deny liability under Washington State's Patent Troll Prevention Act (RCW 19.86) and Consumer Protection Act (WRC 19.35).

• Mr. Rothschild will agree to pay a nominal amount to be negotiated.

• All claims and counterclaims against all parties, including the Meyler defendants, will be dismissed.

• A general release by all parties.

Please let us know if your client would be amenable to a settlement along these lines.

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.
'