# EXHIBIT 3

**EXHIBIT A**
Infringement of U.S. Patent No. 8,856,221 by Valve's Steam Cloud

| Claim Element | Infringement |
|---|---|
| [7p] A method for storing media content and delivering requested media content to a consumer device, the method comprising: | It is Defendants' position that the preamble of Claim 7 is not limiting and need not be considered in any infringement analysis. If the preamble of Claim 7 is limiting, however, Valve's Steam Cloud (hereinafter "Steam Cloud") platform practices any limitations recited in the preamble.<br><br>Steam Cloud includes a platform for the storage of media content related to video games and for the delivering or transferring requested files (*i.e.*, "media content") to a consumer device.<br><br>*See* https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678 ("The Steam Cloud allows games and the platform to utilize cloud storage hosted by Steam. Games can utilize Steam Cloud for storage of many different types of data, including game settings, save games, profile stats and other user-specific bits. Many Steam client settings are also saved via the cloud, including collections, friend nicknames and anything changed via the Steam client Settings menu. These settings will persist on an account regardless of which machine it is logged into, as the settings are pulled from the cloud upon login.")<br><br>*See* https://partner.steamgames.com/doc/features/cloud#1 ("The Steam Cloud provides an easy and transparent remote file storage system for your game. Files specified in the Auto-Cloud configuration or written to disk (created, modified, deleted, etc.) using the Cloud API will automatically be replicated to the Steam servers after the game exits.") |
| [7a] receiving a request message including media data indicating requested media content and a consumer device identifier corresponding to the consumer device; | Steam Cloud includes a platform that receives a request message included media data that indicates requested media data (*e.g.*, saved game data) and a consumer device identifier corresponding to the consumer device (*e.g.*, a Steam ID of a user logged into a device).<br><br>*See* https://partner.steamgames.com/doc/features/cloud#initial-setup ("When deciding where to write your save files, be sure the path will be unique for the current Steam user. If needed, you can get the user's unique Steam ID via ISteamUser::GetSteamID. From that, you can access their accountID from GetAccountID(), allowing you to have a unique variable when constructing your save path.") |

1

| Claim Element | Infringement |
|---|---|
| | *See* https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678 ("The userdata folder will contain unique Steam IDs, which correspond to the Steam accounts that have logged in on that machine. Within the Steam ID folders are the respective games associated with those Steam accounts, listed by appID. The following example is for Dota 2 (appID 570): Steam\userdata\[steamID]\570\") |
| [7b] determining whether the consumer device identifier corresponds to a registered consumer device; and | Steam Cloud includes a platform that determines whether a device identifier corresponding to a consumer device (*e.g.*, a Steam ID of a user logged into a device") corresponds to a registered consumer device (*i.e.*, a device onto which a user with a registered Steam ID is logged).<br><br>*See* https://partner.steamgames.com/doc/features/cloud#initial-setup ("When deciding where to write your save files, be sure the path will be unique for the current Steam user. If needed, you can get the user's unique Steam ID via ISteamUser::GetSteamID. From that, you can access their accountID from GetAccountID(), allowing you to have a unique variable when constructing your save path.")<br><br>*See* https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678#where ("The userdata folder will contain unique Steam IDs, which correspond to the Steam accounts that have logged in on that machine.")<br><br>*See* https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678 ("The Steam Cloud allows games and the platform to utilize cloud storage hosted by Steam. Games can utilize Steam Cloud for storage of many different types of data, including game settings, save games, profile stats and other user-specific bits. Many Steam client settings are also saved via the cloud, including collections, friend nicknames and anything changed via the Steam client Settings menu. These settings will persist on an account regardless of which machine it is logged into, as the settings are pulled from the cloud upon login."); ("The userdata folder will contain unique Steam IDs, which correspond to the Steam accounts that have logged in on that machine. Within the Steam ID folders are the respective games associated with those Steam accounts, listed by appID. The following example is for Dota 2 (appID 570): Steam\userdata\[steamID]\570\") |

| Claim Element | Infringement |
|---|---|
| [7c] if it is determined that the consumer device identifier corresponds to the registered consumer device, then: determining, whether the request message is one of a storage request message and a content request message; and | Steam Cloud includes a platform that, if it determines that a consumer device identifier corresponds to the registered consumer device (*i.e.*, identifies a device onto which a user with a registered Steam ID is logged), determines whether a request message is one of a storage request message or a content request message. Specifically, content or data can be stored and accessed by a registered user via the ISteamRemote Storage interface, and the platform sync via ISteamRemoteStorage can be controlled by the user. The ISteamRemoteStorage interface indicates whether a request message from a user is a read or a write request.<br><br>*See* https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678 ("The userdata folder will contain unique Steam IDs, which correspond to the Steam accounts that have logged in on that machine. Within the Steam ID folders are the respective games associated with those Steam accounts, listed by appID. The following example is for Dota 2 (appID 570): Steam\userdata\[steamID]\570\")<br><br>*See* https://partner.steamgames.com/doc/features/cloud#initial-setup:<br><br>The absolute limits on file sizes for Steam Cloud may change over time. Here are some current limits and thresholds:<br><br>| Size | Restriction |<br>|---|---|<br>| 100MB | Maximum size for a call to ISteamRemoteStorage::FileWrite or ISteamRemoteStorage::FileWriteStreamWriteChunk |<br>| 256MB | May result in a non-optimal storage endpoint choice for the user's location, negatively impacting upload/download performance |<br><br>**Save File Paths**<br>When deciding where to write your save files, be sure the path will be unique for the current Steam user. If needed, you can get the user's unique Steam ID via ISteamUser::GetSteamID. From that, you can access their accountID from GetAccountID(), allowing you to have a unique variable when constructing your save path.<br><br>**Cross-Platform Saves**<br>If your game is supported on multiple platforms - or even if you plan to support this in the future - you should consider this when setting up Steam Cloud for your game.<br><br>If you plan to read/write files directly via the ISteamRemoteStorage interface, then you can control platform sync via ISteamRemoteStorage::SetSyncPlatforms. The default for a new file is to sync to **all** platforms. |
| [7d] if the request message is the storage request message, then determining whether the requested | Steam Cloud, if it receives a storage request message determines whether the requested media content is available for storage, which is a necessary prerequisite to storing the content. |

3

| Claim Element | Infringement |
|---|---|
| media content is available for storage; and | Specifically, Steam Auto-Cloud or Steam Cloud API determines whether data (*i.e.*, media content is available for storage.<br><br>*See* https://partner.steamgames.com/doc/features/cloud#5:<br><br>> **Steam Cloud API and Steam Auto-Cloud**<br>> Steam provides two different methods of utilizing the Steam Cloud, read up on how the two methods differ, and determine which would be the best for your application.<br>><br>> First up is the Steam Cloud API.<br>> The Cloud API provides a series of functions which allows you to directly integrate the Steam Cloud into your game. The Cloud API isolates individual Steam users files from each other and provides a greater level of control over the Steam Cloud.<br>><br>> The Steam Cloud API is exposed via the ISteamRemoteStorage API interface, and you can find example usage in the Steamworks API Example Application (SpaceWar) project.<br>><br>> The second is Steam Auto-Cloud.<br>> Steam Auto-Cloud was designed for games where you choose to not integrate the Steam Cloud API. It provides a quick and easy way to get started but lacks the flexibility that is available with the Steam Cloud API.<br>><br>> If you prefer a deeper integration with Steam Cloud (for example, allowing to choose which save files are stored in the cloud), then you should use the Cloud API. Otherwise you can use Steam Auto-Cloud.<br><br>*See* https://partner.steamgames.com/doc/features/cloud ("Steam Cloud automatically stores files from your game on Steam's servers so your players can log into Steam and access their saved games from any computer."); ("Configuration of file paths required on Steamworks website. Alternatively, API calls required from within the game code to Steamworks for the game to enumerate, read, delete, or write files to Steam Cloud.") |
| [7e] if the request message is the content request message, then initiating delivery of the requested media content to the consumer device; | Steam Cloud, upon receiving a content request message, delivers the requested content to a consumer device.<br><br>For example, if a user changes computers, game files are automatically downloaded to the new computer prior to a game launching.<br><br>*See* https://partner.steamgames.com/doc/features/cloud#1 ("If the user changes computers, the files are automatically downloaded to the new computer prior to the game launching. The game can then access the files by reading them through the Cloud API or reading them directly from disk as usual. Avoid machine-specific configurations such as video settings.") |

4

| Claim Element | Infringement |
|---|---|
| | *See* https://partner.steamgames.com/doc/features/cloud ("Steam Cloud automatically stores files from your game on Steam's servers so your players can log into Steam and access their saved games from any computer."); ("Configuration of file paths required on Steamworks website. Alternatively, API calls required from within the game code to Steamworks for the game to enumerate, read, delete, or write files to Steam Cloud.") |
| [7f] wherein the media data includes time data that indicates a length of time to store the requested media content; and | The media data used by Steam Cloud includes time data that indicates a length of time to store the requested content. Specifically, creation and modification dates are associated with such files that will necessarily be utilized in conjunction with policies and schedules related to the length of time the data will be retained. <br><br> *See* https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678 ("You will most likely want to pick the version of the files that was modified most recently. This means you will have the progress made the last time you played the game. However, you would want to carefully consider how the dates and times in the conflict window for the cloud save files correspond to your behavior and progress within the game. This context will help you decide which files to select.") |
| [7g] the first processor is further configured to determine whether the requested media content exists; and | Determining whether requested game data (*i.e.*, media content) exists is a necessary prerequisite to delivery of said content. Steam Cloud must perform this function, using one or more processors, to deliver requested data or content. <br><br> *See* https://partner.steamgames.com/doc/features/cloud ("Steam Cloud automatically stores files from your game on Steam's servers so your players can log into Steam and access their saved games from any computer."); ("Configuration of file paths required on Steamworks website. Alternatively, API calls required from within the game code to Steamworks for the game to enumerate, read, delete, or write files to Steam Cloud.") |
| [7h] if the processor determines that the requested media content exists, the processor is further configured to determine whether the requested media content is available and whether there are restrictions associated with the | Steam Cloud determines (via one or more processors), whether there are restrictions associated with requested game data (*i.e.*, media content) that prevent the delivery of the data, including anti-virus protections, and file size limits. <br><br> *See* https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678 ("AV software hooks very deep into user systems and can affect disk and network operations which may cause issues with Steam. Some games also use copy protection technology that can appear as |

| Claim Element | Infringement |
|---|---|
| requested media content that prevent the requested media content from being delivered to the consumer device. | malicious software to an AV scanner, resulting in potential false-positive alerts."); ("You'll want to work with a tech support specialist to ensure that your AV software is not interfering with Steam functionality. You may even need to temporarily disable it for testing purposes. It may also be necessary to add exceptions for Steam in your AV configuration (for example, excluding Steam cloud folders like ...\Steam\userdata and installation folders for Steam games from live monitoring services)."); ("If you are continually experiencing issues with Steam cloud functionality, it's possible that something is interfering with the cloud or preventing it from working as expected."); ("It's a good idea to investigate each of the following scenarios to make sure that your machine is capable of using the cloud successfully."); ("Because some of these are advanced troubleshooting steps that involve areas outside of Steam, we highly recommend that you contact a local IT support specialist in your area to make sure that they are performed correctly.")<br><br>See https://partner.steamgames.com/doc/features/cloud#2:<br><br>**File Size Limits**<br>The absolute limits on file sizes for Steam Cloud may change over time. Here are some current limits and thresholds:<br><br>\| Size \| Restriction \|<br>\|---\|---\|<br>\| 100MB \| Maximum size for a call to ISteamRemoteStorage::FileWrite or ISteamRemoteStorage::FileWriteStreamWriteChunk \|<br>\| 256MB \| May result in a non-optimal storage endpoint choice for the user's location, negatively impacting upload/download performance \| |

6