IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, <br>     Plaintiff, <br> <br> ROTHSCHILD et al, <br>     Defendants | Civil Action No. <br> <br> 2:23-cv-1016-JNW |

**EXHIBIT A**
**TO**

**DEFENDANTS' FOUR *DAUBERT* MOTIONS**
**TO EXCLUDE THE TESTIMONY OF**
**PLAINTIFF'S EXPERTS**
**GUGLIUZZA,**
**AL-SALAM,**
**SCHENK AND**
**SORINI**

**EXHIBIT A**
**GUGLIUZZA EXPERT REPORT**

**Filed Under Seal**