Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No.  2:23-cv-01016<br><br>**UNOPPOSED MOTION TO FILE UNDER SEAL (RE: DEFENDANTS' MOTION TO EXCLUDE UNDER *DAUBERT DE#136*)**<br><br>NOTE ON MOTION CALENDAR:<br>November 24, 2025 |

Pursuant to Local Rule 5(g), Defendants Leigh Rothschild ("Rothschild"), Rothschild Broadcast Distribution Systems ("RBDS"), Display Technologies, LLC ("DT"), Patent Asset Management, LLC ("PAM"), Meyler Legal, PLLC ("ML"), and Samuel Meyler (collectively "Defendants") moves for leave to file under seal Plaintiff Valve's expert reports of Kimberly J. Schenk, Ramsey M. Al-Salam, and Paul R. Gugliuzza.  Counsel for Valve does not oppose this motion.  The Reports are being filed under seal as Exhibits A, B and C to DE#136 - Defendants Daubert Motions.

UNOPPOSSED MOTION TO FILE UNDER SEAL (RE:DEFENDANTS' MOTION TO EXCLUDE UNDER DAUBERT)
Page **1** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

Leave to file under seal is sought because the expert report of Paul R. Gugliuzza contains confidential and proprietary information of Defendants. Parties conferred but disagree as to the confidential nature of the reports of Mr. Al-Salam and Ms. Schenk. Defendants have met and conferred with Plaintiff in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. While the parties were able to agree to file the unsealed version of Mr. Sorini's report with a minor redaction and to agree to file Mr. Gugliuzza's report under seal, the parties were unable to agree on alternatives to filing Ms. Schenk's and Mr. Al-Salam's reports under seal. Plaintiff's counsel maintains that certain dollar figures, bills, and billing rates, among other information, remain confidential and/or attorney's eyes only. Defendants disagree with this characterization, but nevertheless file these exhibits under seal and request that this court rule on the confidential nature of the filing.

The parties have reached partial agreement on redactions and will continue to make progress so that redacted versions can be filed publicly.

Dated:  October 27, 2025                    Respectfully submitted,

By: */s/ Joseph J. Zito*
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Tel: (202) 466-3500
Email: jzito@dnlzito.com

UNOPPOSSED MOTION TO FILE UNDER SEAL
(RE:DEFENDANTS' MOTION TO EXCLUDE UNDER DAUBERT)
Page **2** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

René A. Vazquez (*pro hac vice*)
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Tel: (703) 989-2244
Email: rvazquez@dnlzito.com

 /s/ Matthew J. Cunanan
Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I filed the present NOTICE through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

 /s/ Joseph J. Zito
Joseph J. Zito

UNOPPOSSED MOTION TO FILE UNDER SEAL (RE:DEFENDANTS' MOTION TO EXCLUDE UNDER DAUBERT)
Page **3** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

## LCR 7(e) WORD-COUNT CERTIFICATION

As required by Western District of Washington Local Civil Rule 7(e), I certify that this motion contains 357 words.

Dated: October 27, 2025         /s/ Joseph J. Zito
                                Joseph J. Zito

## CERTIFICATION OF MEET AND CONFER UNDER THE LOCAL RULES INCLUDING LCR 37

I, Joe Zito, hereby certify that we have met and conferred in good faith with opposing counsel concerning the matters in the above motion. The meet and confer occurred October 27, 2025, via email and included myself and Adam Woodward on behalf of Defendants and Dario Machleidt and Kate Geyer on behalf of Plaintiff.

Dated: October 27, 2025         /s/ Joseph J. Zito
                                Joseph J. Zito

UNOPPOSSED MOTION TO FILE UNDER SEAL (RE:DEFENDANTS' MOTION TO EXCLUDE UNDER DAUBERT)
Page **4** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500