# EXHIBIT 3
# FILED UNDER SEAL

Videotaped Deposition of

# Christina Arias

August 26, 2025

Valve Corporation

vs.

Leigh Rothschild, et al.

**Confidential**



www.aptusCR.com | 866.999.8310

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF WASHINGTON

 3                         AT SEATTLE

 4   ------------------------------------------x
     VALVE CORPORATION,
 5
                              Plaintiff,
 6
                - versus -     Case No.:  2:23-cv-1016-JNW
 7
     LEIGH ROTHSCHILD, ROTHSCHILD
 8   BROADCAST DISTRIBUTION SYSTEMS,
     LLC, DISPLAY TECHNOLOGIES, LLC,
 9   PATENT ASSET MANAGEMENT, LLC,
     MEYLER LEGAL, PLLC, and SAMUEL
10   MEYLER,
                              Defendants.
11   ------------------------------------------x

12

13          * * * C O N F I D E N T I A L * * *

14

15             VIDEOTAPED DEPOSITION OF:

16

17                    CHRISTINA ARIAS

18

19            Tuesday, August 26, 2025

20            9:22 a.m. ET - 4:36 p.m. ET

21

22

23          REPORTED STENOGRAPHICALLY BY:

24            Stacey E. Raikes, RMR, CRR

25                  Job No. 10171403
```

| | | |
|---|---|---|
| Christina Arias | **Confidential** | Valve Corporation vs.<br>Leigh Rothschild, et al. |

1
2
3
4                    * * * * * * * * * * *
5
6
7        VIDEOTAPED STENOGRAPHIC DEPOSITION of
8 CHRISTINA ARIAS, taken in the above-entitled matter
9 before STACEY E. RAIKES, a stenographic machine
10 reporter, Registered Merit Reporter, Certified
11 Realtime Reporter, and Notary Public for the State of
12 Florida, taken on Tuesday, August 26, 2025,
13 commencing at 9:22 a.m. ET.
14
15
16
17                    * * * * * * * * * * *
18
19
20
21
22
23
24
25

Case 2:23-cv-01016-JNW   Document 140-1   Filed 10/27/25   Page 5 of 9

| Christina Arias | Confidential | Valve Corporation vs.<br>Leigh Rothschild, et al. |

1  a complaint, would Patent Asset Management approve
2  that as well?
3       A.   Yes.
4       Q.   So someone at Patent Asset Management
5  approves of every demand letter and complaint before
6  it is sent or filed?
7       A.   To my knowledge.
8       Q.   Who at Patent Asset Management does that
9  approval?
10      A.   On complaints?  Mr. Rothschild.  On demand
11 letters, I can't tell you if Daniel or
12 Mr. Rothschild.
13      Q.   But for demand letters, it would be one or
14 both of Mr. Falcucci and Mr. Rothschild?
15      A.   I believe so.
16      Q.   And Mr. Rothschild has to approve of every
17 complaint before it's filed?
18      A.   Yes.
19      Q.   Does Mr. Rothschild get the outcome of the
20 research you do on potential targets?
21      A.   Not my full research.
22      Q.   What part of the research does
23 Mr. Rothschild see?
24      A.   If they pass the jurisdiction.
25      Q.   And when you say if they pass, do you mean

|  |  |
|---|---|
| Christina Arias | Confidential | Valve Corporation vs. Leigh Rothschild, et al. |

1    Q.   Have you ever looked it up?

2    A.   No.

3            (Pause.)

4  BY ATTORNEY GEYER:

5    Q.   I want to go back, because we talked about

6  Copperpod but not Pitch Scientific.

7       Who is Pitch Scientific?

8    A.   A research group.

9    Q.   What services does Pitch Scientific

10  provide for Patent Asset Management?

11    A.   They provide targets.

12    Q.   Pitch Scientific identifies targets for

13  patent infringement?

14    A.   Yes.

15    Q.   Do they do any other research on behalf of

16  Patent Asset Management?

17    A.   If we ask them to create a chart, they

18  will, but for the most part, we use them for

19  targets.

20    Q.   How long has PAM been working with Pitch

21  Scientific?

22    A.   I don't know on top of my head how long

23  it's been.

24    Q.   Has it been the entire time you've been at

25  PAM?

| Christina Arias | Confidential | Valve Corporation vs.<br>Leigh Rothschild, et al. |
|---|---|---|

1   Q.   In addition to Exhibit 2, do you have
2   something in front of you?
3   A.   Yes.
4   Q.   What do you have in front of you?
5   A.   My notes from when I asked --
6   Q.   And these are --
7   A.   -- the questions you're asking me now.
8   Q.   These are notes you made when you were
9   looking through your emails?
10  A.   Correct.
11  Q.   Can you please read those notes into the
12  record?
13  A.   Sure.
14       March 22nd of 2023, I asked Pitch if Valve
15  infringes on RBDS.
16       On March 29th of 2023, they said they do.
17       On April 4th, I received the claim chart
18  from Pitch.
19       On April 21st, I sent the claim chart to
20  Sam Meyler.
21       And then the payment was made after April
22  4th, which usually, Mr. Rothschild would pay them
23  using PayPal, which is linked to the TD PAM account.
24  Q.   Could you please --
25       ATTORNEY GEYER:  I don't know, Madame

Case 2:23-cv-01016-JNW   Document 140-1   Filed 10/27/25   Page 8 of 9

Christina Arias | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1  started happening.
2  Q.   Where is the GSLA saved in PAM's systems?
3  A.   It's in SharePoint now.
4  Q.   Was it in SharePoint in 2023?
5  A.   I can't say for certain.
6  Q.   Is there anywhere else the GSLA would have
7  been saved in PAM's systems?
8  A.   Could have been in Leigh's files or in a
9  previous employee's.  I'm not sure.
10 Q.   Are there any other shared files or
11 systems in PAM where the GSLA would have been saved?
12 A.   No.
13              (Pause.)
14         ATTORNEY GEYER:  That's it from us.
15         ATTORNEY VAZQUEZ:  Nothing more from me.
16         THE VIDEOGRAPHER:  Going off record.  This
17    is the end of the deposition, and the time is
18    4:36 p.m.
19         THE WITNESS:  Thank you.
20         ATTORNEY GEYER:  Thank you for your time.
21      (Proceedings were concluded at 4:36 p.m.)
22              * * * * * * * * *
23     (Handwritten notes of the witness are received
24     and marked as Exhibit 5 for Identification.)
25

Case 2:23-cv-01016-JNW   Document 140-1   Filed 10/27/25   Page 9 of 9

| Christina Arias | Confidential | Valve Corporation vs.<br>Leigh Rothschild, et al. |
|---|---|---|

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF FLORIDA    )

 4   COUNTY OF LEE       )

 5

 6

 7            I, STACEY E. RAIKES, a Registered Merit

 8   Reporter, Certified Realtime Reporter, and Notary

 9   Public within and for the State of Florida, do

10   hereby certify:

11            That the witness whose examination is

12   hereinbefore set forth was duly sworn by me and

13   that this transcript of such examination is a true

14   record of the testimony given by such witness.

15            I further certify that I am not related to

16   any of the parties to this action by blood or

17   marriage and that I am in no way interested in the

18   outcome of this matter.

19            IN WITNESS WHEREOF, I have hereunto set my

20   hand this 2nd of September 2025.

21

22

23

24            _____

25              STACEY E. RAIKES, RMR, CRR
```