# EXHIBIT 4
# FILED UNDER SEAL

Videotaped Deposition of

# Leigh Rothschild

August 27, 2025

Valve Corporation

vs.

Leigh Rothschild, et al.

**Confidential**



```
 1                  UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF WASHINGTON

 3                          AT SEATTLE

 4   -------------------------------------------x
     VALVE CORPORATION,
 5
                           Plaintiff,
 6
              - versus -      Case No.:  2:23-cv-1016-JNW
 7
     LEIGH ROTHSCHILD, ROTHSCHILD
 8   BROADCAST DISTRIBUTION SYSTEMS,
     LLC, DISPLAY TECHNOLOGIES, LLC,
 9   PATENT ASSET MANAGEMENT, LLC,
     MEYLER LEGAL, PLLC, and SAMUEL
10   MEYLER,
                           Defendants.
11   -------------------------------------------x

12

13          * * * C O N F I D E N T I A L * * *

14

15              VIDEOTAPED DEPOSITION OF:

16

17                      LEIGH ROTHSCHILD

18

19              Wednesday, August 27, 2025

20              9:55 a.m. ET - 8:34 p.m. ET

21

22

23              REPORTED STENOGRAPHICALLY BY:

24              Stacey E. Raikes, RMR, CRR

25                    Job No. 10171404
```

1
2
3
4           * * * * * * * * * * *
5
6
7           VIDEOTAPED STENOGRAPHIC DEPOSITION of LEIGH
8   ROTHSCHILD, taken in the above-entitled matter before
9   STACEY E. RAIKES, a stenographic machine reporter,
10  Registered Merit Reporter, Certified Realtime
11  Reporter, and Notary Public for the State of Florida,
12  taken on Tuesday, August 27, 2025, commencing at 9:55
13  a.m. ET.
14
15
16
17          * * * * * * * * * * *
18
19
20
21
22
23
24
25

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 5 of 15

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1       A.   We've used numerous lawyers over the
2  years.  Probably in-house counsel.  Outside counsel,
3  Greenberg Traurig, other attorneys that we've used
4  as outside counsel.  Many large -- large and smaller
5  law firms over the years.
6            I don't recall -- to answer your question
7  on point, but I don't recall with specificity which
8  firm or firms gave us that advice.
9            I will say that the accounting advice came
10 from Michael Felson's firm, our CPA, and from our
11 previous CPA, Jay Howard Linn, CPA.  Mr. Linn is no
12 longer around.  Unfortunately, he passed away.
13      **Q.   Was a Mr. Wassermann ever an accountant of**
14 **yours?**
15      A.   Yes, I think so, but the name rings a
16 bell, but I don't know.  I believe that was one of
17 the accountants that we used.  But it doesn't ring a
18 current bell.
19      **Q.   Is it fair to call RBDS an assertion**
20 **entity?**
21           ATTORNEY VAZQUEZ:  Objection to form.
22      A.   One could call it an assertion entity, but
23 in actuality, it's a licensing company that holds
24 intellectual property that attempts to monetize the
25 patents through licensing and, if necessary, through

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 6 of 15

Confidential                                         Valve Corporation vs.
Leigh Rothschild                                     Leigh Rothschild, et al.

1   litigation.
2        Q.   In contrast to that, Ariel Inventions is
3   not considered a licensing entity; correct?
4        A.   That is correct.
5        Q.   Any patents that are owned by Ariel
6   Inventions, they are not part of any licensing or
7   assertion attempts while they are owned by Ariel
8   Inventions?
9        A.   That would be a correct statement, to the
10  best of my knowledge.
11       Q.   Going back to the shorthand, is it okay if
12  I refer to RBDS as a monetizing entity?
13       A.   Yeah, I think that's fine.
14       Q.   Do you have a similar shorthand for
15  companies like Ariel Inventions?
16       A.   Ariel Inventions is a company that holds
17  intellectual property.  It does not seek to monetize
18  them.
19       Q.   Do you have a rough idea in terms of how
20  many monetizing entities you own or control versus
21  the non-monetizing entities such as Ariel
22  Inventions?
23       A.   I think there's probably two or three
24  monetizing -- something in that range.  Two or three
25  or four or so.  Less than five, I believe,

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 7 of 15

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1  patents that we now have that we've obtained after
2  this agreement that you signed in January 2016 that
3  we'd like you to consider taking licenses on.  Would
4  you be interested?
5           I believe, also, that our counsel at the
6  time, Sam Meyler, who was our local counsel in
7  Washington, in the State of Washington, also
8  contacted Valve and said the same thing.  Would you
9  be interested?  We believe you may be infringing
10 some patents that we're holding that are not subject
11 to the licensing agreement, the GSLA, and would you
12 be interested in -- would you be interested or would
13 you like to take licenses to those patents not
14 subject to the agreement?
15      **Q.   The correspondence or communication that**
16 **you referred to done by Mr. Falcucci and also by**
17 **Mr. Meyler, is it fair to say that you authorized**
18 **that communication --**
19      A.   Absolutely.
20      **Q.   -- those communications?**
21      A.   I authorized them to contact -- both
22 Mr. Meyler and Mr. Falcucci to contact Valve to see
23 if they were interested in having licenses for which
24 the -- which were not subject to the agreement.
25      **Q.   Is it Falcucci or Falcucci?**

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 8 of 15

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1  bank account and my attorney's bank account.
2      Q.   Do you agree that, as part of the Global
3  Settlement and License Agreement, Valve paid
4  $130,000 for a license -- at least to the patents
5  that we see in Exhibit C on Pages 18 and 19?
6      A.   I agree that -- my understanding of the
7  agreement is that Valve paid $130,000 to -- for --
8  on my behalf -- for the company's behalf, for
9  Display Technologies' behalf, to the Nee Law Firm
10 for -- on our behalf for the patents -- specifically
11 for the patents that are listed in what's captioned
12 as Exhibit C, which would be on the Exhibit 17,
13 Pages 18, 19, 20, and 21, for those rights to those
14 specific patents.
15     Q.   By paying the $130,000 under the Global
16 Settlement and License Agreement, is it fair to say
17 that the assignees we see in Exhibit C were no
18 longer allowed to file a lawsuit against Valve for
19 the patent numbers that we see for the patents that
20 we see also in this Exhibit C?
21     A.   I would reword that to say that, as per
22 the agreement, the companies were not supposed to
23 and really should not have filed any lawsuits
24 against Valve because they -- Valve had rights to
25 all of those patents on Exhibit C.  The intention

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 9 of 15

| Leigh Rothschild | Confidential | Valve Corporation vs.<br>Leigh Rothschild, et al. |

1  was to give Valve, I believe, perpetual rights to
2  those patents and not to be sued.  And not to be
3  sued.
4      Q.  Without looking at the agreement, do you
5  know whether the intent was to give Valve perpetual
6  rights to the patents that we see in Exhibit C and
7  also their family members?
8      A.  I believe so.  I believe it would have
9  been the family members.  That's the usual way our
10 agreements are written.  Without looking in-depth in
11 the agreement.  I believe it was perpetual, but I
12 haven't read the agreement in that regard.  And I
13 believe it was for -- it's usually for families.
14 Usually runs with families, although, we have had a
15 couple of cases where, for some reason, they wanted
16 to -- with other companies other than Valve, they
17 didn't want families, they just wanted individual
18 patents, believe it or not.
19     Q.  Is the price lower if it's just individual
20 patents than, comparatively, to pay for those same
21 patents and their families?
22     A.  Well, that's a good question.  Might have
23 been lower, but -- or it might have been the same.
24 But, in this particular case that I remember, they
25 just said we don't need them all so don't give us

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 10 of 15

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1   rights and we'll still pay you the same amount.
2   Kind of interesting.  It wasn't perhaps the best
3   strategic move on the case of that particular
4   company.
5        Q.   Sticking with the GSLA, under this
6   agreement, Valve paid $130,000 to be free from any
7   lawsuits alleging infringement of the patents that
8   we see in Exhibit C and also any of their family
9   members?
10       A.   That would be a correct statement.
11       Q.   Do you see on Page 19 of this GSLA at the
12  top there is the row that begins with number 12?
13       A.   Correct.  I'm on that page.
14       Q.   Do you see the '221 patent?
15       A.   Yes.
16       Q.   In row 12 of Page 19 of this GSLA, near
17  the top, you see the '221 patent?
18       A.   I do.
19       Q.   The assignee is listed as Ariel
20  Inventions; correct?
21       A.   That's correct.
22       Q.   We covered this early in the deposition,
23  but at some point in time, the '221 patent was
24  assigned from Ariel Inventions to RBDS for the
25  purposes of monetizing that patent?

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 11 of 15

Confidential                                          Valve Corporation vs.
Leigh Rothschild                                      Leigh Rothschild, et al.

1    A.   Correct.
2    Q.   Even though sometime after the GSLA was
3  executed, the '221 patent was assigned from Ariel
4  Inventions to RBDS for assertion purposes, was RBDS
5  under this agreement allowed to go after Valve for
6  infringement of the '221?
7    A.   My understanding is RBDS should not have
8  gone after Valve for infringement of that patent.
9  The patent was licensed, no matter who owned it,
10 with Valve.  So no action should have been taken
11 regarding that patent.  Any action that would have
12 been taken would have been human error, would have
13 been a mistake on our part.
14   Q.   I think the -- you phrased it better than
15 I was going to put in a question.
16        The point being the patents that we see in
17 Exhibit C to the GSLA, Valve had a license to these
18 patents, Valve paid for the rights to these patents
19 regardless of what entity owned them?
20   A.   Absolutely correct.
21        ATTORNEY MACHLEIDT:  Do you all mind if we
22     take a ten-minute break just to give me a
23     chance to think?
24        THE VIDEOGRAPHER:  Going off record at
25     5:40 p.m.

Confidential

Leigh Rothschild

Valve Corporation vs.
Leigh Rothschild, et al.

1  wrong, that you've received many letters similar to
2  what we see in Exhibit 23?
3       A.   Well, I don't, but let me correct my
4  testimony, if that's what I said.  But my attorneys
5  receive many letters disputing once they're sued,
6  many letters, you know, and defense letters, which
7  purport to defend, you know, why they're not
8  infringing our patents based on our complaints.  So
9  yes, many times.  Many, many, many letters.
10      Q.   This letter is dated July 2021.  It
11 references the '221 patent and, as you said earlier,
12 you, of course, have no specific recollection of
13 this letter?
14      A.   That's correct.
15      Q.   Is RBDS, as of August 2025, continuing to
16 assert the '221 patent?
17      A.   I think they are.  I think they are, but
18 I'm not positive about that.  I believe they are.
19 But I'm not -- I'm not certain.  We have a number of
20 entities, as you know from today's testimony.  So
21 I'm not certain of that.  But I think so, but --
22      Q.   If RBDS --
23           ATTORNEY MACHLEIDT:  Strike that.
24 BY ATTORNEY MACHLEIDT:
25      Q.   When RBDS files a new lawsuit accusing an

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 13 of 15

Confidential                                    Valve Corporation vs.
Leigh Rothschild                                Leigh Rothschild, et al.

```
 1   entity of infringing the '221 patent, is it correct
 2   that you have to approve the filing of that lawsuit?
 3        A.   Yes.  Any suits that are filed, I
 4   absolutely approve.
 5        Q.   And the same goes for back in 2021, for
 6   example, the lawsuit between RBDS and Blue Jeans
 7   Network relating to the '221 patent, you would have
 8   approved that lawsuit?
 9        A.   Right.  Not only would I have approved it,
10   but the attorneys filing it would have approved it.
11   And our research group usually provides the evidence
12   that's attached to the complaint.
13        Q.   This letter, as I mentioned -- let's
14   ignore the non-infringement piece for a moment -- it
15   references invalidity under three separate grounds
16   and the allegations are specific to claim 7 of the
17   '221 patent.  Do you see that?
18        A.   Yes.
19        Q.   This is a yes or no.  If you have this
20   memory, I don't want the details.  But do you
21   remember whether RBDS had a response to the
22   invalidity allegations about the '221 patent in this
23   Exhibit 23 letter?
24        A.   I do not remember with specificity.  Nope.
25   Many cases, as you referenced earlier.  Don't
```

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 14 of 15

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

```
 1      Q.   Yeah, let's do that.
 2      A.   So I'm going to pull them off now, put
 3  them on here, scan them, and then hand them to you.
 4      Q.   That's perfect.  And I think all of that
 5  can happen off the record.  Unless --
 6      A.   Or on the record.
 7           ATTORNEY MACHLEIDT:  René, it's getting
 8      hot in here.  So I imagine --
 9           ATTORNEY VAZQUEZ:  Yeah.
10           THE WITNESS:  Well, when they turn off the
11      air conditioning, it's probably a sign it's
12      time to go.
13           ATTORNEY MACHLEIDT:  All right.  Ready to
14      go off the record?
15           ATTORNEY VAZQUEZ:  Yeah.
16           THE VIDEOGRAPHER:  Going off record at
17      8:34 p.m.  And this concludes the deposition
18      for today.
19         (Proceedings were concluded at 8:34 p.m.)
20                  * * * * * * * * *
21      (Handwritten notes of the witness are received
22    and marked as Exhibit 25 for Identification.)
23
24
25
```

Case 2:23-cv-01016-JNW   Document 140-2   Filed 10/27/25   Page 15 of 15

Leigh Rothschild                    Confidential                    Valve Corporation vs.
                                                                    Leigh Rothschild, et al.

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF FLORIDA    )

 4    COUNTY OF LEE       )

 5

 6

 7              I, STACEY E. RAIKES, a Registered Merit

 8    Reporter, Certified Realtime Reporter, and Notary

 9    Public within and for the State of Florida, do

10    hereby certify:

11              That the witness whose examination is

12    hereinbefore set forth was duly sworn by me and

13    that this transcript of such examination is a true

14    record of the testimony given by such witness.

15              I further certify that I am not related to

16    any of the parties to this action by blood or

17    marriage and that I am in no way interested in the

18    outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto set my

20    hand this 2nd of September 2025.

21

22

23

24              _____
                    STACEY E. RAIKES, RMR, CRR
25
```