# EXHIBIT 9
# FILED UNDER SEAL

Videotaped Deposition of

# Nicolle Lafosse

April 22, 2025

Valve Corporation

vs.

Leigh Rothschild, et al.



Case 2:23-cv-01016-JNW   Document 140-3   Filed 10/27/25   Page 3 of 9

Nicolle Lafosse                                    Valve Corporation vs.
                                                   Leigh Rothschild, et al.

```
 1                  UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF WASHINGTON

 3                          AT SEATTLE

 4   ------------------------------------------x
     VALVE CORPORATION,
 5
                            Plaintiff,
 6
                - versus -     Case No.:  2:23-cv-1016-JNW
 7
     LEIGH ROTHSCHILD, ROTHSCHILD
 8   BROADCAST DISTRIBUTION SYSTEMS,
     LLC, DISPLAY TECHNOLOGIES, LLC,
 9   PATENT ASSET MANAGEMENT, LLC,
     MEYLER LEGAL, PLLC, and SAMUEL
10   MEYLER,
                            Defendants.
11   ------------------------------------------x

12

13               VIDEOTAPED DEPOSITION OF:

14

15                      NICOLLE LAFOSSE

16

17               Tuesday, April 22, 2025

18               9:15 a.m. ET - 3:59 p.m. ET

19

20

21

22

23           REPORTED STENOGRAPHICALLY BY:

24              Stacey E. Raikes, RMR, CRR

25                  Job No. 10162787
```

```
 1
 2
 3
 4                  * * * * * * * * * * *
 5
 6
 7          VIDEOTAPED STENOGRAPHIC DEPOSITION of
 8   NICOLLE LAFOSSE, taken in the above-entitled matter
 9   before STACEY E. RAIKES, a stenographic machine
10   reporter, Registered Merit Reporter, Certified
11   Realtime Reporter, and Notary Public for the State of
12   Florida, taken on Tuesday, April 22, 2025, commencing
13   at 9:15 a.m. ET.
14
15
16
17                  * * * * * * * * * * *
18
19
20
21
22
23
24
25
```

```
 1        Q.   So PAM would continue following up with
 2   the company until it reached someone at the company?
 3        A.   Yes.
 4             (Discussion off the record.)
 5        Q.   When PAM identifies a company as a target
 6   company, that company always settles or is sued by
 7   PAM; correct?  Or Rothschild -- or RBDS or Display
 8   Technologies?
 9             ATTORNEY CHAD:  Object to form.
10             ATTORNEY DAMITIO:  I'll reask the
11      question.
12   BY ATTORNEY DAMITIO:
13        Q.   When PAM identifies a company as a target
14   company, that company always settles or is sued by
15   PAM or RBDS or Display Technologies?
16             ATTORNEY CHAD:  Same objection.
17        A.   The answer would be yes, either they
18   settle or they get sued.
19             (Discussion off the record.)
20        Q.   When PAM identified a company as a target
21   company, is it fair to say that that company had two
22   options, settle or be sued?
23        A.   Yes.
24        Q.   Do you know anything about the current
25   lawsuit between Valve and Mr. Rothschild?
```

1   A.  To my understanding, the patent map should
2   be 15 -- Pages 15 -- wait.  Okay, hold on.  Say
3   that, again.
4   Q.  What, if anything, on Pages 143 to 155 is
5   a patent map?
6   A.  Okay.  To my understanding, none of these
7   is the patent map.
8   Q.  Is your understanding that everything on
9   Pages 143 to 155 is a claim chart?
10  A.  Yes.
11  Q.  What is the difference between a patent
12  map and a claim chart?
13  A.  The claim chart has more specific
14  information that will sustain any type of argument
15  that will or is about to be drafted on a complaint.
16      And then the patent map, it just gives you
17  details about the invention itself as to how it
18  works, the components that it has, what is it used
19  for, and it just provides an image like map of the
20  invention.
21      (Discussion off the record.)
22  Q.  Is there anything in a patent map that is
23  not in a claim chart?
24  A.  I don't recall.
25  Q.  Okay.  When, if ever, did PAM send a

```
 1   demand letter and the goal was not to get money from
 2   a target company?
 3        A.   Never.  There's no way a demand letter is
 4   sent unless the purpose is to receive some sort of
 5   damages.
 6        Q.   And by damages, you mean money?
 7        A.   Money.
 8             ATTORNEY DAMITIO:  Marking Exhibit 9.
 9         (Documents Bates stamped VALVE_5397 - 5421 is
10            received and marked as Exhibit 9 for
11                     Identification.)
12               (Discussion off the record.)
13   BY ATTORNEY DAMITIO:
14        Q.   In your experience as -- in your
15   experience as a PAM litigation manager --
16             ATTORNEY DAMITIO:  Strike that.
17        Q.   In your experience as a PAM litigation
18   manager, when, if ever, did PAM, RBDS, or Display
19   Technologies send a demand letter and the goal was
20   not to get money from a target company?
21        A.   To my knowledge, never.
22        Q.   Do you see RBDS listed as a company in the
23   subject line of Exhibit 7?
24        A.   Yes.
25        Q.   Do you understand Exhibit 7 to be a demand
```

```
 1              ATTORNEY MACHLEIDT:  Thank you for your
 2     time.
 3              Thank you, everybody.
 4              ATTORNEY GREEN:  Our pleasure.
 5              ATTORNEY MACHLEIDT:  We can go off the
 6     record.
 7              THE VIDEOGRAPHER:  I am supposed to get
 8     orders on the record before.
 9              ATTORNEY DAMITIO:  Fine.
10              Standard seven-day would be fine for --
11              THE VIDEOGRAPHER:  You guys have a
12     standing order for sync, I think; right?
13              ATTORNEY MACHLEIDT:  Yes.
14              And the rough ASAP.
15              ATTORNEY GREEN:  Do you want to read?
16              ATTORNEY CHAD:  Same is fine.  You don't
17     need to hurry on my account.
18              ATTORNEY GREEN:  You have the option to
19     read.
20              THE WITNESS:  No.
21              THE VIDEOGRAPHER:  This concludes the
22     deposition for today.
23              We're going off record at 3:59 p.m.
24          (Proceedings were concluded at 3:59 p.m.)
25                   * * * * * * * * *
```

Case 2:23-cv-01016-JNW   Document 140-3   Filed 10/27/25   Page 9 of 9

Nicolle Lafosse                                         Valve Corporation vs.
                                                        Leigh Rothschild, et al.

```
 1                      C E R T I F I C A T E

 2

 3

 4              I, Stacey E. Raikes, NCRA Registered

 5   Merit Reporter and NCRA Certified Realtime Reporter,

 6   do hereby certify:

 7

 8              That NICOLLE LAFOSSE, the witness whose

 9   deposition is hereinbefore set forth, having been

10   duly sworn, and that such deposition is a true

11   record of the testimony of said witness.

12

13              I further certify that I am not related

14   to any of the parties to this action by blood or

15   marriage, and that I am in no way interested in the

16   outcome of this matter.

17

18              IN WITNESS WHEREOF, I have hereunto set

19   my hand this 24th day of April 2025.

20

21

22      [signature: Stacey E Raikes]

23   _____

24   Stacey E. Raikes, RMR, CRR
     Certified Machine Stenographer
25   Notary Public for the State of Florida
```