# EXHIBIT 14
# FILED UNDER SEAL



**A Professional Limited Liability Company**

*1700 Westlake Ave. N., Ste. 200*  *Telephone: 206-876-7770*
*Seattle, Washington 98109*  *Facsimile: 206-876-7771*
 *E-mail: info@meylerlegal.com*

January 3, 2023

Christopher Schenck
Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue, WA 98004

Re:   Social Positioning Input Systems, LLC v Valve Corporation

Dear Mr. Schenck:

This correspondence is provided in response to your letter sent to me on December 22, 2022. As you requested, further investigation was conducted with respect to the allegations in your letter. Social Positioning Input Systems, LLC ("SPIS") does not agree with your contentions and will not agree to dismiss the lawsuit.

Valve's contentions regarding the 2015 Global Settlement and License Agreement ("2015 License Agreement") with Display Technologies, LLC and Mr. Rothschild are misleading. SPIS has carefully reviewed the 2015 License Agreement. During negotiation of the 2015 License Agreement, Valve had the option, but elected not to cover all possible patents. The patents that are the subject of the 2015 License Agreement are specifically identified in the exhibits to the 2015 License Agreement; U.S. Pat. No. 9,261,365 ("the '365 Patent") that is at issue in the present lawsuit brought by SPIS is not one of those patents. If Valve truly believes that the 2015 License Agreement somehow covers the '365 Patent, please provide a detailed explanation and SPIS will consider Valve's claims further.

With respect to Valve's substantive contentions regarding the '365 Patent, SPIS responds as follows:

**Valve's Objection:** "The '365 Patent is clearly related to a positional information device used to help drivers of vehicles find addresses and has absolutely nothing to do with the tracking done by a virtual reality gaming device."

**SPIS's Response:** Vive (or HTC Vive) features SteamVR tracking which is a hardware/software solution that lets the user device (e.g., PC) locate its real-time position information accurately as can be seen in the below-provided snapshots.

CONFIDENTIAL                                                                                                          VALVE_00005192

Christopher Schenck
Valve Corporation
January 3, 2023
Page 2 of 4



Source: https://partner.steamgames.com/vrlicensing

**Valve's Objection:** "Moreover, the device that Social Input Positioning Systems asserts infringes the '365 patent is the HTC Vive - a product that Valve does not make or sell. Indeed, the page on Valve's Steam website that is referenced in the claim chart attached to the complaint very clearly shows that you cannot purchase the HTC Vive from Valve (you would have needed to visit the HTC website to purchase it)."

**SPIS's Response:** In response to OC's objection, Valve's SteamVR platform is infringing SPIS '365 patent as SteamVR is a virtual reality hardware and software platform which is used for position tracking.

CONFIDENTIAL                                                                                                                                                                                                 VALVE_00005193

Christopher Schenck
Valve Corporation
January 3, 2023
Page 3 of 4

<u>**SteamVR Optical Technologies**</u>

**DISPLAY**

Valve has spent years working closely with LCD and OLED display manufacturers to adapt their technologies to the unique challenges of VR, including low-persistence illumination, fast switching times, and high PPI calibration solutions. While all VR display technologies have inherent artifacts unique to head-mounted usage, <u>Valve provides custom hardware and software manufacturing solutions as part of the SteamVR technology suite to enable high quality visual VR experiences.</u>

**OPTICS**

Valve has developed custom lenses that work with both LCD and OLED display technologies and is making these lenses available to purchase for use in SteamVR compatible HMDs. These lenses and Valve's unique calibration and correction software are designed specifically to be paired with several off-the-shelf VR displays to enable the highest quality VR visual experiences. These optical solutions currently support a field of view between 85 and 120 degrees (depending on the display). The lenses, which are designed to support the next generation of room-scale virtual reality, optimize the user's perceived tracking experience and image sharpness while reducing stray light.

Source: https://partner.steamgames.com/vrlicensing

**Note:** Valve has announced that it is ending SteamVR support for macOS. But supporting Windows and Linux.

Source: https://www.engadget.com/valve-cancels-steamvr-support-macos-162443682.html

**Valve's Objection:** "The '365 Patent is also invalid under 35 U.S.C. § 101 at least because it is directed to the abstract idea of sharing addresses."

**SPIS's Response:** The Patent '365 discloses a system for entering location information into a positional information device. The system includes a server configured to receive a request for at least one location, determine the coordinates of the least one requested location, and transmit the determined coordinates to the device; the positional information device including a locational information module for determining the location information of the device; a communication module for receiving coordinates of at least one location from the server; a processing module configured to receive the coordinates from the communication module and determine route guidance based on the location of the device and the received coordinates; and a display module for displaying the route guidance; and a communications network for coupling the positional information device to the server.

Further, the communication module is configured to transmit the request by voice communications and/or wireless data transfer.

Hence, the claimed limitation of '365 Patent is meeting the "machine or transformation" test.

Therefore, the claimed method is patent eligible under 35 U.S.C. § 101.

For these reasons, SPIS will not agree to the demands set forth in your letter. However, SPIS is still willing to consider a reasonable settlement offer.

Christopher Schenck
Valve Corporation
January 3, 2023
Page 4 of 4

Sincerely,

*signature*

SAMUEL M. MEYLER

*Sent via e-mail*

CONFIDENTIAL