HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: December 15, 2025<br><br>Complaint Filed:   07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S MSJ

CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. The above-named defendants did not disclose any expert witnesses under the Protective Order. The defendants also did not serve affirmative/opening or responsive/rebuttal expert reports. The above-named defendants did not depose Valve's damages expert, Kimberly J. Schenk.

4. Attached hereto as Exhibit 2[1] is a true and correct copy of the Joint Motion to Amend Dismissal filed as ECF No. 78 in the consolidated lead case *Display Technologies, LLC v. NVIDIA Corporation, et al.*, No. 2:15-cv-998-JRG-JRP (E.D. Tex.), on March 9, 2016.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Christina Arias taken on August 26, 2025.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Leigh Rothschild taken on August 27, 2025.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Christopher Schenck taken on August 21, 2025.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of Daniel Falcucci taken on August 28, 2025.

9. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Nicole Lafosse taken on April 22, 2025.

10. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Samuel Meyler taken on August 29, 2025.

11. Attached hereto as Exhibit 11 is a true and correct copy of the Local Counsel

---

[1] Exhibits are numbered in the order that they appear in Valve's Motion for Partial Summary Judgment.

MACHLEIDT DECL. ISO VALVE'S MSJ
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  Engagement for Enforcement of U.S. Patent No. 8,856,221 (the "RBDS" patent) between Samuel
2  M. Meyler and Meyler Legal, PLLC, and Rothschild Broadcast Distribution Systems, LLC, dated
3  May 12, 2022, and bearing Bates numbers ROTHSCHILD0030625.
4      12.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts from RBDS's
5  Responses to Valve's Second Set of Interrogatories, served on April 3, 2025.

7      I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.
9      Executed on October 27, 2025 at Moscow, Idaho.

*/s/ Dario A. Machleidt*
Dario A. Machleidt

---

MACHLEIDT DECL. ISO VALVE'S MSJ
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

>  */s/ Dario A. Machleidt*
> Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S MSJ
CASE NO. 2:23-CV-1016
- 3 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600