HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF KIMBERLY J. SCHENK**<br><br>NOTE ON MOTION CALENDAR: October 31, 2025<br><br>Complaint Filed:　　07/07/2023 |

K. SCHENK DECLARATION
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Kimberly J. Schenk, declare as follows:

1. I am a resident of Chicago, Illinois over the age of 18. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

2. I am a Vice President at Charles River Associates ("CRA"). CRA was retained by Kilpatrick Townsend & Stockton LLP on behalf of Valve Corporation ("Valve") to evaluate damages due Valve in the event that one or more of the named Defendants is found liable for breach of contract and/or violation of Revised Code of Washington ("RCW") 19.350 ("the Patent Troll Prevention Act") and RCW 19.86.020 ("the Washington State Consumer Protection Act"). I was also asked to consider whether the Defendants' history of litigation settlements involving U.S. Patent No. 8,856,221 ("the '221 Patent") is supportive of a finding of commercial success and copying as secondary considerations of non-obviousness.

3. On September 15, 2025, I issued an expert report ("Expert Report") setting forth my opinions on those topics.

4. Attached hereto as Exhibit 6 is a true and correct copy of selected excerpts with redactions from my Expert Report regarding damages due Valve in the event that one or more of the named Defendants is found liable for breach of contract and/or violation of the Patent Troll Prevention Act and the Washington State Consumer Protection Act. My opinions remain the same, and I adopt by reference all opinion in this Expert Report.

Executed on October 27, 2025 at Chicago, Illinois.

/s/ Kimberly J. Schenk

K. SCHENK DECLARATION
CASE NO. 2:23-CV-1016
- 1 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600