HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-1016<br><br>**[PROPOSED] ORDER RE VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>**November 19, 2025**<br><br>Complaint Filed:   07/07/2023 |

[PROPOSED] ORDER GRANTING VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  Now pending before the Court is Plaintiff's Unopposed Motion to Seal Valve's Motion for
2  Rule 37(d) Sanctions and Exhibits 10, 11, 12, 13, 14, 15, 16, 17, and 32 to the Declaration of
3  Dario A. Machleidt. Defendants requested that these Exhibits and information in those Exhibits
4  referenced in Valve's Motion for Rule 37(d) Sanctions be maintained under seal. Having reviewed
5  the motion and all relating briefing, the Motion is _____.
6  IT IS SO ORDERED.

Dated: _____, 2025.

HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

DATED: October 30, 2025                Respectfully submitted,

                                       KILPATRICK TOWNSEND & STOCKTON LLP

                                       By: */s/ Dario A. Machleidt*
                                       Dario A. Machleidt (State Bar No. 41860)
                                       Kathleen R. Geyer (State Bar No. 55493)
                                       Christopher P. Damitio (State Bar No. 58633)
                                       1420 Fifth Avenue, Suite 3700
                                       Seattle, WA 98101
                                       Telephone: (206) 467-9600
                                       dmachleidt@kilpatricktownsend.com
                                       kgeyer@kilpatricktownsend.com
                                       cdamitio@kilpatricktownsend.com

                                       David A. Reed (*pro hac vice*)
                                       1100 Peachtree Street NE, Suite 2800
                                       Atlanta, GA 30309
                                       Telephone: (404) 745-2548
                                       dreed@ktslaw.com

                                       Attorneys for Plaintiff
                                       VALVE CORPORATION

[PROPOSED] ORDER GRANTING VALVE'S
MOTION TO SEAL                              - 1 -                Kilpatrick Townsend & Stockton LLP
CASE NO. 2:23-CV-1016                                            1420 Fifth Avenue, Suite 3700
                                                                 Seattle, WA 98101
                                                                 (206) 467-9600

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                             */s/ Dario A. Machleidt*
                                             Dario A. Machleidt

[PROPOSED] ORDER GRANTING VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600