# EXHIBIT 11
# FILED UNDER SEAL

```
 1                  UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF WASHINGTON

 3                          AT SEATTLE

 4     ------------------------------------------x
       VALVE CORPORATION,
 5
                            Plaintiff,
 6
                - versus -     Case No.:  2:23-cv-1016-JNW
 7
       LEIGH ROTHSCHILD, ROTHSCHILD
 8     BROADCAST DISTRIBUTION SYSTEMS,
       LLC, DISPLAY TECHNOLOGIES, LLC,
 9     PATENT ASSET MANAGEMENT, LLC,
       MEYLER LEGAL, PLLC, and SAMUEL
10     MEYLER,
                            Defendants.
11     ------------------------------------------x

12

13             * * * C O N F I D E N T I A L * * *

14

15                 VIDEOTAPED DEPOSITION OF:

16

17                      DANIEL FALCUCCI

18

19              Thursday, August 28, 2025

20              9:24 a.m. ET - 4:47 p.m. ET

21

22

23             REPORTED STENOGRAPHICALLY BY:

24             Stacey E. Raikes, RMR, CRR

25                    Job No. 10171405
```

Daniel Falcucci                     Confidential                     Valve Corporation vs.
                                                                     Leigh Rothschild, et al.

```
 1
 2
 3
 4                    *  *  *  *  *  *  *  *  *  *  *
 5
 6
 7           VIDEOTAPED STENOGRAPHIC DEPOSITION of
 8    DANIEL FALCUCCI, taken in the above-entitled matter
 9    before STACEY E. RAIKES, a stenographic machine
10    reporter, Registered Merit Reporter, Certified
11    Realtime Reporter, and Notary Public for the State of
12    Florida, taken on Tuesday, August 28, 2025,
13    commencing at 9:24 a.m. ET.
14
15
16
17                    *  *  *  *  *  *  *  *  *  *  *
18
19
20
21
22
23
24
25
```

Daniel Falcucci                        Confidential                    Valve Corporation vs.
                                                                        Leigh Rothschild, et al.

```
 1   A P P E A R A N C E S:

 2

 3   KILPATRICK TOWNSEND & STOCKTON LLP

 4   BY:   DARIO A. MACHLEIDT, ESQ.

 5           - and -

 6   BY:   KATHLEEN R. GEYER, ESQ.

 7   1420 Fifth Avenue, Suite 3700

 8   Seattle, Washington  98101

 9   (206) 467.9600

10   dmachleidt@kts.com

11   kgeyer@kts.com

12   Attorneys for the Plaintiff

13

14

15   KILPATRICK TOWNSEND & STOCKTON LLP

16   BY:   KENGYEH K. CHU, ESQ. (via Zoom)

17   4208 Six Forks Road, Suite 1400

18   Raleigh, North Carolina  27609

19   (919) 420.1733

20   kchu@ktslaw.com

21   Attorneys for the Plaintiff

22

23

24

25
```

Daniel Falcucci                     Confidential                 Valve Corporation vs.
                                                                  Leigh Rothschild, et al.

```
 1   A P P E A R A N C E S:   (Continued)

 2

 3   DNL ZITO

 4   BY:  RENÉ A. VAZQUEZ, ESQ.

 5   1250 Connecticut Avenue Northwest, Suite 700

 6   Washington, DC  20036

 7   (202) 466.3500

 8   rvazquez@dnlzito.com

 9   Attorneys for the Defendants

10

11

12

13

14

15

16

17

18

19
     ALSO PRESENT:
20

21   Paul Smith, Legal Video Specialist

22

23

24

25
```

Daniel Falcucci                           Confidential                    Valve Corporation vs.
                                                                          Leigh Rothschild, et al.

1    Q.   Has PAM ever paid your salary late?
2    A.   No, I don't believe so.
3    Q.   How long have you worked for the company?
4    A.   I think since about October 2021.
5    Q.   Since October --
6         ATTORNEY MACHLEIDT:  Strike that.
7  BY ATTORNEY MACHLEIDT:
8    Q.   Since about October of 2021, you have no
9  recollection of PAM ever paying your salary late?
10   A.   No, I don't.  I mean, perhaps, you know,
11 if at all, a payroll issue, but I don't have any
12 recollection of that.
13   Q.   Do you have any insight into the --
14        ATTORNEY MACHLEIDT:  Well, strike that.
15 BY ATTORNEY MACHLEIDT:
16   Q.   You're aware that PAM has at least one
17 business bank account?
18   A.   Yes.
19   Q.   How many total business accounts with
20 banks does PAM have?
21   A.   Currently?  I know of one.  I can't opine
22 beyond that.
23   Q.   You don't know if, at any point in time
24 since you joined the company in 2021, whether PAM
25 has had, so currently, more than one bank account?

Daniel Falcucci                      Confidential                     Valve Corporation vs.
                                                                    Leigh Rothschild, et al.

```
 1        A.    I don't know that.  I just know that we
 2   changed banks at one point.
 3        Q.    Was that the change from TD Bank to First
 4   Horizon?
 5        A.    Yes.
 6        Q.    Did that change happen, give or take,
 7   within the past year?
 8        A.    I think it was a little beyond that.
 9        Q.    Did that change from TD Bank to First
10   Horizon happen within the past two years?
11        A.    Probably.
12        Q.    The money that is in PAM's at least one
13   bank account, where does it come from?
14        A.    I guess from -- what do you -- can you
15   clarify that question?
16        Q.    PAM pays your salary?
17        A.    Yes.
18        Q.    Correct?  At what intervals are you paid?
19        A.    Biweekly.
20        Q.    When you get a direct deposit from PAM's
21   account, do you understand that to mean that there
22   was that money in PAM's account from which it could
23   pay you?
24        A.    I'm sure, if they paid me from PAM's
25   account, then there was money there, but I don't
```

Daniel Falcucci                                   Confidential                         Valve Corporation vs.
                                                                                    Leigh Rothschild, et al.

1   control the day-to-day financials of PAM.
2        Q.   Do you have any insight into where the
3   money used to pay your salary that comes from the
4   PAM account, where that came from?
5        A.   No.  I could speculate, but I'm not 100
6   percent sure exactly, on this date, where it came
7   from.
8        Q.   Does the money that's in PAM's bank
9   account come from successful licenses to patents
10  that are owned directly or indirectly by PAM?
11       A.   I believe some of it, and I would
12  emphasize mostly indirectly, because I'm not aware
13  PAM directly owning any patents.
14       Q.   It's your understanding that, in terms of
15  patents that are licensed, the PAM subsidiaries are
16  the owners of those patents, PAM is not the direct
17  owner?
18       A.   Yeah, I don't think any patents are
19  assigned to PAM.
20       Q.   When, for instance, RBDS licenses the '221
21  patent and the licensee pays $10,000 for the
22  agreement for those rights, how much of that money
23  does PAM see?
24            ATTORNEY VAZQUEZ:  Objection.  Form.
25       A.   I don't know.

1  Q. Are you aware of Display Technologies ever
2  transferring funds from its bank account into the
3  bank account of PAM?
4  A. I can't say I am aware of any specific
5  instance. I don't operate the day-to-day
6  financials.
7  Q. Who does operate those day-to-day
8  financials?
9  A. Typically, Leigh Rothschild. Or, you
10 know, administratively, Christina may help him.
11 Q. Do you have signer rights with any PAM
12 bank account?
13 A. I'm not sure.
14 Q. Has a credit or debit card been issued to
15 you that's connected to a PAM bank account?
16 A. Not in my name.
17 Q. Do you have authorization to use a debit
18 or credit card that is connected to a PAM bank
19 account but that names only Leigh Rothschild and
20 PAM?
21 A. Well, if you stopped at the PAM bank
22 account, then I have used a debit or credit card
23 through a PAM account.
24 Q. For what purposes?
25 A. Expenses. Company expenses.

Daniel Falcucci                       Confidential                     Valve Corporation vs.
                                                                       Leigh Rothschild, et al.

1  they're paid according to our dealing with whatever
2  vendor or whomever, you know, issues them.
3      Q.   During your time at PAM, did the company
4  ever have insufficient funds in its bank account to
5  make payroll?
6      A.   I'm not aware of that.  I don't -- that's
7  not my position.
8      Q.   Are you aware of PAM ever having financial
9  troubles?
10          ATTORNEY VAZQUEZ:  Objection.  Form.
11     A.   It's a quite broad statement.  I'm not
12 aware.
13     Q.   Am I correct that in front of you you have
14 notes that relate to a financial topic?
15     A.   Yes.
16     Q.   Please read what's in your notes into the
17 record.  And we'll probably put an exhibit stamp on
18 them to preserve them and then we'll kind of work
19 backwards.
20     A.   Okay.
21     Q.   Does that work for you?
22     A.   Sure.
23     Q.   Please.
24     A.   I put the date, 8/28/25.  It says, "PAM
25 revenue and expense information from 2023 tax

1  return.  2023 revenue, $2,084,720.  2023 expenses,
2  $5,137,833."
3      Q.  Rough numbers, was the revenue for PAM in
4  2023 a little over $2 million with the expenses
5  around $5 million?
6      A.  Yes, that's what I just read.  Based on
7  the information I've received.
8      Q.  Where did you receive the information --
9          ATTORNEY MACHLEIDT:  Well, strike that.
10 BY ATTORNEY MACHLEIDT:
11     Q.  I'm not interested in anything privileged,
12 of course.  Setting aside communications with
13 lawyers, where did you receive the information that
14 you just testified to?
15     A.  Via email.
16     Q.  Who sent the email?
17     A.  Leigh Rothschild.
18     Q.  How many emails were sent to you that
19 referenced financial information that you're
20 testifying about today?
21     A.  One.
22     Q.  Did Mr. Rothschild tell you where the
23 information, the financial information came from?
24     A.  No.  I don't believe so.  Barebones email.
25     Q.  When did he send you that email?

Daniel Falcucci | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1  ATTORNEY MACHLEIDT: Strike that.
2  BY ATTORNEY MACHLEIDT:
3      Q.  When did you receive that email?
4      A.  Well, I believe you discussed it
5  yesterday. So I received it sometime between
6  yesterday and today.
7      Q.  Did you receive it last night?
8      A.  I'm not sure the timestamp of the email.
9  It's sometime between yesterday and today.
10     Q.  When did you look at the email?
11     A.  This morning.
12     Q.  The, give or take, $2 million in revenue
13 in 2023, do you understand that to be gross revenue?
14     A.  I'm not sure.
15     Q.  You don't know whether it's gross or net
16 revenue?
17     A.  It seems -- no, I don't know.
18     Q.  You do know that the $2 million is revenue
19 and not profit, though?
20     A.  I don't know, Counselor.
21     Q.  The email referred to the $2 million as
22 revenue, though; correct?
23     A.  I believe so. That's what I wrote down.
24     Q.  In 2023, what were PAM's largest expenses
25 in terms of US dollars?

24

1   A.   What are our largest expenses?  I'm not
2   sure.
3       Q.   Do you know how that $5 million in 2023
4   PAM expenses, what it's comprised of?
5       A.   No.  I can't, you know, give you an
6   itemization off the top of my head.
7       Q.   Is your salary encompassed within that $5
8   million of PAM expenses?
9       A.   I don't know.  I would assume.
10      Q.   You assume that PAM treats payroll as an
11  expense?
12      A.   I assume, but I don't know.
13      Q.   You don't know whether any litigation
14  attorney fees are contained within that $5 million
15  expense?
16      A.   No, I don't have an itemization.  I don't
17  know.
18      Q.   And I think I know the answer to this from
19  yesterday's deposition.  Did the email that you
20  referenced have anything in it relating to 2024
21  financials?
22      A.   Not that I'm aware.  I have to check.  I
23  don't believe so.
24                      (Pause.)
25  BY ATTORNEY MACHLEIDT:

Daniel Falcucci                    Confidential                    Valve Corporation vs.
                                                                   Leigh Rothschild, et al.

1    Q.   Do you know, roughly, the greatest amount
2    of money that Rothschild or PAM or any PAM
3    subsidiary has received in a license agreement with
4    a corporate defendant, setting aside the RPXs and
5    the unified patents and those types of aggregators?
6        A.   I do not know.
7             ATTORNEY MACHLEIDT:  Let's take a break
8        simply because I think lunch is going to be on
9        its way.
10            ATTORNEY VAZQUEZ:  Okay.
11            THE VIDEOGRAPHER:  Going off record at
12       12:32 p.m.
13                  (Luncheon recess taken.)
14                      AFTERNOON SESSION
15                  (Time noted:  1:13 p.m.)
16            THE VIDEOGRAPHER:  Back on record at 1:13
17       p.m.
18   BY ATTORNEY MACHLEIDT:
19       Q.   Welcome back, Mr. Falcucci.
20       A.   Thank you.
21       Q.   How was lunch?
22       A.   Good.  Thanks.
23       Q.   Briefly going back to the financial stuff
24   we talked about at the start of the deposition and
25   to reset, you said that for PAM, in 2023, it made

```
 1  revenue of about $2 million and had costs of about
 2  $5 million; is that right?
 3       A.   According to Exhibit 26, yes.
 4       Q.   This may simply be a math question.  Does
 5  that mean PAM was in the red in 2023 by $3 million?
 6       A.   Apparently.
 7       Q.   Was PAM in debt in 2023?
 8       A.   I don't know.
 9       Q.   You can't tell me anything about the
10  origin of the costs that led to the $5 million costs
11  in 2023?
12       A.   No, I don't manage the finances like that.
13       Q.   Having been at PAM since 2021, do you have
14  at least a general awareness of the greatest costs
15  on an annual basis for the company?
16       A.   Yeah.  I mean, without looking at the --
17  you know, yeah, I guess.
18       Q.   What is the single greatest cost on an
19  annual basis for the company?
20       A.   I don't know.  I'd be guessing.  Maybe
21  payroll is up there.  I don't know.  I really don't.
22            ATTORNEY MACHLEIDT:  René, you probably
23       know where I'm getting with this.  We certainly
24       appreciate you doing the work to get us some
25       financial information.  I appreciate, you know,
```

1  Mr. Falcucci, this is outside his wheelhouse
2  with the company.
3       Topic 41 for PAM, it was only
4  Mr. Rothschild who was designated.  You know,
5  I -- it's revenue, costs, profits, and today we
6  learn you've got this -- today we learn about
7  these numbers.
8       Are you able to have Mr. Falcucci talk to
9  somebody, look at a document, and at least give
10 us a rough idea of the origin -- not even of
11 everything, but the majority of the costs that
12 we're looking at leading to $5 million?
13      And the reason being, I know we have a
14 dispute, obviously.  We've kept yesterday's
15 deposition open.  I know you disagree.  But if
16 it ends up being that we need 30 more minutes
17 on the financials, I would hope that that's
18 something we can at least potentially avoid if
19 we get more information about this now.  And it
20 may be a phone call, I don't know.
21      ATTORNEY VAZQUEZ:  So specifically with
22 regards to these numbers, you want more detail
23 with regards to the expense side, the costs?
24      Can we take a break and --
25      ATTORNEY MACHLEIDT:  Of course.

1  go into?
2          ATTORNEY MACHLEIDT:  Objection.  Form,
3     vague, speculation, and opinion.
4     A.   Yes, that may have been one of the
5  considerations.
6          ATTORNEY VAZQUEZ:  That's all I have.  The
7     witness is back to you.
8          ATTORNEY MACHLEIDT:  I'll shut it down.
9     No further questions.
10          ATTORNEY VAZQUEZ:  Don't want to play
11     Ping-Pong?  Okay.
12          ATTORNEY MACHLEIDT:  Thank you all for
13     your time.
14          Do you need anything from us before we go
15     off?
16          Mr. Falcucci, thank you.
17          THE WITNESS:  Thanks.  Sorry for the
18     interruptions.
19          THE VIDEOGRAPHER:  This concludes the
20     deposition for today.  We're going off the
21     record at 4:47 p.m.
22         (Proceedings were concluded at 4:47 p.m.)
23                * * * * * * * * *
24
25

1      C E R T I F I C A T E

2

3  STATE OF FLORIDA    )

4  COUNTY OF LEE       )

5

6

7         I, STACEY E. RAIKES, a Registered Merit

8  Reporter, Certified Realtime Reporter, and Notary

9  Public within and for the State of Florida, do

10 hereby certify:

11        That the witness whose examination is

12 hereinbefore set forth was duly sworn by me and

13 that this transcript of such examination is a true

14 record of the testimony given by such witness.

15        I further certify that I am not related to

16 any of the parties to this action by blood or

17 marriage and that I am in no way interested in the

18 outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20 hand this 3rd of September 2025.

21

22

23

24
                    _____
25                  STACEY E. RAIKES, RMR, CRR

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2   Case Name: Valve Corporation
             vs. Leigh Rothschild, et al.
 3   Date of Deposition: 08/28/2025

 4   Job No.: 10171405

 5


 6            I, DANIEL FALCUCCI, hereby certify

 7   under penalty of perjury under the laws of the State of

 8   _____ that the foregoing is true and correct.

 9            Executed this _____ day of

10   _____, 2025, at _____.

11

12

13                         _____

14                         DANIEL FALCUCCI

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,    proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25
```