# EXHIBIT 13
# FILED UNDER SEAL

## RESOLUTION OF THE MEMBER(S)
## OF ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS LLC
### (A Texas Limited Liability Company)

Pursuant to Texas Business Organizations Code Section 101.001 et. seq., and specifically TX BUS ORG Sec 101.359, the undersigned Member(s) of Rothschild Broadcast Distribution Systems LLC, a Texas limited liability company (hereinafter the "Company"), hereby unanimously consent as follows:

RESOLVED, that the Member(s) hereby ratify the filing of the Articles of Organization of the Company and the annual report with the Texas Department of State, by the authorized representative.

FURTHER RESOLVED, that the Member(s) hereby authorize the withdrawal of Leigh M. Rothschild as a Member of the Company.

FURTHER RESOLVED, that the Member(s) hereby authorize the admission of PATENT ASSET MANAGEMENT, LLC a Florida limited liability company, to the Company, and the addition to it or its representatives to any existing Company bank accounts, and hereby grant the same signatory authority.

FURTHER RESOLVED, that the Operating Agreement, Business Management Agreement and the Assignment of Interest dated of even date herewith and attached hereto respectively as Exhibits "A", "B" and "C" are hereby approved and the transfer of Leigh M. Rothschild's Membership Interest to PATENT ASSET MANAGEMENT, LLC is hereby ratified.

FURTHER RESOLVED, that the Member(s) hereby appoint Leigh M. Rothschild as Manager of the Company.

FURTHER RESOLVED, that the Member(s) and Manager(s) are authorized and capable to take all future actions necessary to carry out the actions contemplated by these Resolutions and to carry out the business of the Company.

FURTHER RESOLVED, that the Member(s) and Manager(s) be, and hereby are, authorized to take all such further action and to execute, deliver, file and record as appropriate all such further instruments and documents, in the name and on behalf of the Company, under seal or otherwise, as they in their judgment shall deem necessary or convenient to carry out the intent and to accomplish the purposes of these Resolutions.

IN WITNESS WHEREOF, the Member(s) place their hands and seals upon this instrument on this 1st day of January 2018.

**NEW MEMBER:**

PATENT ASSET MANAGEMENT, LLC,
a Florida limited liability company

by: _____
Leigh M. Rothschild

**DEPARTING MEMBER:**

_____
Leigh M. Rothschild

Confidential
ROTHSCHILD0031657