# EXHIBIT 16
# FILED UNDER SEAL

# Amendment to Operating Agreement of Patent Asset Management, LLC, LLC

This **Amendment to the Operating Agreement** (the "Amendment") of Patent Asset Management, LLC, a Florida limited liability company (the "Company"), is entered into and made effective as of the date of the last signatory (the "Effective Date") by and among the first member, Leigh M. Rothschild (the "First Member"), and the second member, S. Ariel Rothschild Trust (the "Second Member"). This Amendment modifies the original Operating Agreement dated March 19, 2024 (the "Operating Agreement"), attached hereto as an exhibit.

**Recitals:**

WHEREAS, the First Member holds 99% of the Membership Interests;

WHEREAS, the First Member desires to transfer the Second Member of the Company 79% of the shares, and the Second Member agrees to accept a 80% Membership Interest in the Company;

WHEREAS, the First Member and the Second Member wish to amend the Operating Agreement to reflect the change in ownership percentages;

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Amendment to Membership Interests:**

    1.1. The Membership Interests of the Company are hereby amended as follows:

    **Leigh M. Rothschild** (First Member): 20%
    **S. Ariel Rothschild Trust** (Second Member): 80%

    1.2. All references to Percentage Interests in the Operating Agreement shall be construed in accordance with this amended allocation of Membership Interests.

2. **Transfer of Membership Interest:**

    2.1. The First Member hereby transfers to the Second Member a 79% Membership Interest in the Company, effective as of the Effective Date.

    2.2. The Second Member accepts the transfer and assumes all rights, obligations, and responsibilities associated with the transferred Membership Interest in accordance with the terms of the Operating Agreement and this Amendment.

Confidential

ROTHSCHILD0031515

3. **Capital Contributions**:

   3.1. The Capital Accounts of the Members shall be adjusted to reflect the new ownership percentages.

   3.2. The Members agree that the Second Member's Capital Contribution is represented by the value associated with the 80% Membership Interest.

4. **Amendment to Section 2**: Section 2 of the Operating Agreement is hereby amended to read as follows:

| Member Name | Address | Percentage Interest |
|---|---|---|
| Leigh M. Rothschild | 1574 NE Quayside Terrace, Miami, FL | 20% |
| S. Ariel Rothschild Trust | 1574 NE Quayside Terrace, Miami, FL | 80% |

5. **No Other Changes**: Except as expressly set forth in this Amendment, all terms and conditions of the Operating Agreement remain in full force and effect.

6. **Governing Law**: This Amendment shall be governed by and construed in accordance with the laws of the State of Florida.

7. **Counterparts**: This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*This amendment to the Operating Agreement is being executed to formally reflect the corrected ownership interests of the Members (20% to Leigh Rothschild and 80% to the S. Ariel Rothschild Trust). It is understood that the tax filings for 2023 and subsequent years have been made in accordance with this ownership structure, and this amendment is intended to align the Operating Agreement with those filings.*

IN WITNESS WHEREOF, the parties have executed this Amendment as of the Effective Date.

[SIGNATURES TO APPEAR ON THE FOLLOWING PAGE]

Confidential

ROTHSCHILD0031516

**Patent Asset Management, LLC**

By: _____
Name: Leigh M. Rothschild (First Member)
Authorized Signatory
Membership Interest: 20%

Date: 2-21-25

**S. Ariel Rothschild Trust**

By: _____
Name: Samantha Ariel Rothschild (Second Member)
Authorized Signatory
Membership Interest: 80%

Date: 2/21/25

Confidential

ROTHSCHILD0031517