# EXHIBIT 17
# FILED UNDER SEAL

Christina Arias

Confidential

Valve Corporation vs.
Leigh Rothschild, et al.

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF WASHINGTON

 3                          AT SEATTLE

 4   ------------------------------------------x
     VALVE CORPORATION,
 5
                            Plaintiff,
 6
               - versus -     Case No.:  2:23-cv-1016-JNW
 7
     LEIGH ROTHSCHILD, ROTHSCHILD
 8   BROADCAST DISTRIBUTION SYSTEMS,
     LLC, DISPLAY TECHNOLOGIES, LLC,
 9   PATENT ASSET MANAGEMENT, LLC,
     MEYLER LEGAL, PLLC, and SAMUEL
10   MEYLER,
                            Defendants.
11   ------------------------------------------x

12

13            * * * C O N F I D E N T I A L * * *

14

15                 VIDEOTAPED DEPOSITION OF:

16

17                       CHRISTINA ARIAS

18

19              Tuesday, August 26, 2025

20              9:22 a.m. ET - 4:36 p.m. ET

21

22

23            REPORTED STENOGRAPHICALLY BY:

24              Stacey E. Raikes, RMR, CRR

25                  Job No. 10171403
```

1

Christina Arias                             Confidential                    Valve Corporation vs.
                                                                          Leigh Rothschild, et al.

1
2
3
4                  * * * * * * * * * * *
5
6
7         VIDEOTAPED STENOGRAPHIC DEPOSITION of
8    CHRISTINA ARIAS, taken in the above-entitled matter
9    before STACEY E. RAIKES, a stenographic machine
10   reporter, Registered Merit Reporter, Certified
11   Realtime Reporter, and Notary Public for the State of
12   Florida, taken on Tuesday, August 26, 2025,
13   commencing at 9:22 a.m. ET.
14
15
16
17                 * * * * * * * * * * *
18
19
20
21
22
23
24
25

```
 1   A P P E A R A N C E S:

 2

 3   KILPATRICK TOWNSEND & STOCKTON LLP

 4   BY:   KATHLEEN R. GEYER, ESQ.

 5           - and -

 6   BY:   DARIO A. MACHLEIDT, ESQ.

 7   1420 Fifth Avenue, Suite 3700

 8   Seattle, Washington  98101

 9   (206) 467.9600

10   dmachleidt@kilpatricktownsend.com

11   kgeyer@kilpatricktownsend.com

12   Attorneys for the Plaintiff

13

14

15   KILPATRICK TOWNSEND & STOCKTON LLP

16   BY:   KENGYEH K. CHU, ESQ.

17   4208 Six Forks Road, Suite 1400

18   Raleigh, North Carolina  27609

19   (919) 420.1733

20   kchu@ktslaw.com

21   Attorneys for the Plaintiff

22

23

24

25
```

```
 1   A P P E A R A N C E S:   (Continued)
 2
 3   DNL ZITO
 4   BY:  RENÉ A. VAZQUEZ, ESQ.
 5          - and -
 6   BY:  JOSEPH J. ZITO, ESQ.
 7   1250 Connecticut Avenue Northwest, Suite 700
 8   Washington, DC  20036
 9   (202) 466.3500
10   rvazquez@dnlzito.com
11   jzito@dnlzito.com
12   Attorneys for the Defendants
13
14
15
16
17
18
19
20
21   ALSO PRESENT:
22   Paul Smith, Legal Video Specialist
23
24
25
```

Christina Arias  Confidential  Valve Corporation vs. Leigh Rothschild, et al.

```
 1   a complaint, would Patent Asset Management approve
 2   that as well?
 3        A.   Yes.
 4        Q.   So someone at Patent Asset Management
 5   approves of every demand letter and complaint before
 6   it is sent or filed?
 7        A.   To my knowledge.
 8        Q.   Who at Patent Asset Management does that
 9   approval?
10        A.   On complaints?  Mr. Rothschild.  On demand
11   letters, I can't tell you if Daniel or
12   Mr. Rothschild.
13        Q.   But for demand letters, it would be one or
14   both of Mr. Falcucci and Mr. Rothschild?
15        A.   I believe so.
16        Q.   And Mr. Rothschild has to approve of every
17   complaint before it's filed?
18        A.   Yes.
19        Q.   Does Mr. Rothschild get the outcome of the
20   research you do on potential targets?
21        A.   Not my full research.
22        Q.   What part of the research does
23   Mr. Rothschild see?
24        A.   If they pass the jurisdiction.
25        Q.   And when you say if they pass, do you mean
```

37

Christina Arias | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

```
 1   started happening.
 2        Q.   Where is the GSLA saved in PAM's systems?
 3        A.   It's in SharePoint now.
 4        Q.   Was it in SharePoint in 2023?
 5        A.   I can't say for certain.
 6        Q.   Is there anywhere else the GSLA would have
 7   been saved in PAM's systems?
 8        A.   Could have been in Leigh's files or in a
 9   previous employee's.  I'm not sure.
10        Q.   Are there any other shared files or
11   systems in PAM where the GSLA would have been saved?
12        A.   No.
13                      (Pause.)
14        ATTORNEY GEYER:  That's it from us.
15        ATTORNEY VAZQUEZ:  Nothing more from me.
16        THE VIDEOGRAPHER:  Going off record.  This
17   is the end of the deposition, and the time is
18   4:36 p.m.
19        THE WITNESS:  Thank you.
20        ATTORNEY GEYER:  Thank you for your time.
21        (Proceedings were concluded at 4:36 p.m.)
22                 * * * * * * * * *
23        (Handwritten notes of the witness are received
24     and marked as Exhibit 5 for Identification.)
25
```

199

```
 1                  C E R T I F I C A T E

 2

 3    STATE OF FLORIDA    )

 4    COUNTY OF LEE       )

 5

 6

 7            I, STACEY E. RAIKES, a Registered Merit

 8    Reporter, Certified Realtime Reporter, and Notary

 9    Public within and for the State of Florida, do

10    hereby certify:

11            That the witness whose examination is

12    hereinbefore set forth was duly sworn by me and

13    that this transcript of such examination is a true

14    record of the testimony given by such witness.

15            I further certify that I am not related to

16    any of the parties to this action by blood or

17    marriage and that I am in no way interested in the

18    outcome of this matter.

19            IN WITNESS WHEREOF, I have hereunto set my

20    hand this 2nd of September 2025.

21

22

23

24
                       _____
25                      STACEY E. RAIKES, RMR, CRR
```

Christina Arias                            Confidential                    Valve Corporation vs.
                                                                           Leigh Rothschild, et al.

```
 1                DECLARATION UNDER PENALTY OF PERJURY

 2    Case Name: Valve Corporation
                 vs. Leigh Rothschild, et al.
 3    Date of Deposition: 08/26/2025

 4    Job No.: 10171403

 5

 6              I, CHRISTINA ARIAS, hereby certify

 7    under penalty of perjury under the laws of the State of

 8    _____ that the foregoing is true and correct.

 9              Executed this _____ day of

10    _____, 2025, at _____.

11

12

13                              _____

14                              CHRISTINA ARIAS

15

16    NOTARIZATION (If Required)

17    State of _____

18    County of _____

19    Subscribed and sworn to (or affirmed) before me on

20    this _____ day of _____, 20__,

21    by_____,    proved to me on the

22    basis of satisfactory evidence to be the person

23    who appeared before me.

24    Signature: _____ (Seal)

25
```

                                                                                            201