HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF PLAINTIFF VALVE CORPORATION'S MOTION FOR RULE 37(D) SANCTIONS AGAINST THE ROTHSCHILD DEFENDANTS**<br><br>NOTE ON MOTION CALENDAR: November 19, 2025<br><br>Complaint Filed:    07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S MOTION FOR RULE 37(D) SANCTIONS
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

1        I, Dario A. Machleidt, declare as follows:

2        1.    I am an attorney duly licensed to practice law in the State of Washington and
3   admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP,
4   counsel for Plaintiff Valve Corporation in the above-referenced action.

5        2.    I have personal knowledge of the facts stated in this declaration and, if called upon
6   to do so, I could and would competently testify thereto.

7        3.    Attached hereto as Exhibit 1 is a true and correct copy of Valve's Fourth Set of
8   Interrogatories to Patent Asset Management LLC served on May 27, 2025.

9        4.    Attached hereto as Exhibit 2 is a true and correct copy of Valve's Fourth Set of
10  Interrogatories to Display Technologies LLC served on May 27, 2025.

11       5.    Attached hereto as Exhibit 3 is a true and correct copy of Valve's Fourth Set of
12  Interrogatories to Rothschild Broadcast Distribution Systems LLC served on May 27, 2025.

13       6.    Attached hereto as Exhibit 4 is a true and correct copy of Valve's Fourth Set of
14  Interrogatories to Leigh Rothschild served on May 27, 2025.

15       7.    Attached hereto as Exhibit 5 is a true and correct copy of Valve's Third Set of
16  Requests for Production to Patent Asset Management LLC served on May 27, 2025.

17       8.    Attached hereto as Exhibit 6 is a true and correct copy of Valve's Third Set of
18  Requests for Production to Display Technologies LLC served on May 27, 2025.

19       9.    Attached hereto as Exhibit 7 is a true and correct copy of Valve's Third Set of
20  Requests for Production to Rothschild Broadcast Distribution Systems LLC served on May 27,
21  2025.

22       10.   Attached hereto as Exhibit 8 is a true and correct copy of Valve's Third Set of
23  Requests for Production to Leigh Rothschild served on May 27, 2025.

24       11.   Attached hereto as Exhibit 9 is a true and correct copy of an email chain between
25  counsel for Valve and counsel for Defendants between August 24 and August 27, 2025 with the
26  subject "Valve/Rothschild – Responses to RFA 1st."

27       12.   Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the
28  deposition transcript of Leigh Rothschild taken on August 27, 2025.

MACHLEIDT DECL. ISO VALVE'S RULE 37
MOTION FOR DISCOVERY SANCTIONS      - 1 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the deposition transcript of Daniel Falcucci taken on August 28, 2025.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Resolution of the Member(s) of Display Technologies LLC dated January 1, 2018 and produced by Defendants with beginning Bates number ROTHSCHILD0031616.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Resolution of the Member(s) of Rothschild Broadcast Distribution Systems LLC dated January 1, 2018 and produced by Defendants with beginning Bates number ROTHSCHILD0031657.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Company Agreement of Display Technologies LLC produced by Defendants with beginning Bates number ROTHSCHILD0031584.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Company Agreement of Rothschild Broadcast Distribution Systems LLC produced by Defendants with beginning Bates number ROTHSCHILD0031625.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Amendment to Operating Agreement of Patent Asset Management, LLC dated February 21, 2025 and produced by Defendants with beginning Bates number ROTHSCHILD0031515.

19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the deposition transcript of Christina Arias taken on August 26, 2025.

20. Attached hereto as Exhibit 18 is a true and correct copy of Florida Uniform Commercial Code Financing Statement Form filed on December 11, 2024 identifying Leigh Rothschild as the debtor and Patent Asset Management, LLC as the security party, and produced with beginning Bates number VALVE_00326301.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Complaint filed in *Constance Kazanjian v. Leigh Rothschild et al.*, No. 2017-8246-CA 01, in the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida on April 5, 2017 and produced with beginning Bates number VALVE_00003891.

22. Attached hereto as Exhibit 20 is a true and correct copy of Valve's Third Set of

MACHLEIDT DECL. ISO VALVE'S RULE 37
MOTION FOR DISCOVERY SANCTIONS
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  Interrogatories to Patent Asset Management LLC served on May 13, 2025, with redactions applied
2  to Interrogatory No. 16.

3        23.     Attached hereto as Exhibit 21 is a true and correct copy of Valve's Third Set of
4  Interrogatories to Rothschild Broadcast Distribution Technologies LLC served on May 13, 2025.

5        24.     Attached hereto as Exhibit 22 is a true and correct copy of Valve's Third Set of
6  Interrogatories to Display Technologies LLC served on May 13, 2025.

7        25.     Attached hereto as Exhibit 23 is a true and correct copy of Valve's Third Set of
8  Interrogatories to Leigh Rothschild served on May 13, 2025, with redactions applied to
9  Interrogatory No. 20.

10       26.     Attached as Exhibit 24 is a true and correct copy of an email chain between counsel
11 for Defendants and counsel for Valve on August 12 with the subject "Valve v. Rothschild –
12 Defendants' Discovery Deficiencies."

13       27.     On July 31, 2025, when the stay was lifted, Valve sent a letter to new counsel for
14 Defendants outlining outstanding discovery items, a true and correct copy of which is attached as
15 Exhibit 25. In that letter, Valve informed Defendants of all outstanding written discovery and the
16 modified due dates accounting for the stay, including that Defendants' responses to the Third Set
17 of Interrogatories and First Set of RFAs would be due on July 28. *Id.* at 2. Valve also informed
18 Defendants that their responses to Valve's Fourth Set of Interrogatories, Second Set of RFAs, and
19 final set of Requests for Production would be due on August 11. *Id.*

20       28.     On July 28, 2025, the parties met and conferred regarding that July 21 letter, among
21 other topics, and the parties agreed to extend the due date for Defendants' responses to Valve's
22 Third Set of Interrogatories and First Set of RFAs to July 30. Attached as Exhibit 26 is a true and
23 correct copy of an email sent by me to counsel for Defendants memorializing the topics discussed
24 in the meet and confer, including the agreement "to a modified due date of July 30 for Defendants'
25 responses to Valve's First Set of RFAs and Third Set of Interrogatories."

26       29.     Defendants did not serve any responses to Valve's Third Set of Interrogatories and
27 First Set of RFAs on July 30, 2025.

28

MACHLEIDT DECL. ISO VALVE'S RULE 37
MOTION FOR DISCOVERY SANCTIONS    - 3 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

30. On August 5, Valve requested Defendants serve responses to the Third Set of Interrogatories and First Set of RFAs by August 8, and reminded Defendants of the August 11 due date for the remaining discovery. Attached as Exhibit 27 is a true and correct copy of an email chain between August 1 and August 5, 2025 between counsel for Valve and counsel for Defendants with the subject "Valve Corporation v. Leigh Rothschild et al. (2:23-cv-1016-JNW)."

31. Valve did not receive a response to its August 5 email.

32. On August 11, Valve requested a meet and confer regarding Defendants' failure to respond to Valve's written discovery. Attached as Exhibit 28 is a true and correct copy of an email from K. Geyer to counsel for Defendants dated August 11, 2025 with the subject line "Valve v. Rothschild – Defendants' Discovery Deficiencies."

33. Valve followed up on that email on August 12 when the Rothschild Defendants failed to serve responses to Valve's Fourth Set of Interrogatories, Second Set of RFAs, and final set of Requests for Production. Attached as Exhibit 29 is a true and correct copy of an email from K. Geyer to counsel for Defendants dated August 12, 2025 with the subject "Valve v. Rothschild - Defendants' Discovery Deficiencies."

34. On August 12, counsel for Defendants stated, "No need to compel, we are working on responses." Ex. 24.

35. Counsel for Valve again pressed that "Defendants' responses were due 12 days ago for Valve's Third Set of Interrogatories and First Set of RFAs and yesterday for Valve's Fourth Set of Interrogatories, [and] Third Set of RFPs to the Rothschild Defendants…." Ex. 30. Attached as Exhibit 30 is a true and correct copy of an email chain between counsel for Defendants and counsel for Valve on August 12 with the subject "Valve v. Rothschild - Defendants' Discovery Deficiencies."

36. The parties met and conferred on these and other issues on August 14, where counsel for Defendants "disagreed that a motion to compel would be necessary, and that [Defendants] are working diligently to satisfy all discovery obligations as quickly as [they] can." Ex. 31. Attached as Exhibit 31 is a true and correct copy of an email from Ken Chu to counsel for Defendants on August 19 with the subject "Valve/Rothschild - follow-up from 8/14 call."

MACHLEIDT DECL. ISO VALVE'S RULE 37
MOTION FOR DISCOVERY SANCTIONS
CASE NO. 2:23-CV-1016
- 4 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

37. In light of the Rothschild Defendants' representations that discovery responses and productions would be forthcoming, if late, Valve agreed to "not proceed[] with its motion to compel responses to the outstanding interrogatories and production of documents." *Id.*

38. The Rothschild Defendants never responded to Valve's Third Set of Interrogatories, Valve's Fourth Set of Interrogatories, or Third Set of RFPs until yesterday, October 29, and only after I sent an email informing them of Valve's intent to move for Rule 37(d) sanctions.

39. In response to my email informing the Rothschild Defendants of Valve's motion, defense counsel responded, "My recollection is that this unverified Response was served at the end of August, a day or two after The Myler responses. I have not located a verified version but will have the client execute tomorrow." He attached a document titled "PAM et al Response to Additional Interrogatories 3 and 4." Defense counsel, however, did not provide any evidence of having served the responses in August.

40. I have searched my own emails and asked my team to do the same. Neither I nor any member of the Valve litigation team received the responses attached to Mr. Zito's October 29 email until that same day; our team did not receive those responses in August.

41. Attached hereto as Exhibit 32 is a true and correct copy of excerpts of Valve's First Supplemental Responses and Objections to Defendants' First Set of Interrogatories served on August 20, 2025.

42. Attached hereto as Exhibit 33 is a true and correct copy of an email chain between counsel for Valve and counsel for Defendants dated October 29, 2025 with the subject "Valve v. Rothschild – Meet and Confer re Motion to Seal, Motion for Discovery Sanctions." The most recent email from Joseph Zito attaches "PAM et al Response to Additional Interrogatories 3 and 4.pdf."

43. Attached hereto as Exhibit 34 is a true and correct copy of a redacted version of Defendants' Response to Plaintiff's Third and Fourth Set of Interrogatories and Third Set of Requests for Production served on October 29, 2025.

MACHLEIDT DECL. ISO VALVE'S RULE 37
MOTION FOR DISCOVERY SANCTIONS - 5 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

4  Executed on October 30, 2025 at Seattle, Washington.

6  /s/ Dario A. Machleidt
7  Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S RULE 37
MOTION FOR DISCOVERY SANCTIONS      - 6 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S RULE 37
MOTION FOR DISCOVERY SANCTIONS
CASE NO. 2:23-CV-1016

- 7 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600