**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-01016<br><br>**DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIM**<br><br>NOTE ON MOTION CALENDAR:<br>October 31, 2025 |

DEFENDANT'S REPLY
IN SUPPORT OF ITS MOTION
TO DISMISS COUNTERCLAIM
Page **1** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

## I. PLAINTIFF DOES NOT OPPOSE DISMISSAL OF COUNTERCLAIM COUNT 1

In Plaintiff's Response to Defendant Rothschild Broadcast Distribution Systems, RBDS' Motion for Leave to Dismiss Counterclaim of Infringement (Dkt. 134)("Plaintiff's Response"), Plaintiff states that it "does not oppose Defendants' effort to dismiss their . . . claim that Valve infringes the '221 patent." Plaintiff's Response at 8.

Accordingly, Defendant respectfully requests that the Court grant Defendant leave to dismiss Counterclaim Count 1.

## II. THE PARTIES SHOULD BEAR THEIR OWN COSTS AND FEES

In Plaintiff's Response, Plaintiff raises an issue that Defendant did not raise in its Motion for Leave to Dismiss Counterclaim (Dkt. 128). Plaintiff believes that the Parties should bear their own fees and costs. However, Defendant does not ask the Court to address this issue at this time. Should the Court grant Defendant's Motion and Plaintiff subsequently files a motion for fees, Defendant will address such a motion at that time.

## III. DISMISSAL OF COUNTERCLAIM COUNT 1 WOULD RENDER PLAINTIFF'S COUNTS I AND II MOOT FOR LACK OF STANDING

Defendant's Motion states that "*if* the Court dismisses Defendants' Counterclaim Count 1, Defendants *intend* to move for dismissal of Counts I and II of Plaintiff's Second Amended Complaint, as moot and for lack of standing." Defendant's Motion at 2 (emphasis added). Plaintiff's arguments regarding dismissal of Plaintiff's Counts I and II are incorrect and premature at this stage.

Plaintiff's assertion of apprehension is not reasonable (Plaintiff's Response at 6-7). A dismissal *with prejudice* would be a final adjudication on the merits that would render Counts I

DEFENDANT'S REPLY
IN SUPPORT OF ITS MOTION
TO DISMISS COUNTERCLAIM
Page **2** of **4**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

and II nonjusticiable because no case or controversy remains. Thus, Plaintiff's alleged "apprehension" is unreasonable on its face and Plaintiff will lack standing to continue Counts I and II.

Dated: October 31, 2025                           Respectfully submitted,

                                                          By: /s/ René A. Vazquez
                                                               René A. Vazquez (*pro hac vice*)
                                                               DNL ZITO
                                                               1250 Connecticut Avenue, NW, Suite 700
                                                               Washington, DC 20036
                                                               Tel: (703) 989-2244
                                                               Email: rvazquez@dnlzito.com

                                                               Joseph J. Zito
                                                               DNL ZITO
                                                               1250 Connecticut Avenue, NW, Suite 700
                                                               Washington, DC 20036
                                                               Tel: (202) 466-3500
                                                               Email: jzito@dnlzito.com

                                                               Matthew J. Cunanan (#42530)
                                                               DC LAW GROUP
                                                               12055 15th Ave NE, Suite B
                                                               Seattle, WA 98125
                                                               Tel: (206) 494-0400
                                                               Fax: (855) 494-0400
                                                               Email: matthew@dclglawyers.com

                                                               *Attorneys for Defendant Rothschild Broadcast Distribution Systems, LLC*

DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIM
Page **3** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

<u>/s/ René A. Vazquez</u>

DEFENDANT'S REPLY
IN SUPPORT OF ITS MOTION
TO DISMISS COUNTERCLAIM
Page **4** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500