HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT VALVE'S RESPONSE TO DEFENDANTS' MOTION TO SEAL (RE: DEFENDANTS' MOTION TO EXCLUDE UNDER DAUBERT DE#136)** |

MACHLEIDT DECL. ISO VALVE'S RESP. TO
DEFS' MOTION TO SEAL RE DAUBERTS
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), counsel for Plaintiff Valve Corporation ("Valve") in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Valve moves to maintain under seal certain highly confidential, proprietary, and commercially sensitive information in documents about Valve and Kilpatrick. Specifically, Valve requests that the Court find compelling reasons for maintaining the following documents (the "Sealed Documents") under seal:

4. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Kim Schenk, served on September 15, 2025.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Ramsey Al-Salam, served on September 15, 2025.

6. Exhibits 1 and 2 contain Valve's proposed redactions for these documents (**filed under seal**). Valve's proposed redactions are highlighted in yellow.

7. I certify that I reviewed the redacted material that is subject to Valve's motion to seal and confirm that certain of the redacted material within the Sealed Documents includes Valve's negotiated billing rates with Kilpatrick that are not publicly known and represent proprietary, confidential information to both Valve and Kilpatrick, as Kilpatrick's law firm rates are not uniform across customers and reflect non-standard rates and other pricing decisions that constitute sensitive pricing information. Public disclosure of such information could potentially place Valve and Kilpatrick at a competitive disadvantage when negotiating future rates with other law firms and/or clients.

8. I further certify that certain of the redacted material that is subject to Valve's motion to seal reflect attorney time entry descriptions and confidential litigation decisions, including staffing decisions, that are not publicly known. Disclosure of the information Valve seeks to seal

MACHLEIDT DECL. ISO VALVE'S RESP. TO
DEFS' MOTION TO SEAL RE DAUBERTS - 1 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  would give Kilpatrick's competitors unfair insight into its litigation strategies, current and future decision-making and reasoning, and business policies, potentially placing Kilpatrick at a competitive disadvantage, including by providing competitors with a significant and unfair insight into its litigation strategies and legal operations.

9. Valve's counsel conferred with Defendants' counsel by email on October 27, 2025 regarding the need to maintain the Sealed Documents under seal and provided highlighted versions noting Valve's requested redactions to Defendants that same day. As a result of these negotiations, Defendants' motion to seal indicated that they "disagree with [Valve's] characterization" but gave no explanation why they believe such information should not be sealed. Dkt. 137 at 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 11, 2025 at Seattle, Washington.

*/s/ Dario A. Machleidt*
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S RESP. TO
DEFS' MOTION TO SEAL RE DAUBERTS
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S RESP. TO DEFS' MOTION TO SEAL RE DAUBERTS
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600