dnlZITO

www.dnlzito.com

**1250 Connecticut Avenue, NW**
**Suite 200**
**Washington, DC 20036**
**202-466-3500**

November 13, 2025

**OPEN LETTER OF APOLOGY TO THE COURT**

United States District Court
For the Western District of Washington

Re:   Valve Corporation v Patent Asset Management et. al.
       Civil Action 2:23-cv-1016-JNW

      Earlier today, it came to my attention that AI was used in the preparation of a brief submitted to the Court by our firm in the above identified matter.  AI did not generate the brief and was not used in the drafting of the brief.  However, AI was used in the research and presentation of the citations in the brief.  I offer this letter of apology to the Court for the submission of a brief which relied in any manner on AI.

      Our firm has a solid policy of zero use of AI in any aspect of our practice of law in the preparation of any materials for submission to any court, government or regulatory body. We have not used AI in the past and do not intend to use AI in the future.  The use of AI in this brief was a one time error by our firm.

      Six weeks ago, we engaged the services of a young attorney on a contract basis to assist in our representation of the Defendants in the above action.   The attorney has several years of litigation experience.  When conducting legal research for the brief, the attorney used AI which caused significant scrambling of the legal citations in the brief.   There was no reason to believe that AI had been used, or to believe that an experienced attorney would not be fully cognizant of the inherent problems associated with the use of AI.  We do not have nor do we employ any AI tools at the firm in the preparation of briefs, in case law research, in citations or in any other manner in the submission of any materials to a Court.  None of the propositions of law, which had already been worked into the brief, changed due to AI errors induced into the citations.

I personally take full responsibility for the submission of the brief without proper citations.

I offer the above only as an explanation and assurance that the mistake will not be repeated, not as an excuse. There was no reason to suspect that citations may have been in error; however, there is no excuse for submission of a brief with improper citations.

We have taken very specific action to ensure that this error will not be repeated.

                                          Respectfully,

                                          Joseph J. Zito