HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016<br><br>**VALVE CORPORATION'S REPLY TO ITS UNOPPOSED MOTION TO SEAL (DKT. 139)**<br><br>NOTE ON MOTION CALENDAR:<br>**November 17, 2025**<br><br>Complaint Filed:　　07/07/2023 |

VALVE'S REPLY ISO MOTION TO SEAL (DKT. 139)
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

Pursuant to Local Civil Rule 5(g) and the Protective Order (Dkt. 52), Plaintiff Valve Corporation ("Valve") files this Reply to its Motion to Seal the unredacted copies of Valve's Motion for Partial Summary Judgement; Exhibits 3, 4, 9, and 11 to the Declaration of Dario A. Machleidt; and Exhibit 14 to the Declaration of Christopher Schenck (collectively, the "Sealed Documents"). *See* Dkt. 139.

The Sealed Documents "contain information designated by Defendants[1] as Confidential under the Protective Order." Dkt. 139 at 1. Pursuant to LCR 5(g)(3)(B), Defendants, as the "party who designated the document confidential," were required to file a response to Valve's motion explaining the "reasons for keeping a document under seal" and "satisfy[ing] subpart (3)(B)" of LCR 5(g). Defendants' response was due Wednesday, November 12 (LCR 7(d)(3)), but Defendants did not file any response. Accordingly, Defendants have not satisfied LCR 5(g)(3)(B), and Valve respectfully requests that the Sealed Documents be filed publicly. Dkt. 52 ¶ 4.3 ("Failure to satisfy [the LCR 5(g)(3)(B)] requirement[s] will result in the motion to seal being denied, in accordance with the strong presumption of public access to the Court's files"); *see also Lazar v. Bourbon*, No. 3:18-CV-05175-RBL-DWC, 2018 WL 4700528, at *2 (W.D. Wash. Oct. 1, 2018) (denying motion to seal because party seeking to seal documents "failed to satisfy the requirements of Local Civil Rule 5(g)(3)(B), as he did not provide a 'specific statement' of the applicable legal standard or the reasons for keeping the Response and attached documents under seal").

---

[1] The Sealed Documents do not contain any information Valve has designated as confidential.

VALVE'S REPLY ISO MOTION TO SEAL (DKT. 139)
CASE NO. 2:23-CV-1016
- 1 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  DATED: November 17, 2025         Respectfully submitted,

2                                    KILPATRICK TOWNSEND & STOCKTON LLP

3

4                                    By: /s/ *Dario A. Machleidt*
                                         Dario A. Machleidt (State Bar No. 41860)
5                                        Kathleen R. Geyer (State Bar No. 55493)
                                         Christopher P. Damitio (State Bar No. 58633)
6                                        1420 Fifth Avenue, Suite 3700
                                         Seattle, WA 98101
7                                        Telephone: (206) 467-9600
                                         dmachleidt@kilpatricktownsend.com
8                                        kgeyer@kilpatricktownsend.com
                                         cdamitio@kilpatricktownsend.com
9
                                         David A. Reed (*pro hac vice*)
10                                       100 Peachtree Street NE, Suite 2800
                                         Atlanta, GA 30309
11                                       Telephone: (404) 745-2548
                                         dreed@ktslaw.com
12
                                         Marianthi Karas (*pro hac vice*)
13                                       1801 Century Park East, Ste. 2300
                                         Los Angeles, CA 90067 USA
14                                       Telephone: (310) 777 3732
                                         mkaras@ktslaw.com
15
                                     Attorneys for Plaintiff
16                                   VALVE CORPORATION

17                                   I certify that this memorandum contains 260 words, in
                                     compliance with the Local Civil Rules.
18

19

20

21

22

23

24

25

26

27

28

VALVE'S REPLY ISO MOTION TO SEAL                - 2 -                Kilpatrick Townsend & Stockton LLP
(DKT. 139)                                                           1420 Fifth Avenue, Suite 3700
CASE NO. 2:23-CV-1016                                                Seattle, WA 98101
                                                                     (206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

VALVE'S REPLY ISO MOTION TO SEAL
(DKT. 139)
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600