Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-01016<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING PLAINTIFF VALVE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: December 15, 2025 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING PLAINTIFF VALVE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT – Page **1** of **3**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

Now pending before the Court are Plaintiff's and Defendants' Cross-Motions for Partial Summary Judgment. Having reviewed the motions and all related briefing, the Court finds good cause to grant Defendants' Motion for Partial Summary Judgment and deny Plaintiff's Motion for Partial Summary Judgment.

Accordingly, it is ORDERED that Defendants' Cross-Motion for Partial Summary Judgment is GRANTED, Plaintiff's Motion for Partial Summary Judgment is DENIED, and:

1. County III of Plaintiff's Second Amended Complaint, Dkt 38, alleging Breach of Contract is dismissed with prejudice.

2. County IV of Plaintiff's Second Amended Complaint, Dkt. 38, alleging violation of the Washington Patent Troll Prevention Act ("PTPA") Chapter 19.350 RCW is dismissed with prejudice.

3. All claims against Defendants Samuel Meyler and Meyler Legal, PLLC are dismissed with prejudice and said parties are dismissed from this action.

IT IS SO ORDERED.

Dated: _____

_____
HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING PLAINTIFF VALVE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT – Page **2** of **3**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the forgoing was filed through the CM/ECF system of This Court and that notice will be sent electronically to all counsel who are registered participants identified in this matter.

                                                        */s/ Joseph J. Zito*
                                                        Joseph J. Zito

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING PLAINTIFF VALVE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT – Page **3** of **3**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500