# EXHIBIT B

Videotaped Deposition of

# Leigh Rothschild

August 27, 2025

Valve Corporation

vs.

Leigh Rothschild, et al.

**Confidential**



```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE WESTERN DISTRICT OF WASHINGTON

 3                       AT SEATTLE

 4   ------------------------------------------x
     VALVE CORPORATION,
 5
                         Plaintiff,
 6
              - versus -    Case No.:  2:23-cv-1016-JNW
 7
     LEIGH ROTHSCHILD, ROTHSCHILD
 8   BROADCAST DISTRIBUTION SYSTEMS,
     LLC, DISPLAY TECHNOLOGIES, LLC,
 9   PATENT ASSET MANAGEMENT, LLC,
     MEYLER LEGAL, PLLC, and SAMUEL
10   MEYLER,
                         Defendants.
11   ------------------------------------------x

12

13          * * * C O N F I D E N T I A L * * *

14

15             VIDEOTAPED DEPOSITION OF:

16

17                    LEIGH ROTHSCHILD

18

19            Wednesday, August 27, 2025

20            9:55 a.m. ET - 8:34 p.m. ET

21

22

23            REPORTED STENOGRAPHICALLY BY:

24              Stacey E. Raikes, RMR, CRR

25                  Job No. 10171404
```

| Leigh Rothschild | Confidential | Valve Corporation vs.<br>Leigh Rothschild, et al. |
|---|---|---|

```
 1
 2
 3
 4                  *  *  *  *  *  *  *  *  *  *  *
 5
 6
 7            VIDEOTAPED STENOGRAPHIC DEPOSITION of LEIGH
 8    ROTHSCHILD, taken in the above-entitled matter before
 9    STACEY E. RAIKES, a stenographic machine reporter,
10    Registered Merit Reporter, Certified Realtime
11    Reporter, and Notary Public for the State of Florida,
12    taken on Tuesday, August 27, 2025, commencing at 9:55
13    a.m. ET.
14
15
16
17                  *  *  *  *  *  *  *  *  *  *  *
18
19
20
21
22
23
24
25
```

Case 2:23-cv-01016-JNW   Document 160-3   Filed 11/17/25   Page 5 of 6

Confidential                                     Valve Corporation vs.
Leigh Rothschild                                 Leigh Rothschild, et al.

1   patents that we now have that we've obtained after
2   this agreement that you signed in January 2016 that
3   we'd like you to consider taking licenses on.  Would
4   you be interested?
5           I believe, also, that our counsel at the
6   time, Sam Meyler, who was our local counsel in
7   Washington, in the State of Washington, also
8   contacted Valve and said the same thing.  Would you
9   be interested?  We believe you may be infringing
10  some patents that we're holding that are not subject
11  to the licensing agreement, the GSLA, and would you
12  be interested in -- would you be interested or would
13  you like to take licenses to those patents not
14  subject to the agreement?
15       **Q.   The correspondence or communication that**
16  **you referred to done by Mr. Falcucci and also by**
17  **Mr. Meyler, is it fair to say that you authorized**
18  **that communication --**
19       A.   Absolutely.
20       **Q.   -- those communications?**
21       A.   I authorized them to contact -- both
22  Mr. Meyler and Mr. Falcucci to contact Valve to see
23  if they were interested in having licenses for which
24  the -- which were not subject to the agreement.
25       Q.   Is it Falcucci or Falcucci?

Case 2:23-cv-01016-JNW   Document 160-3   Filed 11/17/25   Page 6 of 6

Leigh Rothschild                    Confidential                    Valve Corporation vs.
                                                                    Leigh Rothschild, et al.

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF FLORIDA    )

 4    COUNTY OF LEE       )

 5

 6

 7              I, STACEY E. RAIKES, a Registered Merit

 8    Reporter, Certified Realtime Reporter, and Notary

 9    Public within and for the State of Florida, do

10    hereby certify:

11              That the witness whose examination is

12    hereinbefore set forth was duly sworn by me and

13    that this transcript of such examination is a true

14    record of the testimony given by such witness.

15              I further certify that I am not related to

16    any of the parties to this action by blood or

17    marriage and that I am in no way interested in the

18    outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto set my

20    hand this 2nd of September 2025.

21

22

23

24    _____
              STACEY E. RAIKES, RMR, CRR
25
```