Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-01016<br><br>**DECLARATION OF LEIGH ROTHSCHILD IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

DECLARATION OF LEIGH ROTHSCHILD IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT – Page **1** of **6**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

I, Leigh Rothschild, declare as follows:

1. I am over eighteen years of age and otherwise competent to testify. I make this declaration based on my own knowledge and investigation within Patent Asset Management, LLC ("PAM"), Rothschild Broadcast Distribution Systems, LLC ("RBDS") and Display Technologies, LLC ("DT") as to the matters reflected within this declaration. If called upon to do so, I could and would competently testify regarding the contents of this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of my profile as of August 2023.

3. As of today, I am credited as the sole inventor of more than 130 patents duly issued by the by the United States Patent and Trademark Office ("USPTO").

4. I am the founder and CEO of PAM. PAM is a leading intellectual property holding and management company.

5. PAM manages other corporate entities that own or have the rights to enforce duly issued patents, including RBDS and DT.

6. PAM, DT and RBDS (jointly, the "Corporate Defendants") are all licensed and registered limited liability companies. Each maintains its own separate bank account and financial records; each reports and pays taxes. DT and RBDS consolidate their taxes into the parent company, PAM, which properly reports and pays taxes.

7. PAM employs in-house counsel, paralegals and other employees.

8. Through PAM's management, patent owners, including RBDS and DT, have established licensing relationships with major companies worldwide.

9. When it is determined that a patent is being infringed upon, it is investigated and the patent owner may take legal action to enforce its rights.

DECLARATION OF LEIGH ROTHSCHILD IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT –
Page **2** of **6**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

10. Generally, the Corporate Defendants' practices are as follows:

- PAM maintains a database that tracks patent licenses granted to licensees by patent owners under PAM's management.
- We engage professionals to consult with and investigate allegations of patent infringement, who provide patent research and analytics services. The service providers that we use possess industry knowledge.
- If a third-party consultant finds that a claim of infringement exists, they prepare claim charts mapping the infringing technology to the claim elements in preparation of potential litigation.
- Claim charts are reviewed by PAM's knowledgeable staff.
- Prior to engaging outside counsel to pursue a claim of patent infringement, the license database maintained by PAM is reviewed in an effort to verify that an alleged infringer does not have a license to the relevant patent.

11. In 2015, DT brought suit in the United States District Court for the Eastern District of Texas against Plaintiff Valve Corporation ("Plaintiff" or "Valve") for infringement of U.S. Patent No. 8,671,195 ("the '195 patent").

12. Following negotiations, a settlement was reached. DT, Valve and I entered into a Global Settlement and License Agreement ("GSLA"), which is the subject in this action.

13. The GSLA provides Valve with a license to patents that are identified.

14. In the years following the execution of the GSLA, PAM had acquired new assets under their management which were not included in the GSLA.

15. After consultation with third-party consultants and lead litigation counsel, DT, as the owner of U.S. Patent No. 9,300,723 ("the '723 Patent"), and Social Positioning Input Systems, Inc.

DECLARATION OF LEIGH ROTHSCHILD IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT –
Page **3** of **6**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

("SPIS"), as the owner of U.S. Patent No. 9,261,365 ("the '365 Patent"), began pursuing patent infringement claims against Plaintiff.

16. At the time, Jay Johnson ("Johnson") and his law firm Kizza Johnson, PLLC served as lead litigation counsel to patent owners managed by PAM. Johnson was an experienced patent attorney based in Texas that we regularly worked with.

17. DT and SPIS engaged Samuel Meyler and his law firm Meyler Legal, PLLC (jointly, the "Meyler Defendants") as local counsel in the Western District of Washington ("WDWA").

18. I was introduced to the Meyler Defendants by PAM's then-director of business development, Daniel Falcucci ("Falcucci") after it was determined that Johnson would need local counsel to sponsor his admission in the WDWA.

19. Johnson and Kizzia Johnson, PLLC were primarily responsible in representing the patent owners.

20. In or around January 2023, I learned that Johnson was terminally ill with late-stage cancer and we began searching for new lead litigation counsel.

21. In late February or early March 2023, we engaged the law firm Garteiser Honea and its attorneys as new lead litigation counsel and began transitioning legal matters from Kizzia Johnson to Garteiser Honea.

22. In April 2023, the Meyler Defendants were provided with three claim charts in anticipation of litigation and directed to contact Plaintiff's counsel on behalf of DT, RBDS and Quantum Technology Innovations, LLC ("QTI"). One of the three claim charts mapped U.S. Patent No. 8,856,221 ("the '221 Patent") which was owned by RBDS. The '221 Patent had been assigned from Ariel Inventions, PLLC to RBDS.

DECLARATION OF LEIGH ROTHSCHILD IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT –
Page **4** of **6**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

23. A PAM employee inadvertently failed to discover Plaintiff's license to the '221 Patent prior to sending the claim charts to the Meyler Defendants. The claim chart for the '221 Patent was sent to the Meyler Defendants in error.

24. Decisions regarding litigation strategy and which claims to pursue were made by the patent owners in consultation with lead litigation counsel. The Meyler Defendants were engaged as local counsel and did not make the decision to assert any claims against Plaintiff.

25. I am personally credited as being the original inventor of the '221 Patent and '365 Patent. U.S. Patent No. 7,650,376 ("the '376 Patent") was acquired by QTI from a third-party.

26. Notwithstanding the fact that the claim chart for the '221 Patent was sent in error, all patents in claim charts that were presented to Plaintiff, including the '221 Patent, the '365 Patent and the '376 Patent, were duly issued by the USPTO and the respective patent owners had the authority to enforce their patent rights against unlicensed third party infringers.

I declare to the best of my knowledge and under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 17 November 2025 at Miami, Florida.

_____
Leigh Rothschild

DECLARATION OF LEIGH ROTHSCHILD IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT –
Page **5** of **6**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I filed the within through the Court's CM/ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                         */s/ Joseph J. Zito*
                                         Joseph J. Zito

DECLARATION OF LEIGH ROTHSCHILD IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT –
Page **6** of **6**
Case No. 2:23-cv-01016

DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

# EXHIBIT 1

# PATENT ASSET MANAGEMENT

**About: Leigh M. Rothschild**



Mr. Rothschild is the founder and CEO of Patent Asset Management, LLC, a leading intellectual property holding company. Mr. Rothschild is one of the most prolific inventors in the United States, and as sole inventor has more than 130-issued patents and hundreds of pending patents. His first patent for quadrophonic music was conceived when he was 17 years of age and granted shortly thereafter.

Mr. Rothschild has licensed and sold patents within his patent portfolio to many of the major Fortune-100 companies around the world, including Apple, Intellectual Ventures, General Motors, Home Depot, Bank of America, among others. His technologies are in use at companies ranging from most major automotive companies, eBay, to the US Department of Commerce, and Citrix, also among many others.

From October 1998 through February 2004, Mr. Rothschild was Chairman and founder of BarPoint.com, a NASDAQ publicly traded wireless information company that was the leader and early creator of connecting symbology such as barcodes to the internet. Mr. Rothschild is the holder and inventor of many patents in this area. Barpoint.com was sold in February of 2004. Prior to founding BarPoint, Mr. Rothschild was Chairman and Chief Executive Officer of IntraCorp Entertainment, Inc., a consumer software company with worldwide product distribution.

Mr. Rothschild is a former presidential appointee to the High-Resolution Board for the United States under former President George H. W. Bush. He has served governors on technology boards and served as a special advisor to then Florida Secretary of Commerce Jeb Bush. Mr. Rothschild also served on the IT Florida Technology Board as an appointee of former Governor Jeb Bush. Mr. Rothschild also chairs the Rothschild Family Foundation, which endows outstanding charities and institutions around the world. He also serves on various local and national boards.

Mr. Rothschild has an undergraduate degree from the University of Miami and a Graduate degree from the same institution.

Mr. Rothschild proudest achievement are his three young kids.