HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016-JNW<br><br>**NOTICE OF MOTION RENOTED: VALVE'S MOTION TO SEAL (DKT. 145)**<br><br>**NOTE ON MOTION CALENDAR: THURSDAY, NOVEMBER 20, 2025**<br><br>Complaint Filed:　　07/07/2023 |

RE-NOTE OF PLAINTIFF'S MOTION TO SEAL (DKT. 145)
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  TO: CLERK OF THE COURT;

2  AND TO: ALL PARTIES and their COUNSEL OF RECORD

3  Pursuant to LCR 7(l), please take notice that Plaintiff's Motion to Seal (Dkt. 145), previously noted for consideration on Wednesday, November 19, 2025, has been re-noted to Thursday, November 20, 2025 to comply with LCR 7(d)(3).

DATED: November 19, 2025    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

David A. Reed (*pro hac vice*)
100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 745-2548
dreed@ktslaw.com

Marianthi Karas (*pro hac vice*)
1801 Century Park East, Ste. 2300
Los Angeles, CA 90067 USA
Telephone (310) 777 3732
mkaras@ktslaw.com

Attorneys for Plaintiff
VALVE CORPORATION

RE-NOTE OF PLAINTIFF'S MOTION TO SEAL
(DKT. 145)
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                                  */s/ Dario A. Machleidt*
                                                  Dario A. Machleidt

RE-NOTE OF PLAINTIFF'S MOTION TO SEAL (DKT. 145)
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600