HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016-JNW<br><br>**NOTICE OF MOTION RENOTED: VALVE'S MOTION FOR RULE 37(D) SANCTIONS AGAINST THE ROTHSCHILD DEFENDANTS (DKT. 146)**<br><br>**NOTE ON MOTION CALENDAR: THURSDAY, NOVEMBER 20, 2025**<br><br>Complaint Filed:    07/07/2023 |

RE-NOTE OF PLAINTIFF'S MOTION FOR SANCTIONS (DKT. 146)
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  TO: CLERK OF THE COURT;

2  AND TO: ALL PARTIES and their COUNSEL OF RECORD

3      Pursuant to LCR 7(l), please take notice that Plaintiff's Motion for Rule 37(d) Sanctions Against the Rothschild Defendants (Dkt. 146), previously noted for consideration on Wednesday, November 19, 2025, has been re-noted to Thursday, November 20, 2025 to comply with LCR 7(d)(3).

DATED: November 19, 2025    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

David A. Reed (*pro hac vice*)
100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 745-2548
dreed@ktslaw.com

Marianthi Karas (*pro hac vice*)
1801 Century Park East, Ste. 2300
Los Angeles, CA 90067 USA
Telephone (310) 777 3732
mkaras@ktslaw.com

Attorneys for Plaintiff
VALVE CORPORATION

RE-NOTE OF PLAINTIFF'S MOTION FOR SANCTIONS (DKT. 146)
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

　　　　　　　　　　　　　　　　　　*/s/ Dario A. Machleidt*
　　　　　　　　　　　　　　　　　　Dario A. Machleidt

RE-NOTE OF PLAINTIFF'S MOTION FOR
SANCTIONS (DKT. 146)
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600