HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-1016-JNW<br><br>**VALVE CORPORATION'S REPLY TO ITS UNOPPOSED MOTION TO SEAL (DKT. 145)**<br><br>NOTE ON MOTION CALENDAR:<br>**November 20, 2025**<br><br>Complaint Filed:    07/07/2023 |

VALVE'S REPLY TO ITS MOTION TO SEAL (DKT. 145)
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

Pursuant to Local Civil Rule 5(g) and the Protective Order (Dkt. 52), Plaintiff Valve Corporation ("Valve") files this Reply to its Motion to Seal (Dkt. 145) the unredacted copy of Valve's Motion for Rule 37(d) Sanctions and Exhibits 10, 11, 12, 13, 14, 15, 16, 17, and 32 to the Declaration of Dario A. Machleidt (collectively, the "Sealed Documents").

The Sealed Documents "contain information designated by Defendants as Confidential under the Protective Order." Dkt. 145 at 1.[1] Pursuant to LCR 5(g)(3)(B), Defendants, as the "party who designated the document[s] confidential," were required to file a response to Valve's motion explaining the "reasons for keeping a document under seal" and "satisfy[ing] subpart (3)(B)" of LCR 5(g). Defendants' response was due Friday November 14 (LCR 7(d)(3)), but Defendants did not file any response.[2] Accordingly, Defendants have not satisfied the requirements of LCR 5(g)(3)(B), and Valve respectfully requests that the Sealed Documents be filed publicly. Dkt. 52 ¶ 4.3 ("Failure to satisfy [the LCR 5(g)(3)(B)] requirement[s] will result in the motion to seal being denied, in accordance with the strong presumption of public access to the Court's files"); *see also Lazar v. Bourbon*, No. 3:18-CV-05175-RBL-DWC, 2018 WL 4700528, at *2 (W.D. Wash. Oct. 1, 2018) (denying motion to seal because party seeking to seal documents "failed to satisfy the requirements of Local Civil Rule 5(g)(3)(B), as he did not provide a 'specific statement' of the applicable legal standard or the reasons for keeping the Response and attached documents under seal").

---

[1] The Sealed Documents do not contain any information Valve has designated as confidential.

[2] Valve inadvertently noted its motion for November 19 instead of November 20. Valve filed a notice to renote its pending motion to November 20 to comply with LCR 7(d)(3). Dkt. 163. The incorrect noting date does not change or affect the date that Defendants were required to file their opposition to the motion. LCR 7(d)(3).

VALVE'S REPLY TO ITS MOTION TO SEAL (DKT. 145)
CASE NO. 2:23-CV-1016
- 1 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  DATED: November 19, 2025    Respectfully submitted,

2                              KILPATRICK TOWNSEND & STOCKTON LLP

3

4                              By: /s/ *Dario A. Machleidt*
                                   Dario A. Machleidt (State Bar No. 41860)
5                                  Kathleen R. Geyer (State Bar No. 55493)
                                   Christopher P. Damitio (State Bar No. 58633)
6                                  1420 Fifth Avenue, Suite 3700
                                   Seattle, WA 98101
7                                  Telephone: (206) 467-9600
                                   dmachleidt@kilpatricktownsend.com
8                                  kgeyer@kilpatricktownsend.com
                                   cdamitio@kilpatricktownsend.com
9
                                   David A. Reed (*pro hac vice*)
10                                 100 Peachtree Street NE, Suite 2800
                                   Atlanta, GA 30309
11                                 Telephone: (404) 745-2548
                                   dreed@ktslaw.com
12
                                   Marianthi Karas (*pro hac vice*)
13                                 1801 Century Park East, Ste. 2300
                                   Los Angeles, CA 90067 USA
14                                 Telephone (310) 777 3732
                                   mkaras@ktslaw.com
15
                                   Attorneys for Plaintiff
16                                 VALVE CORPORATION

17                              I certify that this memorandum contains 315 words, in
                                compliance with the Local Civil Rules.
18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

VALVE'S REPLY TO ITS MOTION TO SEAL
(DKT. 145)
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600