HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-1016<br><br>**[REVISED PROPOSED] ORDER DENYING VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL (DKT. 145)**<br><br>NOTE ON MOTION CALENDAR:<br>**November 20, 2025**<br><br>Complaint Filed:    07/07/2023 |

[REVISED PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SEAL (DKT. 145)
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

1       Now pending before the Court is Plaintiff's Unopposed Motion to Seal Valve's Motion for Rule 37(d) Sanctions and Exhibits 10, 11, 12, 13, 14, 15, 16, 17, and 32 to the Declaration of Dario A. Machleidt (collectively, the "Sealed Documents"). During the meet and confer process, Defendants requested that Valve maintain the Sealed Documents under seal. But Defendants did not file a response to Valve's Motion to Seal setting forth a specific statement of the applicable legal standard and the reasons for keeping a document under seal as required under LCR 5(g)(3)(B). Accordingly, the Motion is DENIED, and the Clerk is directed to UNSEAL Docket No. 146.

     IT IS SO ORDERED.

Dated: _____, 2025.

                                            HON. JAMAL N. WHITEHEAD
                                            UNITED STATES DISTRICT JUDGE

[REVISED PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SEAL (DKT. 145)
CASE NO. 2:23-CV-1016
- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  Presented by:

2  DATED: November 19, 2025          Respectfully submitted,

3                                    KILPATRICK TOWNSEND & STOCKTON LLP

4                                    By:  */s/ Dario A. Machleidt*
5                                          Dario A. Machleidt (State Bar No. 41860)
                                           Kathleen R. Geyer (State Bar No. 55493)
6                                          Christopher P. Damitio (State Bar No. 58633)
                                           1420 Fifth Avenue, Suite 3700
7                                          Seattle, WA 98101
                                           Telephone: (206) 467-9600
8                                          dmachleidt@kilpatricktownsend.com
                                           kgeyer@kilpatricktownsend.com
9                                          cdamitio@kilpatricktownsend.com

10                                         David A. Reed (*pro hac vice*)
                                           1100 Peachtree Street NE, Suite 2800
11                                         Atlanta, GA 30309
                                           Telephone: (404) 745-2548
12                                         dreed@ktslaw.com

13                                         Marianthi Karas (*pro hac vice*)
                                           1801 Century Park East, Ste. 2300
14                                         Los Angeles, CA 90067 USA
                                           Telephone (310) 777 3732
15                                         mkaras@ktslaw.com

16                                    Attorneys for Plaintiff
                                      VALVE CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

[REVISED PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SEAL (DKT. 145)
CASE NO. 2:23-CV-1016
- 3 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600