HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016-JNW<br><br>**VALVE'S REPLY IN SUPPORT OF ITS MOTION FOR RULE 37(D) SANCTIONS AGAINST THE ROTHSCHILD DEFENDANTS (DKT. 146)**<br><br>NOTE ON MOTION CALENDAR:<br>**November 20, 2025**<br><br>Complaint Filed:    07/07/2023 |

VALVE'S REPLY ISO MOTION FOR
SANCTIONS (DKT. 146)
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1    Pursuant to this District's Local Rules, Defendants' opposition to Valve's Motion for Rule 37(d) Sanctions (Dkt. 146) was due on November 14, fifteen days after the filing date of Valve's motion.[1] LCR 7(d)(3). Defendants did not file any opposition. "Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." LCR 7(b)(2). Valve therefore respectfully asks that the Court find Defendants' failure to file an opposition to be an admission that Valve's motion for sanctions has merit and grant the relief requested by Valve. *See, e.g.*, *Gebrehawariat v. Seattle City Light*, No. C18-128 RSM, 2019 WL 3387445, at *3 (W.D. Wash. July 26, 2019) ("Plaintiff has not responded to City Light's Motion for Sanctions, alone a basis for granting the Motion."); *Platt v. Holland Am. Line Inc.*, No. 2:20-cv-62-JHC, 2023 WL 2161455, at *2 (W.D. Wash. Feb. 22, 2023) (granting motion for sanctions under Rule 37 and finding "[p]laintiff did not file a timely response to the motion to exclude … Accordingly, the Court may treat [p]laintiff's failure to respond to the motion as a concession on the merits" (quoting LCR 7(b)(2)).

---

[1] Valve inadvertently noted its motion for November 19 instead of November 20. Valve filed a notice to renote its pending motion to November 20 to comply with LCR 7(d)(3). Dkt. 164. The incorrect noting date does not change or affect the date that Defendants were required to file their opposition to the motion. LCR 7(d)(3).

VALVE REPLY ISO MOTION FOR SANCTIONS (DKT. 146)
CASE NO. 2:23-CV-1016
- 1 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

DATED: November 19, 2025

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Dario A. Machleidt*
Dario A. Machleidt (State Bar No. 41860)
Kathleen R. Geyer (State Bar No. 55493)
Christopher P. Damitio (State Bar No. 58633)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com

David A. Reed (*pro hac vice*)
100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 745-2548
dreed@ktslaw.com

Marianthi Karas (*pro hac vice*)
1801 Century Park East, Ste. 2300
Los Angeles, CA 90067 USA
Telephone (310) 777 3732
mkaras@ktslaw.com

Attorneys for Plaintiff
VALVE CORPORATION

I certify that this memorandum contains 260 words, in compliance with the Local Civil Rules.

VALVE REPLY ISO MOTION FOR SANCTIONS (DKT. 146)
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

VALVE REPLY ISO MOTION FOR SANCTIONS
(DKT. 146)
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600