1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | CASE NO. 23-cv-1016 |
| Plaintiff, | ORDER DISMISSING DEFENDANTS' COUNTERCLAIM |
| v. | |
| ROTHSCHILD ET AL, | |
| Defendants. | |

This matter comes before the Court on Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems LLC, Display Technologies LLC, Patent Asset Management LLC, Meyler Legal, PLLC, and Samuel Meyler's Motion for Leave to Dismiss Counterclaim. Dkt. No. 128. Having reviewed the motion, Plaintiff Valve Corporation's response, Dkt. No. 133, the reply, Dkt. No. 149, the relevant record, and all other supporting materials, the Court GRANTS the Motion and DISMISSES Defendants' First Counterclaim WITH PREJUDICE.

Defendants' sole counterclaim alleges that it has owned U.S. Patent No. 8,856,221 ("'221 Patent") since October 7, 2014, Dkt. No. 80 at 33 ¶ 8, and that Valve knowingly infringed on the '221 Patent "since at least November 14, 2016,"

ORDER DISMISSING DEFENDANTS' COUNTERCLAIM - 1

Dkt. No. 80 at 33–34 ¶¶ 15–16, 18. Defendants now represent, however, that discovery revealed evidence about the operation of the accused devices that warrants dismissal of the counterclaim with prejudice. Dkt. No. 128 at 2. Valve does not oppose the request itself, so long as the dismissal order (1) does not preclude Valve from seeking an award of costs and fees under "at least 35 U.S.C. § 285"; and (2) does not include a dismissal of Valve's invalidity and unenforceability claims. Dkt. No. 133. In reply, Defendants clarify that the instant relief sought is limited to dismissal. Dkt. No. 149.

Accordingly, the motion is GRANTED. Defendants' First Counterclaim is DISMISSED WITH PREJUDICE. Valve's Motion for Judgment on the Pleadings, Dkt. No. 87, is DENIED AS MOOT.

Dated this 8th day of December, 2025.

Jamal N. Whitehead
United States District Judge