**HON. JAMAL N. WHITEHEAD**

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **FOR THE WESTERN DISTRICT OF WASHINGTON**

9 **AT SEATTLE**

10

| | |
|---|---|
| 11 VALVE CORPORATION, | Case No. 2:23-cv-1016 |
| 12　　　　　　Plaintiff, | |
| 13　　　v. | **DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| 14 LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, | |
| 15 LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, | |
| 16 MEYLER LEGAL, PLLC, AND SAMUEL MEYLER, | |
| 17　　　　　　Defendants. | NOTE ON MOTION CALENDAR: December 15, 2025 |
| 18 | |
| 19 | Complaint Filed:　　07/07/2023 |

20

21

22

23

24

25

26

27

28

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2.      I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit 17** is a true and correct copy of the Agreement for Mutual Release and Covenant Not to Sue between Rothschild Broadcast Distribution Systems, LLC and CreativeLive, Inc., effective December 14, 2022 and bearing Bates numbers ROTHSCHILD0002494 (filed under seal).

4.      Attached hereto as **Exhibit 18** is a true and correct copy of the Agreement for Mutual Release and Covenant Not to Sue between Symbology Innovations, LLC, Rothschild Broadcast Distribution Systems, LLC, Leigh Rothschild, and ADT, Inc. effective September 18, 2023 and bearing Bates numbers ROTHSCHILD0036038 (filed under seal).

5.      Attached hereto as **Exhibit 19** is a true and correct copy of email correspondence from Defendants' counsel Rene Vasquez to counsel for Valve, dated Novemeber 18, 2025.

6.      Attached hereto as **Exhibit 20** is a true and correct copy of email correspondence from Defendants' former counsel Paige Stradley to counsel for Valve, dated May 14, 2025.

7.      Attached hereto as **Exhibit 21** is a true and correct copy of email correspondence from Kate Geyer to Defendants' former counsel, dated May 19, 2025.

8.      Attached hereto as **Exhibit 22** is a true and correct copy of a press release from Valve titled "Steam Cloud Rolling in this Week," dated November 3, 2008 and bearing Bates numbers VALVE_00007673.

9.      Attached hereto as **Exhibit 23** is a true and correct copy of the Complaint filed against Valve in *Quantum Tech. Innovations, LLC v. Valve Corp. et al.*, 2-23-cv-425, Dkt. 1 (E.D. Tex. Sept. 18, 2023).

MACHLEIDT DECL. ISO VALVE'S OPP. TO
DEFS' MSJ AND REPLY ISO VALVE'S MSJ        - 1 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

1        10.      Attached hereto as **Exhibit 24** is a true and correct copy of the Complaint filed

2 against Valve in *Social Positioning Input Sys., LLC v. Valve Corp. et al.*, 2-23-cv-422, Dkt. 1

3 (E.D. Tex. Sept. 18, 2023).

4        11.      Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of Valve's

5 First Supplemental Responses to Defendants' First Set of Interrogatories, served on August 20,

6 2025 (filed under seal).

7        12.      Attached hereto as **Exhibit 26** is a true and correct copy of the party profile of

8 Social Positioning Input Systems, LLC from Docket Navigator, available at

9 https://search.docketnavigator.com/patent/party/591188/0.

10        13.      Attached hereto as **Exhibit 27** is a true and correct copy of the party profile of

11 Quantum Technology Innovations, LLC from Docket Navigator, available at

12 https://search.docketnavigator.com/patent/party/850090/0.

13        14.      Attached hereto as **Exhibit 28** is a true and correct copy of Defendant Rothschild

14 Broadcast Distribution Systems, LLC's Responses and Objections to Valve's First Set of Request

15 for Production, served on August 13, 2024.

16        15.      Attached hereto as **Exhibit 29** is a true and correct copy of Defendant Display

17 Technologies, LLC's Responses and Objections to Valve's First Set of Request for Production,

18 served on August 13, 2024

19        16.      Attached hereto as **Exhibit 30** is a true and correct copy of Defendants Samuel

20 Meyler and Meyler Legal, PLLC's Responses and Objections to Valve's First Set of Request for

21 Production, served on August 13, 2024.

22        17.      Attached hereto as **Exhibit 31** is a true and correct copy of Defendant Patent Asset

23 Management, LLC's Responses and Objections to Valve's First Set of Request for Production,

24 served on August 20, 2024.

25        18.      Attached hereto as **Exhibit 32** is a true and correct copy of Defendant Leigh

26 Rothschild's Responses and Objections to Valve's First Set of Request for Production, served on

27 August 20, 2024.

28

MACHLEIDT DECL. ISO VALVE'S OPP. TO
DEFS' MSJ AND REPLY ISO VALVE'S MSJ
CASE NO. 2:23-CV-1016    - 2 -    Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

19.    Attached hereto as **Exhibit 33** is a true and correct copy of Defendant Rothschild Broadcast Distribution Systems, LLC's Second Supplemental Responses to Valve's First Set of Interrogatories, served on April 7, 2025.

20.    Attached hereto as **Exhibit 34** is a true and correct copy of Defendant Display Technologies, LLC's Second Supplemental Responses to Valve's First Set of Interrogatories, served on April 7, 2025.

21.    Attached hereto as **Exhibit 35** is a true and correct copy of Defendants Samuel Meyler and Meyler Legal, PLLC's First Supplemental Responses to Valve's First Set of Interrogatories, served on June 2, 2025.

22.    Attached hereto as **Exhibit 36** is a true and correct copy of Patent Asset Management, LLC's Second Supplemental Responses to Valve's First Set of Interrogatories, served on April 7, 2025.

23.    Attached hereto as **Exhibit 37** is a true and correct copy of Leigh Rothschild's Second Supplemental Responses to Valve's First Set of Interrogatories, served on April 7, 2025.

24.    Attached hereto as **Exhibit 38** is a true and correct copy of Appendix H Washington State Supreme Court Committee on Jury Instructions, available at https://govt.westlaw.com/wciji/Document/I2cd5461de10d11dab058a118868d70a9?transitionType=Default&contextData=%28sc.Default%29 and annotated in red by counsel for Valve.

25.    Attached hereto as **Exhibit 39** is a true and correct copy of excerpts from the deposition of Samuel Meyler, taken on August 29, 2025 (filed under seal).

26.    Attached hereto as **Exhibit 40** is a true and correct copy of the Local Counsel Engagement for Enforcement of U.S. Patent No. 8,856,221 (the "RBDS" patent) between Samuel M. Meyler and Meyler Legal, PLLC, and Rothschild Broadcast Distribution Systems, LLC, dated May 12, 2022, and bearing Bates numbers D-50234 (filed under seal).

27.    Attached hereto as **Exhibit 41** is a true and correct copy of the Complaint filed against CreativeLive by Samuel Meyler in Rothschild Broadcast Distribution Sys., LLC v. CreativeLive, Inc., 2-22-cv-00771, Dkt. 1 (W.D. Wash. June 2, 2022).

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on December 8, 2025 at Seattle, Washington.

4

5    /s/ Dario A. Machleidt
     Dario A. Machleidt

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MACHLEIDT DECL. ISO VALVE'S OPP. TO
DEFS' MSJ AND REPLY ISO VALVE'S MSJ        - 4 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

*/s/ Dario A. Machleidt*
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S OPP. TO
DEFS' MSJ AND REPLY ISO VALVE'S MSJ
CASE NO. 2:23-CV-1016

- 5 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600