# EXHIBIT 19

**Geyer, Kate**

| | |
|---|---|
| **From:** | René Vazquez <rvazquez@dnlzito.com> |
| **Sent:** | Tuesday, November 18, 2025 1:52 PM |
| **To:** | Machleidt, Dario |
| **Cc:** | Joseph Zito; Robert Cadle; Litigation Folder; ValveKTSservice |
| **Subject:** | Re: Valve v. Rothschild: Defendants' violation of Dkt. 132 |

**CAUTION: External Email**

Dario,

Section III is a motion brought by the Meyler Defendants. If the Court grants it, we feel it should also be dispositive as to the Rothschild Defendants.....but we'll let the Court decide. The Joint Stipulation and Order (Dkt. 132) does not preclude the Meyler defendants from filing a motion simply because its applicability could overlap with the Rothschild Defendants.

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

> On Nov 18, 2025, at 2:23 PM, Machleidt, Dario <dmachleidt@ktslaw.com> wrote:
>
> René,
>
> You state that the Section III arguments are made "on behalf of" the Meyler Defendants. Do you contend that they are <u>also</u> made on behalf of the Rothschild Defendants?
>
> To be clear, and ideally, to avoid unnecessary briefing, please confirm that Section III does <u>not</u> apply to Leigh Rothschild, PAM, RBDS, and Display Technologies.
>
> Sincerely,
>
> Dario Machleidt
> dmachleidt@ktslaw.com
> Kilpatrick Townsend & Stockton LLP
> 1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101

1

T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** René Vazquez <rvazquez@dnlzito.com>
**Sent:** Tuesday, November 18, 2025 10:48 AM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Joseph Zito <jzito@dnlzito.com>; Robert Cadle <rcadle@dnlzito.com>; Litigation Folder <litigation@dnlzito.com>; ValveKTSservice <ValveKTSservice@kilpatricktownsend.com>
**Subject:** Re: Valve v. Rothschild: Defendants' violation of Dkt. 132

Dario,

The arguments in Section III are made on behalf of the Meyler Defendants. Indeed, the primary basis for our arguments in that section is the June 2023 Demand Letter sent by Samuel Meyler. Thus, those arguments are "Meyler-specific."

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

> On Nov 18, 2025, at 3:36 AM, Machleidt, Dario <dmachleidt@ktslaw.com> wrote:
>
> Counsel,
>
> The Court entered the parties' Joint Stipulation and Order Regarding Cross-Motions for Summary Judgment Briefing Schedule. Dkt. 132. The fourth Whereas clause states:
>
>> "WHEREAS, Defendants request leave from LCR 7(e)(3), which prohibits contemporaneous Summary Judgement briefing, so that Defendants be permitted to file an additional briefing on summary judgment in accordance with the Court's Scheduling Order (Dkt. 106) limited to Valve's Count III (as to all Defendants), **and on Valve's Count IV (as to only the Meyler Defendants, Meyler Legal, PLLC and Samuel Meyler)**; Valve does not oppose this request;"

Valve did not oppose Defendants' request with respect to Count IV because Defendants represented they intended only to raise Meyler-specific arguments.

Section III of the motion you filed tonight violates the parties' agreement and the Court's entry of that agreement. Please immediately refile your motion <u>without</u> that section. If you refile today (November 18), we will not seek sanctions for Defendants' violation of Dkt. 132. If you refuse or decide to refile later than today, Valve reserves the right to seek sanctions.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.