HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-1016<br><br>**VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>**January 19, 2026**<br><br>Complaint Filed:     07/07/2023 |

VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

Pursuant to Local Civil Rule 5(g)(2) and the Protective Order (Dkt. 52), Plaintiff Valve Corporation ("Valve") respectfully moves this Court to issue an Order directing the Clerk to maintain under seal an unredacted copy of Valve's Motions *in Limine* and Exhibits 1, 3, 5, 12, and 16 to the Declaration of Dario A. Machleidt (collectively, the "Sealed Documents"). Valve seeks to seal the Sealed Documents because they contain information designated by Defendants as Confidential under the Protective Order (Dkt. 52). Defendants do not oppose Valve's proposed sealing.

## I. CERTIFICATION

Pursuant to LCR 5(g)(3)(A), counsel for Valve (Dario Machleidt and Kathleen Geyer) conferred with counsel for Defendants (Rene Vazquez and Joseph Zito) via email and video conference on December 29, 2025. The parties previously conferred about maintaining similar information under seal as part of prior filings. During those conferrals, the parties explored other alternatives to filing under seal but were unable to determine an alternative to filing the Sealed Documents under seal.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 26(c) provides the Court discretion to permit sealing of documents to protect "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). A "district court's order sealing its records [is] an exercise of its inherent supervisory power." *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). A "strong presumption of access to judicial records applies fully to dispositive pleadings, including motions for summary judgment and related attachments." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). To seal documents associated with a non-dispositive motion, the designating party must demonstrate "good cause." *Id.* at 1180.

## III. ARGUMENT

The Sealed Documents Valve seeks to file under seal are all documents containing information that has been designated by Defendants as "CONFIDENTIAL" under the Court's Protective Order. Dkt. 52 ¶ 2 (defining "Confidential" material), ¶ 4 (restricting access to

VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

confidential material). Pursuant to its obligations under the Protective Order, Valve has complied with Defendants' request to file the Sealed Documents under seal. *See* LCR 5(g)(3)(B) ("Where parties have entered a litigation agreement or stipulated protective order …, a party wishing to file a confidential document it obtained from another party in discovery may file a motion to seal but need not satisfy subpart (3)(B) above."). Pursuant to LCR 7(g)(5)(A), Valve will file a redacted copy of its Motions *in Limine*.

As required by LCR 5(g)(3), Defendants must satisfy LCR 5(g)(3)(B) in their response to this motion. At this time, Valve takes no position as to whether the information Defendants seek to seal in the Sealed Documents satisfies the required "good cause" standard for being maintained under seal when filed in relation to a non-dispositive motion. Valve reserves the right to object to any proposed sealing upon consideration of Defendants' justifications in response to this motion under LCR 5(g)(3)(B).

### IV.   CONCLUSION

For the foregoing reasons, Valve respectfully requests the Court maintain Valve's Motions *in Limine* and Exhibits 1, 3, 5, 12, and 16 to the Declaration of Dario A. Machleidt under seal.

VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016 — - 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

| | |
|---|---|
| 1 | DATED: December 29, 2025      Respectfully submitted, |
| 2 | KILPATRICK TOWNSEND & STOCKTON LLP |

By:  /s/ *Dario A. Machleidt*
    Dario A. Machleidt (State Bar No. 41860)
    Kathleen R. Geyer (State Bar No. 55493)
    Christopher P. Damitio (State Bar No. 58633)
    1420 Fifth Avenue, Suite 3700
    Seattle, WA 98101
    Telephone: (206) 467-9600
    dmachleidt@kilpatricktownsend.com
    kgeyer@kilpatricktownsend.com
    cdamitio@kilpatricktownsend.com

David A. Reed (*pro hac vice*)
100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 745-2548
dreed@ktslaw.com

Marianthi Karas (*pro hac vice*)
1801 Century Park East, Ste. 2300
Los Angeles, CA 90067 USA
Telephone (310) 777 3732
mkaras@ktslaw.com

Attorneys for Plaintiff
VALVE CORPORATION

I certify that this memorandum contains 522 words, in compliance with the Local Civil Rules.

VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

# CERTIFICATE OF COUNSEL

Pursuant to LCR 5(g)(3)(A), the undersigned counsel for Valve hereby certifies that counsel for Valve (myself and Kathleen Geyer) conferred with counsel for Defendants (Rene Vazquez and Joseph Zito) via email and video conference on December 29, 2025 regarding the need for this motion. Counsel for Defendants assert that the information contained in Valve's Motions *in Limine* and Exhibits 1, 3, 5, 12, and 16 to the Declaration of Dario A. Machleidt are confidential and cannot be filed publicly.

/s/ *Dario A. Machleidt*
Dario A. Machleidt

VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016
- 4 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

　　　　　　　　　　　　　　　　　　　　　　／s／ *Dario A. Machleidt*
　　　　　　　　　　　　　　　　　　　　　　Dario A. Machleidt

VALVE'S MOTION TO SEAL
CASE NO. 2:23-CV-1016    - 5 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600