# EXHIBIT 1

# DOCUMENT TO BE SEALED

Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORTION, | ) |
| | ) |
| Plaintiff, | ) **DEFENDANT ROTHSCHILD** |
| v. | ) **BROADCAST DISTRIBUTION** |
| | ) **SYSTEMS, LLC'S RESPONSES AND** |
| LEIGH ROTHSCHILD, ROTHSCHILD | ) **OBJECTIONS TO PLAINTIFF'S** |
| BROADCAST DISTRIBUTION | ) **SECOND SET OF INTERROGATORIES** |
| SYSTEMS, LLC, DISPLAY | ) |
| TECHNOLOGIES, LLC, PATENT ASSET | ) **CONTAINS INFORMATION** |
| MANAGEMENT, LLC, MEYLER LEGAL | ) **DESIGNATED AS CONFIDENTIAL** |
| PLLC, AND SAMUEL MEYLER | ) **UNDER PROTECTIVE ORDER** |
| | ) |
| Defendants. | ) Case No.: 2:23-cv-01016 |
| | ) |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedures, Defendant Rothschild Broadcast Distribution Systems, LLC (collectively "RBDS" of "Defendants") hereby submit the following objections and answers to Plaintiff Valve's (collectively "Valve" or "Plaintiff") Second Set of Interrogatories.

## GENERAL STATEMENTS AND OBJECTIONS

RBDS incorporates by reference herein, in their entirety, the General Objections and Objections to Specific Definitions set forth in Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories.

## INDIVIDUAL RESPONSES

Subject to each of the foregoing General Statements and Objections, Defendant responds to Plaintiff's Interrogatories as follows:

DEFENDANT ROTHSCHILD BROADCAST DISTRIBUTION
SYSTEMS, LLC'S RESPONSES AND OBJECTIONS TO
PLAINTIFF VALVE CORPORATION'S
SECOND SET OF INTERROGATORIES
Case No. 2:23-cv-01016
Page **1** of **17**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

1  Subject to and without waiving its General and Specific Objections, Defendant states that
2  it is the current owner of the '221 Patent. It also has the right to license and enforce the '221
3  Patent. PAM also has the right to license the '221 Patent.
4  Defendant RBDS states it was assigned its interest in the '221 Patent from Ariel
5  Inventions, LLC. Ariel Inventions, LLC was assigned its interest in the '221 Patent from Mr.
6  Leigh Rothschild.
7  Defendant identifies: ROTHSCHILD0031664-672; ROTHSCHILD0031673-676;
8  ROTHSCHILD0031677-80; and ROTHSCHILD003181-82.

9  **\*\*DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER\*\***

10  RBDS's standard policy is for its settlement and license agreements to not allow for
11  sublicensing. However, RBDS has allowed licensee RPX to sublicense the '221 Patent. (See
12  ROTHSCHILD0030564.)

13  **\*\*END CONFIDENTIAL DESIGNATION\*\***

14  **INTERROGATORY NO. 13**

15  How much money, in U.S. dollars, have You made from licensing revenue attributable to
16  the '221 Patent?

17  **RESPONSE:**

18  Defendant expressly incorporates each of the foregoing General Objections by reference.
19  Defendant also objects to this Interrogatory to the extent it calls for information that is
20  not kept in the ordinary course of business of Defendant.
21  Defendant also objects to this Interrogatory as premature to the extent it seeks expert
22  opinions, disclosures, or discovery. Defendant will provide expert opinions, disclosures, and
23  discovery at the time(s) set by the Court's schedule for this case.
24  Subject to and without waiving its General and Specific objections, Defendant states it
25  does not maintain the information requested by this Interrogatory in its possession, custody, or

26  DEFENDANT ROTHSCHILD BROADCAST DISTRIBUTION   **DC LAW GROUP**
    SYSTEMS, LLC'S RESPONSES AND OBJECTIONS TO       12055 15th Ave NE | Seattle, WA 98125
27  PLAINTIFF VALVE CORPORATION'S                     Phone: (206) 494.0400
    SECOND SET OF INTERROGATORIES
28  Case No. 2:23-cv-01016
    Page **15** of **17**

1  control. In particular, Defendant does not track licensing revenue attributable to particular
2  patents, i.e., on a patent-by-patent basis. Moreover, this information cannot be determined by
3  analyzing all agreements licensing the '221 Patent because license agreements may (and often
4  do) license more than the '221 Patent.

Dated: April 3, 2025

Respectfully submitted,
By: /s/ Donald R. McPhail
Donald R. McPhail (admitted *phv*)
1900 Duke Street
Alexandria, Virginia 22314
Tel: (703) 518-4516
Fax: (612) 332-9081
Email: dmcphail@merchantgould.com

Eric R. Chad (admitted *phv*)
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
Email: echad@merchantgould.com

Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

DEFENDANT ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF VALVE CORPORATION'S SECOND SET OF INTERROGATORIES
Case No. 2:23-cv-01016
Page **16** of 17

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I served the foregoing document on all counsel of record via email.

*/s/ Shannon Maney*

DEFENDANT ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF VALVE CORPORATION'S SECOND SET OF INTERROGATORIES
Case No. 2:23-cv-01016
Page **17** of **17**

**DC LAW GROUP**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400