# EXHIBIT 16

# DOCUMENT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

------------------------------------------x

VALVE CORPORATION,

                 Plaintiff,

     - versus -     Case No.:  2:23-cv-1016-JNW

LEIGH ROTHSCHILD, ROTHSCHILD
BROADCAST DISTRIBUTION SYSTEMS,
LLC, DISPLAY TECHNOLOGIES, LLC,
PATENT ASSET MANAGEMENT, LLC,
MEYLER LEGAL, PLLC, and SAMUEL
MEYLER,

                  Defendants.

------------------------------------------x

\* \* \* C O N F I D E N T I A L \* \* \*

VIDEOTAPED DEPOSITION OF:

DANIEL FALCUCCI

Thursday, August 28, 2025

9:24 a.m. ET - 4:47 p.m. ET

REPORTED STENOGRAPHICALLY BY:

Stacey E. Raikes, RMR, CRR

Job No. 10171405

Confidential     Valve Corporation vs.
Daniel Falcucci                          Leigh Rothschild, et al.

Page 2

1
2
3
4                    * * * * * * * * * * *
5
6
7           VIDEOTAPED STENOGRAPHIC DEPOSITION of
8      DANIEL FALCUCCI, taken in the above-entitled matter
9      before STACEY E. RAIKES, a stenographic machine
10     reporter, Registered Merit Reporter, Certified
11     Realtime Reporter, and Notary Public for the State of
12     Florida, taken on Tuesday, August 28, 2025,
13     commencing at 9:24 a.m. ET.
14
15
16
17                   * * * * * * * * * * *
18
19
20
21
22
23
24
25

Confidential   Valve Corporation vs.
Daniel Falcucci                                    Leigh Rothschild, et al.

Page 3

```
 1   A P P E A R A N C E S:
 2
 3   KILPATRICK TOWNSEND & STOCKTON LLP
 4   BY:  DARIO A. MACHLEIDT, ESQ.
 5           - and -
 6   BY:  KATHLEEN R. GEYER, ESQ.
 7   1420 Fifth Avenue, Suite 3700
 8   Seattle, Washington  98101
 9   (206) 467.9600
10   dmachleidt@kts.com
11   kgeyer@kts.com
12   Attorneys for the Plaintiff
13
14
15   KILPATRICK TOWNSEND & STOCKTON LLP
16   BY:  KENGYEH K. CHU, ESQ. (via Zoom)
17   4208 Six Forks Road, Suite 1400
18   Raleigh, North Carolina  27609
19   (919) 420.1733
20   kchu@ktslaw.com
21   Attorneys for the Plaintiff
22
23
24
25
```

Confidential        Valve Corporation vs.
Daniel Falcucci                    Leigh Rothschild, et al.

Page 4

1   A P P E A R A N C E S:  (Continued)
2
3   DNL ZITO
4   BY:  RENÉ A. VAZQUEZ, ESQ.
5   1250 Connecticut Avenue Northwest, Suite 700
6   Washington, DC  20036
7   (202) 466.3500
8   rvazquez@dnlzito.com
9   Attorneys for the Defendants
10
11
12
13
14
15
16
17
18
19
    ALSO PRESENT:
20
21  Paul Smith, Legal Video Specialist
22
23
24
25

Confidential　　Valve Corporation vs.
Daniel Falcucci　　　　　　　　　Leigh Rothschild, et al.

Page 5

```
 1                      I N D E X

 2                    DANIEL FALCUCCI

 3
    EXAMINATION BY                                       PAGE
 4

 5  ATTORNEY MACHLEIDT                                 7, 148

 6  ATTORNEY VAZQUEZ                                  143, 156

 7

 8                     E X H I B I T S

 9

10  NUMBER              DESCRIPTION                     PAGE

11
    Exhibit 26      Handwritten notes of
12                  the witness                           33

13  Exhibit 27      Jurisdictions Excel
                    spreadsheet                           42
14
    Exhibit 28      Plaintiff Defendant
15                  Excel spreadsheet                     66

16  Exhibit 29      Plaintiff Defendant
                    Excel spreadsheet                     70
17
    Exhibit 30      Documents Bates stamped
18                  D-50001 - 50002                       77

19  Exhibit 31      Documents Bates stamped
                    Valve_5206                            79
20
    Exhibit 32      Documents Bates stamped
21                  ROTHSCHILD0031160 - 31184             79

22  Exhibit 33      PAM Expense Info                     104

23

24

25
```

Page 6

```
 1  ----------------------------------------------------------
 2                   P R O C E E D I N G S
 3                        9:24 a.m. ET
 4  ----------------------------------------------------------
 5           THE VIDEOGRAPHER:  We're now on the
 6      record.  Today's date is August 28, 2025, and
 7      the time is 9:24 a.m.
 8           This is the video deposition of Daniel
 9      Falcucci taken in the matter of Valve
10      Corporation versus Leigh Rothschild, et al.,
11      pending in the United States District Court for
12      the Western District of Washington, case number
13      2:23-cv-1016-JNW.
14           We are at 701 Brickell Avenue, suite 3300,
15      Miami, Florida.
16           My name is Paul Smith of Aptus Court
17      Reporting located at 401 West A Street, suite
18      1680, San Diego, California.
19           Will counsel please identify yourselves
20      and state whom you represent?
21           ATTORNEY MACHLEIDT:  Dario Machleidt on
22      behalf of Valve Corporation.  And with me today
23      are Kate Geyer here in person.  And we've got
24      Ken Chu listening in over the phone.
25           ATTORNEY VAZQUEZ:  René Vazquez at DNL
```

Case 2:23-cv-01016-JNW  Document 181-5  Filed 12/29/25  Page 8 of 12

Daniel Falcucci                              Confidential    Valve Corporation vs.
                                                             Leigh Rothschild, et al.

Page 92

1    Q.   Sitting here today --
2         ATTORNEY MACHLEIDT:  Strike that.
3    BY ATTORNEY MACHLEIDT:
4    Q.   What's your title at PAM?
5    A.   Currently?
6    Q.   Yes.
7    A.   COO.
8    Q.   As PAM's COO, it's your position that PAM,
9    Rothschild, and Valve are in a business
10   relationship?
11   A.   I would say they have been.  It's not been
12   quite positive in the past couple years.
13   Q.   Why do you say that the parties have been
14   in a business relationship?
15   A.   Because, as I mentioned earlier, they
16   engaged in discussions, I'm assuming, at some point.
17   Although I wasn't here in 2015 and '16, the
18   discussions led to an agreement that was signed and
19   it led to consideration that was exchanged.
20   Q.   Approximately how many license agreements
21   are you aware of that have resulted from patent
22   lawsuits initiated by PAM subsidiaries?  I'm looking
23   for a rough number.
24   A.   Probably hundreds.
25   Q.   As COO of PAM, do you consider PAM to be

Case 2:23-cv-01016-JNW   Document 181-5   Filed 12/29/25   Page 9 of 12

Confidential                    Valve Corporation vs.
Daniel Falcucci                 Leigh Rothschild, et al.

Page 93

1  in a business relationship with all of the licensees
2  that have stemmed from those probably hundreds of
3  agreements?
4       A.   I guess you could say that.
5       Q.   Do you say that?
6       A.   It probably is a subjective term.  Maybe
7  one party might feel that way and another party
8  might not.  I believe there are many licensees that
9  would feel that way.
10      Q.   Name one.
11      A.   Well, again, I could tell you, from our
12 point of view, which we might feel to be a business
13 relationship, but that would just be my point of
14 view.  And I prefer not to single out a single
15 licensee, but we've had many positive discussions
16 with licensees.  You know, for lack of a better
17 term, they're happy to enter into the license with
18 PAM subs and their patents.
19      Q.   How do you know that any licensee is happy
20 to enter into a license with PAM or a PAM sub?
21      A.   Well, I said for lack of a better term.
22 So happy or whatever similar synonym.  But we engage
23 in many productive, positive discussions with
24 licensees where both parties walk away happy, for
25 lack of a better term.

Confidential    Valve Corporation vs.
Daniel Falcucci                          Leigh Rothschild, et al.

Page 158

1   go into?
2           ATTORNEY MACHLEIDT:  Objection.  Form,
3      vague, speculation, and opinion.
4      A.   Yes, that may have been one of the
5   considerations.
6           ATTORNEY VAZQUEZ:  That's all I have.  The
7      witness is back to you.
8           ATTORNEY MACHLEIDT:  I'll shut it down.
9      No further questions.
10          ATTORNEY VAZQUEZ:  Don't want to play
11     Ping-Pong?  Okay.
12          ATTORNEY MACHLEIDT:  Thank you all for
13     your time.
14          Do you need anything from us before we go
15     off?
16          Mr. Falcucci, thank you.
17          THE WITNESS:  Thanks.  Sorry for the
18     interruptions.
19          THE VIDEOGRAPHER:  This concludes the
20     deposition for today.  We're going off the
21     record at 4:47 p.m.
22       (Proceedings were concluded at 4:47 p.m.)
23                * * * * * * * * *
24
25

Confidential   Valve Corporation vs.
Daniel Falucci                               Leigh Rothschild, et al.

Page 159

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF FLORIDA    )
 4   COUNTY OF LEE       )
 5
 6
 7          I, STACEY E. RAIKES, a Registered Merit
 8   Reporter, Certified Realtime Reporter, and Notary
 9   Public within and for the State of Florida, do
10   hereby certify:
11          That the witness whose examination is
12   hereinbefore set forth was duly sworn by me and
13   that this transcript of such examination is a true
14   record of the testimony given by such witness.
15          I further certify that I am not related to
16   any of the parties to this action by blood or
17   marriage and that I am in no way interested in the
18   outcome of this matter.
19          IN WITNESS WHEREOF, I have hereunto set my
20   hand this 3rd of September 2025.
21
22
23
24                        _____
25                        STACEY E. RAIKES, RMR, CRR
```

Confidential   Valve Corporation vs.
Daniel Falcucci                             Leigh Rothschild, et al.

Page 160

1          DECLARATION UNDER PENALTY OF PERJURY

2    Case Name: Valve Corporation
             vs. Leigh Rothschild, et al.
3    Date of Deposition: 08/28/2025

4    Job No.: 10171405

5

6              I, DANIEL FALCUCCI, hereby certify

7    under penalty of perjury under the laws of the State of

8    _____ that the foregoing is true and correct.

9              Executed this _____ day of

10   _____, 2025, at _____.

11

12

13                           _____

14                                 DANIEL FALCUCCI

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,    proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25