**HON. JAMAL N. WHITEHEAD**

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | Case No. 2:23-cv-1016 |
| Plaintiff, | |
| v. | **DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE CORPORATION'S MOTIONS *IN LIMINE*** |
| LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER, | NOTE ON MOTION CALENDAR: January 23, 2026 |
| Defendants. | Complaint Filed:      07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S MOTIONS *IN LIMINE*
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2.      I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Defendant Rothschild Broadcast Distribution Systems, LLC's Responses and Objections to Plaintiff's Second Set of Interrogatories (filed under seal).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Defendant Patent Asset Management, LLC's Responses and Objections to Plaintiff's Second Set of Interrogatories.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Defendants' Response to Plaintiff's Third and Fourth Set of Interrogatories and Third Set of Requests for Production (filed under seal).

6.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Defendant Leigh Rothschild's Responses and Objections to Plaintiff Valve Corporation's Second Set of Interrogatories.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the August 27, 2025 deposition transcript of Leigh Rothschild (filed under seal).

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Defendant Display Technologies, LLC's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Defendant Leigh Rothschild's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Defendant

MACHLEIDT DECL. ISO VALVE'S MOTIONS *IN LIMINE*
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

Patent Asset Management, LLC's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Rothschild Broadcast Distribution Systems, LLC's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of Defendant Meyler Legal PLLC's and Samuel Meyler's First Supplemental Objections and Responses to Plaintiff's Interrogatory No. 3.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of Defendant's proposed redlines to the Draft Joint Proposed Pretrial Order served on December 26, 2025.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the August 29, 2025 deposition transcript of Samuel Meyler (filed under seal).

15.     Attached hereto as **Exhibit 13** is a true and correct copy of the Complaint in *Leigh M. Rothschild & Analytical Technologies, LLC v. Rachael Lamkin*, No. 1:24-cv-24669-DPG (S.D. Fla.).

16.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of Plaintiff Valve Corporation's Responses and Objections to Defendants' First Set of Interrogatories.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a Page Vault page capture of https://www.inventors-society.net/future-speakers-issf/ on January 29, 2025 at 1:22:28 GMT.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the August 28, 2025 deposition transcript of Daniel Falcucci (filed under seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2025 at Seattle, Washington.


/s/ Dario A. Machleidt
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S MOTIONS *IN LIMINE*
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S MOTIONS *IN LIMINE*
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600