# EXHIBIT 8
# FILED UNDER SEAL

```
 1            UNITED STATES DISTRICT COURT

 2         FOR THE WESTERN DISTRICT OF WASHINGTON

 3                     AT SEATTLE

 4   -------------------------------------x
     VALVE CORPORATION,
 5
              Plaintiff,
 6
         - versus -   Case No.: 2:23-cv-1016-JNW
 7
     LEIGH ROTHSCHILD, ROTHSCHILD
 8   BROADCAST DISTRIBUTION SYSTEMS,
     LLC, DISPLAY TECHNOLOGIES, LLC,
 9   PATENT ASSET MANAGEMENT, LLC,
     MEYLER LEGAL, PLLC, and SAMUEL
10   MEYLER,
              Defendants.
11   -------------------------------------x

12

13         * * * C O N F I D E N T I A L * * *

14

15         VIDEOTAPED DEPOSITION OF:

16

17            LEIGH ROTHSCHILD

18

19         Wednesday, August 27, 2025

20         9:55 a.m. ET - 8:34 p.m. ET

21

22

23         REPORTED STENOGRAPHICALLY BY:

24         Stacey E. Raikes, RMR, CRR

25             Job No. 10171404
```

```
 1
 2
 3
 4            * * * * * * * * * * *
 5
 6
 7       VIDEOTAPED STENOGRAPHIC DEPOSITION of LEIGH
 8   ROTHSCHILD, taken in the above-entitled matter before
 9   STACEY E. RAIKES, a stenographic machine reporter,
10   Registered Merit Reporter, Certified Realtime
11   Reporter, and Notary Public for the State of Florida,
12   taken on Tuesday, August 27, 2025, commencing at 9:55
13   a.m. ET.
14
15
16
17            * * * * * * * * * * *
18
19
20
21
22
23
24
25
```

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 4 of 20

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

```
 1  A P P E A R A N C E S:
 2
 3  KILPATRICK TOWNSEND & STOCKTON LLP
 4  BY:  DARIO A. MACHLEIDT, ESQ.
 5       - and -
 6  BY:  KATHLEEN R. GEYER, ESQ.
 7  1420 Fifth Avenue, Suite 3700
 8  Seattle, Washington  98101
 9  (206) 467.9600
10  dmachleidt@kts.com
11  kgeyer@kts.com
12  Attorneys for the Plaintiff
13
14
15  KILPATRICK TOWNSEND & STOCKTON LLP
16  BY:  KENGYEH K. CHU, ESQ.
17  4208 Six Forks Road, Suite 1400
18  Raleigh, North Carolina  27609
19  (919) 420.1733
20  kchu@ktslaw.com
21  Attorneys for the Plaintiff
22
23
24
25
```

| Leigh Rothschild | **Confidential** | Valve Corporation vs.<br>Leigh Rothschild, et al. |
|---|---|---|

1  A P P E A R A N C E S:  (Continued)

2

3  DNL ZITO

4  BY:  RENÉ A. VAZQUEZ, ESQ.

5  1250 Connecticut Avenue Northwest, Suite 700

6  Washington, DC  20036

7  (202) 466.3500

8  rvazquez@dnlzito.com

9  Attorneys for the Defendants

10

11

12

13

14

15

16

17

18

19  ALSO PRESENT:

20

21  Paul Smith, Legal Video Specialist

22

23

24

25

**Page 4**

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 6 of 20

| Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al. |

1   PAM at -- I'll call it -- irregular intervals, in

2   any given year, is there an expectation on the

3   amount of money that will constitute your salary

4   from PAM?

5       A.  There is not.

6       Q.  Are you an hourly employee with PAM?

7       A.  I am not.

8       Q.  Do you have a written contract that

9   specifies the financial terms of your salary with

10  PAM?

11      A.  I have an employment agreement.

12      Q.  Does your employment agreement with PAM --

13      A.  Sorry.

14          ATTORNEY MACHLEIDT:  Strike that.

15  BY ATTORNEY MACHLEIDT:

16      Q.  Please.  If you have more to say.  No, no,

17  please.

18      A.  No, nothing.

19      Q.  Does your employment agreement with PAM

20  make mention of anything relating to salary?

21      A.  I don't recollect with specificity.

22      Q.  In terms of taxes, is PAM on a K1?

23      A.  I'm not an accountant, Counsel, so I don't

24  know what a K1 is in this context.

25      Q.  Have you ever heard of a K1 in the context

| | |
|---|---|
| Leigh Rothschild | Confidential     Valve Corporation vs. Leigh Rothschild, et al. |

1    of taxes?

2    A. I might have heard of it, but I don't know

3    specifically what that document is as it relates to

4    tax filings. I'm not a certified public accountant

5    or an accountant.

6    Q. Does PAM have an accountant?

7    A. Absolutely.

8    Q. Is PAM's accountant not an employee of

9    PAM?

10    A. PAM's accountant is an independent

11    accountant, not an employee of PAM.

12    Q. What is the name of the accountant for

13    PAM?

14    A. Michael Fellson, CPA.

15    Q. Does Michael Fellson work for a company?

16    A. He does.

17    Q. What company does Michael Felson work for?

18    A. I don't remember. They just changed the

19    name of the firm. The firm has merged. I don't

20    remember the new name.

21    Q. What was PAM's gross revenue in 2024?

22    A. I don't recollect with specificity.

23    Q. In 2024, did PAM make more than $1 in

24    gross revenue?

25    A. I believe so.

1   which is not yet due, to the best of my knowledge.
2       Q.  Understanding the tax return has not been
3   filed, do you recall whether PAM's gross revenue in
4   2024 exceeded $1 million?
5       A.  Don't know, Counsel, until the accountant
6   tells me those numbers.  Goes through those numbers,
7   the records, and tells me the numbers.  I do not
8   know.
9       Q.  Do you know the date by which PAM needs to
10  have its taxes finalized?
11      A.  Don't know.  My understanding, Counsel, is
12  they're not due yet.  Or we're on extension.
13      Q.  In 2024, what were the sources of revenue
14  for PAM?
15      A.  Our revenue, Counsel, comes from license
16  agreements for patent license agreements.
17      Q.  Did any revenue for PAM in 2024 come from
18  the assignment of one or more patents?
19      A.  Could you repeat the question?
20      Q.  Did any of PAM's revenue in 2024 come from
21  the assignment as opposed to the license of one or
22  more patents?
23      A.  I don't believe so.
24      Q.  You believe in 2024 the entirety of PAM's
25  gross revenue stemmed from the licensing of patents?

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 9 of 20

| | | |
|---|---|---|
| Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al. |

1  Q. Do Display Technologies and RBDS file
2  their own annual taxes?
3  A. The filing for all the subsidiaries is
4  done through the parent company on the parent's tax
5  return through our accountants who I named earlier,
6  accountant and accounting firm that I mentioned
7  earlier.
8  Q. Does that mean that for companies like
9  Display Technologies, RBDS, SPIS, Quantum
10 Technologies, their taxes are reported on the taxes
11 of the parent, which is Patent Asset Management?
12 A. That would be a correct statement, to the
13 best of my knowledge, Counsel.
14 Q. Do any of the taxes for the -- I'll call
15 them the children if you treat PAM as the parent.
16 So, for example, Display Technologies and RBDS, do
17 any of the taxes for those companies get reported on
18 your own personal 1040?
19 A. No, I believe that PAM passes on to my
20 personal tax return. I don't know the accounting
21 principles, but -- not being an accountant, but I
22 believe PAM flows through, in some manner, to -- and
23 again, I don't know, because I'm not an
24 accountant -- to my personal tax return.
25 Q. Understanding you're not an accountant,

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 10 of 20

| Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al. |

1    and I don't think any of us here are, please tell me
2    what you know in terms of why PAM's taxes flow to
3    your personal 1040?
4        A.  I don't know accounting principles or the
5    laws that pertain to the flow through.  So I
6    couldn't tell you at all.  I absolutely don't know.
7    I only know that I use a certified public accountant
8    from, you know, a reasonably large firm and count on
9    him to prepare documents that are filed with the
10   Internal Revenue Service appropriately.
11       Q.  On an annual basis --
12           ATTORNEY MACHLEIDT:  Strike that.
13   BY ATTORNEY MACHLEIDT:
14       Q.  On an annual basis, is there any amount of
15   revenue associated with PAM that, for tax purposes,
16   does not flow to your own personal 1040?
17       A.  I don't know that.
18       Q.  Do you know how much in gross revenue
19   Display Technologies earned in 2024?
20       A.  Don't know.
21       Q.  This relates to what you, your lawyer, and
22   I talked about this morning, and I'll see if I can't
23   just do it in a quick fashion.
24           Do you, Mr. Rothschild, have a personal
25   checking account?

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 11 of 20

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1   set up the business?
2       ATTORNEY VAZQUEZ:  I'm going to interject
3   here as well.
4       If you received similar -- in other words,
5   if there's overlap, you were receiving both
6   legal advice and advice from your accountants
7   on the same issue, I wouldn't want you to
8   divulge that information.
9       To the extent that you received
10  information from your accountants, exclusively
11  from your accountants on that issue, then you
12  can answer.
13      THE WITNESS:  Right.
14      A.  The advice on corporate structure was set
15  up in conversations both with my attorney and my
16  accountant in the same conversation.  So it would
17  be, to the best of my knowledge, covered by
18  privilege.
19      The accounting side of it, my accountant
20  told me that this was a structure that would allow
21  him to properly file our tax returns, both the tax
22  return for the company incorporating the tax returns
23  or the tax obligations for the entities as well as
24  any kind of flow through for my personal return.
25      Q.  Have you ever considered retaining

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 12 of 20

| Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al. |

1   ownership of patents that name you as an inventor
2   and, if you believe there's an infringer, directly
3   engaging that entity for licensing or potentially
4   litigation?
5       A.   I think, Counsel, I need you to repeat the
6   question, because if I heard it correctly, I didn't
7   understand it.  So if you could repeat it.  And then
8   I might ask you still to explain it because, if I
9   did hear it, I don't think I understood it.
10      Q.   Have you ever considered, instead of
11  assigning a patent --
12      A.   Uh-huh.
13      Q.   -- that names you and only you as an
14  inventor --
15      A.   Uh-huh.
16      Q.   -- have you ever considered retaining
17  ownership of the patent and asserting that patent
18  against an infringer, but in your own name?
19      A.   Never have.  I've never filed a patent, to
20  the best of my knowledge, assertion.  I've never
21  asserted a patent as an individual in my entire
22  career.  That's to the best of my knowledge.
23      Q.   Why have you never asserted a patent as an
24  individual?
25          ATTORNEY VAZQUEZ:  Again, you can answer

1    A.  Yeah, I can't answer that question because
2  those terms could be legal terms.  Indirect.  I
3  don't know what that would mean in a legal sense.
4        I testified to earlier and I'm testifying
5  now that PAM owns 100 percent of RBDS and some of
6  the other entities that you mentioned.
7    Q.  Has PAM ever directly owned any patent?
8    A.  Not to the best of my knowledge.
9    Q.  In the situation where a patent like the
10  '221 has been assigned to a monetizing entity, do
11  you, as a policy, always engage outside counsel to
12  help with those licensing or litigation activities?
13        ATTORNEY VAZQUEZ:  Objection.  Form.
14    A.  Answer your question, we always engage
15  outside counsel to monetize our patents.
16    Q.  Has PAM always had, since the beginning of
17  its formation, an in-house counsel?
18    A.  No.  But we've had times where we have not
19  had in-house counsel, but most of the time, we've
20  had a member of the bar working for us, not
21  necessarily as in-house counsel, but as a staff --
22  as a staff member.
23    Q.  Do you mean that you had somebody working
24  potentially as a consultant, but serving in the role
25  of in-house counsel, but not employed by PAM?

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 14 of 20

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1    Q. Does PAM keep minutes of any meetings of
2    its members?
3    A. I don't believe that they do because board
4    minutes are not required for a limited liability
5    corporation by the laws of the State of Florida.  So
6    no minutes are kept.
7    Q. Are consents to action by the members
8    written down and kept?
9    A. I'm not aware of whether they are or
10   they're not.  I'm not the corporate secretary.
11   Q. That would be Ms. Arias?
12   A. Well, our business development person and
13   attorney, Mr. Falcucci, handles that stuff.
14   Q. Is Mr. Falcucci or Falcucci a better
15   person to ask questions about with respect to this
16   Exhibit 19?
17   A. You could ask him questions about it.  He
18   would know some of it.  And you're welcome to ask
19   me, continue to ask me.  I will know some of it.
20   Q. Please turn to Page 8.  And in particular,
21   Section 8.4, tax returns.
22      Are you there?
23   A. Yes.
24   Q. Have you read Section 8.4?
25   A. I have now.

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 15 of 20

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1    Q.  In the middle of Section 8.4, there's a
2    reference to the company must deliver to each member
3    a schedule K1.  Do you see that?
4    A.  Yes.
5    Q.  Earlier today, I had asked you about K1s,
6    and understanding neither of us are tax experts --
7    A.  Uh-huh.
8    Q.  -- has PAM delivered to its members one or
9    more schedule K1s?
10   A.  Our accountants delivered various
11   documents.  I don't know if it includes a K1.
12       ATTORNEY MACHLEIDT:  René?
13       ATTORNEY VAZQUEZ:  Yes.
14       ATTORNEY MACHLEIDT:  If possible,
15   tomorrow.
16       ATTORNEY VAZQUEZ:  Uh-huh.
17       ATTORNEY MACHLEIDT:  Well, before -- by
18   tomorrow, can you see if K1s exist for at least
19   PAM?  Presumably just PAM, but -- and if so,
20   for 2023 and 2024?
21       My understanding is K1s precede kind of
22   the tax period by a chunk of time.  So I'm
23   asking, because potentially, there might be a
24   2024 K1 even though, you know, the final taxes
25   haven't been done.  So that's my request and --

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 16 of 20

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1        THE WITNESS:  Thank you.
2        THE VIDEOGRAPHER:  Going off record at
3    6:39 p.m.
4             (Recess.)
5        THE VIDEOGRAPHER:  Back on record at 7:04
6    p.m.
7    BY ATTORNEY MACHLEIDT:
8        Q.  Mr. Rothschild, I don't want you to tell
9    me what you talked about with your lawyer, but my
10   understanding is you did some -- I'll call it --
11   financial research during the break.  Is that
12   correct?
13       A.  That is correct, Counsel.
14       Q.  Please share with us everything that you
15   have to share based on the work you did during the
16   break.
17       A.  Right.  According to my office, RBDS in
18   2023, had gross revenue of $57,500.
19            According to my office, Display to
20   technologies had zero revenue in 2023.
21            That's what was reported to me.
22       Q.  Is it correct that your office reported
23   those numbers to you and you were able to confirm
24   them through your phone on a banking app?
25       A.  Partially correct.

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 17 of 20

Leigh Rothschild | Confidential | Valve Corporation vs. Leigh Rothschild, et al.

1  Q. Okay. Where did I go wrong then?
2  A. Okay. And my office reported both numbers
3  to me based on their files, but being diligent, I
4  wanted to confirm them with bank statements;
5  however, online bank statements were only available
6  for Rothschild Broadcast Distribution Services. We
7  went by month by month and came up with the same
8  number that my office came up, which is 57,5.
9       I do not have online statements for 2023
10 since that account now resides -- I can tell you --
11 at First Horizon. There is no TD Bank account, as I
12 explained earlier in the day. Some of them, are at
13 one place, some of them are at another place.
14      The Display Technologies account resides
15 at First Horizon. There is no account at TD Bank.
16 There was an account. The account was closed. We
17 no longer have online access to the records. We
18 have physical access when they send us statements;
19 however, tonight, I don't have physical access. I
20 don't have the statements. My office tells me it's
21 zero for the month of -- for the year of 2023.
22  Q. As of tonight, you do not yet have the
23 equivalent financial information for PAM?
24  A. No. I will be giving that to
25 Mr. Falcucci. Falcucci -- we're having a problem

1  A. So I'm going to pull them off now, put
2  them on here, scan them, and then hand them to you.
3  Q. That's perfect. And I think all of that
4  can happen off the record. Unless --
5  A. Or on the record.
6  ATTORNEY MACHLEIDT: René, it's getting
7  hot in here. So I imagine --
8  ATTORNEY VAZQUEZ: Yeah.
9  THE WITNESS: Well, when they turn off the
10  air conditioning, it's probably a sign it's
11  time to go.
12  ATTORNEY MACHLEIDT: All right. Ready to
13  go off the record?
14  ATTORNEY VAZQUEZ: Yeah.
15  THE VIDEOGRAPHER: Going off record at
16  8:34 p.m. And this concludes the deposition
17  for today.
18  (Proceedings were concluded at 8:34 p.m.)
19  * * * * * * * * * *
20  (Handwritten notes of the witness are received
21  and marked as Exhibit 25 for Identification.)
22
23
24
25

1     C E R T I F I C A T E

2

3  STATE OF FLORIDA   )

4  COUNTY OF LEE      )

5

6

7        I, STACEY E. RAIKES, a Registered Merit

8  Reporter, Certified Realtime Reporter, and Notary

9  Public within and for the State of Florida, do

10  hereby certify:

11        That the witness whose examination is

12  hereinbefore set forth was duly sworn by me and

13  that this transcript of such examination is a true

14  record of the testimony given by such witness.

15        I further certify that I am not related to

16  any of the parties to this action by blood or

17  marriage and that I am in no way interested in the

18  outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20  hand this 2nd of September 2025.

21

22

23

24        _____

25        STACEY E. RAIKES, RMR, CRR

Case 2:23-cv-01016-JNW   Document 187-5   Filed 01/08/26   Page 20 of 20

Leigh Rothschild                        Confidential                Valve Corporation vs.
                                                                    Leigh Rothschild, et al.

1    DECLARATION UNDER PENALTY OF PERJURY

2    Case Name: Valve Corporation
         vs. Leigh Rothschild, et al.
3    Date of Deposition: 08/27/2025

4    Job No.: 10171404

5

6        I, LEIGH ROTHSCHILD, hereby certify

7    under penalty of perjury under the laws of the State of

8    _____ that the foregoing is true and correct.

9        Executed this _____ day of

10   _____, 2025, at _____.

11

12

13           _____

14                    LEIGH ROTHSCHILD

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,   proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25