HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF PLAINTIFF VALVE CORPORATION'S SECOND MOTION FOR SANCTIONS**<br><br>NOTE ON MOTION CALENDAR:<br>January 29, 2026<br><br>Complaint Filed:   07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S 2ND
MOTION FOR SANCTIONS
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. On January 7, 2026, counsel for Valve conferred with counsel for Defendants regarding the pretrial order. As part of that conference, I asked counsel for Defendants about their lack of ESI production in response to the Court's Discovery Order (Dkt. 175). Counsel for Defendants represented that the privilege logs produced on December 30, 2025 logged responsive ESI. I further inquired if there were any non-privilege emails to be produced. Counsel for Defendants stated today that they intended to make an additional production but have not yet done so.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint in *Leigh M. Rothschild & Analytical Technologies, LLC v. Rachael Lamkin*, No. 1:24-cv-24669-DPG (S.D. Fla.).

5. Attached hereto as **Exhibit 2** is a true and correct copy of a privilege log (DEC 2025-001-023) served by Defendants on December 30, 2025 (filed under seal).

6. Attached hereto as **Exhibit 3** is a true and correct copy of a privilege log (DEC 2025-024-092) served by Defendants on December 30, 2025 (filed under seal).

7. Attached hereto as **Exhibit 4** is a true and correct copy of a bank statement for Rothschild Connected Devices Innovations for the statement period June 1, 2018 to June 30, 2018, produced as Bates number LAMKIN_000137.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a bank statement for Rothschild Digital Confirmation LLC for the statement period September 1, 2023 to September 30, 2023, starting with Bates number LMR-2086 (filed under seal).

9. Attached hereto as **Exhibit 6** is a true and correct copy of a bank statement for Analytical Technologies LLC statement dated November 29, 2024 and starting with Bates number

MACHLEIDT DECL. ISO VALVE'S 2ND MOTION FOR SANCTIONS
CASE NO. 2:23-CV-1016
- 1 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  LMR-2332 (filed under seal).

2      10.    Attached hereto as **Exhibit 7** is a true and correct copy of Rothschild Connected Devices Innovations, LLC's Response to ADS Security, LP's Motion for Order to Show Cause in *Rothschild Connected Devices Innovations, LLC v. Guardian Protection Servs., Inc. & ADS Security, LP*, Nos. 2:15-cv-01431-JRG-RSP and 2:15-cv-01463-JRG-RSP (E.D. Tex.), starting with Bates number LAMKIN_000128.

    11.    Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the August 27, 2025 deposition transcript of Leigh Rothschild (filed under seal).

    12.    Attached hereto as **Exhibit 9** is a true and correct copy of the Settlement and License Agreement between Analytical Technologies, LLC and American Dairy Queen Corporation, starting with Bates number AT000819 (filed under seal).

    13.    Attached hereto as **Exhibit 10** is a true and correct copy of a bank statement for Patent Asset Management LLC dated December 31, 2024, starting with Bates number DEC 2025-0093 (filed under seal).

    14.    Attached hereto as **Exhibit 11** is a true and correct copy of a Motion for Sanctions filed by Plaintiff Anhui Konka Green Lighting Co., Ltd. in *Anhui Konda Green Lighting Co. v. Green Logic Led Electrical Supply, Inc.*, No. 18-cv-12255 (S.D.N.Y. Mar. 3, 2021) as Dkt. 223.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2026 at Seattle, Washington.

    */s/ Dario A. Machleidt*
    Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S 2ND
MOTION FOR SANCTIONS
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
(206) 467-9600

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

80359754v.2

MACHLEIDT DECL. ISO VALVE'S 2ND
MOTION FOR SANCTIONS
CASE NO. 2:23-CV-1016

- 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600