**Honorable Jamal N. Whitehead**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-01016<br><br>**DECLARATION OF RENÉ A. VAZQUEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF VALVE CORPORATION'S SECOND MOTION FOR SANCTIONS AGAINST THE ROTHSCHILD DEFENDANTS**<br><br>NOTE ON MOTION CALENDAR:<br>**JANUARY 29, 2026** |

VAZQUEZ DECL. ISO DEFENDANTS' OPPOSITION TO VALVE'S 2ND MOTION FOR SANCTIONS
Page **1** of **3**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

I, René A. Vazquez, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Virginia and admitted to this Court *pro hac vice*. I am a lawyer in the law firm of DNL Zito, and counsel for Defendants in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could competently testify thereto.

3. On January 8, 2026, counsel for Valve, Mr. Dario Machleidt, and I conferred during which Mr. Machleidt indicated that they would be filing a motion for sanctions because Defendants did not produce financial records related to Leigh Rothschild, RBDS and Display Technologies.

4. On January 9, 2026, Defendants informed me that they did not have online access to bank statements from TD Bank in connection with RBDS and Display Technologies, and that they requested those statements from TD Bank.

5. On January 14, 2026, Defendants informed me that the bank statements from TD Bank were available for pickup.

6. On January 8, 2026, I conferred with counsel for Valve, Mr. Machleidt, and informed Mr. Machleidt that Defendants would be producing all documents identified in the ESI search and that there may be privileged emails included in the production. Mr. Machleidt indicated that if they came across such privileged information they would maintain its confidentiality and not use or disclose such information.

7. On January 8, 2026, I initiated production of all emails identified in the ESI search and I emailed Valve's counsel to memorialize the January 8 conversation regarding treatment of any privileged communications included in the production.

VAZQUEZ DECL. ISO DEFENDANTS' OPPOSITION TO VALVE'S 2ND MOTION FOR SANCTIONS
Page **2** of **3**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

8. Filed concurrently herewith as **Exhibit A** is a true and correct copy of a January 8, 2026 email to Valve's counsel.

Executed on January 22, 2026 at Leesburg, Virginia.

                                                            */s/ René A. Vazquez*
                                                            René A. Vazquez

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                                             */s/René A. Vazquez*

VAZQUEZ DECL. ISO DEFENDANTS' OPPOSITION TO VALVE'S 2ND MOTION FOR SANCTIONS
Page **3** of **3**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500