# EXHIBIT A

**From:** René Vazquez rvazquez@dnlzito.com
**Subject:** Re: Valve/Rothschild - motion to seal Defendants' financial information
**Date:** January 8, 2026 at 10:03 PM
**To:** Machleidt, Dario dmachleidt@ktslaw.com
**Cc:** Joseph J Zito jzito@dnlzito.com, Robert Cadle rcadle@dnlzito.com, Litigation Folder litigation@dnlzito.com, ValveKTSservice ValveKTSservice@kilpatricktownsend.com

Hi Dario,

Further to our discussion earlier today, the ESI production is still uploading to the Box Folder. It is roughly 22 GB, so it's taking awhile. Based on the progress of the upload so far, I suspect it's going to take at least another couple of hours.

For convenience, the link for the Box Folder is:



Box
dnl.box.com

The ESI production will be in a subfolder called "ESI." As discussed, it will consist of multiple ".pst" files that you can import into Microsoft Outlook to access the emails.

As I mentioned to you, our client does not have an IT department and they did the best they could to make sure privileged communications were filtered out of this production. However, there may be some privileged emails inadvertently included in this production. You indicated to me that if you do come across such privileged information, you will maintain its confidentiality and not use/disclose such information. Please confirm.

I am consulting with our client regarding the missing financial information for Leigh Rothschild, RBDS and Display Technologies, and will get back to you tomorrow on that.

—René

René A. Vazquez
**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

> On Jan 8, 2026, at 7:17 PM, Machleidt, Dario <dmachleidt@ktslaw.com> wrote:
>
> Counsel,
>
> Valve will file a motion for discovery sanctions today based on the Rothschild Defendants' violation of the Court's Discovery Order (Dkt. 175). In particular, Defendants did not produce financial information from Leigh Rothschild, RBDS, and Display Technologies and failed to produce ESI responsive to Valve's search terms prior to June 7, 2023 (Dkt. 83 at 8).