# TRIAL EXHIBIT
# PTX272
# FILED UNDER SEAL

# File Provided in Native Format



Confidential    ROTHSCHILD0032296

| | | | |
|---|---|---|---|
| InMotion | Battery Conservation Innovations | $5,000.00 | 2019 |
| School Speciality | Coding Technologies | $30,000.00 | 2018 |
| Driscoll | Coding Technologies | $25,000.00 | 2019 |
| Keller Williams | Coding Technologies | $25,000.00 | 2018 |
| Thomas Reuters | Coding Technologies | $25,000.00 | 2018 |
| Phillip Morris International | Coding Technologies | $20,000.00 | 2018 |
| Spark | Coding Technologies | $20,000.00 | 2018 |
| Sketchers | Coding Technologies | $20,000.00 | 2018 |
| Acuity | Coding Technologies | $20,000.00 | 2018 |
| Delta Electrnoics | Coding Technologies | $18,500.00 | 2019 |
| Home Depot | Coding Technologies | $17,500.00 | 2018 |
| Omni Hotels | Coding Technologies | $17,500.00 | 2018 |
| Genesco | Coding Technologies | $15,000.00 | 2019 |
| Blackboard | Coding Technologies | $15,000.00 | 2018 |
| Calix | Coding Technologies | $15,000.00 | 2018 |
| Omaha Steaks | Coding Technologies | $15,000.00 | 2018 |
| Fox | Coding Technologies | $12,500.00 | 2018 |
| WilsonArt | Coding Technologies | $10,000.00 | 2018 |
| Digi International | Coding Technologies | $10,000.00 | 2018 |
| Cognizant | Coding Technologies | $10,000.00 | 2018 |
| HSN | Coding Technologies | $10,000.00 | 2018 |
| RTG Furniture Corp | Coding Technologies | $10,000.00 | 2018 |
| E.I. Dupont de Nemours | Coding Technologies | $10,000.00 | 2018 |
| Metlife | Coding Technologies | $10,000.00 | 2018 |
| Masonite | Coding Technologies | $10,000.00 | 2018 |
| Xymogen | Coding Technologies | $10,000.00 | 2018 |
| TP Link | Coding Technologies | $9,000.00 | 2019 |
| Kinetic Concepts | Coding Technologies | $7,500.00 | 2018 |
| Texas Intruments | Coding Technologies | $5,000.00 | 2018 |
| Primo Water | Coding Technologies | $5,000.00 | 2019 |
| Pet Supermarket | Coding Technologies | $5,000.00 | 2019 |
| Apogee | Coding Technologies | $5,000.00 | 2019 |
| Limoneria | Coding Technologies | $5,000.00 | 2019 |
| Arconic | Coding Technologies | $5,000.00 | 2017 |
| Stewart & Stevenson | Coding Technologies | $5,000.00 | 2017 |
| Acosta, Inc. | Coding Technologies | $2,000.00 | 2017 |
| Brighton | Coding Technologies | $1,000.00 | 2019 |
| WZ Franchise Corp | Coding Technologies | $7,500.00 | 2018 |
| Clover Network | Digital Verification Systems | $6,000.00 | 2018 |
| JVC | Display Technologies | $57,000.00 | 2019 |
| Onkyo | Display Technologies | $25,000.00 | 2018 |
| Como | Display Technologies | $20,000.00 | 2018 |
| Yamaha | Display Technologies | $18,000.00 | 2018 |
| BLU Products | Display Technologies | $7,000.00 | 2018 |
| Home Depot | Electronic Receipts Delivery Systems | $25,000.00 | 2018 |
| Lorex | Electronic Receipts Delivery Systems | $20,000.00 | 2019 |
| Macy's | Electronic Receipts Delivery Systems | $15,000.00 | 2019 |

| | | | |
|---|---|---|---|
| Nordstrom | Geographic Location Innovations | $30,000.00 | 2017 |
| East West Bank | Geographic Location Innovations | $20,000.00 | 2018 |
| Kroger | Geographic Location Innovations | $5,000.00 | 2017 |
| Bridgestone | Geographic Location Innovations | $15,000.00 | 4034 |
| Disney Enterprises | Global | $110,000.00 | 2017 |
| Garmin International | Location Based Services | $225,000.00 | 2018 |
| MiTac Digital Corp | Location Based Services | $50,000.00 | 2018 |
| Cobra | Location Based Services | $30,000.00 | 2018 |
| Thinkware | Location Based Services | $25,000.00 | 2018 |
| JVC Kenwood | Location Based Services | $25,000.00 | 2018 |
| Contour, LLC | Location Based Services | $10,000.00 | 2018 |
| Ubiquiti | Rothschild Broadcast Distribution Systems | $35,000.00 | 2018 |
| LiveWatch Security | Rothschild Broadcast Distribution Systems | $27,500.00 | 2018 |
| Spotify | Rothschild Broadcast Distribution Systems | $32,500.00 | 2016 |
| Century Link | Rothschild Broadcast Distribution Systems | $30,000.00 | 2018 |
| Lowes | Rothschild Broadcast Distribution Systems | $25,000.00 | 2017 |
| D Link | Rothschild Broadcast Distribution Systems | $15,000.00 | 2019 |
| Belkin | Rothschild Broadcast Distribution Systems | $12,500.00 | 2017 |
| Starz Entertainment | Rothschild Broadcast Distribution Systems, LLC | $35,000.00 | 2017 |
| Plex, Inc., | Rothschild Broadcast Distribution Systems, LLC | 32,500.00 | 2016 |
| Beachbody LLC | Rothschild Broadcast Distribution Systems, LLC | $20,000.00 | 2016 |
| Barnes & Noble, Inc. and Nook Digital, LLC | Rothschild Broadcast Distribution Systems, LLC | $15,000.00 | 2016 |
| Linkedin | Rothschild Broadcast Distribution Systems, LLC | $15,000.00 | 2017 |
| Pluralsight | Rothschild Broadcast Distribution Systems, LLC | $5,000.00 | 2017 |
| Alarm.com | Rothschild Connected Devices Innovations | $150,000.00 | 2015 |
| Honeywell | Rothschild Connected Devices Innovations | $50,000.00 | 2015 |
| Vivint | Rothschild Connected Devices Innovations | $45,000.00 | 2015 |
| OnStar | Rothschild Connected Devices Innovations | $45,000.00 | 2015 |
| ADT | Rothschild Connected Devices Innovations | $40,000.00 | 2015 |
| TCP Corp | Rothschild Connected Devices Innovations | $40,000.00 | 2015 |
| Phillips | Rothschild Connected Devices Innovations | $35,000.00 | 2015 |
| Belkin | Rothschild Connected Devices Innovations | $30,000.00 | 2015 |
| Location Labs | Rothschild Connected Devices Innovations | $30,000.00 | 2016 |
| Slomins | Rothschild Connected Devices Innovations | $25,000.00 | 2015 |
| Mazda | Rothschild Connected Devices Innovations | $25,000.00 | 2016 |
| Fujitzu | Rothschild Connected Devices Innovations | $25,000.00 | 2016 |
| Whirlpool | Rothschild Connected Devices Innovations | $25,000.00 | 2017 |
| GoPro | Rothschild Connected Devices Innovations | $15,000.00 | 2017 |
| Rainbird | Rothschild Connected Devices Innovations | $15,000.00 | 2015 |
| Q-See | Rothschild Connected Devices Innovations | $15,000.00 | 2016 |
| Honda | Rothschild Connected Devices Innovations | $15,000.00 | 2016 |
| Leviton | Rothschild Connected Devices Innovations | $10,000.00 | 2015 |
| LeGrand | Rothschild Connected Devices Innovations | $10,000.00 | 2015 |
| Smartlabs | Rothschild Connected Devices Innovations | $10,000.00 | 2016 |
| Hyundai SXM | Rothschild Connected Devices Innovations | $10,000.00 | 2016 |
| Rhem | Rothschild Connected Devices Innovations | $8,000.00 | 2016 |
| Fujitsu | Rothschild Connected Devices Innovations | $25,000.00 | 2016 |

| | | | |
|---|---|---|---|
| Sirius | Rothschild Location Technologies | $100,000.00 | 2015 |
| AGCO Corporation | Rothschild Location Technologies | $50,000.00 | 2015 |
| Lecia Geosystems | Rothschild Location Technologies | $50,000.00 | 2015 |
| InTouch GPS | Rothschild Location Technologies | $48,000.00 | 2015 |
| Lyft | Rothschild Location Technologies | $42,500.00 | 2015 |
| Retail Telematics | Rothschild Location Technologies | $25,000.00 | 2015 |
| Jaguar Land Rover North America | Rothschild Location Technologies | $20,000.00 | 2015 |
| CNH Industrial | Rothschild Location Technologies | $16,000.00 | 2015 |
| Glympse | Rothschild Location Technologies | $15,000.00 | 2015 |
| Alohar Mobile | Rothschild Location Technologies | $5,000.00 | 2015 |
| Olympus | Rothschild Patent Imaging | $40,000.00 | 2016 |
| Nikon | Rothschild Patent Imaging | $27,500.00 | 2016 |
| Line Euro-Americas Corp | Rothschild Patent Imaging | $25,000.00 | 2017 |
| C & A Marketing | Rothschild Patent Imaging | $25,000.00 | 2017 |
| LT Security Inc. | Rothschild Patent Imaging | $25,000.00 | 2017 |
| Logitech | Rothschild Patent Imaging | $25,000.00 | 2017 |
| Fujifilm | Rothschild Patent Imaging | $25,000.00 | 2016 |
| Tango | Rothschild Patent Imaging | $20,000.00 | 2017 |
| Vivotek | Rothschild Patent Imaging | $16,000.00 | 2017 |
| Pushbullet | Rothschild Patent Imaging | $15,000.00 | 2017 |
| Ricoh | Rothschild Patent Imaging | $15,000.00 | 2017 |
| Meetme | Rothschild Patent Imaging | $15,000.00 | 2017 |
| Rakuten | Rothschild Patent Imaging | $10,000.00 | 2019 |
| Badoo | Rothschild Patent Imaging | $10,000.00 | 2017 |
| Arcsoft | Rothschild Patent Imaging | $10,000.00 | 2017 |
| 3d Robotics | Rothschild Patent Imaging | $10,000.00 | 2018 |
| Edimax | Rothschild Patent Imaging | $6,000.00 | 2017 |
| D-link | Rothschild Patent Imaging | $6,000.00 | 2017 |
| Yi Technologies | Rothschild Patent Imaging | $5,000.00 | 2017 |
| UTC | Rothschild Patent Imaging LLC | $25,000.00 | 2018 |
| Horizon Hobby | Rothschild Patent Imaging LLC | $20,000.00 | 2018 |
| Parrot, Inc. | Rothschild Patent Imaging LLC | $20,000.00 | 2018 |
| Yuneec | Rothschild Patent Imaging LLC | $10,000.00 | 2018 |
| The Firelands Group LLC | Rothschild Patent Imaging LLC | $6,000.00 | 2018 |
| Google | Rothschild Storage Retrieval Innovations | $100,000.00 | 2015 |
| Microsoft Mobile | Rothschild Storage Retrieval Innovations | $50,000.00 | 2016 |
| JD Power and Associates | Symbology Innovations | $50,000.00 | 2016 |
| JP Morgan Chase | Symbology Innovations | $40,000.00 | 2016 |
| First National Bank of Omaha | Symbology Innovations | $40,000.00 | 2017 |
| Merck | Symbology Innovations | $40,000.00 | 2017 |
| Converse | Symbology Innovations | $35,000.00 | 2019 |
| GoldenGrain | Symbology Innovations | $35,000.00 | 2019 |
| PepsiCo | Symbology Innovations | $35,000.00 | 2018 |
| 3M Company | Symbology Innovations | $33,000.00 | 2018 |
| Jasco | Symbology Innovations | $32,000.00 | 2017 |
| Newell Brands, Inc. | Symbology Innovations | $30,000.00 | 2019 |
| Freshpoint, Inc. | Symbology Innovations | $30,000.00 | 2016 |

| | | | |
|---|---|---|---|
| SunTrust | Symbology Innovations | $30,000.00 | 2016 |
| CitiBank | Symbology Innovations | $30,000.00 | 2016 |
| Auntie Annie (Focus Brands) | Symbology Innovations | $30,000.00 | 2016 |
| American Express | Symbology Innovations | $30,000.00 | 2015 |
| Continential Tire | Symbology Innovations | $29,000.00 | 2017 |
| Quick Check Corporation | Symbology Innovations | $29,000.00 | 2017 |
| Brother International Corporation | Symbology Innovations | $27,750.00 | 2017 |
| Technology Gym | Symbology Innovations | $25,000.00 | 2017 |
| Darden Corp | Symbology Innovations | $25,000.00 | 2017 |
| Spectrum Brands | Symbology Innovations | $25,000.00 | 2017 |
| Proctor & Gamble | Symbology Innovations | $25,000.00 | 2016 |
| General Mills | Symbology Innovations | $25,000.00 | 2016 |
| HSBC | Symbology Innovations | $25,000.00 | 2016 |
| The Mall at Millenia | Symbology Innovations | $25,000.00 | 2017 |
| AutoNation | Geographic Location Innovations | $25,000.00 | 2017 |
| Unilever | Symbology Innovations | $22,000.00 | 2015 |
| Honeywell | Symbology Innovations | $20,000.00 | 2018 |
| Exxon | Symbology Innovations | $20,000.00 | 2015 |
| Ergotron | Symbology Innovations | $20,000.00 | 2017 |
| Hammacher & Schelemmer | Symbology Innovations | $20,000.00 | 2018 |
| Bath and Body Works | Symbology Innovations | $17,500.00 | 2016 |
| Package Corp | Symbology Innovations | $15,000.00 | 2018 |
| Schumacher Electric Corporation | Symbology Innovations | $15,000.00 | 2019 |
| Neilmed | Symbology Innovations | $15,000.00 | 2016 |
| PNY Technologies | Symbology Innovations | $15,000.00 | 2016 |
| Hayatt Corporation | Symbology Innovations | $12,500.00 | 2017 |
| Smart Tuition | Symbology Innovations | $12,500.00 | 2017 |
| MBS | Symbology Innovations | $12,000.00 | 2019 |
| Pilot | Symbology Innovations | $10,000.00 | 2019 |
| Texas Bank | Symbology Innovations | $10,000.00 | 2016 |
| Hain | Symbology Innovations | $10,000.00 | 2016 |
| Johnson & Johnson | Symbology Innovations | $10,000.00 | 2017 |
| TCL Corporation | Symbology Innovations | $10,000.00 | 2017 |
| Bridgestone | Symbology Innovations | $10,000.00 | 2017 |
| G4S Secure | Symbology Innovations | $10,000.00 | 2018 |
| Vital Farms | Symbology Innovations | $8,500.00 | 2019 |
| Home Depot | Symbology Innovations | $7,500.00 | 2017 |
| BankFinancial | Symbology Innovations | $7,000.00 | 2018 |
| Wellmark | Symbology Innovations | $5,000.00 | 2016 |
| Hilton | Symbology Innovations | $5,000.00 | 2017 |
| That's It Nutrition | Symbology Innovations | $4,000.00 | 2019 |
| Johnson Financial Group | Symbology Innovations | $4,000.00 | 2017 |
| Salsa | Symbology Innovations | $3,500.00 | 2019 |
| Landmark Bank | Symbology Innovations | $3,500.00 | 2016 |
| Odessy Marketing | Symbology Innovations | $2,725.00 | 2019 |
| Nextera | Symbology Innovations | $2,500.00 | 2017 |
| Allstate Insurance Company | Symbology Innovations | $1,500.00 | 2016 |

| | | | |
|---|---|---|---|
| Custom Link | Symbology Innovations | $1,000.00 | 2017 |
| Vend Limited | Scanning Technologies Innovations | $15,000.00 | 2016 |
| Lightspeed | Scanning Technologies Innovations | $15,000.00 | 2016 |
| Revel | Scanning Technologies Innovations | $25,000.00 | 2016 |
| Clover Network | Scanning Technologies Innovations | $20,000.00 | 2017 |
| Toast | Scanning Technologies Innovations | $5,000.00 | 2017 |
| Simplisafe | Rothschild Broadcast Distribution Systems | $25,000.00 | 2017 |
| Powell | Coding Technologies | $7,500.00 | 2017 |
| Schlumberger | Coding Technologies | $37,500.00 | 2017 |
| Cabot Oil & Gas | Coding Technologies | $5,000.00 | 2017 |
| Mary Kay | Coding Technologies | $37,500.00 | 2017 |