# TRIAL EXHIBIT
# PTX276
# FILED UNDER SEAL

| Previously Sued |
|---|
| Display Technologies LLC v. Valve Corporation |
| Display Technologies, LLC v. Rossmax USA, INC. |
| Display Technologies, LLC v. Ford Motor Company |
| Display Technologies, LLC v. Nissan North America, Inc. |
| Display Technologies, LLC v. Epsilon Electronics, Inc. |
| Display Technologies, LLC v. BOSS International Group, Inc. |
| Display Technologies, LLC v. Bionime USA Corporation |
| Display Technologies, LLC v. Sony Corporation Of America |
| Display Technologies, LLC v. Informed Data Systems, Inc. |
| Display Technologies, LLC v. Etekcity Corporation |
| Display Technologies, LLC v. Mocacare Corp. |
| Display Technologies, LLC v. Hill-Rom Holdings, Inc. |
| Unified Patents, LLC v. Display Technologies, LLC |
| Display Technologies, LLC v. Dariohealth Corp. |
| Display Technologies, LLC v. Beurer North America, LP |
| Display Technologies, LLC v. i-SENS USA, Inc. |
| Display Technologies, LLC v. A&D Medical Company, Limited |
| Display Technologies, LLC v. BMW of North America, LLC |
| Display Technologies, LLC v. Nonin Medical, Inc. |
| Display Technologies, LLC v. Arkray USA, Inc |
| Display Technologies, LLC v. Volvo Car USA, LLC |
| Display Technologies, LLC v. Trividia Health, Inc. |
| Display Technologies, LLC v. Microlife USA, Inc. |
| Display Technologies, LLC v. Microlife USA, Inc. |
| Display Technologies, LLC v. ForaCare, Inc. |
| Display Technologies, LLC v. Omcron Healthcare, Inc. |
| Display Technologies, LLC v. Ascensia Diabetes Care US Inc. |
| Display Technologies, LLC v. Nikon Americas, Inc. |
| Display Technologies, LLC v. iHealth Labs, Inc. |
| Display Technologies, LLC v. Greater Goods, LLC |
| Display Technologies, LLC v. OLYMPUS CORPORATION OF THE AMERICAS |
| Display Technologies, LLC v. Mercedes-Benz USA, LLC |
| Display Technologies, LLC v. Toyota Motor Sales, USA, Inc. |
| Display Technologies, LLC v. Toyota Motor Sales, USA, Inc. |
| Display Technologies, LLC v. American Honda Motor Co., Inc. |
| Display Technologies, LLC v. General Motors, LLC |
| Display Technologies, LLC v. Harley-Davidson, Inc. |
| Display Technologies, LLC v. Porsche Cars North America, Inc. |
| Display Technologies, LLC v. Paedae, Inc. |
| Display Technologies, LLC v. GoZone WiFi, LLC |
| Display Technologies, LLC v. Zenreach, Inc. |
| Display Technologies, LLC v. Cloud4Wi, Inc. |
| Display Technologies, LLC v. Leantegra, Inc. |
| Display Technologies, LLC v. Mobstac, Inc. |
| Display Technologies, LLC v. Namsung America, Inc. d/b/a Dual Electronics Corporation |
| Display Technologies, LLC v. Audio Partnership LLC |



Plaintiff's Trial Exhibit
276
2:23-CV-01016-JNW

EXHIBIT NO. 4
Arius
8/26/25
AR

Display Technologies, LLC v. AP Global, Inc.
Display Technologies, LLC v. Clarion Corporation of America
Display Technologies, LLC v. Mazda Motor of America, Inc.
Display Technologies, LLC v. Ava Enterprises, Inc.
Display Technologies, LLC v. Soundstream, Inc.
Display Technologies, LLC v. Aston Martin LLC
Display Technologies, LLC v. FCA US LLC
Display Technologies, LLC v. Ferrari North America, Inc.
Display Technologies, LLC v. Jaguar Land Rover North America, LLC
Display Technologies, LLC v. Ava Enterprises LLC
Display Technologies, LLC v. Alpine Electronics of America, Inc.
Display Technologies, LLC v. Furrion LLC
Display Technologies, LLC v. Inmusic, LLC
Display Technologies, LLC v. Klip Xtreme, LLC
Display Technologies, LLC v. Pyle Pro Audio Corp.
Display Technologies, LLC v. Como Audio, LLC
Display Technologies, LLC v. JVCKenwood USA Corporation
Display Technologies LLC v. Yamaha Corporation of America
Display Technologies, LLC v. Yamaha Corporation of America
Display Technologies, LLC v. Gibson Innovations USA, Inc.
Display Technologies, LLC v. Pioneer & Onkyo U.S.A. Corporation
Display Technologies, LLC v. HTC America, Inc.
Display Technologies, LLC v. Canon USA, Inc.
Display Technologies, LLC v. Nikon, Inc.
Display Technologies, LLC v. Olympus America Inc.
Display Technologies, LLC v. Panasonic Corporation
Display Technologies, LLC v. Ricoh Americas Corporation
Display Technologies, LLC v. BLU Products, Inc.
Display Technologies, LLC v. ZTE (USA) Inc.
Display Technologies, LLC v. LG Electronics USA, Inc.
Display Technologies, LLC v. HTC America, Inc.
Display Technologies, LLC v. Ricoh Americas Corporation
Display Technologies, LLC v. JK Imaging Ltd.
Display Technologies, LLC v. C&A IP Holdings, LLC
Display Technologies, LLC v. GoPro, Inc.
Digital Technologies, LLC v. Sony Computer Entertainment America LLC
Digital Technologies, LLC v. NVIDIA Corporation
Digital Technologies, LLC v. Valve Corporation
Digital Technologies, LLC v. Samsung Electronics America, Inc. et al
Display Technologies, LLC v. Display Industries, LLC