# TRIAL EXHIBIT
# PTX329
# FILED UNDER SEAL

| Plantiff | Defendant | Execution Date | Amount |
|---|---|---|---|
| Display Technologies LLC | Activision Publishing, Inc. | 4/11/2024 | $ 40,000.00 |
| Display Technologies LLC | Alpine Electronics of America, Inc. | 7/14/2020 | $ 10,000.00 |
| Display Technologies LLC | AMERICAN HONDA MOTOR CO., INC., | 9/20/2025 | $ 10,000.00 |
| Display Technologies LLC | Arkay USA, Inc. | 2/28/2022 | $ - |
| Display Technologies LLC | Audio Partnership, LLC | 11/13/2020 | $ 15,000.00 |
| Display Technologies LLC | BLU Products, Inc. | 5/8/2018 | $ 7,000.00 |
| Display Technologies LLC | Como Audio, LLC | 12/20/2018 | $ 20,000.00 |
| Display Technologies LLC | Dariohealth Corp. | 3/3/2021 | $ 14,000.00 |
| Display Technologies LLC | Denso 10 Limited | 10/11/2021 | $ 25,000.00 |
| Display Technologies LLC | Denso Corporation | 11/2/2021 | $ 25,000.00 |
| Display Technologies LLC | Discord Inc. | 7/31/2024 | $ - |
| Display Technologies LLC | Epsilon Electronics, Inc./ POWER ACOUSTIK | | $ 7,500.00 |
| Display Technologies LLC | ForaCare, Inc. | 11/15/2021 | $ 35,000.00 |
| Display Technologies LLC | Furrion, LLC | 2/13/2020 | $ 30,000.00 |
| Display Technologies LLC | General Motors Company | | $ 25,000.00 |
| Display Technologies LLC | Hill-Rom Holdings, Inc | 4/1/2022 | $ 22,500.00 |
| Display Technologies LLC | Inmusic, LLC | 10/30/2019 | $ 17,500.00 |
| Display Technologies LLC | Jaguar Land Rover North America, LLC | 8/26/2020 | $ 12,500.00 |
| Display Technologies LLC | JVC Kenwood, Corporation | 3/28/2019 | $ 57,500.00 |
| Display Technologies LLC | LG Electronics, Inc. | 7/11/2017 | $ 32,500.00 |
| Display Technologies LLC | Mazda Motor of America, Inc. | 10/14/2021 | $ 20,000.00 |
| Display Technologies LLC | Mercedes-Benz USA, LLC | 9/27/2021 | $ 40,000.00 |
| Display Technologies LLC | Nissan North America, Inc. | 11/29/2022 | $ 10,000.00 |
| Display Technologies LLC | Olympus Corporation of the Americas | 11/18/2021 | $ 13,000.00 |
| Display Technologies LLC | Panasonic Corporation | 11/9/2021 | $ 11,000.00 |
| Display Technologies LLC | Pioneer Corporation | 12/21/2021 | $ 25,000.00 |
| Display Technologies LLC | Porsche Cars North America, Inc. | 9/20/2021 | $ 25,000.00 |
| Display Technologies LLC | RPX | 8/2/2024 | $ 120,000.00 |
| Display Technologies LLC | Trividia Health, Inc. | 1/14/2022 | $ 10,000.00 |
| Display Technologies LLC | Visteon Corporation | 10/5/2021 | $ 25,000.00 |
| Display Technologies LLC | Vivint, Inc. | 5/9/2024 | $ 99,999.00 |
| Display Technologies LLC | Volvo Car USA, LLC | 5/25/2022 | $ 18,000.00 |
| Display Technologies LLC | Wondershare Technology Group Co Ltd. | 7/15/2024 | $ 35,000.00 |



Plaintiff's Trial Exhibit

**329**

2:23-CV-01016-JNW



EXHIBIT NO. 29

8/28/25

| Display Technologies LLC | Yamaha Corporation of America | | | $ 18,000.00 |
| Display Technologies LLC | Zenreach, Inc | | 2/19/2021 | $ 20,000.00 |

| Plantiff | Defendant | Execution Date | Amount |
|---|---|---|---|
| Rothschild Broadcast Distribution Systems, LLC | ADT Inc. | 9/18/2023 | $ 50,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Aircall.io, Inc. | 3/8/2021 | $ 15,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | AMC Premiere LLC/Rainbow Media Holdings LLC | 6/10/2020 | $ 19,999.00 |
| Rothschild Broadcast Distribution Systems, LLC | Angelcam, Inc. | | $ 10,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Barnes & Noble, Inc and Nook Digital, LLC | | $ 15,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Blackboard, Inc. | 7/28/2021 | $ 20,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Boost Worldwide, LLC/SprintCom, Inc. | 11/30/2020 | $ 15,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Canary Connect, Inc. | 7/19/2019 | $ 25,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | CenturyLink, Inc. | 9/26/2018 | $ 30,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | CreativeLive Inc | 12/14/2022 | $ 2,500.00 |
| Rothschild Broadcast Distribution Systems, LLC | Curiositystream, Inc. | 2/26/2021 | $ 15,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Cyberlink.com Corporation | 11/18/2021 | $ 5,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Dialpad, Inc. | 7/2/2021 | $ 35,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Dish Network Corp | | $ - |
| Rothschild Broadcast Distribution Systems, LLC | Eagle Eye Networks, Inc. | 3/20/2021 | $ 15,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Envysion, Inc. | 4/15/2021 | $ 13,750.00 |
| Rothschild Broadcast Distribution Systems, LLC | Epignosis, LLC | 6/25/2021 | $ 20,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Ezviz, Inc. | 8/2/2021 | $ 20,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Lifesize, Inc. | 3/29/2021 | $ 25,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | LiveXLive Media, Inc. | | $ 30,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Lorex Corporation | 2/6/2019 | $ 20,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | MOBI Technologies, Inc. | 11/7/2021 | $ 20,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Mobile Video Solutions, Inc. | | $ - |
| Rothschild Broadcast Distribution Systems, LLC | Muvi, LLC | 11/2/2020 | $ 6,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Passionflix, Inc. | 8/11/2020 | $ 15,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Plex Inc | 8/14/2016 | $ 32,500.00 |
| Rothschild Broadcast Distribution Systems, LLC | Quibi LLC | 9/23/2020 | $ 40,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Resideo Technologies, Inc. | 8/19/2019 | $ 18,750.00 |
| Rothschild Broadcast Distribution Systems, LLC | RPX | 8/2/2024 | $ 110,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Samsara, Inc. | 6/15/2023 | $ 7,500.00 |
| Rothschild Broadcast Distribution Systems, LLC | SimpliSafe, Inc | 12/11/2017 | $ 25,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Skillshare, INC. | 6/16/2021 | $ 20,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Synology America Corp | 7/2/2021 | $ 10,000.00 |

| | | | |
|---|---|---|---|
| Rothschild Broadcast Distribution Systems, LLC | The Conference Group, LLC | 7/27/2021 | $ 12,500.00 |
| Rothschild Broadcast Distribution Systems, LLC | VIAAS, Inc. | 9/13/2021 | $ 15,000.00 |
| Rothschild Broadcast Distribution Systems, LLC | Zoom Video Communications, Inc. | 2/11/2021 | $ 25,000.00 |