HON. JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

VALVE CORPORATION,

Plaintiff,

v.

LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,

Defendants.

Case No. 2:23-cv-1016

**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE**

Complaint Filed: 07/07/2023



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. On January 8, Defendants produced over 30,000 new documents in this case. [redacted].

4. Trial Exhibits 71–77, 82, 574–75 (attached herewith) are Docket Navigator search results showing the volume of patent infringement lawsuits Defendants have filed and the law firms they used to file those lawsuits. I am responsible for generating each of these exhibits and the respective search procedure I conducted for each exhibit is detailed as follows:

a. **Trial Exhibit 71**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Patent" and entered "8,856,221." I then navigated to the "Accusations & Outcomes" tab under the Table of Contents. This generated the results as shown in Trial Exhibit 71.

b. **Trial Exhibit 72**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Firm" and entered "SML Avvocati." I then navigated to the "Cases" tab under the Table of Contents and edited the "Filters for Cases" to "is exactly" "Rothschild Broadcast Distribution Systems, LLC." This generated the results as shown in Trial Exhibit 72.

c. **Trial Exhibit 73**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Party" and entered "Display Technologies, LLC." This generated the results as shown in Trial Exhibit 73.



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

d. **Trial Exhibit 74**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Party" and entered "Quantum Technology Innovations, LLC." This generated the results as shown in Trial Exhibit 74.

e. **Trial Exhibit 75**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Party" and entered "Rothschild Broadcast Distribution Systems, LLC." This generated the results as shown in Trial Exhibit 75.

f. **Trial Exhibit 76**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Party" and entered "Social Positioning Input Systems, LLC." This generated the results as shown in Trial Exhibit 76.

g. **Trial Exhibit 77**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Patent" and entered "8,856,221." This generated the results as shown in Trial Exhibit 77.

h. **Trial Exhibit 82**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Attorney" and entered "Stephen M Lobbin." I then navigated to the "Clients" tab under the Table of Contents. This generated the results as shown in Trial Exhibit 82.

i. **Trial Exhibit 574**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Party" and entered "Display Technologies, LLC." This generated the results as shown in Trial Exhibit 574.

j. **Trial Exhibit 575**: In the "Profile Search" search bar on https://search.docketnavigator.com/patent/search, I selected "Party" and entered "Rothschild Broadcast Distribution Systems, LLC." This generated the results as shown in Trial Exhibit 575.

5. Attached hereto as **Trial Exhibit 11** is a true and correct copy of a January 21, 2026 PageVault screen capture of the webpage https://www.techdirt.com/2016/11/30/stupid-patent-month-movies-cloud/, which details the 11/30/2016 article "Stupid Patent Of The Month: Movies From The Cloud," written by Daniel Nazer.

6. Attached hereto as **Trial Exhibit 71** is a true and correct copy of an undated Docket Navigator List of Accusations & Outcomes for U.S. Patent No. 8,856,221 and marked as Exhibit 53 in the deposition of Stephen Lobbin.

7. Attached hereto as **Trial Exhibit 272** is a true and correct copy of an excerpt, exported to .pdf format, of the spreadsheet produced with Bates Number ROTHSCHILD0032296, filed under seal.

8. Attached hereto as **Trial Exhibit 276** is a true and correct copy, exported to .pdf format, of a spreadsheet of companies previously sued by Display Technologies, produced with Bates Number ROTHSCHILD0032365, filed under seal.

9. Attached hereto as **Trial Exhibit 322** is a true and correct copy of a letter dated 11/30/2020 from Amy Van Zant of Orrick, Herrington & Sutcliffe LLP to Stephen Lobbin of SML Avvocati P.C. regarding Request for Dismissal of Rothschild Broadcast Systems, LLC v. TalkDesk, Inc. case, produced with Beginning Bates Number ROTHSCHILD0035259, filed under seal.

10. Attached hereto as **Trial Exhibit 329** is a true and correct copy, exported to .pdf format, of a 4/25/2025 Display Technologies and RDBS Settlements spreadsheet produced with Bates Number ROTHSCHILD0035971, filed under seal.

11. Attached hereto as **Exhibit A** is a true and correct copy of a PageVault screen capture of the webpage, https://help.docketnavigator.com/scope/, captured on Tuesday January 20, 2026 at 17:28:02 GMT.

12. Attached hereto as **Exhibit B** is a true and correct copy of the Meyler Defendants' Responses to Valve's First Set of Requests for Admission, served on August 22, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2026 at Seattle, Washington.

*/s/ Dario A. Machleidt*
Dario A. Machleidt



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

*/s/ Dario A. Machleidt*
Dario A. Machleidt



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600