# EXHIBIT 1
# FILED UNDER SEAL

 

**Bank**

America's Most Convenient Bank®

ROTHSCHILD BROADCAST DISTRIBUTION
SYSTEMS LLC
1574 NE QUAYSIDE TERRACE
MIAMI FL  33138

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jul 01 2021-Jul 31 2021 |
| Cust Ref #: | 4341799819-713-E-*** |
| Primary Account #: | 434-1799819 |

**Overdraft Policy Change Effective August 6, 2021**

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged.  For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

## TD Business Simple Checking

ROTHSCHILD BROADCAST DISTRIBUTION
SYSTEMS LLC

Account # 434-1799819

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,091.50 | Average Collected Balance | 4,174.40 |
| Other Credits | 50,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 55,000.00 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 45.00 | Days in Period | 31 |
| Service Charges | 10.00 | | |
| Ending Balance | 15,036.50 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | WIRE TRANSFER INCOMING, DIALPAD, INC. | 35,000.00 |
| 07/06 | WIRE TRANSFER INCOMING, ROTHSCHILD BROADCAST DISTRIBUTION | 2,500.00 |
| 07/27 | WIRE TRANSFER INCOMING, THE CONFERENCE GROUP LLC | 12,500.00 |
| | Subtotal: | 50,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | eTransfer Debit, Online Xfer<br>Transfer to CK 4341800294 | 55,000.00 |
| | Subtotal: | 55,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | WIRE TRANSFER FEE | 15.00 |
| 07/06 | WIRE TRANSFER FEE | 15.00 |
| 07/27 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 45.00 |

 **Bank**

America's Most Convenient Bank®        E        STATEMENT OF ACCOUNT



ROTHSCHILD BROADCAST DISTRIBUTION
SYSTEMS LLC
1574 NE QUAYSIDE TERRACE
MIAMI FL  33138

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Aug 01 2021-Aug 31 2021 |
| Cust Ref #: | 4341799819-713-E-*** |
| Primary Account #: | 434-1799819 |

**Overdraft Policy Change Effective August 8, 2021**

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged.  For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

## TD Business Simple Checking

ROTHSCHILD BROADCAST DISTRIBUTION                          Account # 434-1799819
SYSTEMS LLC

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,036.50 | Average Collected Balance | 13,705.37 |
| Other Credits | 25,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 37,000.00 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 45.00 | Days in Period | 31 |
| Service Charges | 10.00 | | |
| Ending Balance | 2,981.50 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | WIRE TRANSFER INCOMING, ROTHSCHILD BROADCAST DISTRIBUTION | 2,500.00 |
| 08/12 | WIRE TRANSFER INCOMING, EZVIZ INC | 20,000.00 |
| 08/31 | WIRE TRANSFER INCOMING, ROTHSCHILD BROADCAST DISTRIBUTION | 2,500.00 |
| | Subtotal: | 25,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/18 | eTransfer Debit, Online Xfer<br>Transfer to CK 4341800294 | 37,000.00 |
| | Subtotal: | 37,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | WIRE TRANSFER FEE | 15.00 |
| 08/12 | WIRE TRANSFER FEE | 15.00 |
| 08/31 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 45.00 |