# EXHIBIT 2
# FILED UNDER SEAL

**From:**          Daniel Falcucci[daniel@patentmgmt.com]
**Sent:**          Fri 4/14/2023 7:55:55 PM (UTC)
**To:**            Christina Arias[carias@patentmgmt.com]
**Subject:**       FW: Ltr to Meyler re Norwegian.pdf
**Attachment:**    2023-04-12 Ltr to Meyler re Norwegian.pdf

Hi – do we have a license with this company?  Leigh said that it rings a bell.

Thanks,

--
Daniel Falcucci Marquardt, Esq.
Director of Business Development
**Patent Asset Management, LLC**
Phone: (254) 677-8121



*This email message and any attachments to this email message may contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please destroy it and notify the sender immediately.*

---

**From:** samuel@meylerlegal.com <samuel@meylerlegal.com>
**Date:** Friday, April 14, 2023 at 3:06 PM
**To:** Leigh <leigh@patentmgmt.com>
**Cc:** Daniel Falcucci <daniel@patentmgmt.com>, Christina Arias <carias@patentmgmt.com>
**Subject:** FW: Ltr to Meyler re Norwegian.pdf

Leigh,

See attached.  Let me know how you would like to proceed.


Samuel M. Meyler
Meyler Legal, PLLC
1700 Westlake Ave. N., Ste. 200
Seattle, Washington 98109
Tel:  206.876.7770
Fax:  206.876.7771
Email:  samuel@meylerlegal.com

NOTICE:

This electronic message contains information which may be Confidential or Privileged and constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act 18 USC 2510. The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you received this transmission in error, please notify the sender and delete the copy you received together with any attachments. Thank you.

-----Original Message-----
From: McIntosh, Jocelyn <jmcintosh@cooley.com>
Sent: Friday, April 14, 2023 10:50 AM
To: info@meylerlegal.com
Subject: FW: Ltr to Meyler re Norwegian.pdf

I got a bounced back so resending

-----Original Message-----
From: McIntosh, Jocelyn
Sent: Friday, April 14, 2023 10:35 AM
To: 'info@meyerlegal.com' <info@meyerlegal.com>
Cc: Keefe, Heidi <hkeefe@cooley.com>; McIntosh, Jocelyn <jmcintosh@cooley.com>
Subject: Ltr to Meyler re Norwegian.pdf

Sent on behalf of Heidi L. Keefe.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.