# EXHIBIT 9
# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Daniel Falcucci[daniel@patentmgmt.com] |
| **Sent:** | Tue 10/26/2021 10:04:23 PM (UTC) |
| **To:** | Leigh Rothschild[Leigh.Rothschild@gmail.com] |
| **Subject:** | Re: Weekly goals - week of October 25, 2021 |

Leigh,

Thanks for the update and summary. I'll work hard to get these matters completed for PAM.

Best,

--
Daniel Falcucci Marquardt, Esq.
**Director of Business Development**
Phone: (254) 677-8121



This message and any attachments may contain confidential information which is privileged, confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please destroy it and notify the sender immediately.


---------- Forwarded message ---------
From: **Leigh M. Rothschild** <leigh.rothschild@gmail.com>
Date: Tue, Oct 26, 2021 at 5:56 PM
Subject: Re: Weekly goals - week of October 25, 2021
To: Sugouri Batra <sugouri@patentmgmt.com>, Christina Arias <carias@patentmgmt.com>, Daniel Falcucci <djfalcucci@gmail.com>, Cindy Hernandez <cindy@patentmgmt.com>, Chris Medina 2020 <cmedina.rth@gmail.com>, Nicolle <nicolle@patentmgmt.com>
CC: Leigh gmail <leighrothschild@gmail.com>


All, these are our weekly goals to be tracked and reviewed at staff. Any questions on below please call or email me. I will updating and distributing this goal list each Monday.

Thanks,
Leigh

_____

Weekly goals - week of October 25, 2021



Business Development (Sugouri and Daniel)
　Need to review ▮▮▮▮▮▮ valve agreement to see if there is a path to more revenue
　Need to finalize brokerage agreement with A James
　Make progress on a site for small companies to pay monthly or one time payments to utilize the symbology patents



This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at (786) 837-5831 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.