HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>　　　　Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE'S REPLY TO ITS 2ND MOTION FOR SANCTIONS**<br><br>Complaint Filed:　　07/07/2023 |

MACHLEIDT DECL. ISO VALVE'S 2ND
MOTION FOR SANCTIONS
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1    I, Dario A. Machleidt, declare as follows:

2    1.    I am an attorney duly licensed to practice law in the State of Washington and admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), counsel for Plaintiff Valve Corporation in the above-referenced action.

2.    I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.    On December 30, 2025, Defendant's produced 8 PDFs, which consisted of two privilege logs, certain corporate formation for various Rothschild-owned entities, and tax documents and bank account information for Defendant Patent Asset Management LLC ("PAM").

4.    On January 9, 2025, former counsel for Defendants, Paige Stradley of Merchant and Gould represented that Valve's ESI search term "(global AND (settlement OR license OR agreement)) OR GSLA OR GSALA" returned 18 hits within Falcucci's Outlook. The term "(global AND (settlement OR license OR agreement)) OR GSLA OR GSALA" returned 330 hits when I performed this search on the ESI production Valve received on January 8 limited to .pst files for Falcucci's Patent Asset Management email address.

5.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of bank statements for Rothschild Broadcast Distribution LLC's account, produced by Defendants in this litigation and bearing Bates number DEC 2025-2413 and DEC 2025-2416 (sealed).

6.    Attached hereto as **Exhibit 2** is a true and correct copy of email correspondence between Defendants dated April 14, 2023, produced by Defendants in this litigation (sealed).

7.    Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated April 12, 2023 from Heidi L. Keefe, counsel for Norwegian Cruise Lines, to Samuel Meyer, produced by Defendants in this litigation.

8.    Attached hereto as **Exhibit 4** is a true and correct copy of a letter dated December 14, 2022 from Eric Maiers, counsel for Carter's, to Daniel Falcucci regarding Symbology Innovations offer of license to Carter's, produced by Defendants in this litigation.

9.    Attached hereto as **Exhibit 5** is a true and correct copy of a letter dated March 15, 2023 from Joss Nichols, counsel for Samsara Inc., to D. Bradley Kizzia regarding *Rothschild*

MACHLEIDT DECL. ISO VALVE'S REPLY ISO
2ND MOTION FOR SANCTIONS
CASE NO. 2:23-CV-1016
- 1 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1  *Broad. Distrib. Sys., LLC v. Samsara, Inc*. No. 3:22-cv-08297 (N.D. Cal.), produced by
2  Defendants in this litigation.

3        10.    Attached hereto as **Exhibit 6** is a true and correct copy of a letter dated May 14,
4  2020 from Jeffrey L. Snow, counsel for Project Panther US LLC, d/b/a Tidal, to Jay B. Johnson
5  and Jimmy Chong regarding *Rothschild Broadcast Distribution Systems., LLC v. Project Panther*
6  *US LLC, d/b/a Tidal*, Case No. 1:20-cv-00396-MN, produced by Defendants in this litigation.

7        11.    Attached hereto as **Exhibit 7** is a true and correct copy of an email chain between
8  counsel for Valve and counsel for Defendants, spanning January 8, 2026 to January 14, 2026.

9        12.    Attached hereto as **Exhibit 8** is a true and correct copy of a letter dated January 10,
10 2025 from counsel for Valve to former counsel for Defendants regarding Valve's "Response to
11 Defendants' search term proposal."

12       13.    Attached hereto as **Exhibit 9** is a true and correct copy of email correspondence
13 between Defendants dated October 26, 2021, produced by Defendants in this litigation (sealed).

14       14.    Attached hereto as **Exhibit 10** is a true and correct copy of an email thread between
15 R. Vasquez and counsel for Valve, spanning January 8, 2026 to January 14, 2026.

16       15.    Attached hereto as **Exhibit 11** is a true and correct copy of correspondence from P.
17 Stradley, former counsel for Defendants, to counsel for Valve, dated March 19, 2025.

18

19     I declare under penalty of perjury under the laws of the United States of America that the
20 foregoing is true and correct. Executed on January 27, 2026 at Seattle, Washington.

21                                         */s/ Dario A. Machleidt*
22                                         Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S REPLY ISO
2ND MOTION FOR SANCTIONS            - 2 -
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                               */s/ Dario A. Machleidt*
                                               Dario A. Machleidt

MACHLEIDT DECL. ISO VALVE'S REPLY ISO
2ND MOTION FOR SANCTIONS — 3 —
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600