Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Valve Corporation<br><br>                Plaintiff,<br><br>    v.<br><br>Rothschild et al.,<br><br>                Defendant. | CASE NO. 2:23-cv-01016-JNW<br><br>MINUTE ORDER AUTHORIZING FOOD AND LIQUIDS |

    The clerk issues the following minute order by the authority of the Honorable Jamal N. Whitehead, United States District Court Judge.

    The Court will allow attorneys and staff in the above-captioned matter to bring food and liquids (*e.g.*, water, coffee, soda) into the courthouse for the jury trial scheduled to begin Tuesday, February 10, 2026, and expected to conclude on or about Friday, February 13, 2026.

    DATED this 30th day of January, 2026.

                                               Joshua C. Lewis,
                                               Clerk of the Court

                                             By:  */s/ Grant Cogswell*
                                                       Deputy Clerk to Judge Jamal N Whitehead

MINUTE ORDER AUTHORIZING
FOOD AND LIQUIDS – 1