HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>Defendants. | Case No. 2:23-cv-1016<br><br>**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF LCR 37 JOINT SUBMISSION**<br><br>NOTE ON MOTION CALENDAR: **February 3, 2026**<br><br>Complaint Filed: 07/07/2023<br><br>ORAL ARGUMENT REQUESTED |



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

I, Dario A. Machleidt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Washington and am admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as **Exhibit 1** is a true and correct annotated copy of a privilege log produced by Defendants on December 30, 2025, produced with Beginning Bates No. DEC2025-001.

4. Attached hereto as **Exhibit 2** is a true and correct annotated copy of a privilege log produced by Defendants on December 30, 2025, produced with Beginning Bates No. DEC2025-024.

5. Attached hereto as **Exhibit 3** is a true and correct annotated copy of a privilege log produced by Defendants on January 6, 2026, produced with Beginning Bates No. DEC2026-001.

6. Attached hereto as **Exhibit 4** is a true and correct annotated copy of a privilege log produced by Defendants on January 6, 2026, produced with Beginning Bates No. DEC2026-065.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition transcript of Samuel Meyler, taken on August 29, 2025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the Meyler Defendants' Responses to Plaintiff's Third and Fourth Set of Interrogatories served on August 25, 2025.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an engagement agreement between Rothschild Broadcast Distribution Systems, LLC and Meyler Legal, PLLC dated May 12, 2022, produced by Defendants in this litigation with Beginning Bates No. D-50234.

10. Attached hereto as **Exhibit 8** is a true and correct copy of an engagement agreement between Display Technologies, LLC and Meyler Legal, PLLC dated September 7, 2022, produced by Defendants in this litigation with Beginning Bates No. D-50251.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an engagement

agreement between Social Positioning Input Systems, LLC and Meyler Legal, PLLC dated September 6, 2022, produced by Defendants in this litigation with Beginning Bates No. D-50238.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the deposition transcript of Leigh Rothschild, taken on August 27, 2025.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a letter dated January 6, 2026 sent by counsel for Valve to counsel for Defendants regarding deficiencies in Defendants' supplemental privilege log.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2026 at Seattle, Washington.

*/s/ Dario A. Machleidt*
Dario A. Machleidt



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600