HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | Case No. 2:23-cv-1016 |
| Plaintiff, | |
| v. | **NOTICE OF VALVE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD** |
| LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER, | Complaint Filed: 07/07/2023 |
| Defendants. | |

NOTICE OF VALVE'S SUPP. DEPOSITION
DESIGNATIONS FOR LEIGH ROTHSCHILD
CASE NO. 2:23-CV-1016

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

1    Pursuant to LCR 32 and Section 1.9 of the Court's Civil Trial Procedures, Plaintiff Valve
2    Corporation supplements its prior filing of Valve's designations of deposition testimony to
3    identify two deposition designations for Leigh Rothschild.

4    Defendants filed a notice of clarification of calling of adverse witnesses (Dkt. 226) that
5    sought to modify the parties' joint stipulation related to Order of Examination when Witnesses
6    Are Called Adversely in the Joint Proposed Pretrial Order. Specifically, Defendants notified this
7    Court that "Defendants will call their witnesses after Plaintiff rests its case." *Id.* at 2. Based on
8    Defendants' notice, Valve discloses the following deposition designations for Defendant Leigh
9    Rothschild:

| Page/Line No. | Objection | Response | Ruling |
|---|---|---|---|
| 154:23-155:13 | Improper Designation[1] | Under Fed. R. Civ. P. 32(a)(3), "An adverse party may use for any purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4)." Mr. Rothschild is a 30(b)(6) witness for Defendants, and thus, Valve may use for any purpose the deposition testimony of Mr. Rothschild. *See, e.g., McCray v. Westrock Servs., LLC*, No. CV-219-853-DMG, 2023 WL 4681371, at *4 (C.D. Cal. July 12, 2023) (permitting use of video depositions at trial for witnesses testifying live under FRCP 32(a)(3)). The Court's pretrial procedures likewise recognize the situation where deposition | |

---

[1] Defendants stated, "You are calling the witness live, you can't use a transcript except to impeach."

NOTICE OF VALVE'S SUPP. DEPOSITION
DESIGNATIONS FOR LEIGH ROTHSCHILD        - 1 -
CASE NO. 2:23-CV-1016

| Page/Line No. | Objection | Response | Ruling |
|---|---|---|---|
| | | testimony will be offered "in addition to" live testimony. *See* Pretrial Procedure No. 1.9. | |
| 187:13-188:4 | Improper Designation[2] | Under Fed. R. Civ. P. 32(a)(3), "An adverse party may use for any purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4)." Mr. Rothschild is a 30(b)(6) witness for Defendants, and thus, Valve may use for any purpose the deposition testimony of Mr. Rothschild. *See, e.g.*, *McCray v. Westrock Servs., LLC*, No. CV-219-853-DMG, 2023 WL 4681371, at *4 (C.D. Cal. July 12, 2023) (permitting use of video depositions at trial for witnesses testifying live under FRCP 32(a)(3)). The Court's pretrial procedures likewise recognize the situation where deposition testimony will be offered "in addition to" live testimony. *See* Pretrial Procedure No. 1.9. | |

---

[2] Defendants specifically stated, "You are calling the witness live, you can't use a transcript except to impeach."

1  DATED: February 8, 2026        Respectfully submitted,

2                                 KILPATRICK TOWNSEND & STOCKTON LLP

3

4                                 By: /s/ *Dario A. Machleidt*
                                      Dario A. Machleidt (State Bar No. 41860)
5                                     Kathleen R. Geyer (State Bar No. 55493)
                                      Christopher P. Damitio (State Bar No. 58633)
6                                     1420 Fifth Avenue, Suite 3700
                                      Seattle, WA 98101
7                                     Telephone: (206) 467-9600
                                      dmachleidt@kilpatricktownsend.com
8                                     kgeyer@kilpatricktownsend.com
                                      cdamitio@kilpatricktownsend.com
9
                                      David A. Reed (*pro hac vice*)
10                                    100 Peachtree Street NE, Suite 2800
                                      Atlanta, GA 30309
11                                    Telephone: (404) 745-2548
                                      dreed@ktslaw.com
12
                                      Marianthi Karas (*pro hac vice*)
13                                    1801 Century Park East, Ste. 2300
                                      Los Angeles, CA 90067 USA
14                                    Telephone (310) 777 3732
                                      mkaras@ktslaw.com
15

16                                 Attorneys for Plaintiff
                                   VALVE CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2026, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

/s/ Dario A. Machleidt
Dario A. Machleidt

155152626v.1

NOTICE OF VALVE'S SUPP. DEPOSITION
DESIGNATIONS FOR LEIGH ROTHSCHILD
CASE NO. 2:23-CV-1016

- 4 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600