Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-01016<br><br>**NOTICE OF DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD AND OBJECTIONS TO VALVE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD**<br><br>Complaint Filed: 07/07/2023 |

NOTICE OF DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD AND OBJECTIONS TO VALVE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD
Page **1** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

1   Defendants object to Valve's Supplemental Deposition Designations for Leigh Rothschild
2   (Dkt. No. 288) as untimely under LCR 32(e). LCR 32(e) states that "[i]f a party intends to offer a
3   deposition instead of, or in addition to, live testimony at trial, the party shall provide to all other
4   parties a transcript of the deposition with the relevant portions highlighted, by no later than the due
5   date for their pretrial statement under LCR 16(h) and LCR 16(i) or as otherwise ordered by the
6   court."

7   The due date for the parties pretrial statement was January 15, 2026. Thus, Valve's
8   supplemental deposition designations were not only proposed over three weeks beyond the
9   deadline, but were proposed less than two days before the start of trial. Accordingly, Valve's
10  proposed supplemental deposition designations should be denied, especially in view of the fact
11  that Mr. Rothschild will be providing live testimony.

12  In addition, Defendants make the following objections to Valve's supplemental
13  designations:

| Designation | Objection |
|---|---|
| 154:23-155:13 | misstates prior testimony; calls for legal conclusion; calls for speculation; 402, 403 |
| 187:13-188:4 | misstates prior testimony; calls for a legal conclusion; calls for speculation; 402, 403 |

18  Should the Court allow Valve's supplemental deposition designations, Defendants provide
19  notice of the following counter designations: 186:6-25 and 188:5-17.

20  Counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff
21  indicated the following objections to Defendants' counter designations:

NOTICE OF DEFENDANTS' COUNTER DEPOSITION
DESIGNATIONS FOR LEIGH ROTHSCHILD AND
OBJECTIONS TO VALVE'S SUPPLEMENTAL
DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD
Page **2** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

| Counter Designation | Objection |
|---|---|
| 186:6-25 | misstates prior testimony; calls for legal conclusion; incomplete; speculation; 402, 403, 602 |
| 188:5-17 | 402, 403; 404; 602 |

Dated: February 9, 2026

Respectfully submitted,

By: /s/ René A. Vazquez
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Tel: (202) 466-3500
Email: jzito@dnlzito.com

René A. Vazquez (*pro hac vice*)
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Tel: (703) 989-2244
Email: rvazquez@dnlzito.com

 /s/ Matthew J. Cunanan
Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

NOTICE OF DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD AND OBJECTIONS TO VALVE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD
Page **3** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2026, I filed the present NOTICE OF DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD AND OBJECTIONS TO VALVE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

*/s/ René A. Vazquez*
René A. Vazquez

NOTICE OF DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD AND OBJECTIONS TO VALVE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR LEIGH ROTHSCHILD
Page **4** of **4**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500