HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>   Defendants. | Case No. 2:23-cv-1016<br><br>[~~PROPOSED~~] ORDER RE SUPPLEMENTAL JOINT FILING OF DEPOSITION DESIGNATIONS<br><br>Complaint Filed: 07/07/2023 |

[~~PROPOSED~~] ORDER RE SUPPLEMENTAL
JOINT FILING OF DEPOSITION DESIGNATIONS
CASE NO. 2:23-CV-1016

- 1 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

Now pending before the Court are Defendants' counter-designations and Valve's objections thereto. Having reviewed these counter-designations and Valve's objections thereto, the Court finds as follows:

**Designations for the Deposition of Sugouri Batra**

| Defendants' Counter Designations | | | |
|---|---|---|---|
| Page/Line No. | Objection | Response | Ruling |
| 13:11-19 | Untimely | | Overruled |
| 20:19-21 | Untimely | | Overruled |
| 20:25 | Untimely | | Overruled |
| 21:2-3 | Untimely | | Overruled |
| 23:13-16 | Untimely, 403, 502, MIL 3, Improper Counter | | Sustained |
| 23:20-25 | Untimely, 403, 502, MIL 3, Improper Counter | | Sustained |
| 24:8-10 | Untimely | | Overruled |
| 24:13-18 | Untimely | | Overruled |
| 24:24-25 | Untimely | | Overruled |
| 25:2-16 | Untimely, Incomplete (add answer 25:17) | | Sustained in part; designation to include 25:2-17 |
| 45:24-25 | Untimely | | Overruled |
| 46:2-3 | Untimely | | Overruled |
| 70:13-22 | Untimely | | Overruled |

**Designations for the Deposition of Stephen Lobbin**

| Defendants' Counter Designations | | | |
|---|---|---|---|
| Page/Line No. | Objection | Response | Ruling |
| 11:23-23 | Untimely | | Overruled |
| 14:24-15:2 | Untimely, 402, 403, Improper Counter | | Overruled |
| 16:2-5 | Untimely, 402, 403, Improper Counter, Assumes Facts Not in Evidence, Legal Conclusion | | Sustained |
| 17:14-18:18 | Untimely, 402, 403, 602, 701, Speculation, Argumentative, Improper Counter | | Sustained |
| 28:10-20 | Untimely, 402, 403, 602, Incomplete, Improper Counter, | | Sustained |

| | | | |
|---|---|---|---|
| | Assumes Facts Not in Evidence | | |
| 40:23-42:2 | Untimely | | Overruled |
| 53:9-54:5 | Untimely, 402, 403 | | Sustained |

**Designations for the Deposition of Nicole Lafosse**

| Defendants' Counter Designations | | | |
|---|---|---|---|
| Page/Line No. | Objection | Response | Ruling |
| 10:9-24 | Untimely, 403 as to 10:9-14 | | Overruled |
| 16:12-17 | Untimely | | Overruled |
| 37:18-38:5 | Untimely, 402, 403 | | Overruled |
| 46:5-21 | Untimely | | Overruled |
| 49:17-50:17 | Untimely, 403 | | Overruled |
| 59:24-60:8 | Untimely, 602 | | Overruled |
| 60:10-12 | Untimely, 602 | | Overruled |

IT IS SO ORDERED.

Dated: February 9, 2026.

Jamal N. Whitehead
United States District Judge

[~~PROPOSED~~] ORDER RE SUPPLEMENTAL
JOINT FILING OF DEPOSITION DESIGNATIONS
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600