UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>ROTHSCHILD ET AL,<br><br>               Defendants. | CASE NO. 2:23-cv-01016-JNW<br><br>ORDER ON SUPPLEMENTAL DESIGNATION AND COUNTER-DESIGNATIONS |

Now pending before the Court are Valve's Supplemental Deposition Designations for Leigh Rothschild, Dkt. No. 228, and Defendants' Counter Deposition Designations and Objections to the same, Dkt. No. 229. Having reviewed the Designations, the Counter-Designations, and the related objections of the Parties, the Court finds as follows:

**Supplemental Designations for the Deposition of Leigh Rothschild**

| Valve's Designations | | | |
|---|---|---|---|
| Page/Line No. | Objection | Response | Ruling |
| 154:23-155:13 | Improper Designation | Under Fed. R. Civ. P. 32(a)(3), "An adverse party may use for any | **Overruled** |

| Page/Line No. | Objection | Response | Ruling |
|---|---|---|---|
| | | purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4)." Mr. Rothschild is a 30(b)(6) witness for Defendants, and thus, Valve may use for any purpose the deposition testimony of Mr. Rothschild. *See, e.g., McCray v. Westrock Servs., LLC*, No. CV-219-853-DMG, 2023 WL 4681371, at *4 (C.D. Cal. July 12, 2023) (permitting use of video depositions at trial for witnesses testifying live under FRCP 32(a)(3)). The Court's pretrial procedures likewise recognize the situation where deposition testimony will be offered "in addition to" live testimony. *See* Pretrial Procedure No. 1.9. | |
| 187:13-188:4 | Improper Designation | Same as above. | **Overruled** |

| | | | |
|---|---|---|---|
| **Defendants' Counter Designations** | | | |
| Page/Line No. | Objection | Response | Ruling |
| 186:6-25 | misstates prior testimony; calls for legal conclusion; incomplete; speculation; 402, 403, 602 | | **Overruled** |
| 188:5-17 | 402, 403; 404; 602 | | **Sustained** |

Dated this 11th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER ON SUPPLEMENTAL DESIGNATION AND COUNTER-DESIGNATIONS - 2