UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | CASE NO. 2:23-cv-01016-JNW |
| Plaintiff, | VERDICT FORM |
| v. | |
| ROTHSCHILD ET AL, | |
| Defendants. | |

## VERDICT FORM

We the jury, provide the following answers to the questions submitted by the Court:

### Section A. Patent Invalidity Claim.

**Question 1**: Do you find that Valve has proven that it is highly probable that Claim 7 of the '221 Patent would have been obvious to a person of ordinary skill in the art at the time the patent application was filed?

Yes __✓__                                        No _____

*Please proceed to Section B.*

VERDICT FORM - 1

## Section B. Breach of Contract Claims.

### 2022 Display Technologies Lawsuit

*The Court has already found that by filing the 2022 lawsuit against Valve, Defendants Leigh Rothschild and Display Technologies breached the Global Settlement and License Agreement. Please proceed to Question 2.*

**Question 2**: Was that breach material?

Yes ✓            No _____

*Please proceed to Question 3.*

**Question 3**: What sum of money, if any, do you award Valve for Defendants Leigh Rothschild's and Display Technologies' breach of the Global Settlement and License Agreement in 2022? You must write down at least $1.

$ 130,000

*Please proceed to Question 4.*

### Anticipatory Breach of Contract – June 2023 Letter

**Question 4**: Did Defendants Leigh Rothschild or Rothschild Broadcast Distribution Systems have a just excuse for their absolute repudiation of their obligations under the Global Settlement and License Agreement when they sent the June 2023 Letter?

VERDICT FORM - 2

Defendant Leigh Rothschild:

Yes _____    No \_\_✓\_\_\_\_\_

Defendant Rothschild Broadcast Distribution Systems:

Yes _____    No \_\_✓\_\_\_\_\_

*If you answered "no" for <u>at least one</u> Defendant in response to Question 4, please proceed to Question 5. If you answered "yes" for <u>both</u> Defendants, proceed to the Section C.*

**Question 5**: Were the absolute repudiations of either Defendants Leigh Rothschild or Rothchild Broadcast Distribution Systems material?

Defendant Leigh Rothschild:

Yes \_\_✓\_\_\_\_\_    No _____

Defendant Rothschild Broadcast Distribution Systems:

Yes \_\_✓\_\_\_\_\_    No _____

*Please proceed to Question 6.*

**Question 6**: What sum of money, if any, do you award Valve for Defendants Leigh Rothschild's or Rothschild Broadcast Distribution Systems' 2023 absolute repudiation of the Global Settlement and License Agreement? *You must write down at least $1.00.*

$ \_\_1.00\_\_\_\_

*Please proceed to Section C.*

VERDICT FORM - 3

Section C.  Washington Patent Troll Prevention Act and Washington Consumer Protection Act Claims.

**Question 7:** Did Defendants violate the Washington Patent Troll Prevention and Consumer Protection Acts by making an assertion of patent infringement in bad faith?

Defendant Leigh Rothschild:

Yes ___✓___                                                     No _____

Defendant Rothschild Broadcast Distribution Systems:

Yes ___✓___                                                     No _____

Defendant Patent Asset Management:

Yes ___✓___                                                     No _____

Defendant Samuel Meyler:

Yes ___✓___                                                     No _____

Defendant Meyler Legal PLLC:

Yes ___✓___                                                     No _____

*If you answered "yes" for <u>at least one</u> Defendant in response to Question 7, please proceed to Question 8. If you answered "no" for <u>all</u> Defendants in response to Question 7, please skip the remaining questions and sign and date this Verdict.*

VERDICT FORM - 4

**Question 8**: Did Defendants' bad faith assertion of patent infringement occur in the conduct of Defendants' trade or commerce?

Defendant Leigh Rothschild:

Yes ✓      No _____

Defendant Rothschild Broadcast Distribution Systems:

Yes ✓      No _____

Defendant Patent Asset Management:

Yes ✓      No _____

Defendant Samuel Meyler:

Yes ✓      No _____

Defendant Meyler Legal PLLC:

Yes ✓      No _____

*Please proceed to Question 9.*

**Question 9**: Was Defendants' bad faith assertion of patent infringement made for an improper purpose?

Defendant Leigh Rothschild:

Yes ✓      No _____

Defendant Rothschild Broadcast Distribution Systems:

Yes ✓      No _____

Defendant Patent Asset Management:

Yes ✓      No _____

VERDICT FORM - 5

Defendant Samuel Meyler:

Yes __✓__                                         No _____

Defendant Meyler Legal PLLC:

Yes __✓__                                         No _____

*Please proceed to Question 10.*

**Question 10**: What amount of damages, if any, do you award Valve for the violation of the Washington Patent Troll Prevention and Consumer Protection Acts?

$ __7364__

*If you awarded <u>less than</u> $25,000 to Valve in response to Question 10, please proceed to Question 11. If you awarded <u>$25,000 or more</u>, or did not award Valve any damages in response to Question 10, please skip the remaining questions and sign and date this Verdict.*

**Question 11**: Is Valve entitled to increased damages?

Yes __✓__                                         No _____

*If you answered "yes" to Question 11, please proceed to Question 12. If you answered "no" to Question 11, please skip the remaining question and sign and date this Verdict.*

VERDICT FORM - 6

**Question 12:** What is the amount of increased damages? (*This number cannot exceed the <u>lesser</u> of either (i) $25,000, or (ii) three times the damages you awarded in response to Question 10.*)

$ 22,092

*Presiding Juror, please sign and date this Verdict Form.*

Date: 2/17/26              Sign ███████████████

                                         Presiding Juror

VERDICT FORM - 7