|   |   |   |
|---|---|---|
| 1 |   | Hon. Jamal N. Whitehead |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| VALVE CORPORATION, | No. 2:23-cv-01016-JNW |
|---|---|
| Plaintiff, | |
| v. | JURY QUESTION AND THE COURT'S RESPONSE |
| ROTHSCHILD et al., | |
| Defendant. | |

Question from the Jury:

As of today, Feb 17, is the GSLA valid or void?

_____
██████████
Foreperson

JURY QUESTION AND THE COURT'S RESPONSE – 1

Date and Time: 2/17/26
10:41 a.m.

The Court's Response:

The GSLA is still valid.

DATED this 17th day of February, 2026, at 10:41 a.m./p.m.

Jamal N. Whitehead
United States District Judge

JURY QUESTION AND THE COURT'S RESPONSE -- 2