Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ROTHSCHILD et al., <br><br> Defendant. | No. 2:23-cv-01016-JNW <br><br> JURY QUESTION AND THE COURT'S RESPONSE |

Question from the Jury:

We think we are missing Exhibit 1 (findings of fact) in our exhibits folder. Can we get access to that?

███████████████
Foreperson

JURY QUESTION AND THE COURT'S RESPONSE – 1

Date and Time: _____

The Court's Response:

_____Yes_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATED this 17th day of February, 2026, at 10:41 a.m./p.m.

_____
Jamal N. Whitehead
United States District Judge

JURY QUESTION AND THE COURT'S RESPONSE – 2