C23-1016 Valve Corporation v. Rothschild et al
Judge Jamal N. Whitehead
**Exhibit List**

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 273 | | Admitted | 2/10/26 | |
| 407 | | Admitted | 2/10/26 | |
| 408 | | Admitted | 2/10/26 | |
| 406 | | Admitted | 2/10/26 | |
| 404 | | Admitted | 2/10/26 | |
| 471 | | Admitted | 2/10/26 | |
| 474 | | Admitted | 2/10/26 | |
| 390 | | Admitted | 2/10/26 | |
| 476 | | Admitted | 2/10/26 | |
| 10 | | Admitted | 2/10/26 | |
| 132 | | Admitted | 2/10/26 | |
| 94 | | Admitted | 2/10/26 | |
| 95 | | Admitted | 2/10/26 | |
| 97 | | Admitted | 2/10/26 | |
| 93 | | Admitted | 2/10/26 | |
| 102 | | Admitted | 2/10/26 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 481 | | Admitted | 2/10/26 | |
| 572R | | Admitted | 2/10/26 | |
| 679 | | Admitted | 2/10/26 | |
| 90 | | Admitted | 2/10/26 | |
| 171 | | Admitted | 2/10/26 | |
| 259 | | Admitted | 2/10/26 | |
| 266 | | Admitted | 2/10/26 | |
| 463 | | Admitted | 2/10/26 | |
| 480 | | Admitted | 2/10/26 | |
| 625 | | Admitted | 2/11/26 | |
| 640 | | Admitted | 2/11/26 | |
| 239 | | Admitted | 2/11/26 | |
| 270 | | Admitted | 2/11/26 | |
| 653 | | Admitted | 2/11/26 | |
| 639 | | Admitted | 2/11/26 | |
| 626 | | Admitted | 2/11/26 | |
| A6 | | Admitted | 2/11/26 | |
| A4 | | Admitted | 2/11/26 | |
| A25 | | Admitted | 2/11/26 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 628 | | Admitted | 2/11/26 | |
| 678 | | Admitted | 2/11/26 | |
| 4 | | Admitted | 2/11/26 | |
| 636 | | Admitted | 2/12/26 | |
| 638 | | Admitted | 2/12/26 | |
| 647R | | Admitted | 2/12/26 | |
| 646 | | Admitted | 2/12/26 | |
| A31 | | Admitted | 2/12/26 | |
| A22 | | Admitted | 2/12/26 | |
| 350 | | Admitted | 2/12/26 | |
| 348 | | Admitted | 2/12/26 | |
| 553 | | Admitted | 2/12/26 | |
| 488 | | Admitted | 2/12/26 | |
| A32 | | Admitted | 2/12/26 | |
| 582 | | Admitted | 2/12/26 | |
| 667 | | Admitted | 2/12/26 | |
| 663 | | Admitted | 2/12/26 | |
| 1 | | Admitted | 2/13/226 | |
| A17 | | Admitted | 2/13/226 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| A19 | | Admitted | 2/13/226 | |
| A20 | | Admitted | 2/13/226 | |
| A21 | | Admitted | 2/13/226 | |
| A29 | | Admitted | 2/13/226 | |
| A30 | | Admitted | 2/13/226 | |
| A1 | | Admitted | 2/13/226 | |
| A3 | | Admitted | 2/13/226 | |
| A28 | | Admitted | 2/13/226 | |
| 634 | | Admitted | 2/13/226 | |
| 648 | | Admitted | 2/13/226 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |