UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>ROTHSCHILD ET AL,<br><br>          Defendants. | CASE NO. 2:23-cv-01016-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On February 17, 2026, the jury rendered a verdict for Valve on its Patent Troll Prevention Act/Consumer Protection Act Claim and Breach of Contract claims. Dkt. No. 252. The jury also rendered an advisory verdict for Valve regarding the invalidity of Claim 7 of the '221 Patent due to obviousness. *Id*.

Now that the jury trial has concluded, the Court must set a case schedule for the remaining disputes between the Parties—namely Valve's invalidity and unenforceability claims. The Court directs the parties to submit a Joint Status Report by no later than March 3, 2026, setting forth the following information:

MINUTE ORDER - 1

1. What issues remain before the Court for consideration and how the Parties envision those issues will be resolved (i.e., second jury trial, bench trial, or motions practice).

2. Whether any remaining patent issues will require the Court to construe any remaining claims. If so, the Parties are to propose a schedule for necessary claim construction discovery, briefing, and hearing, which should conform with the timing and substantive requirements set forth in Local Patent Rules 130–135.

3. Whether Defendants seek to renew their motion for judgment as a matter of law. If so, the Parties are to propose a briefing schedule on the motion consistent with the deadlines set forth in Federal Rule of Civil Procedure 50.

4. Any other matters the Parties believe the Court should address in preparing the case for further proceedings.

Dated this 17th day of February 2026.

Joshua C. Lewis
Clerk
/s/Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 2