UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                 Plaintiff(s),

v.

LEIGH ROTHSCHILD et al.,

                 Defendant(s).

CASE NO. 2:23−cv−01016−JNW

MINUTE ORDER

NOW, on this 17th day of February 2026, the Court directs the Clerk to enter the following Minute Order:

    It is the order of the Court that the Jury in the above captioned case be committed to the custody of a duly sworn bailiff on February 17, 2026. The Clerk of the U.S. District Court is ordered to pay for the meals of said Jury at the expense of the United States Court.

    The foregoing Minute Order entered by the direction of the HONORABLE JAMAL N. WHITEHEAD, United States District Judge.

    DATED this 17th day of February 2026.

                                                     /s/ Grant Cogswell

                                                       Grant Cogswell
                                                       Courtroom Deputy

MINUTE ORDER − 1