# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>    Defendants. | Case No. 2:23-cv-1016-JNW<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**<br><br>NOTE ON MOTION CALENDAR:<br>**March 3, 2026**<br><br>Complaint Filed:    07/07/2023 |

The Court issued a Minute Order on February 17, 2026 regarding setting a case schedule for the remaining disputes between the parties (Dkt. 256), and directing the parties to submit a Joint Status Report no later than March 3, 2026.

It has recently come to the attention of the Rothschild Defendants (Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC and Patent Asset Management, LLC) that the Meyler Defendants (Samuel Meyler and Meyler Legal, PLLC) are in the process of engaging separate counsel to represent them in all post-trial matters. It is anticipated that the Meyler Defendants will engage such counsel within the next 24-48 hours.

Accordingly, the Rothchild Defendants and Meyler Defendants respectfully request an extension of the deadline to submit the Joint Status Report to March 6, 2026. This will allow the

1

Meyler Defendants time to include their positions in the Joint Status Report after consultation with their new counsel.

Counsel for the Rothchild Defendants and Meyler Defendants have conferred with counsel for Plaintiff, and Plaintiff does not oppose this request.

DATED: March 3, 2026

Respectfully submitted,

By: /s/ René A. Vazquez
René A. Vazquez (*pro hac vice*)
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Tel: (703) 989-2244
Email: rvazquez@dnlzito.com

Matthew J. Cunanan (#42530)
DC LAW GROUP
12055 15th Ave NE, Suite B
Seattle, WA 98125
Tel: (206) 494-0400
Fax: (855) 494-0400
Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*