**Honorable Jamal N. Whitehead**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>      Plaintiff,<br><br>   v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>      Defendants. | Case No.  2:23-cv-01016<br><br><br>**ORDER** |

The Court, having considered Defendants' Unopposed Motion to Extend Deadline to File Joint Status Report ("Motion"), hereby grants the Motion.

WHEREFORE:

The deadline for the parties to submit a Joint Status Report is extended to March 6, 2026.

SO ORDERED This 4th day of March, 2026.

_____
United States District Judge