Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-01016<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: CLERK OF COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to LCR 83.2(b)(3), Benjamin Charles Deming and Robert B. Cadle hereby withdraw as counsel for All Defendants, Leigh Rotshchild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samual Meyler in the above-entitled action, effective the date of this filing.

NOTICE OF WITHDRAWAL OF COUNSEL
Page **1** of **3**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

René A. Vazquez, Joseph J. Zito, and Matthew J. Cunanan remain counsel of record for Defendants.

Dated: March 5, 2026                    Respectfully submitted,

By: /s/ René A. Vazquez
    René A. Vazquez (*pro hac vice*)
    DNL ZITO
    1250 Connecticut Avenue, NW, Suite 700
    Washington, DC 20036
    Tel: (703) 989-2244
    Email: rvazquez@dnlzito.com

    /s/ Matthew J. Cunanan
    Matthew J. Cunanan (#42530)
    DC LAW GROUP
    12055 15th Ave NE, Suite B
    Seattle, WA 98125
    Tel: (206) 494-0400
    Fax: (855) 494-0400
    Email: matthew@dclglawyers.com

*Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, Patent Asset Management, LLC, Meyler Legal, PLLC, and Samuel Meyler*

NOTICE OF WITHDRAWAL OF COUNSEL
Page **2** of **3**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

          */s/René A. Vazquez*

NOTICE OF WITHDRAWAL OF COUNSEL
Page **3** of **3**
Case No. 2:23-cv-01016

**DNL Zito**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Phone: (202) 466-3500