HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,<br><br>  Defendants. | Case No. 2:23-cv-1016<br><br>**[PROPOSED] JUDGMENT IN A CIVIL CASE** |

<u> X </u>  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>   </u>  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

1. Judgment is entered in favor of Plaintiff and against Defendants Leigh Rothschild and Display Technologies, LLC on breach of contract for the 2022 Display Technologies Lawsuit;

[PROPOSED] JUDGMENT IN A CIVIL CASE
CASE NO. 2:23-CV-1016
- 1 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

2.  Plaintiff is awarded damages of $130,000 against Defendants Leigh Rothschild and Display Technologies, LLC for breach of contract for the 2022 Display Technologies Lawsuit;

3.  Judgment is entered in favor of Plaintiff and against Defendants Leigh Rothschild and Rothschild Broadcast Distribution Systems, LLC for breach of contract for the June 2023 Letter;

4.  Plaintiff is awarded damages of $1 against Defendants Leigh Rothschild and Rothschild Broadcast Distribution Systems, LLC for breach of contract for the June 2023 Letter;

5.  Judgment is entered in favor of Plaintiff and against all Defendants on violation of the Washington Patent Troll Prevention Act and Washington Consumer Protection Act; and

6.  Plaintiff is awarded damages of $22,092 against all Defendants for their violation of the Washington Patent Troll Prevention Act and Washington Consumer Protection Act.

See Verdict Form, Dkt. 252.

Dated this ____ day of March, 2026.

Clerk of Court

/s/ _____
Deputy Clerk

[PROPOSED] JUDGMENT IN A CIVIL CASE
CASE NO. 2:23-CV-1016

- 2 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

                                              */s/ Dario A. Machleidt*
                                              Dario A. Machleidt

[PROPOSED] JUDGMENT IN A CIVIL CASE
CASE NO. 2:23-CV-1016     - 3 -

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600