*Honorable Jamal N. Whitehead*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                                    Plaintiff,

v.

LEIGH ROTHSCHILD, ROTHSCHILD
BROADCAST DISTRIBUTION
SYSTEMS, LLC, DISPLAY
TECHNOLOGIES, LLC, PATENT ASSET
MANAGEMENT, LLC, MEYLER LEGAL,
PLLC, AND SAMUEL MEYLER,

                                    Defendants.

No. 2:23-cv-1016

STIPULATED MOTION AND
ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

NOTE ON MOTION CALENDAR:
March 24, 2026
Without Oral Argument

Plaintiff Valve Corporation and Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems LLC, Display Technologies LLC, Patent Asset Management LLC, Meyler Legal PLLC, and Samuel Meyler stipulate and agree to the withdrawal of Joseph J. Zito and René A. Vazquez, DNL ZITO, and Matthew J. Cunanan, DC Law Group as counsel for Defendants Meyler Legal PLLC and Samuel Meyler ("Meyler Defendants"), and to the substitution of Ian C. Cairns and Jonathan B. Collins, Smith Goodfriend, P.S., as attorneys for the Meyler Defendants in the above-entitled action.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

DATED this 24th day of March 2026.

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP | DC LAW GROUP |
| By: */s/ Dario A. Machleidt* | By: */s/ Matthew J. Cunanan* |
| Dario A. Machleidt, WSBA No. 41860 | Matthew J. Cunanan, WSBA No. 42530 |
| Kathleen R. Geyer, WSBA No. 55493 | 12055 15th Ave NE, Suite B |
| Christopher P. Damitio, WSBA No. 58633 | Seattle, WA 98125 |
| 1420 Fifth Avenue, Suite 3700 | Telephone: (206) 494-0400 |
| Seattle, WA 98101 | matthew@dclglawyers.com |
| Telephone: (206) 467-9600 | |
| dmachleidt@kilpatricktownsend.com | DNL ZITO |
| kgeyer@kilpatricktownsend.com | |
| cdamitio@kilpatricktownsend.com | By: */s/ René A. Vazquez* |
| | Joseph J. Zito (*pro hac vice*) |
| David A. Reed (*pro hac vice*) | René A. Vazquez (*pro hac vice*) |
| 100 Peachtree Street NE, Suite 2800 | 1250 Connecticut Avenue, NW, Suite 700 |
| Atlanta, GA 30309 | Washington, DC 20036 |
| Telephone: (404) 745-2548 | Telephone: (202) 466-3500 |
| dreed@ktslaw.com | jzito@dnlzito.com |
| | rvazquez@dnlzito.com |
| Marianthi Karas (*pro hac vice*) | |
| 1801 Century Park East, Ste. 2300 | |
| Los Angeles, CA 90067 USA | *Withdrawing Attorneys for Meyler* |
| Telephone (310) 777 3732 | *Defendants and Active Attorneys for* |
| mkaras@ktslaw.com | *Defendants Leigh Rothschild, Rothschild* |
| | *Broadcast Distribution Systems, LLC,* |
| *Attorneys for Plaintiff* | *Display Technologies, LLC, and Patent* |
| | *Asset Management, LLC* |
| SMITH GOODFRIEND, P.S. | |
| By: */s/Ian C. Cairns* | |
| Ian C. Cairns, WSBA No. 43210 | |
| Jonathan B. Collins, WSBA No. 48807 | |
| 1619 8th Avenue North | |
| Seattle, WA 98109 | |
| Telephone: (206) 624-0974 | |
| ian@washingtonappeals.com | |
| howard@washingtonappeals.com | |
| *Substituting Attorneys for Meyler Defendants* | |

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of March 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
United States District Judge

*PRESENTED BY:*

DC LAW GROUP

By: */s/ Matthew J. Cunanan*
Matthew J. Cunanan, WSBA No. 42530
12055 15th Ave NE, Suite B
Seattle, WA 98125
Telephone: (206) 494-0400
matthew@dclglawyers.com


DNL ZITO

By: */s/ René A. Vazquez*
Joseph J. Zito (*pro hac vice*)
René A. Vazquez (*pro hac vice*)
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Telephone: (202) 466-3500
jzito@dnlzito.com
rvazquez@dnlzito.com

*Withdrawing Attorneys for Meyler Defendants and Active Attorneys for Defendants Leigh Rothschild, Rothschild Broadcast Distribution Systems, LLC, Display Technologies, LLC, and Patent Asset Management, LLC*

SMITH GOODFRIEND, P.S.

By: */s/Ian C. Cairns*
Ian C. Cairns, WSBA No. 43210
Jonathan B. Collins, WSBA No. 48807
1619 8th Avenue North
Seattle, WA 98109
Telephone: (206) 624-0974
ian@washingtonappeals.com
howard@washingtonappeals.com

*Substituting Attorneys for Meyler Defendants*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 3

CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to all counsel of record.

**DATED** at Atlanta, Georgia this 24th day of March, 2026.

*/s/Andrienne E. Pilapil*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 4

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974    FAX (206) 624-0809