**HON. JAMAL N. WHITEHEAD**

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

VALVE CORPORATION,

Plaintiff,

v.

LEIGH ROTHSCHILD, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, DISPLAY TECHNOLOGIES, LLC, PATENT ASSET MANAGEMENT, LLC, MEYLER LEGAL, PLLC, AND SAMUEL MEYLER,

Defendants.

Case No. 2:23-cv-1016

**[PROPOSED] JUDGEMENT IN A CIVIL CASE**

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Finding no just reason for delay, *see* Fed. R. Civ. P. 54(b), IT IS ORDERED AND ADJUDGED THAT

1. Claim 7 of U.S. Patent No. 8,856,221 is declared invalid under 35 U.S.C. § 103 (*see* Dkt. 252 (Verdict Form));



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

2. U.S. Patent No. 8,856,221 is declared unenforceable against Plaintiff (*see* Dkt. 270 at 9 (Joint Stipulation));

3. Judgment is entered in favor of Plaintiff and against Defendants Leigh Rothschild and Display Technologies, LLC on breach of contract for the 2022 Display Technologies Lawsuit (*see* Dkt. 252 (Verdict Form));

4. Plaintiff is awarded damages of $130,000 against Defendants Leigh Rothschild and Display Technologies, LLC, jointly and severally, for breach of contract for the 2022 Display Technologies Lawsuit (*see* Dkt. 252 (Verdict Form));

5. Judgment is entered in favor of Plaintiff and against Defendants Leigh Rothschild and Rothschild Broadcast Distribution Systems, LLC for breach of contract for the June 2023 Letter (*see* Dkt. 252 (Verdict Form));

6. Plaintiff is awarded damages of $1 against Defendants Leigh Rothschild and Rothschild Broadcast Distribution Systems, LLC, jointly and severally, for breach of contract for the June 2023 Letter (*see* Dkt. 252 (Verdict Form));

7. Judgment is entered in favor of Plaintiff and against Defendants Leigh Rothschild; Patent Asset Management, LLC; Rothschild Broadcast Distribution Systems, LLC; Samuel Meyler; and Meyler Legal, PLLC on violation of the Washington Patent Troll Prevention Act and Washington Consumer Protection Act (*see* Dkt. 252 (Verdict Form)); and

8. Plaintiff is awarded damages of $22,092 against Defendants Leigh Rothschild; Patent Asset Management, LLC; Rothschild Broadcast Distribution Systems, LLC; Samuel Meyler; and Meyler Legal, PLLC, jointly and severally, for their violation of the Washington Patent Troll Prevention Act and Washington Consumer Protection Act (*see* Dkt. 252 (Verdict Form)).

Dated this ___ day of September, 2026.

HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE



Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I served the within via the Court's CM/ECF system to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-1016.

*/s/ Dario A. Machleidt*
Dario A. Machleidt


Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600